# Claims as issued for U.S. Patent No. 7,316,726

1.      A pneumatic circuit comprising:

a compressor;

a pressurized gas conduit coupled to the compressor and having an exit port;

a gas-permeable absorber coupled to the exit port, wherein the absorber is used to collect moisture in the pneumatic circuit and dissipate the moisture into the atmosphere through the absorber.

2.      The pneumatic circuit of claim 1, further comprising a biopsy device actuated by pressurized gas from the compressor.

3.      The pneumatic circuit of claim 1, further comprising a vacuum system configured to create a vacuum in the circuit.

4.      The pneumatic circuit of claim 1, wherein the absorber is coupled to the exit port such that it extends upwardly from the exit port.

5.      The pneumatic circuit of claim 1, wherein the absorber comprises an intake filter not normally configured for use as an absorber, but which absorbs moisture when the pressurized gas is directed through it.

6.      The pneumatic circuit of claim 1, further comprising a cabinet for housing substantially all of the pneumatic circuit, the absorber being positioned within the cabinet.

7.      The pneumatic circuit of claim 1, wherein liquid condensed in the pneumatic circuit is not collected in a liquid reservoir for collecting the condensed liquid.

8.      A medical device comprising:

a biopsy device having a pneumatic motor;

a compressor coupled to the pneumatic motor for energizing the pneumatic motor;

a pressurized gas conduit coupled to the compressor, the conduit having an exit port;

a gas-permeable absorber mounted on the exit port, the absorber absorbing and dissipating moisture contained in the pressurized gas; and

08 C 140

JUDGE ZAGEL
MAGISTRATE JUDGE MASON

a cabinet housing the compressor, gas conduit, exit port, and absorber.

9.    The medical device of claim 8, wherein the biopsy device is composed substantially of polymeric materials and non-magnetic metals and can be used in conjunction with a Magnetic Resonance Imaging device.

10.    The medical device of claim 8, wherein the absorber comprises a filter typically used for filtering intake gases.

11.    A method of removing moisture from a compressed gas system housed in a cabinet, the method comprising the steps of:

compressing the gas with a compressor;

directing the compressed gas through a conduit device to an exit port;

directing the compressed gas through the exit port and directing moisture from the compressed gas through a gas-permeable absorber connected to the exit port; and

using the absorber to collect moisture from the compressed gas and dissipate the moisture into the atmosphere inside the cabinet.

12.    The method of claim 11, wherein the compressor is pneumatically coupled to a pneumatically operated medical device.

13.    The method of claim 11, wherein the absorber comprises a filter configured for use as an intake filter.

14.    The method of claim 11, wherein the absorber is mounted such that it extends from the exit port in a substantially vertically upward direction.

15.    The method of claim 11, wherein the conduit device is selected from the group comprising a heat exchanger, a coalescing filter, and a tube.

16.    A method of providing compressed gas to a medical device, the method comprising the steps of:

compressing the gas with a compressor;

directing the compressed gas through a conduit to a liquid absorber;

directing moisture from the compressed gas through the absorber;

and

using the absorber to collect moisture from the compressed gas and dissipate the collected moisture into the atmosphere.

17.    The method of claim 16, wherein the compressed gas is used to operate the medical device.

18.    The method of claim 16, wherein the medical device is a biopsy device.

19.    The method of claim 16, wherein the absorber is mounted to the conduit such that the absorber extends substantially vertically from the conduit.

20.    The method of claim 16, wherein the absorber is an intake filter.