# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 140**

In the Matter of                                          Case Number:

Tissue Extraction Devices, LLC v. Suros Surgical Systems, Inc. and Hologic Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tissue Extraction Devices, LLC

**JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
|---|
| Geoffrey A. Baker |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Geoffrey A. Baker/ |

| FIRM |
|---|
| Dowell Baker |

| STREET ADDRESS |
|---|
| 229 Randolph Street |

| CITY/STATE/ZIP |
|---|
| Oak Park, IL 60302 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6236658 | 708-660-1413 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT