AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: __Hologic Inc.__
__35 Crosby Drive. Bedford, MA 01730__
__11:55 AM Tom Kelly, Male__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/13/08__     __Mark E Reagan__
         Date                    Signature of Server

__148 King St Groveland, MA 01834__
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 140**

**SUMMONS IN A CIVIL CASE**

Tissue Extraction Devices, LLC

CASE NUMBER:

V.

ASSIGNED JUDGE:

Suros Surgical Systems, Inc. and Hologic Inc.

**JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Hologic Inc.
35 Crosby Drive
Bedford, MA 01730

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher E. Haigh
IPAdvisors
2038 N. Clark #105
Chicago, IL 606014

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
(By) DEPUTY CLERK

January 8, 2008
Date