**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TISSUE EXTRACTION DEVICES, LLC.<br><br>Plaintiff,<br><br>v.<br><br>SUROS SURGICAL SYSTEMS, INC., and<br>HOLOGIC, INC.<br><br>Defendants. | Civil Action No. 08-C-140<br>Judge: Hon. James B. Zagel |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF**
**HOLOGIC, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant and Counterclaim Plaintiff Hologic, Inc. ("Hologic") hereby states that it has no parent corporation. The following publicly-held entities own more than five percent (5%) of Hologic's stock: AXA Financial, Inc.; and Wellington Management, CLLP. Defendant and Counterclaim Plaintiff Suros Surgical System, Inc. is a wholly-owned subsidiary of Hologic.

Dated: March 24, 2008.

                                          Respectfully submitted,

                                        **SUROS SURGICAL SYSTEMS, INC.** and
                                        **HOLOGIC, INC.** *Defendants/Counterclaim*
                                        *Plaintiffs*

By:   */s/ Jennifer Yule DePriest*
        Marshall Seeder (Bar No. 03127674)
        Jennifer Yule DePriest (Bar No. 6272137)
        Reed Smith LLP
        10 South Wacker Drive
        Suite 4000
        Chicago, IL 60606
        Telephone: (312) 207-1000
        Facsimile: (312) 207-6400
        (jdepriest@reedsmith.com)

- 2 -

Of Counsel:

Lisa J. Pirozzolo
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2008, I electronically filed **DEFENDANT AND COUNTERCLAIM PLAINTIFF HOLOGIC, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the ECF system, which will send notification of such filings to the following:

| | |
|---|---|
| Christopher E. Haigh | Geoffrey A. Baker |
| IPADVISORS, INC. | DOWELL BAKER, P.C. |
| 2038 North Clark, No. 105 | 229 Randolph Street |
| Chicago, IL 60614 | Oak Park, IL 60302 |

By:   */s/ Jennifer Yule DePriest*
      Marshall Seeder (Bar No. 3127674)
      Jennifer Yule DePriest (Bar No. 6272137)
      *Counsel for Defendants*
      REED SMITH LLP
      10 South Wacker Drive, Suite 4000
      Chicago, IL 60606
      (312) 207-1000
      (312) 207-6400 – Fax
      jdepriest@reedsmith.com

CHILIB-2168864.1-999906-00810