**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TISSUE EXTRACTION DEVICES, LLC.<br><br>Plaintiff,<br><br>v.<br><br>SUROS SURGICAL SYSTEMS, INC., and<br>HOLOGIC, INC.<br><br>Defendants. | Civil Action No. 08-C-140<br>Judge: Hon. James B. Zagel |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF**
**SUROS SURGICAL SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant and Counterclaim Plaintiff Suros Surgical Systems, Inc. ("Suros") hereby states that it is a wholly-owned subsidiary of Hologic, Inc. ("Hologic"). Hologic, which is a publicly traded company, owns more than five percent (5%) of Suros' stock.

Dated: March 24, 2008.

Respectfully submitted,

**SUROS SURGICAL SYSTEMS, INC.** and
**HOLOGIC, INC.** *Defendants/Counterclaim Plaintiffs*

By: */s/ Jennifer Yule DePriest*
Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
(jdepriest@reedsmith.com)

- 2 -

Of Counsel:

Lisa J. Pirozzolo
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2008, I electronically filed **DEFENDANT AND COUNTERCLAIM PLAINTIFF SUROS SURGICAL SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Christopher E. Haigh<br>IPADVISORS, INC.<br>2038 North Clark, No. 105<br>Chicago, IL 60614 | Geoffrey A. Baker<br>DOWELL BAKER, P.C.<br>229 Randolph Street<br>Oak Park, IL 60302 |

By:   */s/ Jennifer Yule DePriest*
      Marshall Seeder (Bar No. 3127674)
      Jennifer Yule DePriest (Bar No. 6272137)
      *Counsel for Defendants*
      REED SMITH LLP
      10 South Wacker Drive, Suite 4000
      Chicago, IL 60606
      (312) 207-1000
      (312) 207-6400 – Fax
      jdepriest@reedsmith.com

2168860.1-999906-00810