# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| TISSUE EXTRACTION DEVICES, LLC.  )<br>)<br>            Plaintiff,  )<br>)<br>      v.  )<br>)<br>SUROS SURGICAL SYSTEMS, INC.,  )<br>and  )<br>HOLOGIC, INC.  )<br>            Defendants.  )<br>) | Civil Action No. 08-C-140<br>Judge: Hon. James B. Zagel |

## DEFENDANTS AND COUNTERCLAIM PLAINTIFFS HOLOGIC, INC.'S AND SUROS SURGICAL SYSTEMS, INC.'S MOTION TO TRANSFER

Defendants and Counterclaim Plaintiffs Hologic, Inc. ("Hologic") and Suros Surgical Systems, Inc. ("Suros") hereby move pursuant to 28 U.S.C. § 1404(a) to transfer this action to the Southern District of Indiana. The grounds for this motion are set forth in the accompanying Memorandum.

Dated: March 24, 2008.

Respectfully submitted,

**SUROS SURGICAL SYSTEMS, INC.** and
**HOLOGIC, INC.** *Defendants/Counterclaim Plaintiffs*

By:     */s/ Jennifer Yule DePriest*
          Marshall Seeder (Bar No. 03127674)
          Jennifer Yule DePriest (Bar No. 6272137)
          Reed Smith LLP
          10 South Wacker Drive
          Suite 4000
          Chicago, IL 60606
          Telephone: (312) 207-1000
          Facsimile: (312) 207-6400
          (jdepriest@reedsmith.com)

- 2 -

Of Counsel:

Lisa J. Pirozzolo
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 24, 2008, I electronically filed **DEFENDANTS AND COUNTERCLAIM PLAINTIFFS HOLOGIC, INC.'S AND SUROS SURGICAL SYSTEMS, INC.'S MOTION TO TRANSFER** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Christopher E. Haigh<br>IPADVISORS, INC.<br>2038 North Clark, No. 105<br>Chicago, IL 60614 | Geoffrey A. Baker<br>DOWELL BAKER, P.C.<br>229 Randolph Street<br>Oak Park, IL 60302 |

By:  */s/ Jennifer Yule DePriest*
   Marshall Seeder (Bar No. 3127674)
   Jennifer Yule DePriest (Bar No. 6272137)
   *Counsel for Defendants*
   REED SMITH LLP
   10 South Wacker Drive, Suite 4000
   Chicago, IL 60606
   (312) 207-1000
   (312) 207-6400 – Fax
   jdepriest@reedsmith.com

CHILIB-2168856.1-999906-00810