# EXHIBIT A

Dowell Baker, P.C. | Trial Attorneys | Patent - Copyright - Trademark



PATENT ■ COPYRIGHT ■ TRADEMARK

About Us

Attorneys

Practice Areas

Resources

Contact Us

Home

Dowell Baker, P.C. is a firm of trial attorneys who specialize in intellectual property and commercial litigation. Relying on hard work, lean staffing and the latest technology, the firm aggressively and economically represents clients nationwide.

Please contact us for more information about how the firm of Dowell Baker, P.C. can assist your company to enforce or defend its rights.

Map to Our Lafayette Office



**Founding partners Geoff Baker and Anthony Dowell**

PATENT ■ COPYRIGHT ■ TRADEMARK

©Copyright 2008 Dowell Baker, P.C. All Rights Reserved
For more information feel free to Contact Us

http://www.dowellbaker.com/

Page 1 of 1

3/20/2008

Dowell Baker, P.C. | Trial Attorneys | Patent - Copyright - Trademark



PATENT ■ COPYRIGHT ■ TRADEMARK

About Us

Attorneys

Practice Areas

Resources

Contact Us

Home

CONTACT US

If you have any questions regarding our services, you can contact us by calling us and we will get back to you as soon as possible. Thank you!

LOCATIONS:

*Lafayette, Indiana*

**DOWELL BAKER, P.C.**
201 Main Street, Suite 710
Lafayette, IN 47901
PHONE: (765) 429-4004
FAX: (765) 429-4114
Map to Our Lafayette Office

*Oak Park, Illinois*

**DOWELL BAKER, P.C.**
229 Randolph Street
Oak Park, IL 60302
PHONE: (708) 660-1413
FAX: (312) 873-4466

PATENT ■ COPYRIGHT ■ TRADEMARK

Dowell Baker, P.C. | Trial Attorneys | Patent - Copyright - Trademark

©Copyright 2008 Dowell Baker, P.C. All Rights Reserved
For more information feel free to Contact Us

Page 2 of 2

http://www.dowellbaker.com/contactus.htm

# EXHIBIT B

Sign In | Register Now

# boston.com

**Local Search**  Site Search

[           ] GO

**comcast. Seize**
Business Class™

| HOME | TODAY'S GLOBE | NEWS | BUSINESS | SPORTS | LIFESTYLE | A&E | THINGS TO DO | TRAVE |

Technology    Healthcare    **Markets**    Small business    Personal finance    Columnists

---

**HOLOGIC INC - HOLX (NASDAQ)**    **$61.86** ♣ **$+2.05 +3.43%**

🖨 PRINT THIS
✉ EMAIL THIS

Overview    Charts    News    Company Profile    Financials    Tech Analysis

**Other Options :**    News Releases                                << Previous | Next >>
**Add HOLX To :**
  >> My Portfolio
  >> My Watchlist
  >> My StockAlerts

Watchlist    Edit

No watchlist stocks

## Tissue Extraction Devices Files a Patent Infringement Lawsuit Against Hologic, Inc. and Suros Surgical Systems, Inc.

INDIANAPOLIS, Feb 14, 2008 (BUSINESS WIRE) --

Tissue Extraction Devices, LLC, a privately held Indianapolis-based company focused on developing innovative medical devices, today announced that it has filed a patent infringement lawsuit against Hologic, Inc. (NASDAQ: HOLX) and wholly-owned subsidiary, Suros Surgical Systems, Inc. Tissue Extraction Devices strongly believes that many fundamental aspects of Hologic / Suros' ATEC(R) line of breast biopsy systems infringe Tissue Extraction Devices' U.S. Patent No. 7,316,726. The suit was filed in the United States District Court for the Northern District of Illinois - Eastern Division. Tissue Extraction Devices is seeking monetary damages for past infringement and an injunction to prohibit Hologic and Suros from continuing to infringe the '726 Patent.

"There is no question that the ATEC(R) line of biopsy devices including the ATEC(R) Pearl, ATEC(R) Sapphire and the ATEC(R) Emerald has gained widespread acceptance," said Tissue Extraction Devices President, Jeff Schwindt. "And while it is unfortunate that we have had to file this suit, we take matters such as these very seriously, and will not hesitate to pursue all appropriate legal channels to protect our rights."

