**IN THE UNITED STATES DISTRICT COURT'
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TISSUE EXTRACTION DEVICES, LLC,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 08 C 140 |
| v. | ) | |
| | ) | The Honorable James B. Zagel, |
| **SUROS SURGICAL SYSTEMS, INC.** and | ) | Judge Presiding |
| **HOLOGIC, INC.,** | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF MOTION**

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on March 27, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Defendants and Counterclaim Plaintiffs Hologic, Inc.'s and Suros Surgical Systems, Inc.'s Motion to Transfer**, a copy of which is attached hereto and hereby served upon you.

Dated: March 24, 2008.

                                                        Respectfully submitted,

                                                        **SUROS SURGICAL SYSTEMS, INC.** and
                                                        **HOLOGIC, INC.** *Defendants/Counterclaim*
                                                        *Plaintiffs*


                                                By:   */s/ Jennifer Yule DePriest*
                                                       Marshall Seeder (Bar No. 03127674)
                                                       Jennifer Yule DePriest (Bar No. 6272137)
                                                       Reed Smith LLP
                                                       10 South Wacker Drive
                                                       Suite 4000
                                                       Chicago, IL 60606
                                                       Telephone:  (312) 207-1000
                                                       Facsimile:  (312) 207-6400
                                                       (jdepriest@reedsmith.com)

- 2 -

Of Counsel:

Lisa J. Pirozzolo
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 24, 2008, I electronically filed the **NOTICE OF MOTION** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Christopher E. Haigh | Geoffrey A. Baker |
| IPADVISORS, INC. | DOWELL BAKER, P.C. |
| 2038 North Clark, No. 105 | 229 Randolph Street |
| Chicago, IL 60614 | Oak Park, IL 60302 |

By:  */s/ Jennifer Yule DePriest*
      Marshall Seeder (Bar No. 3127674)
      Jennifer Yule DePriest (Bar No. 6272137)
      *Counsel for Defendants*
      REED SMITH LLP
      10 South Wacker Drive, Suite 4000
      Chicago, IL 60606
      (312) 207-1000
      (312) 207-6400 – Fax
      jdepriest@reedsmith.com