

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 140 |
| Tissue Extraction Devices, LLC, Plaintiff,<br>v.<br>Suros Surgical Systems, Inc. and Hologic, Inc.,<br>Defendants. | *Judge Gazel* |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Suros Surgical Systems, Inc. and Hologic, Inc.

F I L E D
Apr 4, 2008
APR – 4 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED 2008 APR -4 PM 10: 21
CLERK U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Jordan L. Hirsch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Wilmer Cutler Pickering Hale and Dorr LLP |

| STREET ADDRESS |
|---|
| 60 State Street |

| CITY/STATE/ZIP |
|---|
| Boston, MA 02109 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 617-526-6000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |