## Declaration of John Hancock

I, John Hancock, being duly warned of the penalties for perjury under 18 U.S.C. § 1001, hereby declare as follows:

1. I am competent to testify from personal knowledge as to all matters set forth in this declaration unless otherwise indicated.
2. My present address is 11565 E. 116th Street, Fishers, Indiana 46037.
3. I first started working for Promex in 1998.
4. I was hired as a manufacturing engineer.
5. As a manufacturing engineer, I was involved with fixturing, but I was not as involved as much in the way of product development.
6. I worked on improvements to existing products and processes.
7. One of the projects I worked on while employed with Promex originated from a cutter that was already being used in spinal surgeries.
8. Karl Fancher was involved in the development of the console for the spinal device. He was also the person who put Promex in touch with Jeff Schwindt.

9. The cutter of the spinal device had an electrically operated vacuum control and pneumatic vacuum. The existing cutter and cannula had a very small opening. We needed a longer core sample for use in breast biopsy applications. In other words, we needed a larger window at the tip of the cannula.

10. There was no spinning cutter on this model that we started from.

11. At Promex, Joe Mark was the Vice President, and served as more of the marketing guy for Promex.

12. He was also the liaison with Dr. Goedde.

13. Mike Miller, the President of Promex, was more of the engineer of the two partners.

14. Joe Mark came to me one day in early 2000 and told me that Dr. Goedde was coming the next day, and that we needed to show him something.

15. Joe Mark told me he wanted to demonstrate the action of the spinal surgery device with an air cylinder that would move an inner cannula.

16. Dr. Goedde came the next day and viewed what I had created. This was early in the year 2000.

17. During the spring or summer of 2000, I breadboarded the first handpiece that showed the reciprocating action of the cutter.

18. My model created a longer stroke pattern using a longer stroke air cylinder.

19. At this point, there was no rotating cutter. This prototype was completed in Spring or Summer 2000.

20. Mike Miller took the lead after this point and created a rotating cutter in the handpiece.

21. Mr. Miller used a Maglite® housing to contain all pneumatic parts as well as the electric motor. An off-center gear drove the cutter inside the cannula.

22. My only contribution was in the early breadboard prototype.

23. An external battery source was used in the Maglite® prototype.

24. Later, Dr. Goedde assisted with testing this Maglite® prototype.

25. It was the desire of Promex to make the entire system pneumatic. Promex needed someone who could assist in doing this.

26. In particular, Promex wanted the control system to be pneumatic.

27. I recall Mike Miller saying that he found Air Systems Engineering, Jeff Schwindt's company, which specialized in doing pneumatic circuitry. I understood that ASE could do the control system that was needed at the time.

28. I could not have done an entire pneumatic circuit as was needed.

29. Dan Ireland was another engineer at Promex, but he was also not capable of creating an entire pneumatic circuit.

30. The goal at this point was to be completely pneumatic, and to get the electric motor out of the circuit.

31. At some point, I saw the small bottles of nitrogen that were being used to test the Maglite® prototypes.

32. I also saw the suitcase enclosure for the control system.

33. I did not develop these portions of the system.

34. I knew that Mr. Schwindt was heavily involved in the design of the pneumatic circuit, and in the development of these prototypes.

35. I saw the circuit diagram shown in Fig. 10 and Fig. 11 of U.S. Patent No. 6,758,824 prior to the point at which the patent application was filed.

36. At this point, I knew that Jeff Schwindt was contributing to the design and concept of the circuit.

37. No one at Promex could have created the pneumatic circuit that was shown in Figs. 10 and 11.

38. Either Mike Miller or Joe Mark gave me a copy of the circuit diagram and patent application to review and to sign – somewhere prior to the filing of the patent application.

39. This is the first time I had seen the circuit diagram shown in Fig. 10 of the patent.

40. I assumed that the circuit diagram came from an external source.

41. I knew that I could not have designed that circuit.

42. In fact, I would have had to have help to build the circuit shown in Fig. 10.

43. I would have had to go outside of Promex to build this circuit, as no one at Promex could have built it.

44. Looking at the inventors listed on the '824 patent, no one other than Jeff Schwindt could have come up with the circuit that is shown in Fig. 10.

45. It is my belief that Jeff Schwindt's contribution to the invention embodied in the '824 patent is at least as much as Joe Mark.

46. It is my belief that Jeff Schwindt's contribution to the '824 patent is also at least as much as Mike Miller.

47. I believe Jeff Schwindt's contribution to the '824 patent was more significant than Charles Butcher's contribution.

48. The amount of work that Jeff Schwindt had to do to make the whole system work together was significant.

49. Jeff Schwindt did more than anyone to make the whole system work together.

50. Mike Miller did not use Autocad at this time, and therefore could not have created the circuit diagram shown in Fig. 10.

51. I conceived of the air cylinder shown approximately at the number 60 (or the number 22) in Fig. 10 of the '824 patent.

52. I did not contribute to any other part of the circuit shown in Fig. 10 of the '824 patent.

53. I never talked to any patent attorneys prior to the patent application being filed naming me as an inventor.

54. I do not recall any models being sold commercially that consisted of an IV pole design.

55. The first model that I recall being sold commercially is the all-in-one console with an internal compressor.

56. Sometime after the filing of the patent application, I met with JWS Machine.

57. I had never – nor had Promex ever – worked with JWS Machine before Jeff Schwindt introduced Promex to JWS Machine.

58. Promex designed and manufactured the inner and outer cannula that was used in the model that was sold commercially.

59. I was involved in the design and manufacture of the inner and outer cannula.

60. I received a letter from B&T attorneys while I was at Promex.

61. I ignored the letter.

62. I felt that there might be retribution if I tried to help Jeff Schwindt with the patent application that he had filed, naming him as inventor.

63. I knew that Suros' Mr. Pearson and Jeff Schwindt were in disagreement.

64. The first paragraph of claim 1 of the '824 patent relates to the outer cannula having a trocar point welded to the end of it.

65. Mike Miller contributed to this paragraph of the claim.

66. The second paragraph of claim 1 is the cutter, sharpened on the end.

67. Mike Miller came up with this concept.

68. The third paragraph of the claim relates to the motor that drives the inner cannula.

69. I contributed to this motor, as did Mike Miller.

70. I know that Jeff Schwindt was also involved with the rotary motor, since Schwindt went to Rose-Hulman and assisted with the development of the motor, and Schwindt was involved with JWS Machine.

71. The second hydraulic reciprocating motor is what I call the air cylinder at the back of the handpiece.

72. I contributed to this portion of the patent, as did Mike Miller.

73. I worked on the detection system that sensed when the end of the stroke was met.

74. I understand that the current system uses a pressure switch to detect the back pressure created by the end of stroke condition.

75. It is my understanding that Jeff Schwindt came up with the means to sense the back pressure.

76. The last paragraph references the pneumatic air source that drives the air motor and the air cylinder.

77. Even though the patent application references "hydraulic" throughout the application, it is my belief that the patent application is referencing a gas, such as in pneumatic circuits.

78. Jeff Schwindt invented the circuit that this paragraph references in claim 1.

79. Mike Miller may have contributed to this circuit, but didn't know enough to create all of the circuits necessary to make it work.

80. I always felt like Jeff Schwindt should have been included in the patent because of all he did.

Dated: 17th day of May 2007

_____
John Hancock
11565 E. 116th Street
Fishers, IN 46037
317-577-4259

Subscribed and sworn to before me
this 17th day of May, 2007.

_____
Notary Public
Margaret M. Enright
State of IN
County of Marion
My commission expires May 3, 2008