# Declaration of Richard M. Wollard Sr.

I, Richard M. Wollard Sr., being duly warned of the penalties for perjury under 18 U.S.C. § 1001, hereby declare as follows:

1. I am competent to testify from personal knowledge as to all matters set forth in this declaration unless otherwise indicated.
2. My present address is 2095 South Oak Knoll Court, Martinsville, Indiana 46151.
3. I have worked in the manufacturing of medical products since 1958, when I worked for American Hospital Supply Corporation, which later became Baxter International in 1986.
4. I retired from Baxter International in 1993 as plant manager of the entire specialty needle plant operation.
5. Then I was recruited and hired by Boston Scientific Corporation, and began working there as a director of operations in Spencer, Indiana in 1994.
6. The Spencer, Indiana plant was primarily a urological and endoscopy products manufacturing facility.

7. I retired from Boston Scientific Corporation in January of 2000 and started working on a contract basis with Promex in March of 2000.

8. When I was first brought on at Promex, I worked with engineering projects such as electrolytic grinding, tube swaging, and other engineering projects.

9. Later, I began working with Suros Surgical Systems in approximately March 2001.

10. During the time I was with Promex, I met Jeff Schwindt when he was working with Mike Miller on the prototype development of a breast biopsy device.

11. In the summer of 2000, I also worked on the same prototype development for several months, when we were trying to optimize the quality of the core samples.

12. I also worked with a soft-sided suitcase prototype and the reusable prototype handpieces.

13. This prototype had an electric motor that was used to rotate the inner cannula. Otherwise, the system was pneumatic.

14. Toward the end of the summer and latter part of 2000, I was aware that Jeff Schwindt was working with Mike Miller to finalize the operation of the air logic system. Jeff Schwindt was

responsible for designing and developing the air logic system that would control the entire function of the handpiece.

15. Jeff Schwindt was the sole architect of the air logic system.

16. Mike Miller and Joe Mark knew what the air logic system needed to do, but they depended on Jeff Schwindt's expertise to create it.

17. I consider the air logic system a critical component of the entire breast biopsy device. It drove the performance of the handpiece.

18. In approximately April of 2001, I was hired as the vice president of operations of Suros.

19. I attended meetings every Tuesday that related to development progress.

20. We discussed what was ordered, where Jeff Schwindt was on his air logic system development, motor development, and other related topics.

21. I published minutes from every meeting.

22. In the summer of 2001, while employed for Suros, I purchased IV poles to which we mounted a flat stainless steel tray that could hold the handpiece and related components.

23. The IV pole held an IV bag that housed normal saline.

24. The prototype was run by an isolated air compressor box. While I purchased the air compressor for the box, Jeff Schwindt directed the size and type of air compressor that I was to purchase.

25. Jeff Schwindt had air requirements for his air logic system to work, including specific air pressure and flow rate.

26. At approximately this time, Mike Miller was stating that one of the last hold-ups that prevented the project from going forward was having a functional air motor.

27. Jeff Schwindt introduced JWS Machine and Jeff Stark to Suros. JWS worked with us in development and manufacturing of an air motor.

28. Mike Miller worked with JWS to further enhance the functionality of the air motors.

29. I also worked with Jeff Schwindt on the development of an all-in-one console that housed Jeff's air logic system, compressor, and vacuum pump. On the exterior, we mounted the vacuum canister, pinch valve, selector switches, and disconnects.

30. Shortly after the development of this console, Suros went to market with the product, and my employment with Suros was terminated.

Dated: 24 day of May 2007

*Richard M. Wollard SR.* (signature)
Richard M. Wollard Sr.
2095 South Oak Knoll Court
Martinsville, Indiana 46151

Subscribed and sworn to before me
this 24th day of May, 2007.

*Marilyn Sue O'Brien* (signature)
Notary Public

Marilyn Sue O'Brien
Commission Expires July 9th, 2014
Resident of Morgan County, Indiana