# Declaration of Jeffery W. Stark

I, Jeffery W. Stark, being duly warned of the penalties for perjury under 18 U.S.C. § 1001, hereby declare as follows:

1. I am competent to testify from personal knowledge as to all matters set forth in this declaration unless otherwise indicated.

2. My present address is 3211 East County Road 1200 North, Brazil, Indiana 47834.

3. My wife and I founded JWS Machine, a job shop / machine shop, in 1993.

4. In approximately 1998, I met Jeffrey Schwindt of ASE when I worked on a project for Cook Medical.

5. We manufacture aerospace, medical, cryogenic and military components.

6. In approximately summer of 2000, Schwindt contacted me and came to our facility to display a prototype that he had been working on.

7. At this point, the prototype that he showed me was an electric handpiece that had a pneumatic circuit that was housed in a soft sided suitcase.

8. Also present at this meeting with Eric Stark, my brother.

9. The three of us discussed creating an air manifold and a pinch valve that could be used in the pneumatic circuit that Schwindt had brought to us.

10. From there, I was invited to go to an engineering meeting that occurred at Promex to discuss the air motor. This was the first time that I met Mike Miller, the president of Promex.

11. Mike Miller showed me some of the motors that he had tried to build at his shop. This was a plastic four-vane motor that I understand Rose-Hulman Ventures had developed for Promex.

12. I recall that Mike Miller had tried to build these plastic four-vane motors using materials he had in his shop.

13. I went back to my shop and made a prototype air motor and took it to the engineering meeting the following Tuesday.

14. This original prototype had a solid shaft, and was constructed of aluminum.

15. At the second engineering meeting, I met Dick Wollard, who was introduced to me as the operations manager.

16. Dick was very impressed with the prototype that I had developed, and he showed me the tests that he was performing with the electric motor. At this point, the tests were performed on a rump roast.

17. After this meeting, I was to develop a motor that had a hollow shaft, because the concept of a gear drive was not working sufficiently and was overly expensive.

18. At no time did I ever receive drawings from Promex or Suros relating to the design of the motor. The only drawings we received from Promex or Suros related to the handpiece housing.

19. The next prototype I made had five vanes, and still had a solid shaft. At this point, we were worried more about motor function, and intended to incorporate the hollow shaft later.

20. We were having a start / stop issue with the four vanes, meaning the motor had difficulties starting at the beginning.

21. The prototypes after that were five-vane prototypes, and had plastic vanes and graphite vanes, which we eventually changed to brass vanes.

22. Although the start/stop issue was better, we still had problems with starting because of blow-by, meaning the rotor would not turn at startup. It took an initial heavy blast of air to get the vanes started, which was not desirable.

23. The final rotor ended up being a six-vane rotor with brass vanes, springs under the vanes, and roller bearings.

24. It was Schwindt's suggestion to go to the six-vane rotor design. The advantage of this design was that it gave us two chambers for starting the rotor, which provided much more reliability.

25. This ended up being the final design and successfully overcame our start / stop issue.

26. In conjunction with the manufacturing of the motor, we worked on the manufacture of the manifolds and pinch valves that Schwindt originally conceived.

27. On the manifolds, Schwindt brought a drawing and hand sketch that showed the valves and other components that were to be used with the manifold. Through the prototype phase, we made six different manifold designs with Schwindt.

28. None of the people at Promex or Suros were involved in any stage of the development of the manifolds, and we worked exclusively with Schwindt.

29. With regard to the pinch valve, Schwindt came to me with a concept of the pinch valve that would pinch off the hosing, and explained how he wanted the pinch valve to be on the console so that the hosing could be snaked through the pinch valve and held by the pinch valve.

30. He explained that he wanted a small nurse with gloves to be able to do this with no difficulties.

31. We helped create the prototypes based on these initial instructions, and eventually manufactured the pinch valves. Schwindt, through ASE, was the entity we contracted with for manifolds, pinch valves, and related hardware.

32. We dealt directly with Promex and Suros on supplying air motors.

33. When we eventually went to production with the air motors, Rose-Hulman Ventures brought a test stand, which consisted of a computer, software, air brake, and other elements that measured RPM, torque, and pressure of the air motor.

34. The test was to insure that each of our motors achieved a certain torque at a certain pressure at a certain designated time period after initiation. This also tested the life of the motor.

35. Each motor had to be serialized and the data from the tests was shipped with each motor.

36. In my impression, everything was running smooth until Jim Pearson was brought on board at Suros.

37. Within four to six months after Pearson was brought in, we began to have problems with Suros paying us in a timely manner.

38. This caused us to be unable to pay our suppliers for parts that we used in building the motors, including our bearing supplier and custom spring supplier.

39. When I brought this to Pearson's attention, he suggested that he could end the relationship, and Suros could go to another supplier.

40. We built over 100 motors that Suros has still never paid for.

41. I understand that at about this time, Pearson demanded that Schwindt stop doing business with me to further impact me financially.

42. I am accustomed to doing business on a handshake, and have never had a problem with my business relationships until I met Pearson.

Dated: 24 day of May 2007

_____
Jeffery W. Stark
3211 East County Road 1200 North
Brazil, IN 47834

Subscribed and sworn to before me this 24th day of May, 2007.

_____
Notary Public

PATRICIA L. JAMES
Parke County
My Commission Expires
October 15, 2008