# Jeffrey R. Schwindt

6359 Brokenhurst Road  *  Indianapolis, IN  46220  *  317-842-7888 (w)  *  317-727-0792 (c)  *  **airsystems@sprintmail.com**

## EXPERIENCE

**President/Owner**  9/93 –Present
Air Systems Engineering, Inc.  Indianapolis, IN

- Designed, developed and marketed the *AIRFX* line of Air Suspensions for motorcycles.  Received an industry award for "Most Innovative Engineering".
Patents Pending; Motorcycle air suspension system 20060278457,  Monoshock air suspension (not published).
- Designed and developed a breast biopsy control system currently being marketed by Suros Surgical Systems.  Established an assembly line and manufactured 400 biopsy control systems.
Patents Pending; Biopsy apparatus 20050113715, Pneumatic circuit 20050075581, Pneumatic circuit 20030199787, Evaporation valve 20030199786, Pinch Valve 20030196693
- Design, build, and program turn-key Automation and Test Equipment for automotive, medical, and other industrial applications. Experience includes leak and product function testers, assembly presses, robotic adhesive application, oven controls, ergonomic manipulators, plastic part assembly and ultrasonic welding.
- Experienced in programming Allen-Bradley programmable logic controllers, touch screens, and other industrial devices.
- Design and manufacture custom pneumatic integrated control circuits.
- Stocking distributor for over twenty product lines of pneumatic fluid power components.
- Managed the company with up to twelve employees.
- Developed and teach a Pneumatic Fluid Power course for industrial customers.

**Sales Engineer**  8/89-9/93
Universal Sales Engineering, Inc.  Indianapolis, IN

- Promoted over thirty pneumatic fluid power product lines.
- Responsible for developing a new customer base in southern Indiana.
- Increased sales to from $250K to over $650K per year.
- Prepared a business plan to purchase the company.

**Automation Engineer**  6/87- 8/89
Xerox Corporation  Rochester, NY

- Conceptualized automation equipment to minimize manufacturing costs and maximize quality.
- Prepared financial justification reports and capital appropriation requests for the projects
- Managed the acquisition, development, installation, and start-up of the automation projects
- Responsible for over $7M of automation being implemented

## EDUCATION

**Butler University – Indianapolis, IN**
MBA
- Coursework completed in 1992.
- Founded Air Systems Engineering, Inc. in 1993 and was distracted from completing the degree.

**Clarkson University – Potsdam, NY**
Master of Science in Engineering Sciences, 1988
   Thesis; Design of a Computer Controlled Air Motor for Robotic Applications

**Northeastern University – Boston, MA**
Bachelor of Science in Mechanical Engineering, 1986
- Co-op experience with Chesebrough-Pond's (Medical), General Electric (Circuit Breakers), Thermo-Electron (generators).