## CLARKSON UNIVERSITY

# Design of a Computer Controlled Air Motor for Robotic Applications

A Thesis

by

**Jeffrey R. Schwindt**

Department of Mechanical and Industrial Engineering

(Manufacturing Systems Group)

Submitted in partial fullfillment of the degree requirements

for the degree of

**Master of Science**

(Engineering Science )

September 24, 1987

Accepted by the Graduate School

Dean ⎯⎯⎯⎯⎯⎯⎯⎯⎯

Date ⎯⎯⎯⎯⎯⎯

The undersigned have examined the thesis entitled *Design of a Computer Controlled Air Motor for Robotic Application* presented by Jeffrey R. Schwindt, a candidate for the degree of Master of Science in Engineering Science, and hereby certify it worthy of acceptance.

September 24, 1987

Advisor *Paul J Yoder*

P. Yoder

Examining Committee *Robert J Schilling*

R. Schilling

G. Walker

# Abstract

Pneumatic robots available today are limited to simple pick and place ma-
neuvers primarily because of the difficulty in controlling the drive mech-
anisms. A computer controlled air motor would provide a flexible drive
mechanism for each axis of a robot, and with compressed air powering the
air motor high torque is available in a small light weight package, ideal for
robotics. The system described herein consists of a vane type air motor
with position and velocity feedback controlled by a series of solenoid acti-
vated valves and a computer controlled pressure regulator. The air motor is
capable of accurately attaining any number of revolutions and three speeds,
input by the user as a step or ramp function, respectively.

## Acknowledgements

I would like to thank my parents, friends, and the faculty at Clarkson University for their encouragement and financial support in achieving my goals and completing this thesis. I would also like to thank Universal Sales Engineering Inc. for their Fluid Power expertise and Schrader Bellows Division of Parker Fluid Power for their donation of a Computer Controlled Pressure Regulator.

# Table of Contents

**1  Introduction**                                                          **1**
  1.1  Pneumatic Robots Currently Available . . . . . . . . . . . .   1
  1.2  Application of Pneumatic Robotics . . . . . . . . . . . . . .   3
  1.3  Current Research . . . . . . . . . . . . . . . . . . . . . .   5
  1.4  Drive Mechanism Alternatives . . . . . . . . . . . . . . . .   9
  1.5  Drive Mechanism Chosen  . . . . . . . . . . . . . . . . . .   9

**2  Air Circuit**                                                           **11**
  2.1  Air Circuit Design  . . . . . . . . . . . . . . . . . . . .   11
  2.2  Component Selection and Performance . . . . . . . . . . . .   12

**3  System Control**                                                        **18**
  3.1  Control Theory . . . . . . . . . . . . . . . . . . . . . . .  18
  3.2  Computer Interfacing  . . . . . . . . . . . . . . . . . . .   26
  3.3  Electronic Circuitry . . . . . . . . . . . . . . . . . . . .  28
  3.4  Computer Software . . . . . . . . . . . . . . . . . . . . .   35

**4  Conclusion**                                                            **39**
  4.1  Step Input Performance  . . . . . . . . . . . . . . . . . .   39
  4.2  Ramp Input Performance  . . . . . . . . . . . . . . . . . .   43
  4.3  Future Developments . . . . . . . . . . . . . . . . . . . .   52
  4.4  Applications . . . . . . . . . . . . . . . . . . . . . . . .  56
  4.5  Closing Remarks  . . . . . . . . . . . . . . . . . . . . . .  57

**Bibliography**                                                             **58**

**Appendix**                                                                 **60**
  A   MACK Corporation B-A-S-E Robot  . . . . . . . . . . . .       60
  B   Schrader Bellows MM-1 and MM-2 Robots  . . . . . . . .       64
  C   International Robomation/Intelligence IRI M50 Robot . . .    69
  D   Schrader Bellows 3D Manipulator . . . . . . . . . . . . .    75
  E   Micro Motor Inc. Air Motors . . . . . . . . . . . . . . .    80
  F   Schrader Bellows PAR-15 Pressure Regulator . . . . . . .     86
  G   Air Motor Control Program . . . . . . . . . . . . . . . .    91

# List of Figures

| | | |
|---|---|---|
| 1.1 | Control Scheme, University of Michigan | 7 |
| 1.2 | Control Scheme, University of Loughborough | 8 |
| | | |
| 2.1 | Air Circuit Design | 13 |
| 2.2 | Air Flow, Clockwise | 14 |
| 2.3 | Air Flow, Counter Clockwise | 15 |
| | | |
| 3.1 | Performance Charts | 20 |
| 3.2 | Control Block Diagram | 22 |
| 3.3 | Root-Locus Diagram | 25 |
| 3.4 | Binary Output Example | 27 |
| 3.5 | Component Assignments | 28 |
| 3.6 | Encoder Disk and Pickup | 29 |
| 3.7 | State Change Table | 30 |
| 3.8 | Digital Output Circuit | 32 |
| 3.9 | Digital Input Circuit | 33 |
| 3.10 | Digital Input Filter | 34 |
| 3.11 | Computer Program Flow Chart | 38 |
| | | |
| 4.1 | Proportional Control | 41 |
| 4.2 | Proportional Control Constants | 42 |
| 4.3 | Step Input, 50 CW | 44 |
| 4.4 | Step Input, 25 CW | 45 |
| 4.5 | Step Input, 10 CW | 46 |
| 4.6 | Step Input, 5 CW | 47 |
| 4.7 | Step Input, 50 CCW | 48 |
| 4.8 | Step Input, 25 CCW | 49 |
| 4.9 | Step Input, 10 CCW | 50 |
| 4.10 | Step Input, 5 CCW | 51 |
| 4.11 | Ramp Input, Low | 53 |
| 4.12 | Ramp Input, Medium | 54 |
| 4.13 | Ramp Input, Fast | 55 |

# Chapter 1

# Introduction

## 1.1  Pneumatic Robots Currently Available

Pneumatic robots available today fall into two categories. The first and most common is the air cylinder type, where two or more cylinders and rotary actuators are combined to perform a certain task. The second and less common is the air motor type, where air powered rotary motors are used to drive the axes of the robot.

The major component of the first type of robot is the air cylinder. An air cylinder is comprised of a cylindrical tube which is enclosed on both ends, with a moveable piston attached to a piston rod. Linear movement occurs when there is a pressure differential across the piston. Another

component of this type of robot is called a transporter. A transporter operates in the opposite fashion of an air cylinder, in this case the piston remains stationary and the cylinder moves back and forth. By combining two of the transporters, X-Y motion can be obtained. Rotary actuators are used to achieve wrist roll, pitch, and yaw motions. These actuators are restricted to 90° or 180° rotations. One such robot which combines all of the components discussed so far is the MACK Corporation B-A-S-E Robot. This six axis robot can handle a payload of up to 5 lbs., a maximum speed of 30 cycles per minute, and a repeatability of ± .005 inches, (See Appendix A). Other robots with similar configurations are the Schrader Bellows MM-1 and MM-2 robots. These four axis robots have a carrying capacity of up to 10 lbs. with a repeatability of ± .005 inches, (See Appendix B).

Control of cylinder type robots is mechanical. Each cylinder is fitted with mechanical stops which are set by the user to achieve the desired positions. Activation of the cylinders can be mechanically sequenced or, as in the Schrader Bellows robots, microprocessor controlled. The mechanical sequencing system is comprised of a series of valves which are turned ON/OFF by a cam system. This allows any one of the cylinders to be actuated first or in tandem with other cylinders. The speed of each cylinder is set by adjusting the exhaust port flow controls. The microprocessor sequence controller system allows the the user to program the robot using a

2

teach pendant. First the mechanical stops are adjusted to the appropriate settings. Then, the user can program the sequence in which the cylinders should be activated, timing between activations, speed of each cylinder, and monitor feedback from external sensors in the work cell.

The second type of robot available is the rotary air motor type. The IRI M50 robotic arm falls into this category and is the only such robot commercially available. Each axis of this robot is powered by a vane type air motor controlled by a 4-way valve. The air input to the valve is pulsed through a series of soleniod operated poppet valves and accumulators. The accumulators are used to attempt to hold a set pressure at all times, this provides a near constant pressure pulse when the valves are triggered. Air powered brakes are also used to hold the position achieved by the air motor, [Kafrissen,1]. All of the actions described are controlled and monitored by a microprocessor. This five axis robot can handle a payload up to 50 lbs. with a repeatability of ± .040 inches. (See Appendix C).

## 1.2    Application of Pneumatic Robotics

The cylinder type robots described earlier are used for simple pick and place maneuvers with high cycle speeds and with a high degree of accuracy. These robots are generally not a part of a Flexible Manufacturing

3

System because to perform a different task the robot must be mechanically adjusted. The air motor type robot can be used for various tasks and can be reprogrammed by a software change rather than a mechanical adjustment. Because of the high payload capacity of this robot, it can be a viable alternative to hydraulic and electric robots when high precision movements are not necessary. The implementation of pneumatic robotics has advantages and disadvantages, as follows;

Advantages

- Installation- Relatively easy to install compared to hydraulic systems, because most factories already have compressed air systems.

- Safety- Pneumatics do not have the leak problems associated with hydraulic systems and do not cause sparks, which can occur in electric robots.

