** PURCHASE ORDER **                                              PAGE:   1

PROMEX, INC.                                    P.O. NUMBER:  0004571
3049 Hudson Street                              ORDER DATE:   06/07/00
Franklin, IN  46131

(317) 736-0128
(317) 736-0793  FAX                             VENDOR NO:   0000808


VENDOR:                                         SHIP TO:
Air Systems Engineering, Inc.                   PROMEX, INC.
P.O. Box 20308                                  3049 Hudson Street
Indianapolis       IN 46220                     Franklin            IN 46131

CONFIRM TO:
(317) 842-7888   (317) 842-7980    X

---

| SHIP VIA   | F.O.B    | TERMS       |
|------------|----------|-------------|
| UPS GROUND | FRANKLIN | Net 30 Days |

| ITEM NO.            | UNIT | ORDERED | RECEIVED | BACK ORD | UNIT COST | AMOUNT |
|---------------------|------|---------|----------|----------|-----------|--------|
| *ANVER MSP-025      | EACH | 1.00    | 0.00     | 0.00     | 209.000   | 209.00 |
| VACUUM GENERATOR    |      |         | ** REQUIRED BY: | | 06/14/00 | |
| *MMF-0014           | EACH | 1.00    | 0.00     | 0.00     | 472.940   | 472.94 |
| MICROMOTORS         |      |         | ** REQUIRED BY: | | 06/14/00 | |

1750 RPM AIR MOTOR

PLEASE SHIP UPS GROUND USING OUR SHIPPER # 524-275
FAX ORDER CONFIRMATION & DELIVERY DATE.
THANK YOU.  JANE MCNEILL, PURCHASING COORDINATOR


                                                NET ORDER:    681.94
                                                SALES TAX:       .00
                                                FREIGHT:         .00

Signature: _Jane McNeill_                       ORDER TOTAL:  681.94



736-0793

# QUOTE

**FROM:**
Air Systems Eng., Inc.   (317) 842-7888  Local
P.O. Box 20308           (800) 210-1454  Toll Free
Indpls, IN 46220         (317) 842-7980  Fax

**TO:** JOE MARK
PROMEX

P.O.# _____
Date 6/5/00

*For your convenience...*
*We now accept VISA & Mastercard!!*

| SALES REP | FOB | SHIP VIA | TERMS |
|---|---|---|---|
| JEFF S. | SHIP POINT | UPS | NET 30 |

| QTY | DESCRIPTION | UNIT PR | TOTAL |
|---|---|---|---|
| 1 | ANVER MSP-025 VACUUM GENERATOR | 209.00 | 209.00 |
| 1 | MICRO MOTORS MME-0014 1750 RPM AIR MOTOR SEE ATTACHED SPECIFICATION | 472.94 | 472.94 |
| | DELIVERY: 1 WK UPS GROUND | | |
| | I AM LOOKING FOR LESS EXPENSIVE AIR MOTORS. | | |
| | | TOTAL | |

*WE APPRECIATE THE OPPORTUNITY TO QUOTE!*