Case 1:08-cv-00140    Document ... 

US 20050075581A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2005/0075581 A1**

Schwindt (43) Pub. Date: **Apr. 7, 2005**

(54) **PNEUMATIC CIRCUIT**

(76) Inventor: **Jeffrey Schwindt**, Indianapolis, IN (US)

Correspondence Address:
**BARNES & THORNBURG**
**11 SOUTH MERIDIAN**
**INDIANAPOLIS, IN 46204**

(21) Appl. No.: **10/420,197**

(22) Filed: **Apr. 22, 2003**

**Related U.S. Application Data**

(60) Provisional application No. 60/374,952, filed on Apr. 23, 2002.

**Publication Classification**

(51) Int. Cl.$^7$ .................................................... **A61B 10/00**
(52) U.S. Cl. ......................................... **600/568**; 600/566

(57) **ABSTRACT**

A pneumatic circuit and other components are provided for the operation of a medical device. The pneumatic circuit provides controlled pressurized air to a medical device for use during a medical procedure.



Case 1:08-cv-00140    Document 22-13    Filed 04/09/2008    Page 2 of 43



Fig. 1



# Fig. 2



Fig. 3A



Fig. 3B



Fig. 4

Case 1:08-cv-00140    Document 22-13    Filed 04/09/2008    Page 6 of 43



Fig. 5

Case 1:08-cv-00140    Document 22-13    Filed 04/09/2008    Page 7 of 43



Fig. 6

Case 1:08-cv-00140    Document 22-13    Filed 04/09/2008    Page 8 of 43



Fig. 7



Fig. 8



# Fig. 9



Fig. 10



# Fig. 11



Fig. 12A



Fig. 12B



Fig. 13B

Fig. 13A

*33*



# Fig.  14



# Fig.  15A          Fig.  15B

Case 1:08-cv-00140   Document 22-13   Filed 04/09/2008   Page 16 of 43



Fig. 16A



# Fig. 16B



# Fig. 17



Fig. 18



Fig. 19B

Fig. 19D

Fig. 19C



Fig. 19A



Fig. 20A



# Fig. 20B

Case 1:08-cv-00140    Document 22-13    Filed 04/09/2008    Page 23 of 43





Fig. 21A

Fig. 21B





Fig. 21C

Fig. 21D



# Fig. 22A



# Fig. 22B



# Fig. 23A

# Fig. 23B



# Fig. 23C



# Fig. 23D

Case 1:08-cv-00140    Document 22-13    Filed 04/09/2008    Page 26 of 43



# Fig. 24A



# Fig. 24B



Fig. 25B

Fig. 25D

Fig. 25A

Fig. 25C



# Fig. 26A



# Fig. 26B



# Fig. 27



# Fig. 28A



# Fig. 28B



Fig. 29



# Fig. 30

Patent Application Publication    Apr. 7, 2005    Sheet 31 of 36    US 2005/0075581 A1



# Fig. 31



Fig. 32



*122*

*92'*

# Fig. 33

# Fig. 34A

Kit List      Date:      03/23/02
Page No:    1

ASE-1420-C CONTROL SYSTEM

| Part Name-# | Description | Quantity |
|---|---|---|
| fvs-361 | F-A FVS-361 SPECIAL 18SP-4 | 3 |
| fvs-362 | F-A FVS-362 SPECIAL 18DP-3 | 3 |
| nv-55 | FABCO NV-55 NEEDLE VALVE | 2 |
| 1020 | F-A 1020 COUPLER | 2 |
| mcd-1204 | CPC MCD-1204 COUPLER | 2 |
| zb2-bd2 | T-E ZB2-BD2 BLK SELECTR SWITC | 2 |
| zb2-bz009 | T-E ZB2-BZ009 MTG. RING | 2 |
| pxb-b1911 | T-E PXB-B1911 CONTACT BLOCK | 3 |
| pxb-b1921 | T-E PXB-1921 NP CONTACK BLK | 2 |
| pxv-m131 | T-E PXV-M131 GREEN INDICATOR | 1 |
| plm-a10 | T-E PLM-A10 MEMORY RELAY | 1 |
| pll-c10 | T-E PLL-C10 "AND" GATE | 1 |
| pln-c10 | T-E PLN-C10 NOT RELAY | 1 |
| plk-c10 | T-E PLK-C10 "OR" GATE | 6 |
| lfpul10/0.5 | T-E LFPUL10/0.5 PULSE VALVE | 1 |
| plk-all | T-E PLK-A11 "OR" ELEMENT | 1 |
| f-4200-60-mm | A-T F-4200-6-MM PRESSURE SWITCH | 1 |
| vp-701-30-mm | A-T VP-701-30-MM SWITCH | 1 |
| pp-701-30-mm | A-T PP-701-30-MM SWITCH | 1 |
| f-05-062 | A-T F-05-062 FILTER | 1 |
| k2-202e-n | RECTUS K2-202E-N COUPLER | 2 |
| k2-2027e-n | RECTUS K2-2072E-N COUPLER | 2 |
| n3-202e-m-n | RECTUS N3-202E-M-N PLUG | 2 |
| 20sfaw10mxns | RECTUS 20SFAW10MXNS | 2 |
| 88050-04 | ALPHA 88050-04 BULKHEAD CON. | 1 |
| 88800-53 | ALPHA 88800-53 CARTRIDGE | 38 |
| 88800-04 | ALPHA 88800-04 CARTRIDGE | 8 |
| 88000-53-02 | ALPHA 88000-53-02 STRT.ML.CON. | 1 |
| 88115-53-32 | ALPHA 88115-53-32 ML.SVL.ELBW. | 6 |
| 88110-04-02 | ALPHA 88110-04-02 ML.SVL.ELBW. | 2 |
| 88215-53-32 | ALPHA 8215-53-32 SWV BRCH TEE | 5 |
| 88700-04-53 | ALPHA 88700-04-53 REDUCER | 6 |
| 88310-53 | ALPHA 88310-53 UNION Y | 10 |
| 88310-04 | ALPHA 88310-04 UNION Y | 2 |
| 88230-53 | ALPHA 88230-53 UNION TEE | 3 |
| 88230-04 | ALPHA 88230-04 UNION TEE | 5 |
| 88040-04 | ALPHA 88040-04 UNION CON. | 2 |
| 88020-53-32 | ALPHA 88020-53-32 STRT.ML.CON. | 2 |
| al9840 | F-W AL9840 SPECIAL ASSEMBLY | 15 |
| bm-18 | ADSEN BM-18 MUFFLER | 7 |
| bm-08 | ADSEN BM-08 MUFFLER | 2 |
| .75-arsr-1.0 | L-A .75-ARSR-1.0 CYLINDER | 1 |

