

## NON-DISCLOSURE AGREEMENT

This agreement effective _3/16/2000_, by and between Promex, Inc., an Indiana Corporation (PI), whose principal address is 3049 Hudson Street, Franklin, IN 46131 and _Air Systems Consulting & Jeff Schmidt_ hereafter referred to as RECIPIENT of certain confidential information relating to all aspects of _Promex Automated Tissue Removal Technology_, hereafter referred to as INFORMATION.

With regard to the INFORMATION, RECIPIENT hereby agrees:

A:  Not to use the INFORMATION, except for the purpose of evaluating the INFORMATION to consider whether it wishes to take an interest in the same.

B:  To use all reasonable endeavors not to disclose the INFORMATION to others (except to its employees who reasonably require the same for the purpose hereof and who are bound to it by like obligations as to confidentiality) without the express written permission of PI, except that RECIPIENT shall not be prevented from using or disclosing INFORMATION:

   i. which RECIPIENT can establish without reasonable doubt was known to it prior to its disclosure hereunder, or;

   ii. which is now or becomes in the future, public knowledge other than by the breach of this agreement by RECIPIENT or;

   iii. which is lawfully obtained by RECIPIENT from a third party on a non-confidential basis who, to the knowledge of RECIPIENT is not obligated by PI and its principals to retain such INFORMATION in confidence, or;

   iv. which is developed by or on behalf of RECIPIENT after receipt of INFORMATION, by personnel with no knowledge of the INFORMATION.

It is further agreed that the furnishing of the INFORMATION shall not constitute a granting of option or license to RECIPIENT.

These obligations of RECIPIENT shall remain in effect to (5) five years after the date of termination of this agreement or until both parties agree there is no further restriction of the confidentiality hereof, whichever is the earlier.

This agreement shall be interpreted in accordance with the laws of the United States of America, and the State of Indiana.

In witness whereof, the parties have caused this instrument to be executed by their duly authorized representatives.

For PROMEX, INC. _[signature]_

Title: Vice President

Date: _3/16/00_

For RECIPIENT _[signature]_

Title _President_

Date _3/16/00_