# QUOTATION

**DATE:** 9/20/00

**CUSTOMER:** Mike Miller
Promex
Franklin, IN

Re: Control Package

| QTY | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 2 | ASE-1420 CONTROL SYSTEM<br>INCLUDES;<br>• VALVE LOGIC CIRCUIT WITH UPDATES<br>• ASSEMBLED INTO 13X10X6 NON METALLIC ENCLOSURE, HINGED.<br>• ALL CONNECTIONS MADE THRU BULKHEAD FITTINGS<br>• FLOW CONTROLS MOUNTE ON SIDE OF PANEL<br>• ASSUMES THAT WE ARE USING THE ELECTRIC MOTOR | 1570.00 | 3140.00 |
|  | DEDUCT FOR USE OF THE EXTRA VACUUM GENERATOR THAT YOU HAVE |  | 209.00 |
|  |  | TOTAL | 2931.00 |

**FOB:** Ship Point

**TERMS:** Net 30 Days

**DELIVERY:** 2-3 WKS

**QUOTED BY:** _____
Jeffrey R. Schwindt