** PURCHASE ORDER **                                        PAGE:  1

PROMEX, INC.                                 P.O. NUMBER:  0004852
3049 Hudson Street                           ORDER DATE:   09/20/00
Franklin, IN  46131

(317) 736-0128
(317) 736-0793   FAX                         VENDOR NO:    0000808


VENDOR:                                      SHIP TO:
Air Systems Engineering, Inc.                PROMEX, INC.
P.O. Box 20308                               3049 Hudson Street
Indianapolis          IN 46220               Franklin           IN 46131

CONFIRM TO: *Jeff Schwindt*
(317)842-7888    (317)842-7980      X
------------------------------------------------------------------------
            SHIP VIA        F.O.B           TERMS
            UPS GROUND      FRANKLIN        NO TERMS
------------------------------------------------------------------------
ITEM NO.           UNIT  ORDERED  RECEIVED  BACK ORD   UNIT COST       AMOUNT
------------------------------------------------------------------------
*ASE-1420          EACH    2.00     0.00      0.00    1,465.500      2,931.00
 CONTROL SYSTEM                  ** REQUIRED BY:     10/04/00
         ASE-1420 CONTROL SYSTEM INCLUDES:
             VALVE LOGIC CIRCUIT WITH UPDATES
             ASSEMBLED INTO 13X10X6 NON-METALLIC ENCLOSURE
             HINGED
             ALL CONNECTIONS MADE THRU BULKHEAD FITTINGS
             FLOW CONTROLS MOUNTED ON SIDE OF PANEL
             ASSUMES THAT WE ARE USING THE ELECTRIC MOTOR


         PER QUOTE DATED 9/20/00
         PLEASE FAX ORDER CONFIRMATION & DELIVERY DATE.
         THANK YOU.  JANE MCNEILL, PURCHASING COORDINATOR




                                                FAXED 9/20/00


                                             NET ORDER:    2,931.00
                                             SALES TAX:         .00
                                             FREIGHT:           .00
                                                          ----------
Signature: *M Miller*                        ORDER TOTAL:  2,931.00