Kit List

Date:     10/02/00
Page No:  1

ASE-1420 CONTROL SYSTEM

| Part Name-# | Description | Quantity |
|---|---|---|
| 18sp-4 | F-A 18SP-4 SINGLE AIR PIL. VLV | 1 |
| 551-00-041 | ASCO 551-00-041 SINGLE AIR PLT | 1 |
| pfc-32-l | F-A PFC-32-L FLOW CONTROL | 2 |
| msp-025 | ANVER MSP-025 VACUUM GENERATOR | 1 |
| pp-701-30-pt | A-T PP-701-30-PT SWITCH | 1 |
| pln-c10 | T-E PLN-C10 NOT RELAY | 1 |
| pzu-a12 | T-E PZU-A12 BASE | 1 |
| fr22-2100-2-g | M-I FR22-2100-2-G MOD.1/4"F/R | 1 |
| vp-701-30-pt | A-T VP-701-30-PT VACUUM SWITCH | 1 |
| f4200-60-pt | A-T F4200-60-PT PRESSURE SWITH | 1 |
| 18dp-4 | F-A 18DP-4 DOUBLE AIR PIL. VLV | 1 |
| 3p-30a2-s | L-M 3P-30A2-S FOOT SWITCH | 1 |
| 5107003ug | METAL WORK 5107003UG 1/8"REG. | 1 |
| 83f6457 | N-W 83F6457 ENCLOSURE | 1 |
| 83f5566 | N-W 83F5566 PANEL | 1 |
| ase-1420 | ASE-1420 CONTROL SYSTEM | 1 |

