

**AIR SYSTEMS ENGINEERING, INC.**
5172 EAST 65TH STREET
P.O. BOX 20308
INDIANAPOLIS, IN 46220
PHONE         (317) 842-7888
TOLL FREE    (800) 210-1454
FAX              (317) 842-7980



ASE-1420