
PP-701-30