NI-369
August 1997

# Norgren Graphic Symbol Library

A collection of pneumatic graphic symbols per
ISO 1219-1 in .dwg and .dxf formats.



 **NORGREN**

**Pneumatic ISO Symbols**

# Air Line Equipment

**Frl001** – Filter 

**Frl010** – Conditioning unit, simplified 

**Frl002** – Filter with manual drain 

**Frl011** – Air dryer 

**Frl003** – Filter with automatic drain 

**Frl012** – Cooler 

**Frl004** – Filter with separator, manual drain 

**Frl013** – Relief valve, 1 

**Frl005** – Filter with separator, automatic drain 

**Frl014** – Pilot operated regulator, relieving 

**Frl006** – Filter with contamination indicator 

**Frl007** – Filter with additional magnetic element 

**Frl015** – Pilot operated regulator, non-relieving 

**Frl008** – Lubricator 

**Frl016** – Regulator, relieving 

**Frl009** –  Conditioning unit

**Frl017** – Regulator, non-relieving 

**Frl018** – Relief valve, 2 

# Pneumatic ISO Symbols



# Cylinders

**Cyl001** – Single acting cylinder, air extend



**Cyl011** – Pneumatic semi-rotary actuator



**Cyl002** – Single acting cylinder, spring retract



**Cyl012** – Air-to-oil intensifier



**Cyl003** – Dougle acting cylinder, non-cushioned



**Cyl013** – Double acting cylinder, vented



**Cyl004** – Double acting cylinder, double rod



**Cyl014** – Tandem air/oil cylinder, 1



**Cyl005** – Double acting cylinder, cushioned rear



**Cyl015** – Tandem air/oil cylinder, 2



**Cyl006** – Double acting cylinder, cushioned both ends



**Cyl016** – Tandem air/oil cylinder, 3



**Cyl007** – Double acting cylinder, adjustable cushion rear



**Cyl017** – Pneumatic/hydraulic actuator



**Cyl008** – Double acting cylinder, adjustable cushion both ends, 1



**Cyl018** – Rodless cylinder



**Cyl009** – Double acting cylinder, adjustable cushion both ends, 2



**Cyl019** – Cable cylinder



**Cyl010** – Double acting cylinder, positioning



**Cyl020** – Air spring actuator

**Cyl021** – Servo  cylinder assembly



 **NORGREN**                                    **Pneumatic ISO Symbols**

# Electrical

**Elec01** – Pressure switch, non-
     adjustable 

**Elec02** – Pressure switch,
     adjustable 

**Elec03** – Proximity sensor 

**Elec04** – Reed switch 

**Elec05** – Proximity sensor 

# Pneumatic ISO Symbols



# Miscellaneous

**Misc001** – Pressure source



**Misc011** – One-way restrictor valve



**Misc002** – Silencer



**Misc012** – Quick-exhaust valve



**Misc003** – Pressure gauge



**Misc013** – Priority shuttle valve



**Misc004** – Pressure indicator



**Misc014** – Restrictor



**Misc005** – Air receiver, 1



**Misc015** – Adjustable restrictor valve



**Misc006** – Air receiver, 2



**Misc016** – Mechanically operated non-return valve, 1



**Misc007** – Air receiver, 3



**Misc017**– Mechanically operated non-return valve, 2



**Misc008** – Gate valve



**Misc018** – Non-return valve, spring loaded



**Misc009** – Non-return valve, pilot controlled



**Misc010** – Shuttle valve



 **NORGREN**

**Pneumatic ISO Symbols**

# Valves

**Valv01** – Two-way, two-position, 1


**Valv11** – Four-way, three-position, center position, pressure to cylinder ports


**Valv02** – Two-way, two-position, 2


**Valv12** – Five-way, two-position