In addition to the '726 Patent, Tissue Extraction Devices also developed and owns the rights to numerous pending patent applications and a suggested interference action filed with the U.S. Patent and Trademark Office ("USPTO") against U.S. Patent No. 6,758,824 (assigned to Hologic / Suros). The intellectual property portfolio provides numerous disclosures that can be applied to a pneumatically controlled medical device such as a breast biopsy product.

This filing represents the latest chapter in the ongoing struggle to resolve many intellectual property-related disagreements. In September 2004, Mr. Schwindt filed patent application 10/936,395 to initiate an interference action with the USPTO against the '824 Patent (assigned to Hologic / Suros). The purpose of this interference action is to determine the true inventor of the '395 application and the '824 Patent because without Mr. Schwindt's contribution to the '824 Patent, the resulting ATEC

(R) line of biopsy devices could not function. Since that filing with the USPTO, Tissue Extraction Devices has recently overcome the protests that were filed by Suros against every pending and issued patent application, including the '395 application. Tissue Extraction Devices is now looking forward to finalizing the examination of its numerous applications, and in the case of the '395 application, Tissue Extraction Devices anticipates a fair and speedy interference procedure to determine the true inventors of the '395 application and the '824 Patent.

About Tissue Extraction Devices, LLC

Tissue Extraction Devices, a privately held company based in Indianapolis, IN, is focused on developing innovative medical devices and related technology to meet today's most difficult medical challenges. Currently, the company has one issued patent, U.S. Patent No. 7,316,726, and numerous pending patent applications. The president, Mr. Jeffrey Schwindt, is an accomplished inventor and also founded Air Systems Engineering, Inc. in 1993. Air Systems Engineering, also known as A.S.E., has long been a leading designer and builder of pneumatic and electric automation equipment.

SOURCE: Tissue Extraction Devices, LLC

IPAdvisors Christopher Haigh, Esq., 312-242-1685 chris@ipadvisors.biz

Copyright Business Wire 2008

<< Previous | Next >>

Quotes delayed at least 20 minutes for NYSE/AMEX, 15 minutes for other exchanges.
© 2008 Stockgroup. Terms & Conditions. Privacy Policy. News provided by Comtex.

Home | Today's Globe | News | Business | Sports | Lifestyle | A&E | Things to Do | Travel | Cars
CONTACT BOSTON.COM | Feedback | Advertise | Work here | Privacy Statement | Mobile | RSS feeds
CONTACT THE BOSTON GLOBE | Subscribe | Manage your subscription | Advertise | Boston Globe Extras | B

# EXHIBIT C

# Jeffrey R. Schwindt

6359 Brokenhurst Road  * Indianapolis, IN  46220  *  317-842-7888 (w)  *  317-727-0792 (c)  *  airsystems@sprintmail.com

## EXPERIENCE

**President/Owner**                                                                             9/93 –Present
Air Systems Engineering, Inc.                                                         Indianapolis, IN
  - Designed, developed and marketed the *AIRFX* line of Air Suspensions for motorcycles.  Received an industry award for "Most Innovative Engineering".
    Patents Pending; Motorcycle air suspension system 20060278457,  Monoshock air suspension (not published).
  - Designed and developed a breast biopsy control system currently being marketed by Suros Surgical Systems.  Established an assembly line and manufactured 400 biopsy control systems.
    Patents Pending; Biopsy apparatus 20050113715, Pneumatic circuit 20050075581, Pneumatic circuit 20030199787, Evaporation valve 20030199786, Pinch Valve 20030196693
  - Design, build, and program turn-key Automation and Test Equipment for automotive, medical, and other industrial applications. Experience includes leak and product function testers, assembly presses, robotic adhesive application, oven controls, ergonomic manipulators, plastic part assembly and ultrasonic welding.
  - Experienced in programming Allen-Bradley programmable logic controllers, touch screens, and other industrial devices.
  - Design and manufacture custom pneumatic integrated control circuits.
  - Stocking distributor for over twenty product lines of pneumatic fluid power components.
  - Managed the company with up to twelve employees.
  - Developed and teach a Pneumatic Fluid Power course for industrial customers.

**Sales Engineer**                                                                                      8/89-9/93
Universal Sales Engineering, Inc.                                                   Indianapolis, IN
  - Promoted over thirty pneumatic fluid power product lines.
  - Responsible for developing a new customer base in southern Indiana.
  - Increased sales to from $250K to over $650K per year.
  - Prepared a business plan to purchase the company.