- Temperature Sensitivity- Air is constantly being cycled through the actuators providing self cooling. This allows the system to be used in higher temperature environments without overheating problems.

- Power Source- The power source for pneumatics is compressed gas. Any compressed inert gas can be used, providing a portable system.

- Power To Weight Ratio- The power generated by a pneumatic actu-

4

ator comes from the compressed gas, not from a heavy motor, giving a pneumatic robot a high payload capacity to robot weight ratio.

Disadvantages

- Safety- When compressed air is not filtered properly or combustible gases are introduced to the system there is a chance of explosion.

- Friction- When making small moves with a cylinder type robot static friction can cause the motion to be eratic.

- Efficiency- Air motor type robots consume high quantities of air.

- Flexibility- The simple cylinder type robots have to be adjusted manually to perform different tasks, making them impractical for small batch production of different products.

## 1.3   Current Research

Developments occuring in pneumatic robotics center on better control of these systems. There are two levels of control being investigated. The first is better mechanical control, such as buffers (shocks) and proximity sensors used to smooth the deceleration at the end of a stroke. Better mechanical control is also being achieved with better structural designs, such as the soon to be available Schrader Bellows 3D Manipulator. The cylinders in

5

this robot mount to each other via dove tail slides providing a high degree of adjustability and a higher load carrying capacity, (See Appendix D). The other and more prominent area is computer interfacing and control of the components used in the robots. This includes position, velocity and acceleration feedback systems from air cylinders and motors, as well as computer controlled valves and pressure regulators.

An example of this type of research was conducted at the University of Michigan, where, by combining a stepper motor controlled 4-way valve, an air motor, a shaft encoder, and a microprocessor, a controlled velocity or position could be maintained when a disturbance was introduced into the system, (See Figure 1.1),[Weston,2].

Another example is research being conducted at the University of Lough-borough, where computer controlled air cylinders are being designed. This control scheme includes an air cylinder, incremental shaft encoder, 3-way and 4-way valves, computer interface equipment, and a computer, to provide consistent point to point movement without the use of mechanical stops, (See Figure 1.2),[Keller,3].



Figure 1.1: Control Scheme, University of Michigan

7



Figure 1.2: Control Scheme, University of Loughborough

## 1.4   Drive Mechanism Alternatives

In reviewing the different types of pneumatic robots available today, three different drive mechanisms are prevelant, the X-Y transporter, the air cylinder, and the air motor. The air motor is the only one of the three that is currently capable of point to point motion without the use of mechanical stops. Controlling a transporter or cylinder to achieve accurate point to point motion without stops or brakes remains an engineering challenge due to the high static frictions between the piston and the cylinder. The use of air motors to drive a robot seems to be a viable solution, as in the IRI M50 robot. The air motors in this robot are controlled by pulsing the air into the motor at different rates to provide different responses. An alternative to this is to control the inlet pressure and the exhaust flow rate of the air motor to provide torque and speed control.

## 1.5   Drive Mechanism Chosen

After reviewing the various alternatives and components currently available, it was found that a computer controlled air motor could be built using the controlled inlet pressure and exhaust flow rate technique. This technique was derived from the actual performance of an air motor. As the inlet pressure is increased the torque increases (linearly). The speed

9

of an air motor running at any inlet pressure can be adjusted by attaching a flow control valve on the exhaust port of the motor. The air motor is controlled by a microcomputer which can turn ON/OFF the solenoid valves which allow flow through the motor to provide clockwise or counter clockwise rotation. The desired inlet pressure is triggered via a computer controlled pressure regulator. The air motor is also fitted with a shaft encoder which is monitored by the computer software to provide position and velocity feedback needed in the control of the system. The objective of the controller is to achieve a specified position change (revolutions) given a step input or adjust the velocity of the air motor to follow a given ramp input. Ultimately the controller should control a position move and provide a smooth start and stop of the air motor at a controlled velocity.

10

# Chapter 2

# Air Circuit

## 2.1   Air Circuit Design

The air circuit designed for this system is symmetric about the air motor, the forward and reverse circuits are identical with both circuits using the same exhaust manifold. The forward and reverse motion are controlled by 3-way valves. The exhaust flow rate is determined by the 2-way valves mounted at the outlet ports of the manifold. Two 2-way valves and one open port exhaust the manifold to the atmosphere. In order to tune the exhaust flow rates, flow control needle valves are mounted to the outlet port of each 2-way valve as well as the open manifold port. Using three exhaust manifold ports gives the system three operating speeds. The first speed,

low, will occur when both 2-way valves are closed, with flow through the open port only. The second speed, medium, will occur with one 2-way valve open and flow through the open port. The third speed, high, will occur with both 2-way valves open and flow through the open port. Figure 2.1 shows the air circuit design. Figure 2.2 and figure 2.3 show the clockwise and counter clockwise flow, respectively.

## 2.2    Component Selection and Performance

The selection of valve sizes is dependent on the flow rate needed through the valve, the maximum pressure, and switching speed needed. All component selection is therefore dependent on the choice of the air motor. The air motor needs to be small and light weight, but still have enough power to be used in a robot. The smallest air motor currently available is a 1/20 hp. vane type motor made by Micro Motor Inc.. The model chosen is the MMR-0700 which has a maximum free speed of 7,000 rpm, with 1/20 hp. @ 4,000 rpm, a stall torque of 24 in.oz. @ 90 psig, with a weight of only 8 oz., (See Appendix E). The air consumption of this motor is 4.8 cfm @ 7,000 rpm which is relatively low in comparison to larger air motors. The operating speed that will be used for this project is 0 to 4,000 rpm corresponding to a flow rate of 2.4 cfm. This maximum operating speed

12



Figure 2.1: Air Circuit Design



Figure 2.1: Air Flow, Clockwise



Figure 2.1: Air Flow, Counter Clockwise

was chosen at the point of highest horsepower.

Once the air motor has been chosen the valves can be sized. First a flow capacity coefficient has to be determined for the given application. The following equation is used to determine this factor,[Pittway,4].

$$C_v = Q/22.67\sqrt{\frac{GT}{(P_1 - P_2)K}}$$

where:

$C_v$ = flow capacity coefficient

$Q$ = flow, scfm

$G$ = specific gravity of fluid ($G = 1$ for air)

$T$ = absolute temperature (460 + degrees F)

$P_1$ = inlet absolute pressure (psig + 14.7)

$P_2$ = outlet absolute pressure (psig + 14.7)

$K$ = outlet pressure, $P_2$, when $\Delta P$ is up to 10% of supply pressure.

$K$ = inlet pressure, $P_1$, when $\Delta P$ is 25% of supply pressure or greater.

$K$ = average of inlet and outlet pressure, when $\Delta P$ is between 10% and 25% of supply pressure.

Allowing a pressure drop of 10 psi across the valve yields a $C_v$ of .085 . The 2-way and 3-way valves chosen have a flow capacity coefficient of .075 which will cause a slightly higher pressure drop at the maximum running speed. Both types of valves are solenoid operated, available in AC or DC.

16

The AC valves were chosen for their faster response time of 4 to 8 milliseconds. The flow controls selected are designed to adjust from 0 to 4 cfm with mufflers attached to the outlet of the flow controls to reduce exhaust noise.

The computer controlled pressure regulator, PAR-15, is the only such regulator found to be commercially available and is manufactured by Schrader Bellows. This regulator divides a single inlet pressure, 60 to 150 psig, into fifteen equally spaced output pressures. To achieve a desired pressure a 4-bit binary signal is sent to the regulator which turns ON/OFF a series of solenoid operated valves which will either vent pressure, when reducing pressure, or increase the pressure. The response time is a maximum of 20 milliseconds between pressures. This regulator can also handle flow rates up to 200 cfm, (See Appendix G).

17

# Chapter 3

# System Control

## 3.1   Control Theory

The dynamical properties of an air motor are analogous to those of an electric servo motor with pressure instead of voltage controlling the torque of the motor. The system is modeled to have a pneumatically applied torque on the motor shaft, a reaction moment due to shaft inertia, and viscous damping. Newton's second law gives

$$T = J\alpha + R\omega, \tag{3.1}$$

where

$T =$ Pneumatically supplied torque

$J =$ Inertia of the shaft

18

$R$ = Viscous damping factor

$\alpha$ = Angular acceleration

$\omega$ = Angular velocity

The torque described above is produced by the inlet pressure. The relation between the torque and pressure must ultimately be determined empirically for the MMR-0700 air motor. The performance characteristics supplied by the manufacturer imply a relationship of the form

$$T = -K_n\omega + K_c P(t), \tag{3.2}$$

where

$T$ = Torque

$\omega$ = Angular velocity

$P(t)$ = Pressure

$K_n$ = The slope of the motor torque vs. speed curve

$K_c$ = The slope of the motor speed vs. pressure curve

Combining equations (3.1) and (3.2) and taking the laplace transform yields the transfer function

$$G(s) = \frac{K_c}{Js^2 + (R + K_n)s}, \tag{3.3}$$

which simplifies to

$$G(s) = \frac{\gamma}{s^2 + \beta s}, \tag{3.4}$$

19



Figure 3.1: Performance Charts

where

$$\gamma = \frac{K_c}{J},$$

$$\beta = \frac{R + K_n}{J}.$$

The physical constants for the air motor must now be derived. The constants $K_n$, $K_c$, $J$, and $R$ are representative of the MMR-0700 air motor used and are derived from the manufacturers performance charts shown in figure 3.1. The value for $K_n$ can be directly obtained from the charts and is constant for all pressures. $K_c$ is chosen at a pressure of 90 psig and is assumed to be constant for other pressures.