(Continued on following page)

# Fig. 34B

Kit List

| | | |
|---|---|---|
| | Date: | 03/23/02 |
| | Page No: | 2 |

ASE-1420-C CONTROL SYSTEM

| Part Name-# | Description | Quantity |
|---|---|---|
| ro1-12a-k | M-I RO1-12A-K REGULATOR | 2 |
| ro1-10a-k | M-I RO1-10A-K REGULATOR | 1 |
| 11708 | M-I 11708 ADAPTER | 3 |
| 204-2209-2 | M-I 204-2209-2 FILTER | 1 |
| 104-3101-2 | M-I 104-3101-2 RELIEF REG. | 1 |
| cds-4p-004d | D-F CDS-4P-004D GAUGE | 2 |
| cds-4p-010d | D-F CDS-4P-010D GAUGE | 2 |
| 122a-2x2 | ALKON 122A-2X2 1/8" HEX NIPPLE | 3 |
| 100a-2 | ALKON 100A-2 1/8" UNION ELBOW | 3 |
| plj-1/4" | PISCO PLJ-1/4" ELBOW | 3 |
| mcv-1 | CLIPPARD MCV-1 VALVE | 2 |
| 5a708 | GRAINGER 5A708 RELIEF VALVE | 1 |
| al445 | GAST AL445 MUFFLER | 1 |
| 0353-6-6 | PARKER 0353-6-6 BULKHEAD | 1 |
| 0253-4-6 | PARKER 0253-4-6 BULKHEAD | 1 |
| 2303-6-6 | PARKER 2303-6-6 ELBOW | 1 |
| 2103-4-6 | PARKER 2103-4-6 ELBOW | 2 |
| 2203-4-6 | PARKER 2203-4-6 ELBOW | 1 |
| 919-0639-6-6-6 | PARKER 919-0639-6-6-6-10" | 1 |
| 919-0606-6-6-6 | PARKER 919-0606-6-6-6-14" | 1 |
| 919-0606-6-6-6- | PARKER 919-0606-6-6-6-19" | 1 |
| 3p-30a2-s | L-M 3P-30A2-S FOOT SWITCH | 1 |
| g.75x2whg | PANDUIT G. 75X2WHG DUCT | 5 |
| c.75whg | PANDUIT C. 75WHG COVER | 5 |
| cc072x38x1s | L-S CC072X38X1S SPRING | 8 |
| 5692t24 | M-C 5692T24 FOAM | 4 |
| 91843a118 | M-C 91843A118 ROUND NUT | 1 |
| 93505a850-6/32 | M-C 93505A850-6/32 STAND OFF | 2 |
| 6120g1an | LYTRON 6120G1AN HEAT EXCHANGER | 1 |
| 11845all | M-C 11845A11 HOOK | 1 |
| 81f8103 | NEWARK 81F8103 FAN | 5 |
| 81f2738 | N-W 81F2738 GUARD | 5 |
| 81f2747 | N-W 81F2747 POWER CORD | 5 |
| 64f276 | N-W 64F276 SIGNAL | 1 |
| 16f9371 | N-E 16F9371 10 AMP FILTER | 1 |
| a2207-11 | AIC A2207-11 ENTRY MODULE | 1 |
| 800em-lfa3 | A-B 800EM-LFA3 OPERATOR | 1 |
| 800e-2dl5g | A-B 800E-2DL5G MODULE | 1 |
| 800e-2x10 | A-B 800E-2X10 CONTACT | 2 |
| 3p | H-P 3P AIR VALVE | 1 |
| 3822-03-5287 | SPARTAN 3822-03-5287 VALVE | 2 |
| ase-1420-c | ASE-1420-C CONTROL SYSTEM | 1 |