**Valv03** – Two-way, two-position, 3


**Valv13** – Five-way, three-position, center position, blocked


**Valv04** – Three-way, two-position, 1


**Valv14** – Five-way, three-position, center position, cylinder ports to exhaust


**Valv05** – Three-way, two-position, 2


**Valv15** – Five-way, three-position, center position, pressure to cylinder ports


**Valv06** – Three-way, two-position, 3


**Valv16** – Two hand anti tie down


**Valv07** – Three-way, two-position, 4


**Valv17** – Unidirectional roller


**Valv08** – Four-way, two-position


**Valv18** – Pressure actuator


**Valv09** – Four-way, three-position, center position, blocked, throttling


**Valv19** – Solenoid, 1


**Valv10 –** Four-way, three-position, center position, blocked


**Valv20** – Solenoid, 2


# Pheumatic ISO Symbols

# Valves

**Valv21** – Solenoid, 3 

**Valv22** – Air pilot, 1

**Valv23** – Air pilot, 2

**Valv24** – Air pilot, 3

**Valv25** – Air pilot, 4

**Valv26** – Intergral air

**Valv27** – Solenoid, 4 

**Valv28** – Solenoid, 5 

**Valv29** – Solenoid, 6 

**Valv30** – Solenoid, 7 

**Valv31** – Spring 

**Valv32** – Roller 

**Valv33** – Push button 

**Valv34** – Pull button 

**Valv35** – Push/pull button 

**Valv36** – Mechanical operator, 1 

**Valv37** – Plunger 

**Valv38** – Plunger with adjustable length 

**Valv39** – Pedal 

**Valv40** – Lever 



# Pneumatic ISO Symbols

# Valves

**Valv41** – Detent


**Valv42** – Mechanical operator, 2



 **ROSS CONTROLS**

**Home** • **New Products** • **Products** • **Catalogs** • **Industry So**
**Custom Design-ROSS/FLEX** • **Tech Tools** • **Pneumatics 101**

[Global ROSS Contacts] [Worldwide Distribution] [FAQ] [Troubleshooting] [Employment] [ROSS Employee Training] [Privacy]

## Common Symbology in Pneumatics

| | | |
|---|---|---|
| 2/2 Valve; 2 Ports, 2 Positions | 3/2 Valve; 3 Ports, 2 Positions | 4/2 Valve; 4 Ports, 2 Positions |
| 4/3 Valve; 4 Ports, 3 Positions | 5/2 Valve; 5 Ports, 2 Positions | 5/3 Valve; 5 Ports, 3 Positions |
| Accumulator | Air Dryer | Air Motor (One Directional Flow) |
| Air Motor (Two Directional Flows) | Check Valve (Spring Loaded) | Compressor |
| Cylinder (Spring Return) | Cylinder Double Acting (Double Rod) | Cylinder Double Acting (Single Fixed Cushion) |
| Cylinder Double | | |



| Acting (Two Adjustable Cushions) | Differential Pressure | Direction of Flow |
| Exhaust Line or Control Line | Filters and Regulators | Filter (Automatic Drain) |
| Filter (Manual Drain) | Fixed Restriction | Flexible Line |
| Flow Control Valve | Flow Gauge | Lever |
| Lines Connected | Lines Crossing | Lubricator |
| Muscular Control | One Bypass Flow Path and Two Closed Ports | One Flow Path |
| Pedal or Treadle | Pilot Pressure (External) | Pilot Pressure (Internal) |
| Plugged Port | Plunger or Position Indicator Pin | Pneumatic |





Back to Pneumatics 101

ROSS VALVE MFG. CO., INC.

Looking for Ross Valve in
Troy, NY?
Click the link above to view
their site.

Copyright © 2004— ROSS
Controls® — All Rights Reserved
This site requires Adobe Acrobat
Reader. Go to www.adobe.com

Member of the NFPA,
click above to learn more.

[Home] [New Products] [Products] [Catalogs] [Industry Solutions] [Custom Design] [Tech
Tools] [Pneumatics 101]