**Automation Engineer**                                                                          6/87- 8/89
Xerox Corporation                                                                          Rochester, NY
  - Conceptualized automation equipment to minimize manufacturing costs and maximize quality.
  - Prepared financial justification reports and capital appropriation requests for the projects
  - Managed the acquisition, development, installation, and start-up of the automation projects
  - Responsible for over $7M of automation being implemented

## EDUCATION

**Butler University – Indianapolis, IN**
MBA
  - Coursework completed in 1992.
  - Founded Air Systems Engineering, Inc. in 1993 and was distracted from completing the degree.

**Clarkson University – Potsdam, NY**
Master of Science in Engineering Sciences, 1988
    Thesis; Design of a Computer Controlled Air Motor for Robotic Applications

**Northeastern University – Boston, MA**
Bachelor of Science in Mechanical Engineering, 1986
  - Co-op experience with Chesebrough-Pond's (Medical), General Electric (Circuit Breakers), Thermo-Electron (generators).

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TISSUE EXTRACTION DEVICES, LLC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-C-140<br>Judge: Hon. James B. Zagel |
| SUROS SURGICAL SYSTEMS, INC.,<br>and<br>HOLOGIC, INC. | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF MICHAEL HOFFA

1.       I make this declaration in support of Defendants and Counterclaim Plaintiffs Suros Surgical Systems, Inc.'s and Hologic, Inc.'s Motion to Transfer.

2.       I am Senior Director of Product Development and Technical Service at Suros.

3.       Suros is located at 6100 Technology Center Drive, Indianapolis, Indiana 46278. Suros was founded by Joseph Mark and Michael Miller in Indiana in 2000. Suros has operated out of Indiana ever since.

4.       Since its founding, Suros has designed tissue removal technology, including the minimally invasive breast biopsy devices referred to as the "Automatic Tissue Excision and Collection," or "ATEC," device.

5.       Prior to founding Suros, Messrs. Mark and Miller founded a company called Promex Technologies, LLC in Franklin, Indiana to develop biopsy needles and devices. After conceiving the idea for the ATEC, Mr. Mark and Mr. Miller founded Suros in 2000. The work on the conception,

design, and development of the ATEC occurred in Indiana. To this day, the development and manufacture of the ATEC occurs in Indiana.

6.    The FDA cleared the ATEC in 2001. The ATEC was officially launched in 2002.

7.    Suros currently has 150 employees in Indiana. Suros has never had an Illinois office, and has never designed, developed, or manufactured its technology in Illinois.

8.    In 2006, Hologic, Inc. acquired Suros. I understand that Hologic does not have any offices in Illinois.

9.    Messrs. Mark and Miller, the two founders of Suros, are Indiana residents. Dr. Timothy Goedde, who consulted with Mr. Mark and Mr. Miller on the development of the ATEC, also resides in Indiana. Similarly, Suros employees with knowledge of the ATEC are located at Suros' headquarters in Indianapolis, Indiana.

10.    Documents regarding the conception, design, engineering, marketing and sales of the ATEC are stored at Suros' Indiana headquarters.

11.    Suros also has at its Indiana offices documents relating to correspondence between Messrs. Mark and Miller and Jeffrey Schwindt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2008, in Indianapolis, Indiana

_____
Michael Hoffa

USHDOCS 6605182v1

# EXHIBIT E

10-K 1 d10k.htm FORM 10-K

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended: September 29, 2007

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from               to

Commission File Number: 0-18281

# Hologic, Inc.
### (Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware** | **04-2902449** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(IRS Employer Identification No.)** |

**35 Crosby Drive, Bedford, Massachusetts 01730**
**(Address of Principal Executive Offices) (Zip Code)**

**Registrant's Telephone Number, Including Area Code (781) 999-7300**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on which Registered |
|---|---|
| **Common Stock, $.01 par value** | **Nasdaq Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act:    Rights to Purchase Preferred Stock**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒    No ☐

Indicate by checkmark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer.