$$K_n = 0.0356 \frac{in.oz.}{rad/s},$$

20

$$K_c = 0.312 \frac{in.oz.}{psi}.$$

The inertia constant of the motor is assumed to be the inertia of a cylinder about the axial center. If an additional component is added to the system, such as a robotic arm, the inertia of that component would be accounted for here.

$$J = 1.42x10^{-3}in.oz.s^2$$

The viscous damping factor is derived from the stall torque divided by the free speed at 90 psi, [Baeck,5].

$$R = 0.0369 \frac{in.oz.}{rad/s}.$$

A control scheme putting position, velocity, and the integral of position in the forward path of the loop is represented in figure 3.2. The resulting open loop transfer function

$$G_{openloop}(s) = \frac{(K_i/s + K_s + K_d s)\gamma}{s^2 + \beta s}, \qquad (3.5)$$

where the constants $K_i$, $K_s$, and $K_d$ are variables chosen to achieve acceptable levels of steady state error and relative stability. The steady state errors for a step, ramp, and parabolic input are

$$E_{ss} = 0, \qquad (3.6)$$

21



Figure 3.2: Control Block Diagram

$$E_{ss} = 0, \tag{3.7}$$

$$E_{ss} = \frac{2\beta}{K_i K_e}, \tag{3.8}$$

respectively.

When a disturbance torque is added to the system, such as a coulomb frictional load, the entire resulting output may be regarded as error. The steady state errors arising for unit step and unit ramp disturbances are

$$E_{ss} = 0 \tag{3.9}$$

and

$$E_{ss} = \frac{1}{K_i}, \tag{3.10}$$

respectively. Equations 3.8 and 3.10 show that a large value of $K_i$ is desirable to reduce steady state errors.

The stability of the system is checked by analyzing the root locus diagram. The characteristic equation

$$1 + \frac{(K_i/s + K_s + K_d s)\gamma}{s^2 + \beta s} = 0, \tag{3.11}$$

simplifies to

$$1 + C\frac{1 + As + Bs^2}{s^3 + \beta s^2} = 0, \tag{3.12}$$

where

$$A = \frac{K_s}{K_i},$$

23

$$B = \frac{K_d}{K_i},$$

and

$$C = K_i K_c.$$

The characteristic equation 3.12 reveals that there are open loop poles at

$$s = 0, 0, -\beta$$

and open loop zeros at

$$s = \left(-A \pm \sqrt{A^2 - 4B}\right) / (2B).$$

These open loop zeros will locate at -30 and -40, as shown in figure 3.3, if one sets

$$A = \frac{7}{120} \qquad \text{and} \qquad B = \frac{1}{1200}.$$

Evidently, then, a break-in point will arise somewhere between -30 and -40. Setting $\frac{dc}{ds} = 0$ one determines that

$$s_{breakin} = -35.0.$$

The closed loop system has a pair of repeated poles at -35.0 when

$$K_i = 112.18,$$

providing low values for the steady state errors, as may be seen from equations 3.8 and 3.10. Substituting the values for $A$, $B$, and $K_i$ into equation

24



Figure 3.3: Root-Locus Diagram

3.12 yields

$$K_s = 6.5438$$

and

$$K_d = 0.1018.$$

Since the zero gain points were set on the negative real axis the system is critically damped ($\xi=1$). The settling time (2%) is given by

$$t_{s2\%} = \frac{4}{\xi \omega_n}$$

so that

$$t_{s2\%} = .1143 sec.$$

In summation, the control theory developed in this section shows that the system will be stable for the values of $K_i$, $K_s$, and $K_d$ shown with minimal steady state errors, [Schaum's, 6].

## 3.2    Computer Interfacing

The components which control the direction, torque, and speed must be operated by the Z-100 computer being used. In total, eight ON/OFF switches are needed, four for the 2-way and 3-way valves and four for the computer controlled pressure regulator. The computer must also be able to read the two ON/OFF signals coming from the optical encoder. The interface

26



Figure 3.4: Binary Output Example

board used is the CROMEMCO D+7A I/O Board. This board features eight digital input and output ports, where a signal of 0v and +5v triggers or is triggered by a logic 0 (low) or a logic 1 (high). The board also has analog input and output channels which will not be used in this project. The digital signals travel through the S-100 system bus and are accessed by the program through the hexadecimal (18) port. Each bit in the digital output channels is assigned a solenoid. By sending the appropriate 8-bit binary string, solenoids can be triggered in a fashion to provide clockwise or counter clockwise rotation at different speeds and torques. The binary string is sent by summing the appropriate integer representation of that string of 8-bits; for example the representative integer for the binary string shown in figure 3.4 is the integer $2^3 + 2^1 = 10$. The component assignments are shown in figure 3.5.

The pressure is set by four of the 8-bits. See Appendix F for the 4-bit code corresponding to each pressure.

27



Figure 3.5: Component Assignments

Two of the eight digital input channels are used to monitor the optical encoder signals. The signal received from the encoder is a 2-bit digital signal representing the manner in which the light beams are broken by the encoder disk. As the encoder disk rotates, four possible signals can occur. The encoder disk used has six pairs of slots representing 24 state changes per rotation. Figure 3.6 shows the arrangement of slots on the disk, the pickup LEDs, and phototransistors. By observing the current optical signal and comparing it to the previous signal the direction of rotation can be determined via the state change table in figure 3.7.

## 3.3   Electronic Circuitry

The digital port described in the last section uses 0v for a low signal and +5v for a high signal, as input and output, at a very low current. This current is insufficient to trigger a relay or to operate the encoder LEDs. A



Figure 3.6: Encoder Disk and Pickup

circuit incorporating additional power must be used to turn ON/OFF the relays which operate the AC solenoids on the valves. Power must also be supplied to the encoder circuit to make the LEDs operational.

Since the I/O board lacks sufficient power to drive the circuit, an alternate power supply is used to operate the relays. The I/O board should also be isolated from this power supply to avoid possible power surges which could damage the board. To isolate the power supply from the board a GE 4N33 optical coupler chip is used. The chip turns the power supply circuit ON/OFF when a high/low signal is sent from the computer. The chip isolates the board by using an LED, on the I/O side, to turn ON/OFF a phototransistor circuit on the power supply side. A coil in the relay is

| PREVIOUS STATE | CURRENT STATE | TYPE OF STATE CHANGE |
|---|---|---|
| 0 0 | 0 0 | SAME |
| 0 0 | 0 1 | ONE COUNT REVERSE (-1) |
| 0 0 | 1 0 | ONE COUNT FORWARD ( + 1) |
| 0 0 | 1 1 | ERROR |
| 0 1 | 0 0 | ONE COUNT FORWARD ( + 1) |
| 0 1 | 0 1 | SAME |
| 0 1 | 1 0 | ERROR |
| 0 1 | 1 1 | ONE COUNT REVERSE (-1) |
| 1 0 | 0 0 | ONE COUNT REVERSE (-1) |
| 1 0 | 0 1 | ERROR |
| 1 0 | 1 0 | SAME |
| 1 0 | 1 1 | ONE COUNT FORWARD ( + 1) |
| 1 1 | 0 0 | ERROR |
| 1 1 | 0 1 | ONE COUNT FORWARD ( + 1) |
| 1 1 | 1 0 | ONE COUNT REVERSE (-1) |
| 1 1 | 1 1 | SAME |

Figure 3.6: State Change Table

30

part of this power supply circuit, opening a switch when a low signal is sent and closing the switch when the signal is high. The relay switch turns ON/OFF the AC power to the solenoids. The power supply produces +5v to drive the Radio Shack RKTS-5 relays. In total, eight of these circuits were made to operate the valves and the pressure regulator. Figure 3.8 is representative of all circuits used.

Similarly the encoder circuitry needs a power supply (+5v) to drive it. A resistor is used to reduce the incoming current from the +5v power supply to light up the two infra-red LEDs. The LEDs are wired in series, to insure no signal if either one is burned out. Two phototransistors are mounted directly opposite the LEDs, with the encoder disk between the two pairs. The phototransistors are wired parallel with adjustable resistor pots set at 150 ohms. The phototransistor circuit directly produces the 0v and +5v signal for the digital input port.

The phototransistor produces +.2v when the infra-red LED is visible and +5v when it cannot see the LED. Figure 3.9 is the circuit diagram for the encoder pickup, [Rhino,7].

The 2-bit signal sent from the encoder can be used directly as input through the digital port, but as the frequency of the signal being sent is increased and vibrations through the pneumatic components increase the signal could become distorted. To alleviate the problem a signal in-

31



Figure 3.7: Digital Output Circuit

Figure 3.8: Digital Input Circuit

33



Figure 3.10: Digital Input Filter

verter is used to filter the signal. This inverter is called a Schmitt Trigger
which forces the signal to be a clean 0v or +5v. A T74LS14B1 chip is
used to perform this task. The chip also uses the +5v provided by the
power supply. When using this type of chip the signals are reversed low
to high and *vice versa*. Figure 3.10 contains the circuit diagram and signal
chart,[National,8].