## ASE-1420 PARTS SUPPLIERS

| MANUFACTURER | ABBREVIATION | CITY, STATE | PARTS PROVIDED |
|---|---|---|---|
| FABCO-AIR | F-A | GAINESVILLE, FL | 3&4 WAY VALVES, NEEDLE VALVES |
| COLDER PRODUCTS | CPC | ST. PAUL, MN | HANDPIECE QUICK DISCONNECTS |
| TELEPNEUMATIC/PARKER | T-E | RICHLAND, MI | LOGIC COMPONENTS & FOOT SWITCH |
| AIRTROL | A-T | NEW BERLING, WI | PRESSURE & VACUUM SWITCHES |
| RECTUS/TEMA | RECTUS | SPARTA, NJ | FT SWITCH QUICK DISCONNECTS |
| ALPHA TECHNOLOGIES | ALPHA | FRANKLIN, TN | FITTINGS |
| FREELIN-WADE | F-W | MCMINNVILLE, OR | TUBING |
| ADSENS | ADSEN | CITY OF INDUSTRY, CA | MUFFLERS |
| LIN-ACT/PARKER | L-A | DES PLAINES, IL | VOLUME CHAMBER |
| MONNIER | M-I | ALGONAC, MI | REGULATORS AND FILTERS |
| DYNAMIC FLUID COMPONENTS | D-F | WEST UNION, SC | GAUGES |
| ALKON CORPORATION | ALKON | CHICAGO, IL | BRASS FITTINGS |
| CLIPPARD | CLIPPARD | CINCINNATI, OH | CHECK VALVES |
| GRAINGER | GRAINGER | INDIANAPOLIS, IN | RELIEF VALVE |
| GAST MFG | GAST | BENTON HARBOR, MI | PUMPS |
| PARKER FITTINGS | PARKER | WICKLIFFE, OH | HIGH TEMP HOSES |
| PANDUIT | PANDUIT | TINLEY PARK, OH | WIRE DUCT |
| LEE SPRING | L-S | BROOKLYN, NY | MOTOR MOUNTS |
| MCMASTER-CARR | M-C | CHICAGO, IL | ACOUSTICAL FOAM |
| LYTRON | LYTRON | BOSTON, MA | HEAT EXCHANGER |
| NEWARK ELECTRONICS | N-W | PALATINE, IL | FANS, BREAKER, POWER ENTRY, FILTER |
| ALLEN-BRADLEY/ROCKWELL | A-B | MILWAUKEE, WI | TERMINALS, ON/OFF SWITCH |
| SPARTAN SCIENTIFIC | SPARTAN | BOARDMAN, OH | DUMP VALVES |
| HUMPHREY PRODUCTS | H-P | KALAMAZOO, MI | TEST BUTTON VALVE |
| STANDARD CHANGE MAKERS | SCM | INDIANAPOLIS, IN | CABINET |
| JWS MACHINE | JWS | BRAZIL, IN | MANIFOLDS AND OTHER MACHINED PARTS |

## Fig. 34C

US 2005/0075581 A1

Apr. 7, 2005

1

## PNEUMATIC CIRCUIT

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]   This application claims the benefit of U.S. Ser. No. 60/374,952 filed Apr. 23, 2002.

### BACKGROUND OF THE INVENTION

[0002]   The present invention relates to a pneumatic circuit, and particularly to a pneumatic circuit for use in the operation of an at least partially air-powered tool. More particularly, the present invention relates to a pneumatic circuit useful in the pneumatic operation of a medical device.

### SUMMARY OF THE INVENTION

[0003]   The present invention relates to one or more of the following features, elements or combinations thereof. A pneumatic control system is provided for use with a medical device, illustratively a suction biopsy device. The suction biopsy device has a cannula for insertion into a body to a point adjacent to a mass to be examined, and a rotating cutter device is housed within. The cannula has an orifice, and a pneumatic cylinder is coupled to the cutter for moving the cutter relative to the orifice.

[0004]   A rinse or illustratively saline solution is provided for assisting in the removal of the mass to be examined. A suction is provided for assisting in the removal of the mass to be examined. The control system has an absence of electrical circuitry configured to control the operation of the suction biopsy device. Electrical power is illustratively provided only for the compressor and the vacuum.

[0005]   The cannula defines an axis and the cutter is illustratively aligned coaxially with the cannula for rotation about the axis. A pneumatic motor actuates the rotational movement of the cutter. The pneumatic cylinder causes the cutter to move axially relative to the cannula.

[0006]   A method of removing a tissue mass from a body is also provided. The method comprises the steps of inserting a hollow cannula having an aperture into the body such that the aperture is positioned adjacent to the tissue mass. Suction is provided to the cannula such that a portion of the tissue mass is pulled inside the cannula through the aperture. The cutter is pneumatically caused to move relative to the aperture so that the cutter cuts the portion of tissue mass from the remainder of the tissue mass. The cut portion of tissue mass is then transported through the cannula with the provided suction. The pneumatic movement of the cutter is controlled by a pneumatic circuit comprising a pressure sensor.

[0007]   The control system drives a cutter blade connected to the biopsy device. The cutter blade moves from a recessed position to an extended position. The control system cycles the cutter between the recessed position and the extended position at a predetermined cycle rate, responding to user commands when determining whether to continue to cycle.

[0008]   A pneumatically driven motor rotates the cutter. A pneumatically driven piston moves the cutter between the recessed position and the extended position. Pressurized gas is delivered to the pneumatic motor, and a saline supply is delivered to the cannula.

[0009]   Suction assists in removing the mass from the body during a surgical procedure. The control system is configured to run continually but have cyclical elements responding to the continual operation.

[0010]   Additional features of the disclosure will become apparent to those skilled in the art upon consideration of the following detailed description of preferred embodiments exemplifying the best mode of carrying out the invention as presently perceived.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0011]   The detailed description particularly refers to the accompanying figures in which:

[0012]   FIG. 1 is a top perspective partial view of a Breast Biopsy System having a hand wand, the Biopsy System including a pneumatic circuit internally, the circuit configured to operate the Biopsy System and hand wand;

[0013]   FIG. 2 is a perspective view of the system shown in FIG. 1;

[0014]   FIG. 3A is a view of the cannula of the hand wand inserted into a patient's breast adjacent a tissue mass, the cannula having an aperture positioned adjacent the mass;

[0015]   FIG. 3B is a view similar to that of FIG. 3A, showing a cylindrical cutter that has moved inside the cannula, thereby cutting away a portion of the tissue mass;

[0016]   FIG. 4 is a view of an air compressor shown upside down with tie-down rails and springs attached;

[0017]   FIG. 5 is a view of the compressor of FIG. 4, showing the compressor right side up with additional fittings;

[0018]   FIG. 6 is a view of a vacuum pump showing the tie-down rail and springs;

[0019]   FIG. 7 is a view of the compressor of FIGS. 4-5 and the vacuum pump of FIG. 6 both installed in a console;

[0020]   FIG. 8 is a view of a console mounting panel showing manifold subassemblies, a filter subassembly, and a terminal block subassembly mounted on the mounting panel;

[0021]   FIG. 9 is a view of the console showing the mounting panel mounted in the console, and showing the cavity in the lower portion which houses the compressor and vacuum;

[0022]   FIG. 10 is a view from the top of the console of FIG. 8;