<u>Table of Contents</u>

**Our business could be harmed if we are unable to protect our proprietary technology.**

We have relied primarily on a combination of trade secrets, patents, copyright and trademark laws and confidentiality procedures to protect our products and technology. Despite these precautions, unauthorized third parties may infringe, copy or reverse engineer portions of our technology. We do not know if current or future patent applications will be issued with the scope of the claims sought, if at all, or whether any patents issued will be challenged or invalidated. In addition, we have obtained or applied for corresponding patents and patent applications in several foreign countries for some of our patents and patent applications. There is a risk that these patent applications will not be granted or that the patent or patent application will not provide significant protection for our products and technology. Our competitors may independently develop similar technology that our patents do not cover. In addition, because patent applications in the United States are not generally publicly disclosed until eighteen months after the application is filed, applications may have been filed by third parties which relate to our technology. Moreover, there is a risk that foreign intellectual property laws will not protect our intellectual property rights to the same extent as United States intellectual property laws. In the absence of significant patent protection, we may be vulnerable to competitors who attempt to copy our products, processes or technology.

**Our international operations expose us to additional operational challenges that we might not otherwise face.**

We are subject to a number of additional risks and expenses due to our international operations. Any of these risks or expenses could have a material adverse effect on our operating results. These risks and expenses include:

- difficulties in staffing and managing operations in multiple locations as a result of, among other things, distance, language and cultural differences;
- protectionist laws and business practices that favor local companies;
- greater difficulties in trade accounts receivable collection;
- difficulties and expenses related to implementing internal controls over financial reporting and disclosure controls and procedures;
- expenses associated with customizing products for clients in foreign countries;
- possible adverse tax consequences;
- governmental currency controls;
- multiple, conflicting and changing government laws and regulations (including, among other things, antitrust and tax requirements, international trade regulations and the Foreign Corrupt Practices Act);
- reduced protection for intellectual property rights in some countries;
- political and economic changes and disruptions;
- export/import controls; and
- tariff regulations.

**Interruptions, delays, shutdowns or damage at our manufacturing facilities could harm our business.**

We manufacture most of our mammography, breastcare and osteoporosis assessment products as well as our mini C-arm products and MRI systems at our manufacturing facilities in Danbury, Connecticut, Bedford, Massachusetts, Indianapolis, Indiana and Newark, Delaware. In addition, we manufacture the selenium coatings used in the digital x-ray image capture radiographic systems in Germany and our selenium and organic photoconductor coatings for other uses in Germany and China. We assemble and manufacture our ThinPrep products at our facilities in Marlborough, Massachusetts and Londonderry, New Hampshire. In addition, we

29

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

HOLOGIC, INC.

Date: November 27, 2007

By: _____ /s/  JOHN W. CUMMING
JOHN W. CUMMING
*Chief Executive Officer*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
| --- | --- | --- |
| /s/  JOHN W. CUMMING<br>JOHN W. CUMMING | Director and Chief Executive Officer (Principal Executive Officer) | November 27, 2007 |
| /s/  PATRICK J. SULLIVAN<br>PATRICK J. SULLIVAN | Chairman of the Board | November 27, 2007 |
| /s/  GLENN P. MUIR<br>GLENN P. MUIR | Director, Executive Vice President, Finance and Administration, Chief Financial Officer, Treasurer and Secretary (Principal Financial Officer) | November 27, 2007 |
| /s/  ROBERT H. LAVALLEE<br>ROBERT H. LAVALLEE | Senior Vice President, Chief Accounting Officer (Principal Accounting Officer) | November 27, 2007 |
| /s/  SALLY W. CRAWFORD<br>SALLY W. CRAWFORD | Director | November 27, 2007 |
| /s/  DAVID R. LAVANCE, JR.<br>DAVID R. LAVANCE, JR. | Director | November 27, 2007 |
| /s/  NANCY L. LEAMING<br>NANCY L. LEAMING | Director | November 27, 2007 |
| /s/  DANIEL J. LEVANGIE<br>DANIEL J. LEVANGIE | Director | November 27, 2007 |
| /s/  LAWRENCE M. LEVY<br>LAWRENCE M. LEVY | Director | November 27, 2007 |
| /s/  WILLIAM MCDANIEL<br>WILLIAM MCDANIEL | Director | November 27, 2007 |
| /s/  ELAINE S. ULLIAN<br>ELAINE S. ULLIAN | Director | November 27, 2007 |
| /s/  WAYNE WILSON<br>WAYNE WILSON | Director | November 27, 2007 |

# EXHIBIT F

Attorney Docket No.:     15452-72269
Client Reference No.:_____

# DECLARATION AND POWER OF ATTORNEY -- PATENT APPLICATION

As a below named inventor, I hereby declare that I believe I am the original, first and sole inventor (*if only one name is listed below*) or an original, first and joint inventor (*if plural names are listed below*) of the subject matter which is claimed and for which a patent is sought in the application entitled:

EVAPORATION VALVE _____,

the specification of which
(*check one*)      __x__ is attached hereto
                   ____ was filed on     _____ as
                   United States Application Serial No. _____ or
                   PCT International Application No. _____
                   and was amended on _____

I hereby declare that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to herein.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's certificate on which priority is claimed (as listed below) and I have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                                Priority Claimed

| | | | | |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| _____ | _____ | _____ | _____ | _____ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim benefit under Title 35, United States Code, § 119(e) of any United States provisional application(s) listed below.

_____60/374,952_____                    _____April 23, 2002_____
Application Number                       Filing Date

_____                _____
Application Number                       Filing Date

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(b) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

_____     _____     _____
Application Serial No.        Filing Date          Status-patented, pending, abandoned

_____     _____     _____
Application Serial No.        Filing Date          Status-patented, pending, abandoned

I hereby appoint William R. Coffey, Reg. No. 24023; Arland T. Stein, Reg. No. 25062; Nancy J. Harrison, Reg. No. 27083; Richard D. Conard, Reg. No. 27321; Dilip A. Kulkarni, Reg. No. 27510; Steven R. Lammert, Reg. No. 27653; Richard A. Rezek, Reg. No. 30796; David B. Quick, Reg. No. 31993; Paul B. Hunt, Reg. No. 37154; Jeffrey A. Michael, Reg. No. 37394; Bradford G. Addison, Reg. No. 41486; Shawn D. Bauer, Reg. No. 41603; Jill T. Powlick, Reg. No. 42088; Ronald S. Henderson, Reg. No. 43669; James R. Sweeney II, Reg. No. 45670; Christopher E. Haigh, Reg. No. 46377; Kevin D. Bailey, Reg. No. 46531; Rebecca Ball, Reg. No. 46535; Carli E. Stewart, Reg. No. 51058; Helen Geib, Reg. No. 50924; Kevin L. McLaren, Reg. No. 48351; Perry Palan, Reg. No. 26213; Mark M. Newman, Reg. No. 31472; Richard P. Krinsky, Reg. No. 47720; Richard B. Lazarus, Reg. No. 48215; Bobby B. Gillenwater, Reg. No. 31105; Gregory S. Cooper, Reg. No. 40965;

Thomas J. Donovan, Reg. No. 33231; Alice O. Martin, Reg. No. 35601; Grant H. Peters, Reg. No. 35977; Mark A. Hamill, Reg. No. 37145; Daniel P. Albers, Reg. No. 44008, Sendil Devadas, Reg. No. 52425, Thomas E. Smith, Reg. No. 18243; Dennis M. McWilliams, Reg. No. 25195; James R. Sweeney, Reg. No. 18721; William M. Lee, Jr., Reg. No. 26935; Glenn W. Ohlson, Reg. No. 28455; David C. Brezina, Reg. No. 34128; Jeffrey R. Gray, Reg. No. 33391; Gerald S. Geren, Reg. No. 24528; Robert F.I. Conte, Reg. No. 20354; Timothy J. Engling, Reg. No. 39970; Howard B. Rockman, Reg. No. 22190; Peter J. Shakula, Reg. No. 40808; Mark A. Hagedorn, Reg. No. 44731; and Mark J. Nahnsen, Reg. No. 51093 as attorneys of record with full power of substitution and revocation, to prosecute this application, and to transact all business in the Patent and Trademark Office connected therewith, and I specify that communications regarding the application be directed to:

> BARNES & THORNBURG
> 11 South Meridian Street
> Indianapolis, Indiana 46204
> Telephone (317) 236-1313

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| | |
|---|---|
| _Jeffrey Schwindt_ | _USA_ |
| **FULL NAME OF SOLE OR FIRST JOINT INVENTOR** | Country of Citizenship |
| | |
| Inventor's Signature | Date |
| | |
| _6359 Brokenhurst Road_ | |
| | |
| _Indianapolis, IN  46220_ | |
| Residence and Post Office Address | |
| | |
| | |
| **FULL NAME OF SECOND JOINT INVENTOR** | Country of Citizenship |
| | |
| Inventor's Signature | Date |
| | |
| | |
| Residence and Post Office Address | |

579470_1

-2-