All the components are plugged into wire wrap mounts and connected
together with wire wrap. The 120 VAC is supplied from wall sockets with
all solenoids wired in parallel to allow separate operation of each valve.
Fuses are also used to protect the solenoids from damage in case of a power
surge.

## 3.4   Computer Software

A computer program is written to monitor and control the system. The program must write to and receive data from the digital port at a high frequency. Because of the high frequency needed a compiled program must be used, in this case, FORTRAN. The program is written in several sections (subroutines) to provide higher flexibility and better understanding. The main program directs the control of the system to the different subroutines and prompts the user to initialize the variables from the keyboard. The variables input by the user are;

- Direction of rotation (clockwise/ counter clockwise)

- Number of rotations

- Speed of rotation (low, medium, high)

- Unit Step or Ramp input

The control is then tranferred to either the Step or Ramp input subroutine. The Step subroutine checks the variables to determine what binary string is needed to produce the correct direction of rotation and the speed. Next, the number of state changes (counts) needed to complete the desired number of rotations is calculated. The current encoder state and other constants

35

are initialized. The subroutine then calculates the current move error;

$$\Theta_{error} = \Theta_{input} - \Theta_{output}$$

The rate of change of the move error is then calculated (velocity). The control law can now be applied to derive the value of the control function to which the proportional pressure can be calculated. The control law is

$$\Theta_{ee} = K_i[\Sigma(\Theta_{error}t_{cycle})_{old} + (\Theta_{error}t_{cycle})_{new}] + K_s\Theta_{error} + K_d\omega_{error}.$$

At this point the pressure setting subroutine is called to decide which pressure should be used for this $\Theta_{ee}$. This subroutine chooses the pressure via a look up table which compares $\Theta_{ee}*K$ to set pressure constants. The pressure constants are the integers one through ten corresponding to the ten highest pressures. Because of the discrete values for the different pressures the control law ($\Theta_{ee}$) must be scaled by the factor $K$ to make use the full pressure range for large and small moves. The scaling constant ($K$) was chosen through experimentation and is initialized as a function of the number of revolutions input. A binary string is then calculated to correspond with that chosen pressure.

The Move subroutine is then called. This routine adds together the three binary strings calculated earlier for the direction of rotation, speed of rotation, and the pressure setting. The sum of these three binary strings is the integer representation sent to the digital output port.

36

The counting routine is then called. This routine updates the error counter by (+1), (-1), or (0) depending on the direction of rotation or if no change occured. The routine will also write an error message to the screen if a state change error is found. The routine uses a computed GO TO statement with four possible addresses, utilizing the state change table described earlier in figure 3.7.

The rate of change in the error counter is now estimated, by polling the error counter for fifty program executions and dividing the change in the error counter by the time needed for the program to run through fifty executions.

The program returns to the Step routine where the move error is calculated again and the cycle repeats. Once the move error reaches zero the program is instructed to stop and return to the main program.

The Ramp input subroutine works in the same fashion as the Step routine, but instead of initializing $\Theta_{input}$ to the desired output, it is incremented each pass. The slope of the ramp is input through a system prompt prior to program execution and is used to determine the size of the increment for each pass. The routine stops when the ramp reaches the number of rotations input by the user. Figure 3.11 is the flow chart for the program. See Appendix H for the program.

37



Figure 3.10: Computer Program Flow Chart

# Chapter 4

# Conclusion

## 4.1  Step Input Performance

A system's step response consists of the history of output motion arising when the reference input variable undergoes an abrupt change. Ultimately, the system strives to make the output equal the input once again. The time required to do this is governed by the natural frequency and damping factor of the system. This system was designed to a damping factor of 1.0, which will keep the system from ever overshooting the target step input.

These techniques, to provide an accurate position move, will work in actual situations provided that all of the assumptions made in the derivation of the control law are completely correct. The nonlinear effect of the com-

39

pressed air as well as static friction were not accounted for in the derivation of the control law and proved to be a factor during testing. It was found, due to static friction, that the air motor would not begin rotation or could stall if the air pressure were below 25 psi. Because of this threshold pressure the proportional control was set to run in the 25 to 75 psi range rather than the ideal 0 to 75 psi range. As the system approaches an error of zero the pressure is at the lowest setting, 25 psi, then is reset at 0 psi when the error counter reaches zero. This sudden drop in pressure is not fast enough to stop the motor instantaneously, thus resulting in an overshoot. To account for this delay a software change was made to direct the system to set the pressure to 0 psi when the system error counter is within 30 counts (1.2 revolutions) of zero. With this software change the actual pressure drop is simulated to produce, in effect, the ideal 0 to 75 psi proportional range. Figure 4.1 illustrates the actual and simulated proportionality.

Because of the discrete steps between pressures the proportionality constant ($K$) was chosen as a function of the number of rotations input. This provides greater use of the pressure range and a faster response, when making small position moves. Figure 4.2 illustrates the different constants.

The system is capable of achieving the position change input by the user with a minimal error, as shown in figures 4.3 through 4.6 for clockwise moves and figures 4.7 through 4.10 for counter clockwise moves. As illustrated by

40



CONTROL LAW

- ● DOTTED LINE IS THE ACTUAL PROPORTIONAL CONTROL
- ● SOLID LINE IS THE SIMULATED PROPORTIONAL CONTROL

Figure 4.1: Proportional Control

41



PROPORTIONAL CONTROL CONSTANTS

- PROPORTIONAL CONTROL CONSTANTS FOR A STEP INPUT

Figure 4.2: Proportional Control Constants

42

the graphs, the counter clockwise runs show a steady state error. This error is attributed to the use of the simulated pressure drop at the end of the move, which is different for a counter clockwise move due to the lower horsepower (20%) of the motor in that direction. A software change could be made to alleviate this error. Data for medium and high speeds were not taken because of the encoder read errors which occur at higher speeds.

## 4.2   Ramp Input Performance

The response to a ramp input of a system should be a movement of position in such a manner as to duplicate the ramp. This type of input is used to give the system velocity control. The system designed incorporates a ramp by adding a certain number of counts to the error counter every program execution cycle. The number of counts added each cycle is calculated by multiplying the slope of the ramp, input by the user, by the program cycle number.

It was found, during testing, that the increased calculations in the ramp subroutine reduced the program speed sufficiently to cause a fatal error when reading the encoder signal. This problem was corrected by scaling the program to provide only integer arithmetic throughout the program cycle and also reducing the encoder resolution from 24 counts per revolution

43



- STEP INPUT OF 50 REVOLUTIONS CLOCKWISE (1200 COUNTS)

- SOURCE AIR PRESSURE IS 75 PSI

- SPEED IS SET AT LOW

Figure 4.3: Step Input, 50 CW

44



**STEP INPUT**

- STEP INPUT OF 25 REVOLUTIONS CLOCKWISE (600 COUNTS)
- SOURCE AIR PRESSURE IS 75 PSI
- SPEED IS SET AT LOW

Figure 4.4: Step Input, 25 CW



- STEP INPUT OF 10 REVOLUTIONS CLOCKWISE (240 COUNTS)

- SOURCE AIR PRESSURE IS 75 PSI

- SPEED IS SET AT LOW

Figure 4.5: Step Input, 10 CW

46



- STEP INPUT OF 5 REVOLUTIONS CLOCKWISE (120 COUNTS)

- SOURCE AIR PRESSURE IS 75 PSI

- SPEED IS SET AT LOW

Figure 4.6:  Step Input, 5 CW

47



- STEP INPUT OF 50 REVOLUTIONS COUNTER CLOCKWISE (1200 COUNTS)

- SOURCE AIR PRESSURE IS 75 PSI

- SPEED IS SET AT LOW

Figure 4.7: Step Input, 50 CCW

48



- STEP INPUT OF 25 REVOLUTIONS COUNTER CLOCKWISE (600 COUNTS)

- SOURCE AIR PRESSURE IS 75 PSI

- SPEED IS SET AT LOW

Figure 4.8: Step Input, 25 CCW

49



- STEP INPUT OF 10 REVOLUTIONS COUNTER CLOCKWISE (240 COUNTS)

- SOURCE AIR PRESSURE IS 75 PSI

- SPEED IS SET AT LOW

Figure 4.9: Step Input, 10 CCW

50



- STEP INPUT OF 5 REVOLUTIONS COUNTER CLOCKWISE (120 COUNTS)

- SOURCE AIR PRESSURE IS 75 PSI

- SPEED IS SET AT LOW

Figure 4.10: Step Input, 5 CCW

51

to 8 counts per revolution. With these corrections made, the program functioned properly.

Three different ramp inputs were found corresponding to the three exhaust valve settings as shown in figures 4.11, 4.12, and 4.13. As illustrated in the graphs, the system ran at three velocities with the output nearly equal to the input. The error between the input and output increases as the speed increases. This is caused by the initial valve response time, the static friction in the air motor, non-linear effects of compressed air, and the linear assumption of the motor speed vs. pressure curve constant ($K_c$). Similar results were obtained for counter clockwise rotations, with slightly lower speeds due to the lower power produced in that direction. The data illustrates that with additional exhaust valves and flow controls any desired ramp could be achieved up to the maximum speed of the air motor.

## 4.3    Future Developments

There are several areas in this design which could be improved. The first is to build a more compact air flow control system, for example, combining the 3-way valves, 2-way valves, exhaust manifold, and flow controls into one unit.