[0023]   FIG. 11 is a view from the front of the open console similar to that of FIG. 9, showing the compressor and vacuum pump mounted in the lower portion of the console and showing other components of the pneumatic circuit mounted in the upper portion of the console;

[0024]   FIGS. 12A-B are views of two embodiments of a water evaporation subassembly;

[0025]   FIGS. 13A-B show, respectively, the foot switch prior to attachment of tubing, and the foot switch partially assembled after the attachment of tubing;

[0026]   FIG. 14 is a view of the terminal block subassembly;

[0027] FIGS. **15**A-B are perspective views of the two manifolds configured to route the pneumatic tubing within the console;

[0028] FIGS. **16**A-B are schematic representations of the pneumatic circuit elements;

[0029] **FIG. 17** is a schematic representation of an evaporation valve portion of the pneumatic circuit;

[0030] **FIG. 18** is another schematic representation of a portion of the pneumatic circuit;

[0031] FIGS. **19**A-D show specification drawings for the console;

[0032] **FIG. 20A** shows the configuration of the control panel;

[0033] **FIG. 20B** shows the configuration of the manifolds with relation to the filters and connection points;

[0034] FIGS. **21**A-D show diagrammatic representations of the manifolds depicting the ports and internal passageways associated with the manifolds;

[0035] **FIG. 22A** shows a top view of a pinch valve configured to control the flow of saline;

[0036] **FIG. 22B** is a front elevation view of the pinch valve shown in **FIG. 22A**, showing the tube positioned in the pinch valve, and showing the movement of the plunger between a flow position and a non-flow position;

[0037] FIGS. **23**A-D show specification drawings for the gasket;

[0038] FIGS. **24**A-B show a top view and a front elevation view, respectively, of a canister bracket;

[0039] FIGS. **25**A-D show front and side views of a pair of hose wrap pins;

[0040] FIGS. **26**A-B show a foot switch holder;

[0041] **FIG. 27** shows a valve bracket;

[0042] FIGS. **28**A-B show an embodiment of tie-down rails;

[0043] **FIGS. 29-33** show the test equipment used in testing certain elements in the pneumatic circuit in various stages of the test; and

[0044] FIGS. **34**A-C show parts listings of the various parts used in the construction of the Breast Biopsy System.

## DETAILED DESCRIPTION OF THE DRAWINGS

[0045] One embodiment of the present disclosure is shown in **FIGS. 1 and 2** in the form of a Breast Biopsy System **2** having a hand wand **4**. Biopsy System **2** illustratively includes a console **6** having an access door **8** and a control panel **9** positioned toward the top of the console **6**. Biopsy System **2** includes an internal pneumatic circuit **10** (shown in **FIGS. 8-12** and schematically in **FIGS. 16-18**) that is configured to operate a medical device **70**, illustratively hand wand **4**, as will be discussed in more detail below. It should be understood that as used herein, medical device **70** can be any medical device that is powered at least in part by pneumatic pressure. The illustrative medical device **70** comprises a hand wand **4**, and such terms are used interchangeably throughout.

[0046] Biopsy System **2**, and particularly hand wand **4**, illustratively function in the following manner. A patient having a mass **142** to be removed receives a local anesthetic and the mass is identified and located in the patient. Location methods may include ultrasound, magnetic resonance imaging (MRI), X-Ray, or any other method known in the medical industry. As can be seen in **FIGS. 1 and 3**A-B, hand wand **4** illustratively includes a hollowed needle or cannula **130** extending therefrom, the cannula **130** having a sharp distal end **136** for facilitating piercing into the patient's body, and the cannula **130** further having a cutter **134** positioned therein for rotational and axial movement relative to the cannula **130**. Cutter **134** is illustratively a cylindrical blade, but other configurations are within the scope of the disclosure. Distal end **136** is illustratively a frusto-conical stainless steel tip press-fitted on the end of cannula **130**, the tip having a plastic cutting board (not shown) housed within for receiving cutter **134** when cutter **134** is at its full stroke position.

[0047] An aperture **132** is illustratively formed in the cylindrical wall of cannula **130** at its distal end. During operation, as shown in FIGS. **3**A-B, a physician inserts cannula **130** into the patient (i.e. the cannula is inserted into a woman's breast) such that aperture **132** is positioned proximal to a mass **142** to be removed. While the cannula is being inserted into the patient's body, the cylindrical cutter **134** is positioned inside cannula **130** such that cutter **134** substantially closes off aperture **132**. Pneumatic circuit **10** directs compressed air to pneumatic cylinder **26** in order to position cutter **134** at its full stroke position.

[0048] After cannula **130** is in position in the patient's body, pneumatic circuit **10** directs the retracting and advancing movement of cutter **134** relative to the cannula **130** in response to signals from a foot switch **16**, a remote push button **18**, or a panel push button **18A** (see **FIG. 16B**) operated by a medical technician or surgeon. Once the operator signals for the cutting to begin, pneumatic circuit **10** directs vacuum pressure to hand wand **4**, and pneumatic circuit releases the compressed air from pneumatic cylinder **26** (which is illustratively housed in hand wand **4**). Once compressed air is released from pneumatic cylinder **26**, a spring urges the plunger in pneumatic cylinder **26** toward the retracted position, thereby causing cutter **134** to move to the retracted position, consequently opening aperture **132**. Vacuum pressure is also applied by pneumatic circuit **10** to the inside of cannula **130**, causing a portion of the mass **142** to be drawn inside cannula **130**. While the portion of the mass **142** is drawn inside cannula **130**, pneumatic circuit **10** sends compressed air to cylinder **26**, thereby moving cutter **134** relative to aperture **132** toward the extended, full-stroke position. At substantially the same time, pneumatic circuit **10** further directs compressed air toward a pneumatic motor **138** housed in hand wand **4**. Pneumatic motor **138** is coupled to cutter **134** and causes cutter **134** to rotate about its axis inside cannula **130**. As a result of the rotational and axial movement of cannula **130**, cutter **134** cuts the portion of the mass **142** that extends inside the cannula **130** as cutter moves toward distal end **136** of cannula **130**.