The method of exhaust flow control can be improved by developing a



- **SOLID LINE IS OUTPUT**

- **DOTTED LINE IS INPUT**

- FLOW CONTROLS ARE SET AT **LOW**

- PROPORTIONALITY CONSTANT IS SET AT .00002

- SLOPE OF THE RAMP INPUT IS 27.5 COUNTS/CYCLE

- CLOCKWISE

Figure 4.11: Ramp Input, Low

53

**RAMP INPUT**

- **SOLID LINE IS OUTPUT**

- **DOTTED LINE IS INPUT**

- FLOW CONTROLS ARE SET AT **MEDIUM**

- PROPORTIONALITY CONSTANT IS SET AT .00002

- SLOPE OF THE RAMP INPUT IS 36.5 COUNTS/CYCLE

- CLOCKWISE

Figure 4.12: Ramp Input, Medium

54

**RAMP INPUT**



- **SOLID LINE IS OUTPUT**

- **DOTTED LINE IS INPUT**

- FLOW CONTROLS ARE SET AT **HIGH**

- PROPORTIONALITY CONSTANT IS SET AT .00002

- SLOPE OF THE RAMP INPUT IS 41.0 COUNTS/CYCLE

- CLOCKWISE

Figure 4.13:  Ramp Input, High

computer controlled flow control valve rather than using a bank of solenoid activated valves. This improvement would provide a system that could run at any desired speed instead of the discrete speeds incurred by using valves.

Another area of development is the air motor itself. An air motor with a high speed and low speed shaft, one for power and the other for the encoder, is needed to make the applications simpler. The air motor should also be designed in a fashion to reduce static friction and with spring loaded vanes to keep the vanes against the cylinder when the motor is stopped. These improvements would help to provide rotation at lower air pressures.

A microprocessor is also needed to monitor the encoder position. This would ensure accurate moves at any speed and would add greater flexibility at the programming level. The control scheme could also be extended to include controlled torque and planned trajectory moves. Adaptive control techniques could be applied to react to the varying loads which occur in actual applications.

## 4.4    Applications

With a few of the improvements described earlier, this system would provide a good drive mechanism for several applications. The first, and what the system was initially designed for, is a robot. To use this type of system for

56

a robotic arm, brakes would have to be installed on the joints to hold the position once it was obtained.

For other types of robots, such as a SCARA robot, a software change would have to be made to reverse the motor in case of an overshoot, because of the variable loading that can occur.

The spongy effect of compressed air could be used for devices which need repeated motor reversals, intermittent reversals, and where stalling can occur. One application of this could be a precision conveyer belt system to transfer material to robotic workstations. Another could be a variable stroke and speed industrial grinding machine.

## 4.5   Closing Remarks

Computer controlled air motors will not replace electric and hydraulic motors but do provide a median choice between the two, affording a higher power to weight ratio than electric drives and better cleanliness than the more powerful hydraulic motors. Further research is needed in applying compressible fluid theory, developing methods to control air flows and pressures, and applying modern control techniques. As this thesis shows, precise computer control of a pneumatic device is complex yet achievable with an unlimited number of possible applications.

# Bibliography

[1] Kafrissen, E., Stephans, M., *Industrial Robots and Robotics*, Reston Publishing Co. Reston, VA, 1984, pp. 110-112.

[2] Weston, R.H., Moore, P.R., Thatcher, T.W., Morgan, G.,"Computer Controlled Pneumatic Servo Drives", *Proc Instn Mech Engrs*, Vol. 198B No. 14 ,pp.275-281.

[3] Keller, R.B., "Pneumatic Air Servo System Makes Air-Powered Robots Possible", *Control Engineering*, November 1984, p. 48.

[4] Pitway Corporation, *Fluild Power Directory/Handbook*, Penton Publishing Co., OH, 1983, p. a/170.

[5] Baeck, Henry S., *Practical Servomechanism Design*, McGraw-Hill Book Company, NY, 1968, p. 9.

[6] Schaum's,*Feedback and Control Systems*,McGraw-Hill Book Company, NY, pp. 71-72.

[7]  Rhino Robots Inc., *Rhino XR − 2 Service Manual*, 1986, pp. 2-1,2-10.

[8]  National Semiconductor Corporation, *Logic Databook*, 1984, p. 2-33.

# Appendix A

# MACK Corporation B-A-S-E

# Robot



# CORPORATION

FLAGSTAFF, ARIZONA

B·A·S·E® ROBOT



# Advanced
# Automation
# Products



B·A·S·E® ROBOTS · B·A·S·E® ROBOTIC COMPONENTS
LO-PROfile® AUTOMATION CYLINDERS



LEGEND:

INDICATES LINEAR MOTION ALONG
AN AXIS OF A COORDINATE SYSTEM

INDICATES ROTATION ABOUT AN
AXIS OF A COORDINATE SYSTEM

SIX AXIS MOTION

"X" AXIS
TRANSPORTER

"Z" AXIS
TRANSPORTER

"Y" AXIS TRANSPORTER

ROLL ROTATOR

PITCH/YAW ROTATOR

GRIPPER

DEVELOPED AND PRODUCED
IN THE U.S.A

MACK
CORPORATION    3695 EAST INDUSTRIAL DRIVE, P.O. BOX 1758, FLAGSTAFF, AZ 86002-1758, PHONE (602) 526-1120

Data Sheet 8021

# NON-SERVO B·A·S·E® ROBOT, MODEL 9000-63

(REF. WALL CHART)

**ORIENTATION**





**TYPICAL CONTROL**



TYPICAL OF EACH
MOTION INCLUDING
THE GRIPPER

4-WAY
VALVE          80 PSI (AIR)

110 VAC
ON OFF
COMMANDS

**63**

## — SPECIFICATIONS —

TYPE: Pick and Place (See Note 1)
SIZE: Bench Top
APPLICATIONS: Parts Transfer, Assembly, Loading, Packaging, Inspection and Automatic Testing
POWER: Shop Air
MOUNTING: Any Position
PAYLOAD: 5 Lb.
RESOLUTION: .001 Inch
REPEATABILITY: ± .005 Inch
VELOCITY: 30 Cycles per Minute, Nominal
NO. OF AXIS: 6 (B·A·S·E® COORDINATE SYSTEM) (See Note 2)
TECHNICAL SUPPORT: (See Note 3)

## — ROBOT STRUCTURE —

| COMPONENT | TRAVEL | PART NO. | DATA SHEETS |
|---|---|---|---|
| 'X' Axis Transporter | 8 '' | S-2625-80 | 8013 |
| 'Y' Axis Transporter | 6 '' | S-2750-60 | 8016 |
| 'Z' Axis Transporter | 8 '' | S-2820-80 | 8017 |
| Roll Rotator | 90° | 3047 | 8019 |
| Pitch Yaw Rotator | 90° | 3053 | 8021 |
| Gripper | – | 2610 | 8010 |
| Adaptor | – | 2592 | 8012 |
| Bracket | | | |

## — ROBOT CONTROL SYSTEM —

POWER SECTION: Solenoid-Operated Four-Way Air Valves (See Note 4)
TYPE OF CONTROL: Explicit Instructions
CONTROL OPTIONS: (See Note 5)

| LEVEL | TYPE | MEMORY |
|---|---|---|
| 1 | Electro-Mech. Timer | 8 Functions |
| 2 | Programmable Controller | 64 Functions |
| 3 | Small Computer | 48K Bytes |

## — GENERAL NOTES —

NOTE 1—Each motion has two adjustable stop positions (except for the 'X' Axis Transporter which has a fixed home position and one adjustment to control the extended position.)
NOTE 2—The 'Y' axis represents a vertical motion in all cases.
NOTE 3—Technical support is offered at no cost to customers when assistance is at the Flagstaff Robotics Lab prior to shipment.
NOTE 4—Valves are supplied for operation at 80 PSI and 110 volts AC.
NOTE 5—Control systems are optional at extra cost; however, any existing control system may be used which is capable of programming on-off commands with an output of 110 volts AC. Use solid state relays with computers.

MACK CORPORATION
B·A·S·E® Robotics
LO-PROfile® Actuators
P.O. BOX 1758 · 3695 EAST INDUSTRIAL DRIVE
FLAGSTAFF ARIZONA 86002 · 1758 · 602/526 1120

# Appendix B

# Schrader Bellows MM-1 and

# MM-2 Robots

**MM-R**

# Schrader Bellows ®

# ᴍOTIONᴍATE ™



MM-I

MM-II

# MICROPROCESSOR
# CONTROLLED
# MODULAR ROBOTS.
# SELF-CONTAINED. PNEUMATIC POWERED.

# AMMING AND OPERATING EASE —

# MOTIONMATE II

This model is large than Motionmate I and offers several new features. It is a 5-axis pneumatically powered robot that handles a maximum 10-pound payload. Base Rotate is available with intermediate stops maximum 180 degree base rotation, 90 or 180 degree wrist rotations, 8 inch lift and 18 inch reach. Designed for general purpose material handling, machine loading, or light assembly - robot can be equipped with a variety of grippers and it provides repeatability of ±0.005.

It can be easily programmed with the Schrader Bellows Robot Commander which features an easy to use unique teach pendant with simple graphic symbols that require no special operator skills. Programs can be easily changed to meet varied production requirements. Several models have already been put in service and have a proven record of performance.