[0049] Once cutter **134** has completed such a cycle and has returned to the position wherein aperture **132** is closed, pneumatic circuit **10** confirms whether further cutting will be necessary. Such confirmation is received from foot switch **16** or remote push button **18**/panel push button **18A**,

3

described further herein. In the illustrated embodiment, a short pause of approximately a half second prior to confirmation allows sufficient time for an operator to determine whether additional cutting will be necessary.

[0050]  If additional cutting is not deemed to be required and the mass **142** is considered removed, the operator removes cannula **130** from the patient's body. If instead confirmation is made that additional cutting is required, pneumatic cylinder **26** causes cutter **134** to again move to the retracted position, thereby opening the aperture **132**, and saline is directed through the hand wand **4** and between cannula **130** and cutter **134**. Saline passing over the cutting end **140** of cutter **134** is suctioned into the central portion of the cannula **130** with urging from the aforementioned applied vacuum pressure. Suctioning saline through the central portion of cannula **130** serves to flush the cut portion of the mass through the cannula toward a waste canister **28**, described further herein. Additionally, the saline serves as a lubricant between the cannula **130** and the cutter **134**. In the illustrative embodiment, pneumatic motor **138** is not actuated while cutter **134** is moved toward the retracted position, therefore cutter **134** does not rotate relative to cannula **130** during this retraction phase. Such operation is desirable so that tissue does not wrap around cutter **134** as cutter **134** retracts.

[0051]  Pneumatic circuit **10** directs the continuous above-described cycling of cutter **134** as long as foot switch **16** or remote push button **18** or panel push button **18A** is depressed. Illustratively, ultrasound, magnetic resonance imaging (MRI), or other mass-locating methods known in the art may be used during the procedure in order to monitor the progress of the removal of the mass **142**. It is advantageous that Breast Biopsy System **2**, in one embodiment, can be used in conjunction with an MRI device because of the majority of its components being pneumatic and non-magnetic.

[0052]  The components comprising pneumatic circuit **10**, and their associated functions in the control of hand wand **4**, are described below. FIGS. **4 and 5** show views of an air compressor **11** having tie-down rails **13** and springs **15** attached thereto. Fittings **17** are coupled to the top of air compressor **11** as shown in FIG. **5**, and air compressor **11** is illustratively mounted in the rear of the console **6** as shown in FIG. **7**.

[0053]  A vacuum pump **19** is shown in FIG. **6**, the vacuum pump having a tie-down rail **21** and springs **23**. FIG. **7** shows the relative placement of vacuum pump **19** and air compressor **11** in the lower portion of console **6**. Soundproofing material **37** is also placed in the proximity of vacuum pump **19** and air compressor **11** in order to muffle the sound of air compressor **11** and vacuum pump **19** during operation.

[0054]  FIG. **8** is a view of a console mounting panel **25** showing manifold subassemblies **27**, **29**, an evaporation subassembly **31**, and a terminal block subassembly **33** mounted on the mounting panel **25**. FIGS. **9 and 10** show the console mounting panel **25** mounted in the console **6**. Compressor **11** and vacuum pump **19** are not installed in the illustrative FIGS. **9 and 10**.

[0055]  Console **6** is shown in FIG. **11** to have compressor **11** and vacuum pump **19** mounted in the console **6** while other components of pneumatic circuit **10** including console mounting panel **25** are mounted in the upper portion of console **6**. Shelf **35** is mounted to divide console mounting panel **25** from compressor **11** and vacuum pump **19**. As noted above, soundproofing material **37** is positioned to surround compressor **11** and vacuum pump **19**.

[0056]  FIG. **12A** shows water evaporation subassembly **31** prior to installation in pneumatic circuit **10**. Water evaporation subassembly **31** includes a filter **41**, relief regulator **43**, and gas-permeable absorber **45**. Filter **41** is configured to direct condensation toward gas-permeable absorber **45**, which in turn dissipates the condensation into the atmosphere. The schematic representation of water evaporation subassembly **31** can be seen in FIG. **17**.

[0057]  FIG. **12B** is an alternative embodiment **31'** of the water evaporation subassembly **31** of FIG. **12A**. In alternative embodiment **31'**, conduits and fitting of subassembly **31** are replaced with manifolds **34**, **36**. Manifolds **34**, **36** act as conduits and as fitting receivers for components such as filter **41**, relief regulator **43**, and gas-permeable absorber **45**.

[0058]  FIGS. **13A and 13B** show the assembly of foot switch **16** prior to and after the attachment of tubing. FIG. **14** is a view of the terminal block subassembly **33** prior to installation on the console mounting panel **25**, shown in FIG. **8**. The terminal block subassembly **33** functions to distribute electrical power to the compressor **11**, vacuum pump **19**, and dump valves.

[0059]  Custom designed manifolds **47**, **49** can be seen in perspective view in FIGS. **15A-B**. Manifolds **47**, **49** are configured to route the pneumatic tubing (not shown in FIGS. **15A-B**, but viewable in FIG. **8**) within the console. Schematics for manifolds **47**, **49** can be seen in FIGS. **20B** and **21A-D**.

[0060]  FIGS. **16A-B** illustrate the schematic of the illustrative pneumatic circuit **10**. Pneumatic circuit **10** includes a first sequence loop **12** (approximated as the elements within the broken lines) and a second sequence loop **14** (outside the broken lines). First sequence loop **12** is initiated with either a foot switch **16**, a remote pushbutton **18**, or a panel pushbutton **18A**. Foot switch **16** is the illustrated embodiment in the drawings, however, any of the above foot switch **16**, a remote pushbutton **18**, or a panel pushbutton **18A**, including combinations thereof, are within the scope of the disclosure.