Cylinder operated draw bar type gripper. Gripper options shown on page 13.

Infinitely adjustable positive stops.

18″ reach standard, 24″ optional.

Base rotate, infinitely adjustable to 180°.

One airline connection (Filter, Lubricator and Regulator provided.)

All internal electrical and pneumatic connections are made at the factory.

7

# MM-I Robot Dimensions



# MM-I Gripper Dimensions

Linear Gripper  B712-144

Pivot Type
Gripper      B712-145



# MM-II Robot Dimensions



* ENTIRE ARM MAY BE ADJUSTED BACK 4.5 IN. (114.3mm).

# MM-II Gripper Dimensions

Linear Gripper    B172-154

Pivot Type
Gripper        B712-153







13

# Appendix C

# International

# Robomation/Intelligence IRI

# M50 Robot

# INTERNATIONAL ROBOMATION/INTELLIGENCE

## IRI M50 ROBOT



# IRI M50
# ROBOT

## PRODUCT BULLETIN

| Item | Specification |
|------|---------------|
| **Robot Arm** | |
| Axis | 5 Axis, Standard |
| Clearance Required | Sphere, 80-inch radius (excluding end-effector) |
| Weight | 400 lbs. (without optional base) |
| Drive | Digital Air Servo Motor |
| Maximum Load | 50 lbs. at the face plate (including end-effector) |
| Reach | Minimum 20 inches/Maximum 80 inches |
| Position Repeatability | ± .040 inches (± 1 mm) |
| **Motion, Range & Maximum Speed** | |
| Torso | 360° (1½ revolutions) 60° per second |
| Shoulder | 180° (up 90°, down 90°) 30° per second |
| Elbow | 230° (up 90°, down 140°) 45° per second |
| Wrist-pitch | 240° (± 120°) 120° per second |
| Wrist-roll | 360° (2 revolutions) 120° per second |
| **Control** | |
| Microcomputer (Torso mounted) | Master Robot Control System (Motorola 68000 w/32KB Memory Computer) 5 Independent Axis Control System Computers Dedicated Safety Computer |
| **Input/Output Ports** | |
| | 8 bit input/8 bit output (optional 16/16) |
| **Communications** | |
| | 2 Independent RS232C Connections |
| **Programming** | |
| Language | IRI Robot Command Language (RCL) |
| Type | Basic-like language structure |
| Development | On Line Interpretive On line editor and teach-playback |
| **Environment** | |
| Ambient Temperature | 50°C (122°F) Max. |
| Relative Humidity | 90% Max. — non-condensing |
| **Power Inputs** | |
| Electrical | 115 VAC, 50-60 Hz, 2A |
| Air | 100 psi, 20-130 scfm (depends on application) 1-inch supply line |
| **Options** | |
| Base | 48 inches high, 24 × 24 inch base |
| Universal End-effector | See Gripper Product Bulletins |
| Memory | Up to 128 KB |
| Move Pendant | |
| System Terminal | Keyboard, hard copy printer |
| Load Terminal | 5¼″ Floppy Disk |
| Utility I/O Module | 8 digital in, 8 digital out (16/16 optional), E-Stop Switch |
| Base Installation Kit | |
| Pneumatic Installation Kit | FRL-Filter, Regulator, Lubricator |
| Back-up Battery | Supply to RAM memory |
| Power Input | 230 VAC, 50-60 Hz, 1A |

(Dimensions and specifications subject to change.)

# Robot Command Language

The Robot Command Language (RCL) provides the user with a very easy to use means of creating many applications for the robot. In addition to the extremely versatile Robot Command Language, the firmware provides a complete on-line editor, system control commands and application program load and save capability. The Robot Command Language provides a small set of easy to use commands which allows the novice to create a complete application program and also provides an extended set of commands that will satisfy the expert. The RCL is divided into the following command groups:

- MOVE
- SET VALUE
- GRIPPER CONTROL
- INPUT/OUTPUT
- LOGIC AND ARITHMETIC

- TEST AND BRANCH
- DISPLAY
- SYSTEM CONTROL
- DATA TRANSFER
- EDITOR

# AREAS OF APPLICATION OF THE M50 ROBOT

### Machine Loading and Unloading

- Injection molding
- Compression molding
- Die casting
- Shear and punch
- Broaching

- Chuckers and lathes
- Milling machines
- CNC Machinery centers
- Induction furnace
- Automatic weld stations

### Palletizing and Depalletizing

- Product to carton
- Carton to pallet
- Food products
- Canned goods
- Pharmaceuticals

- Machined parts
- Wood products
- Chemicals
- Glass

### Spraying Applications

- Mold release agent
- Sand blasting

- Fogging
- Caustic washing

### Multiple Robot Systems

### Educational

- Establishing a "hands on" robot laboratory

- Control theory development

### Pick and Place Applications

- Part transfer for final assembly
- Test fixture load and unload
- Conveyor to conveyor transfer

- Non-destructive testing
- Finished parts packaging
- Heat treating

# Work Envelope



Maximum
Available
Work
Envelope

Min. Retraction
with Axes Limits

Floor Line
with Standard
Base Mounting

All Dimensions are in inches



**INTERNATIONAL
ROBOMATION/INTELLIGENC**

**USA:**
2281 Las Palmas Drive
Carlsbad, California 92008
Phone: (619) 438-4424
Telex: 182 802 Robot CSBD

**WEST GERMANY:**
GMbH
P.O. Box 1226, D5100
Aachen, West Germany
Tel: 49 241 514038

Printed in U.S.A.  © 1982 International Robomation/Intelligence

# Appendix D

# Schrader Bellows 3D

# Manipulator

# schrader ⊕ bellows

# 3D
## MANIPULATORS



★ **New evolution of the pneumatic cylinder.**

★ **Modular robotic system.**

★ **Linear, lift and base rotate units, in various sizes.**

★ **Built-in rigidity and accuracy.**

★ **Simple to build and install.**

★ **Wrist rotate and gripper accessories.**



**1** Cylinder - Outer tube moves to provide linear movement.

**2** Fixed Piston and Air Feed - Piston remains stationary and air feed rod incorporates double tube to supply either sides of piston.

**3** Inboard Bearing Block - Incorporates recirculating ball bearing, hydraulic damper, and inductive sensor to provide control at the end of the outward stoke.
The inboard bearing assembly is progressively distanced from the front end bearing for longer strokes to provide greater rigidity and accuracy.

**4** Guide Tube - Used in conjunction with the bridge to prevent rotation of the linear movement and also to counteract the cantilever effect as the unit outstrokes. Also carries the electrical connection to the front inductive sensor.

**5** Bridge - Used in conjunction with the guide tube. It is fixed to the outer cylinder tube, and carries the inward stroke hydraulic damper. Provision is also made for both inward and outward stroke length adjustment.

**6** Hydraulic Buffers - Provides cushioning at the end of stroke, to absorb the energy build-up during movement.

**7** Induction Sensors - 10-30 volt D.C., positioned to sense end of stroke. Normally open or normally closed versions available.

**8** Strikers - Used to adjust stroke length at either or both ends.

**9** Speed Control - In-built flow control valves enable the outward and inward strokes to be controlled. Locknuts are provided, for use when the speed is set.

**10** Air Connections - Supply ports for the outward and inward movements are located on the end of the unit, adjacent to the electrical DIN connector.

**11** DIN Connector - Complete with plug to connect induction sensors. An alternative 90° plug is available to order.

**12** Front Bearing Block - Carries recirculating bearing. Provision is also made for front flange mounting, where single units are used.

**13** Cover - Retained by two captive screws, it prevents all adjustments being tampered with, and guards moving parts.

**14** Dovetail Slide - For connecting via a mounting kit to other linear or lift units or to a machine surface.

153

**Fig. 3**



**Fig. 4**





SIZE 1

SIZE 2

SIZE 3

SIZE 4

# Appendix E

# Micro Motor Inc. Air Motors

# MINIATURE
# AIR MOTORS
# AIR DRILLS





 Micro Motors, Inc.

# BIG POWER IN A SMALL PACKAGE



Photo courtesy of D.B.I., Santa Ana, CA.

Micro Motors is a leading private label manufacturer of precision miniature air motors and miniature hand held portable tools. Thousands of our motors are in daily use in dental, surgical, and industrial applications throughout the world. Some of the wide range of products we design and manufacture include miniature torque control screwdrivers, high speed deburring tools, and low speed dental handpieces.

Our motors are utilized in many special machines such as the contact drilling machine shown at left which cross drills and deburrs 60 parts per minute automatically.

## AIR MOTORS

These motors are the ideal power source where reliable rotary motion and small size is required. Applications include assembly and manufacturing machines, robots, and remote control devices used in radioactive environments. Some important features are:

- Minimal lubrication – unique design eliminates all metal to metal rubbing surfaces.
- Operates on compressed air, nitrogen or other inert gases at varying pressures up to 160 PSI.
- Five speed ranges up to 50,000 RPM cataloged – other gear ratios available.
- Right hand rotation or reversible models offered.
- Spark free – can be used in contaminated or explosive atmospheres.
- Can be operated continuously under load without heating up and stalled repeatedly without damage.
- All ball bearing construction with hardened planetary gear system.
- Low noise level – piped off exhaust on reversible models and muffled exhaust on right hand rotation models.
- Convenient flange mounting or threaded body mounting.
- Exceptionally high performance in a small ¾" diameter package.
- Stainless steel motor – eliminates corrosion problems.