[0061]  Sensor **20** (shown in FIG. **16B**) senses pressurization and permits passage of pressurized gas through path **22** when foot switch **16**, pushbutton **18**, or pushbutton **18A** is actuated, or any combination thereof. The pressurized gas shifts the vacuum valve **48** (FIG. **16A**), creating vacuum in collection canister **28**. Vacuum sensor **30** passes a signal to the vacuum indicator **150** when the vacuum level reaches 20" Hg vacuum. Pressurized signals from components **30**, **22** pass through the "and" gate **50** (FIG. **16A**) and latch relay **24**, which in turn signals cutter cylinder **26** to retract to a non-extended position. When cutter cylinder **26** is retracted into the non-extended position, pressurized gas is delivered to medical device **70**, illustratively to operate pneumatic motor **138**. However, it should be understood that pressurized gas may be utilized for any number of functions in a medical device, and is not restricted to the illustrative functions shown in hand wand **4**.

US 2005/0075581 A1

4

Apr. 7, 2005

[0062]   A saline supply **152** (**FIG. 16B**) is also illustratively provided to medical device **70**, the saline supply **152** fostering the flow of biological material removed by the medical device **70** to collection canister **28**. Pinch valve **72**, which includes pneumatically actuated stopper **88** (**FIG. 16B**), controls the flow of saline supply **152** in a manner described further herein.

[0063]   Collection canister **28** collects biological material from the medical device **70** during the medical procedure using vacuum pressure. In addition to the biological material being collected, saline is collected in this manner. If the vacuum pressure fails, such failure is sensed by vacuum switch **30**, and the cycle stops. Otherwise, pressurized gas continues to be delivered for a period of time determined by timing circuit **148**.

[0064]   Timing circuit **148** incorporates a restricted orifice that fills volume chamber **144** with gas and eventually signals valve **146** to turn on the pressurized gas to medical device **70**. Pressurized gas causes cutter cylinder **26** to advance at a rate controlled by timing circuit **38** until it reaches the extended position (also the position held during insertion of the cannula of the illustrative medical device, described above). Such pressurized gas continues to build up in medical device **70** until pressure sensor **52** senses a predetermined gas pressure in cutter cylinder **26** and illustratively trips at approximately 24 psi, indicating the end of the stroke. At such a point, signaling device **54** causes a momentary audible signal, and also latch relay **24** resets, turning off device **70**. If signal **22** is still present, the relay **24** will not reset and the process will automatically repeat. If the process repeats the audible tone has a shorter duration than if it resets.

[0065]   It is also possible that cutter cylinder **26** does not fully advance to the extended position before pressure sensor **52** trips. In such an instance, cutter cylinder **26** may encounter difficulties cutting through the mass **142**, and pressure will build up in cutter cylinder **26** even though the end of the stroke has not been reached. When the cylinder pressure reaches the predetermined amount of 24 psi, sensor **52** trips, regardless of the position of cutter cylinder **26** (and the attached cutter **134**).

[0066]   Setup switch **44** (**FIG. 16B**), which is controlled by knob **154** on control panel **9** (**FIG. 1**) allows an operator to load the saline tube into the pinch valve **72** and primes the medical device **70** by actuating, in parallel, the retraction of cutter cylinder **26**, the opening of saline pinch valve **72**, and the opening of vacuum valve **48**. During this setup mode, signals from **22** are ignored, thereby inhibiting a cycle start condition. Aspiration switch **40** (**FIG. 16B**), which is controlled by knob **156** on control panel **9** (**FIG. 1**) inhibits a cycle start condition and causes cylinder **26** to retract, if a signal delivered via path **22** is present the vacuum valve **48** shifts creating vacuum in the canister and the medical device.

[0067]   Referring to FIGS. 16A-B, pneumatic circuit **10** operates in substantially the following fashion. Air compressor **11** is turned on and creates air pressure and flow. The compression process creates heat and condenses the humidity in the air. At such a point, condensed water is in gaseous state. The hot moist air is then passed through a fan-driven air-to-air heat exchanger **158** cooling the air and changing the water to a liquid state. The cooled air is then passed into

a coalescing filter **41** where the water is captured in the filter media and drips into the bottom of the filter bowl. The filtered air then continues out to feed the control circuit.

[0068]   The compressor runs continuously. If pressure is sensed by the relief regulator of greater than the set point of 70 psi, it will continuously vent the excess pressure. If the system is on and not in cycle, 99% of the compressor flow rate will vent out of the relief regulator. While the system is cycling the medical device, approximately 40% of the system capability will continuously flow through the relief regulator.

[0069]   The water that is collected in the bottom of the filter bowl is dissipated with water evaporation subassembly **39**. Water passes from the filter **41** through the relief regulator **43** and into the base of the permeable exhaust member **45**. The exhaust member **45** acts as a wick, drawing the fluid up the media. The flow rate through the exhaust member **45** and the large "wick" surface area cause the liquid water to evaporate into a gas state. The flow rate through the enclosure caused by the heat exchanger fans removes the water vapor from the cabinet, thus eliminating the need to collect water and drain it from the system. Illustratively, a filter "muffler" is used as a permeable exhaust member **45**, the muffler being available from Allied Witan Company, of Cleveland, Ohio, as part number F02.

[0070]   The pneumatic circuit components are mounted to custom aluminum manifolds **47**, **49** minimizing the use of fittings and keeping the system compact. The components are "sub-base" style versions of the component allowing for ease of replacement. Each component that needs adjusted is bench tested and set to the specified level using certified fixtures. Diagrammatic representations of the manifolds can be seen in FIGS. 21A-D.

[0071]   Console **6** is designed to isolate the noise and heat created by compressor **11** and vacuum pump **19**. Design specifications for console **6** can be seen in FIGS. 19A-D. Shelf **35** divides the cabinet into two sections. The lower section contains the spring-mounted pumps **11**, **19**, soundproofing material **37**, and fans to isolate vibration, heat, and noise, as can be seen in FIG. **7**.