## AIR DRILLS

These air drills are designed to accept ⅛" shank circuit board drills or cutting tools such as rotary files or carbide burs. Because of their small diameter they are ideal for close center drilling. They also can be easily mounted in special machines for drilling or deburring. The ball bearing mounted collet spindle is extremely true running for maximum accuracy.

## SPECIAL APPLICATIONS

Special application inquiries will be considered where a quantity of motors or drills is anticipated. Our engineering department is available to assist you with unique requirements such as specific performance, non-standard mounting and special output spindles as well as the product design and manufacture of complete tools incorporating these motors.





# SPECIFICATIONS

| MODEL | | | FREE SPEED R.P.M. | STALL TORQUE IN OZ. | "L" LENGTH INCHES | WEIGHT OZ. |
|---|---|---|---|---|---|---|
| AIR DRILL | AIR MOTOR | | | | | |
| RIGHT HAND | REVERSIBLE | RIGHT HAND | | | | |
| MMD-5000 | MMR-5000 | MMF-5000 | 50,000 | 3.5 | 2-9/16 | 7.5 |
| MMD-2800 | MMR-2800 | MMF-2800 | 28,000 | 7.2 | 2-9/16 | 7.5 |
| MMD-0700 | MMR-0700 | MMF-0700 | 7,000 | 24 | 2-9/16 | 8 |
| MMD-0014 | MMR-0014 | MMF-0014 | 1,750 | 110 | 3-3/16 | 9 |
| MMD-0004 | MMR-0004 | MMF-0004 | 450 | 440 | 3-13/16 | 10 |

# PERFORMANCE DATA

### STALL TORQUE vs. AIR PRESSURE
### AIR CONSUMPTION vs. AIR PRESSURE



### TORQUE vs. SPEED



### FREE SPEED vs. AIR PRESSURE



### HORSE POWER vs. SPEED



# Micro Motors, Inc.

**151 E. COLUMBINE AVENUE ● SANTA ANA, CALIFORNIA 92707 U.S.A.**
**TELEPHONE (714) 546-4045 / TELEX 655491**

# Appendix F

# Schrader Bellows PAR-15 Computer Controlled Pressure Regulator

# Schrader Bellows



# PAR-15™

## Fifteen programmable, repeatable pressures from one unique regulating three-way valve.

# PAR-15

# A Technological Breakthrough in Air Pressure Control



- **Instantly repeatable response.**
- **Quick, full-flow exhaust.**
- **Full-flow capacity for direct air device operation.**

- **Computer compatible.**
- **Air-saving design, non-constant bleed.**
- **Wide range of discrete output pressures.**

**PAR-15** is a unique three-way, programmable, air regulating valve that functions as a precise, high-flow, multi-purpose regulator.

Signals from a computer, programmable controller or from simple electrical switches, fed to **PAR-15**'s four solenoids, control the division of a single inlet pressure into any one of fifteen equally spaced output pressures.

**PAR-15**'s response is instant and repeatable — reducing the need for expensive feedback controls.

It goes far beyond the capabilities of conventional controls by providing a limitless range of application possibilities including cylinder pressure/stroke control, clamping, retracting, approach, flow, and impact.

**PAR-15** eliminates shock absorbers, increases tool life, saves air, and reduces workpiece damage.



Six-pin plug-in connector.



Typical circuit diagram.

CAUTION: The product as illustrated (without cover) is for demonstration purposes only. **PAR-15** should not be installed/operated without cover in place.

© 1986 Schrader Bellows

# Limitless Applications



| PROGRAMMABLE CONTROLLER | COMPUTER | ELECTRICAL SWITCHES |

RELAYS

**SPOT WELDING**   **BRAKES AND CLUTCHES**   **PRINTING FEEDS AND TENSION**   **ROBOTICS**   **PAINTING**

# Other Applications

- Contact Force Control
- Dynamic Braking
- Variable Clamping
- Variable Pressure Processing
- Fuel Control

- Valve Positioning
- Torque Control
- Blow Molding Control
- Hopper Control
- Conveyor Control

- Air Cylinder Control
- Die Cushioning
- Air Chucks
- Air Winches
- Robot Gripper Control



Actual test results show rapid response on a robot welding operation at a major U.S. automotive manufacturer.

# General Specifications

|  |  |
|---|---|
| **Port Size:** | ½″ NPT inlet, outlet, exhaust ⅛″ NPT external pilot |
| **Inlet Pressure Range:** | 15 to 150 psig |
| **Flow Capacity:** | 200 scfm |
| **Temperature Range:** | −15°F to 125°F |
| **Materials:** | Aluminum, acetal, stainless steel |
| **Seals:** | Nitrile, fluorocarbon |
| **Voltage:** | 120 volts, 60 Hz (other voltages available) |
| **Power Consumption:** | 6 watts per solenoid |
| **Output Response:** | 20 milliseconds |
| **Electrical Connection:** | Brad Harrison 42605 male receptacle (compatible with Brad Harrison female connection 42602) |



# Operating Characteristics

Full-flow exhaust permits rapid reduction to any lower selected pressure, or zero. High relief capacity quickly vents downstream overpressure. Changes in the electrical input will result in an increase or decrease in the output pressure in less than 20 milliseconds. Any available output pressure may be randomly selected in this time frame.

An optional external pilot regulator may be used to feed the external pilot port. **PAR-15** will then divide this pressure. Regulated inlet pressure eliminates the effects of fluctuating mainline pressures.

When output pressures below 5 psig are needed, a special low-range **PAR-15** is recommended.

# Truth Table

| BINARY INPUT 8 4 2 1 PIN NUMBER 5 4 2 1 | | | | PROPORTION OF INLET PRESSURE | PSIG OUTPUT @ 60 PSIG INLET | PSIG OUTPUT @ 90 PSIG INLET |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 1 | 1/15 | 4 | 6 |
| 0 | 0 | 1 | 0 | 2/15 | 8 | 12 |
| 0 | 0 | 1 | 1 | 3/15 | 12 | 18 |
| 0 | 1 | 0 | 0 | 4/15 | 16 | 24 |
| 0 | 1 | 0 | 1 | 5/15 | 20 | 30 |
| 0 | 1 | 1 | 0 | 6/15 | 24 | 36 |
| 0 | 1 | 1 | 1 | 7/15 | 28 | 42 |
| 1 | 0 | 0 | 0 | 8/15 | 32 | 48 |
| 1 | 0 | 0 | 1 | 9/15 | 36 | 54 |
| 1 | 0 | 1 | 0 | 10/15 | 40 | 60 |
| 1 | 0 | 1 | 1 | 11/15 | 44 | 66 |
| 1 | 1 | 0 | 0 | 12/15 | 48 | 72 |
| 1 | 1 | 0 | 1 | 13/15 | 52 | 78 |
| 1 | 1 | 1 | 0 | 14/15 | 56 | 84 |
| 1 | 1 | 1 | 1 | 15/15 | 60 | 90 |

This table illustrates the available output pressures for inlet pressures of 60 psig and 90 psig. Inlet pressures may be any value between 15 and 150 psig. The output pressure increment will be one-fifteenth that of the inlet pressure. 0 = voltage "off"; 1 = voltage "on."

# Flow Characteristics



**ORDER:**
**PAR-15,**
120 volts/60 HZ
**Model No. WO 1533115 —**
with standard spring
(5 — 150 psig)
**Model No. WO 1533215 —**
with low-range spring
(1 — 30 psig)