[0072]   As shown in various views in FIGS. 22A-B, pinch valve **72** includes a retainer comprised of a central catch **74** and opposing catches **76**, **78**. See also a view of pinch valve **72** in FIG. **1**. Silicone tubing **80** is bent into a configuration as shown in broken lines, and pushed between central catch **74** and opposing catches **76**, **78**. When pulled taut, silicone tubing **80** assumes a substantially straight configuration and is disposed under cantilevered portion **82** of central catch **74**, and cantilevered portions **84**, **86** of opposing catches **76**, **78** respectively, as shown in FIG. **22A**. Such a configuration secures the silicone tubing **80** and prevents accidental removal of silicone tubing **80** from pinch valve **72**.

[0073]   Pneumatically actuated stopper **88**, shown diagrammatically in FIG. **22B**, moves a piston **90** between a stopped position (shown in broken lines) and a flow position. The default position is the stopped position, stopping the flow of fluid through the silicone tubing **80**.

[0074]   FIGS. 25A-D show a pair of hose wrap pins that is used to wrap the foot switch tube set and the power cord when the system is not in use. FIGS. 26A-B show a foot

US 2005/0075581 A1

Apr. 7, 2005

5

switch holder. **FIG. 27** shows a valve bracket. And FIGS. **28A-B** show an embodiment of tie-down rails.

[0075] The test module **92** for testing Airtrol electric pressure switch **120** (as shown in **FIGS. 11 and 16A**), model number F-4200-60-MM, can be seen in **FIGS. 29-33**. The switch **120** is placed on test module **92** and clamped in place, as seen in **FIG. 29**. A red jumper **94** is connected to the normally open (N.O.) terminal **98** of switch **120**. Black jumper **96** is connected to COM terminal **100**. A plugged union fitting **102** is connected to an end of natural colored tube **104**. With an air supply to test module **92** turned on, 2-position detented button **122** is pulled out and pressure observed. It is further observed when green indicator light **106** turns on. If green indicator light **106** does not turn on at 20 psi+/−0.5 psi, then button **122** should be pushed back in and adjustments made to switch **120**, and testing done again. After the proper target pressure is obtained, a green dot sticker **108** is placed over the adjustment screw. Pneumatic vacuum switch VP-701-30-MM is tested in a similar fashion, with a targeted setting of 20″ Hg vacuum.

[0076] Another test procedure for test module **92** is shown in **FIGS. 30 and 31**. In such a procedure, Airtrol pneumatic pressure switch **120**′ (model number PP-701-30-MM) is tested. Red tube **109** is connected to output port **110**. Natural tube **104** is connected to input port **112**. With an air supply to test module **92** turned on, button **122** is pulled out and pressure at which large green light **114** comes on is observed. If large green light **114** does not turn on at 24 psi+/−0.5 psi, then button **122** should be pushed back in and adjustments made to switch **120**′, and testing done again. After the proper target pressure is obtained, a green dot sticker **108** is placed over the adjustment screw.

[0077] Yet another test module **92**′ for testing various regulators is shown in **FIGS. 32 and 33**. This test module **92**′ is illustratively used for the cutter cylinder regulator **124** (model R4, R01-10 w/60 psi gauge), the air motor regulator **126** (model R2, R01-12 w/60 psi gauge), and the main regulator **128** (model R1, R01-12 w/160 psi gauge). The regulators are illustrated schematically in FIGS. 16A-B, and on diagrammatic views of the manifolds in FIGS. **20B** and **21A-B**. During testing, the tested regulator **124, 126, 128** should be set for the appropriate target pressure (60 psi, 60 psi, and 160 psi, respectively). Next, two O-rings **116** (seen in **FIG. 32**) should be installed in the bottom of the tested regulator. The regulator **124, 126, 128** is then placed on the test module **92**′ aligning the locating pin and locating hole found on the test module and regulator. Regulator **124, 126, 128** is then clamped in place.

[0078] Target pressures during testing of regulators **124, 126, 128** varies depending on the regulator. Model R4 is targeted for 30 psi, rising. Model R2 is targeted for 40 psi, rising. Model R1 is targeted for 60 psi, rising. Once pressure is dialed in to the appropriate target, the regulator nut is tightened to prevent knob movement and a permanent marker is used to mark the cannula position of the regulator gauge. Finally, a green dot is placed in the center of the gauge face.

[0079] Illustrative parts used in the production of the above-described embodiment can be found in FIGS. **34A-C**. It should be understood, however, that other parts and constructions are within the scope of the disclosure.

[0080] While the disclosure is susceptible to various modifications and alternative forms, specific exemplary embodi-

ments thereof have been shown by way of example in the drawings and have herein been described in detail. It should be understood, however, that there is no intent to limit the disclosure to the particular forms disclosed, but on the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the disclosure as defined by the appended claims.

[0081] A plurality of advantages arises from the various features of the present disclosure. It will be noted that alternative embodiments of various components of the disclosure may not include all of the features described yet still benefit from at least some of the advantages of such features. Those of ordinary skill in the art may readily devise their own implementations of a pneumatic circuit that incorporate one or more of the features of the present disclosure and fall within the spirit and scope of the disclosure.

1. A medical device comprising:

a biopsy device comprising

    a cannula with an orifice, the cannula being configured for insertion into a body to a point such that the orifice is adjacent to a tissue mass to be biopsied,

    a cutter housed within the cannula and configured to move relative to the orifice to selectively cut tissue from the mass, and

    a pneumatic cylinder coupled to the cutter for moving the cutter relative to the orifice; and

    a pneumatic circuit coupled to the biopsy device for controlling the pneumatic cylinder, the pneumatic circuit comprising a sensor configured to sense back pressure in the pneumatic cylinder.

2. The medical device of claim 1, wherein the cannula defines an axis and the cutter is aligned coaxially with the cannula.