# Schrader Bellows

200 West Exchange Street
Akron, Ohio 44309-0631
(216) 375-5202

# Appendix G

# Air Motor Control Program

```
C
C
C
C

              CONTROL PROGRAM FOR AN AIR MOTOR

C             BY JEFFREY R. SCHWINDT
C             9/24/87
C
C
         DIMENSION PRN(1000), IPRN(1000)
180      INTEGER   PORT, ROT, SPD, DIR, PRN, IPRN
         CHARACTER Q, Y, E, R
         COMMON PRN, IPRN
         DATA PORT/24/, Y/'Y'/, E/'E'/, R/'R'/, S/'S'/
180      CALL CLS
         CALL OUT(PORT,0)
         DO 1 I=1,50
         IPRN(I)=0
1        PRN(I)=0
         WRITE(*,10)
10       FORMAT(15X,'**********************************************')
         WRITE(*,20)
20       FORMAT(15X,'*',45X,'*')
         WRITE(*,30)
30       FORMAT(15X,'*         AIR MOTOR CONTROL PROGRAM          *')
         WRITE(*,40)
40       FORMAT(15X,'*',45X,'*')
         WRITE(*,50)
50       FORMAT(15X,'*         BY JEFFREY R. SCHWINDT             *')
         WRITE(*,60)
60       FORMAT(15X,'*',45X,'*')
         WRITE(*,70)
70       FORMAT(15X,'**********************************************')
C
         WRITE(*,80)
80       FORMAT(////,' ENTER DIRECTION OF ROTATION, CW(1), CCW(2)')
         READ(*,*)DIR
         WRITE(*,90)
90       FORMAT(//,' ENTER THE NUMBER OF ROTATIONS DESIRED')
         READ(*,*)ROT
         WRITE(*,100)
100      FORMAT(//,' ENTER THE ROTATION SPEED, LOW(1), MED(2), HIGH(3)')
         READ(*,*)SPD
C
         CALL CLS
         WRITE(*,110)
110      FORMAT(///,15X,'******* OPERATING PARAMETERS *******',///)
         IF( DIR .EQ. 2)GOTO 120
         WRITE(*,130)ROT
130      FORMAT(' ROTATION = ',I5 ,' TURNS CLOCKWISE')
         GOTO 140
120      WRITE(*,150)ROT
150      FORMAT(' ROTATION = ',I5 ,' TURNS COUNTER CLOCKWISE')
140      IF( SPD .EQ. 1)WRITE(*,*)' SPEED = LOW'
         IF( SPD .EQ. 2)WRITE(*,*)' SPEED = MEDIUM'
         IF( SPD .EQ. 3)WRITE(*,*)' SPEED = HIGH'
C
         WRITE(*,160)
160      FORMAT(///,' EXECUTE THE MOVE ? Y OR N')
         READ(*,'(A)')Q
         IF(Q .EQ. Y)GOTO 170
         WRITE(*,*)' RE-START PROGRAM OR EXIT1? R OR E'
```

```
        IF(Q .EQ. E)GOTO 500
        GOTO 180
170     WRITE(*,175)
175     FORMAT(//,' STEP INPUT OR RAMP ? S OR R',/)
        READ(*,'(A)')Q
C
        IF(Q .EQ. S)CALL STEP(DIR,ROT,SPD)
        IF(Q .EQ. R)CALL RAMP(DIR,ROT,SPD)
C
        WRITE(*,200)
200     FORMAT(//,' RE-START PROGRAM OR EXIT2? R OR E')
        READ(*,'(A)')Q
        IF(Q .EQ. E)GOTO 500
        GOTO 180
500     WRITE(*,210)
210     FORMAT(//,' PRINT ECNT VS. T ?, Y OR N',/)
        READ(*,'(A)')Q
        IF(Q .NE. Y)GOTO 510
        DO 2 I=1,50
2       WRITE(*,*)PRN(I),IPRN(I)
510     STOP
        END
C
C
C
C
C       THIS SUBROUTINE WILL CONTROL THE MOVEMENT FOR A STEP INPUT
C
C
        SUBROUTINE STEP(DROT,NROT,SROT)
        INTEGER   T1CNT, T2CNT, DROT, NROT, SROT, EDOT,
     &  PRES, SPD, DIR, ICNT, ECNT, PS, PORT, I, N,
     &  JINT, JETHETA, JK, JKI, JKS, JKD
        REAL KS, KD, KI, KT, K
        DATA PORT/24/, KS/6.544/, KD/0.1018/, KI/112.18/
        IF(SROT .EQ. 1)SPD=0
        IF(SROT .EQ. 2)SPD=4
        IF(SROT .EQ. 3)SPD=12
        IF(DROT .EQ. 1)DIR=1
        IF(DROT .EQ. 2)DIR=2
        IF(DROT .EQ. 2)NROT=-NROT
        K= -(9E-08)*IABS(NROT)+ .00002
        ICNT=24*NROT
        N=0
        I=0
        ECNT=ICNT
        OMEGA=0
        T1CNT=ECNT
        PS=(255-INP(PORT))/2
C
        JK=INT(10000*K)
        JKI=INT(1000*KI)
        JKD=INT(1000*KD)
        JKS=INT(1000*KS)
C
C       CONTROL LAW
10      JINT=JINT+ECNT*32
        JETHETA=JKI*JINT/10000 + JKS*ECNT + JKD*EDOT

        IF(IABS(ECNT) .LT. 31)GOTO 500
        CALL PSET(JK,JETHETA,PRES)
        CALL MOVE(PRES,SPD,DIR)
        CALL COUNT(PS,ECNT)
        CALL SPEED(I,T1CNT,ECNT,ICNT,EDOT,N)
        GOTO 10
500     CALL OUT(PORT,0)
        DO 1 I=1,350
```

Case 1:08-cv-00140   Document 22-8   Filed 04/09/2008   Page 98 of 100

```
 1      CALL SPEED(I,T1CNT,ECNT,ICNT,EDOT,N)
        RETURN
        END
C
C


C       THIS SUBROUTINE WILL CONTROL THE MOVEMENT FOR A RAMP INPUT
C
C
        SUBROUTINE RAMP(DROT,NROT,SROT)
        INTEGER   T1CNT, T2CNT, DROT, NROT, SROT, EDOT, MCCNT,
     &  PRES, SPD, DIR, ICNT, ECNT, PS, JSLOPE, JK,
     &  PORT, N, RCNT, I, ILOOP, SIGN, JKI, JKS, JKD, JINT, JETHETA
        REAL KS, KD, K, KI, SLOPE
        DATA PORT/24/, KS/6.544/, KD/0.1018/, KI/112.18/
        IF(SROT .EQ. 1)SPD=0
        IF(SROT .EQ. 2)SPD=4
        IF(SROT .EQ. 3)SPD=12
        IF(DROT .EQ. 1)DIR=1
        IF(DROT .EQ. 1)SIGN=1
        IF(DROT .EQ. 2)SIGN=-1
        IF(DROT .EQ. 2)DIR=2
        IF(DROT .EQ. 2)NROT=-NROT
        ICNT=8*NROT
        I=0
        N=0
        ILOOP=0
        EDOT=0
        RCNT=0
        ECNT=1
        MCCNT=1
        T1CNT=0
        PS=(255-INP(PORT))/2
        WRITE(*,5)
 5      FORMAT(//,' ENTER SLOPE OF RAMP (1,2,3,...)')
        READ(*,*)SLOPE
        WRITE(*,6)
 6      FORMAT(//,' ENTER THE VALUE FOR K')
        READ(*,*)K
C
        JSLOPE=INT(10000*SLOPE)
        JK=INT(10000*K)
        JKI=INT(1000 *KI)
        JKD=INT(1000 *KD)
        JKS=INT(1000 *KS)
        JINT=0
C
 10     ILOOP=ILOOP+1
        JINT=JINT + ECNT*32
        JETHETA=JKI*JINT/10000 + JKS*ECNT + JKD*EDOT
        IF(IABS(RCNT) .GT. IABS(ICNT))GOTO 500
C
        RCNT=SIGN*JSLOPE*ILOOP/10000
C
        CALL PSET(JK,JETHETA,PRES)
        CALL MOVE(PRES,SPD,DIR)
        CALL COUNT(PS,MCCNT)
        ECNT=RCNT+MCCNT
        CALL SPEED(I,T1CNT,ECNT,MCCNT,EDOT,N)
        GOTO 10
 500    CALL OUT(PORT,0)
        RETURN
        END
C
```

```
C
C
C
C
C
C

      PRESSURE SETTING SUBROUTINE
      25 TO 75 PSI RANGE

C
C

      SUBROUTINE PSET(K,ETHETA,PRES)
      DIMENSION P(10)
      INTEGER   ETHETA, PRES, P, N, I, K
      DATA P/10,9,8,7,6,5,4,3,2,1/
      N=IABS(ETHETA*K)/10000000 + 1
      I=MINO(N,10)
      PRES=( P(I) + 5 )*16
      RETURN
      END
C
C
C
C
C
C
C
C
C
C

      THIS ROUTINE SENDS THE 8-BIT SIGNAL TO THE OUTPUT PORT

C
C
C
C
C
C

      SUBROUTINE MOVE(PRES, SPD, DIR)
      INTEGER PRES, SPD, DIR, PORT, BIN
      DATA PORT/24/
      BIN=PRES+SPD+DIR
      CALL OUT(PORT,BIN)
      RETURN
      END
C
C
C
C
C
C

      THIS ROUTINE READS THE DIGITAL INPUT PORT AND COUNTS THE
      DIRECTION OF ROTATION

C
C
C
C

      SUBROUTINE COUNT(PS,ECNT)
      INTEGER   PS, CS, I, ECNT, PORT, N
      DATA PORT/24/
      CS=(255-INP(PORT))/2
      I=4*PS+CS+1
      GOTO (1,2,3,4,3,1,4,2,2,4,1,3,4,3,2,1), I
1     ECNT=ECNT
      PS=CS
      RETURN
2     ECNT=ECNT-1
      PS=CS
      RETURN
      ECNT=ECNT+1
      PS=CS
      RETURN
      WRITE(*,*)' STATE CHANGE ERROR'
4     RETURN
      END
C
C
```

```
C
C
C
C
C      THIS ROUTINE POLLS THE ERROR COUNTER FOR FIFTY PROGRAM
C      EXECUTIONS TO ESTIMATE THE VELOCITY


       SUBROUTINE SPEED(I,ECNOLD,ECNT,MCCNT,EDOT,N)
       INTEGER   EDOT, ECNOLD, I, N, ECNT, MCCNT, PRN, IPRN
       DIMENSION PRN(1000),IPRN(1000)
       COMMON PRN, IPRN
       N=N+1
       IF(N .EQ. 50)GOTO 10
       RETURN
10     EDOT=(ECNT - ECNOLD)*6
       N=0
       ECNOLD=ECNT
       I=I+1
       PRN(I)=ECNT
       IPRN(I)=MCCNT
       RETURN
       END
C
C
C
C
```