3. The medical device of claim 2, wherein the cutter rotates about the axis.

4. The medical device of claim 2, further comprising a pneumatic motor controlled by the pneumatic circuit, the pneumatic motor actuating rotational movement of the cutter.

5. The medical device of claim 2, wherein the pneumatic circuit selectively causes the cutter to rotate relative to the cannula as the cutter approaches and closes the orifice and the pneumatic circuit further selectively causes the cutter to retract to a retracted position without rotating.

6. The medical device of claim 5, wherein the pneumatic circuit provides a signal to the operator when the cutter has completed one cycle of moving between the closed-orifice position and the retracted position and back.

7. The medical device of claim 2, wherein the pneumatic cylinder causes the cutter to move axially relative to the cannula.

8. The medical device of claim 1, wherein the pneumatic circuit directs the retraction of the cutter relative to the orifice when a predetermined back pressure is sensed in the pneumatic cylinder.

9. The medical device of claim 7, wherein the predetermined back pressure is approximately 24 pounds per square inch.

10. The medical device of claim 1, further comprising a pneumatic switch configured to permit an operator to selectively operate the cutter by actuating the pneumatic switch.

US 2005/0075581 A1

6

**11**. The medical device of claim 1, wherein the biopsy device is substantially free of magnetically sensitive objects such that it can be operated in conjunction with a Magnetic Resonance Imaging device.

**12**. The medical device of claim 1, further comprising a saline supply coupled to the biopsy device, the saline supply dispensing saline in a manner controlled by the pneumatic circuit.

**13**. The medical device of claim 12, wherein the saline is directed between the cutter and the cannula.

**14**. The medical device of claim 12, further comprising a vacuum coupled to the biopsy device for creating a suction and drawing the saline through the cannula.

**15**. A medical device comprising:

a cutter configured to selectively cut tissue from a body;

a pneumatic cylinder coupled to the cutter for moving the cutter relative to the body; and

a pneumatic circuit coupled to the pneumatic cylinder for controlling the pneumatic cylinder, the pneumatic circuit sensing the back pressure in the pneumatic cylinder and responsively controlling the pneumatic cylinder.

**16**. The medical device of claim 15, further comprising a pneumatic motor, wherein the cutter defines an axis and the pneumatic motor causes the cutter to rotate about its axis as the cutter is cutting tissue from the body.

**17**. The medical device of claim 15, wherein the pneumatic circuit provides a signal to the operator when the cutter has completed one cycle of cutting tissue from the body.

**18**. The medical device of claim 15, wherein the pneumatic circuit directs the retraction of the cutter relative to the body when a predetermined back pressure is sensed in the pneumatic cylinder.

**19**. The medical device of claim 18, wherein the predetermined back pressure is approximately 24 pounds per square inch.

**20**. The medical device of claim 15, further comprising a pneumatic switch coupled to the cutter for selectively operating the cutter.

**21**. The medical device of claim 20, wherein the pneumatic switch is foot pedal operated.

**22**. The medical device of claim 20, wherein the pneumatic circuit uses the pneumatic switch as an indication of whether to initiate another cutting cycle.

**23**. The medical device of claim 15, further comprising a saline supply for dispensing saline in a manner controlled by the pneumatic circuit.

**24**. The medical device of claim 23, wherein the saline is directed to flow around the cutter, providing lubrication to the cutter and providing a flush for tissue cut from the body by the cutter.

**25**. The medical device of claim 15, further comprising a vacuum coupled to the biopsy device, the vacuum being controlled by the pneumatic circuit.

**26**. The medical device of claim 25, wherein the vacuum is used to facilitate the removal of tissue after the tissue has been cut from the body.

**27**. The medical device of claim 15, wherein the tissue is breast tissue.

**28**. A method of removing a tissue mass from a body, the method comprising the steps of:

inserting a hollow cannula having an aperture into the body such that the aperture is positioned adjacent to the tissue mass, the hollow cannula housing a cutter therein;

providing suction to the cannula such that a portion of the tissue mass is pulled inside the cannula through the aperture;

pneumatically moving the cutter relative to the aperture so that the cutter cuts the portion of tissue mass from the remainder of the tissue mass; and

transporting the cut portion of tissue mass through the cannula with the provided suction, wherein the pneumatic movement of the cutter is controlled by a pneumatic circuit comprising a pressure sensor.

**29**. The method of claim 28, wherein the step of moving the cutter across the aperture is repeated such that additional portions of the tissue mass are removed.

**30**. The method of claim 28, wherein the cutter is rotating as it cuts the portion of tissue mass.

**31**. The method of claim 30, wherein the rotation of the cutter is pneumatically actuated by a pneumatic motor.

**32**. The method of claim 28, wherein the movement of the cutter is pneumatically actuated by a pneumatic cylinder.

**33**. The method of claim 28, wherein the pneumatic circuit controls the provision of suction and controls the movement of the cutter.

**34**. A biopsy device comprising

a cannula with an orifice, the cannula being configured for insertion into a body to a point such that the orifice is adjacent to a tissue mass to be biopsied;

a cutter housed within the cannula and configured to move relative to the orifice to selectively cut tissue from the mass;

a pneumatic cylinder coupled to the cutter for moving the cutter relative to the orifice, the pneumatic cylinder being controlled by a controller responsive to back pressure in the cylinder; and

a pneumatic motor coupled to the cutter for rotating the cutter relative to the orifice.

**35**. The biopsy device of claim 34, wherein the pneumatic motor comprises six pneumatic vanes.

**36**. The biopsy device of claim 34, wherein the controller is a pneumatic circuit.

**37**. The biopsy device of claim 34, wherein the controller responds to a back pressure of approximately 24 pounds per square inch.

**38**. The biopsy device of claim 34, wherein the controller directs the cutter to retract relative to the cannula when a predetermined back pressure is sensed in the pneumatic cylinder.

**39**. The biopsy device of claim 38, wherein the predetermined back pressure is approximately 24 pounds per square inch.

\* \* \* \* \*