# Air Motor Selection
# for Suros

This report contained a detailed analysis of a rotary vane air motor and an informal analysis of an impulse air turbine. The following is a list of various types of air motors that were considered for Suros.

### Rotary Vane-

Advantages- Well suited for small sizes, good torque, simple design

Disadvantages-

Recommendation- Two different designs should be considered.
1. Sliding rigid vanes.
   Materials- ceramics, Teflon, Rulon J bushings

2. Rubber vanes.
   Materials- Polyurethane, Teflon, Rulon J bushings

### Piston-

Advantages-  good torque

Disadvantages- Not suitable for small size, more complicated than rotary vane.

Recommendation- Do not consider

### Diaphragm-

Advantages- Simple, good torque low speed

Disadvantages- More complex design

Recommendation- May research further

**Oscillating** –

Advantages- Good speed control

Disadvantages- Need pulsed air supply

Recommendation- Do not use unless pulsed air supply is available.


**Impulse Turbine-**

Advantages- simple, well suited for small construction

Disadvantages- Low torque, high speeds

Recommendation- Do not consider because of limited torque.


**Impulse Propeller-**

Advantages- simple, well suited for small construction

Disadvantages- Low torque, high speeds

Recommendation- Do not consider because of limited torque.



# Impulse Turbine

Consulting Report

for

Rose-Hulman Ventures
100 South Campus Drive
Terre Haute, IN  47803

by

Leland K. Shirely
PO Box 493
Cloverdale, IN  46120
Voice: 765-795-6422
e-Mail: lshirely@ccrtc.com

Analysis of an Air Driven Vane Motor

for

Suros – Prototype Air Motor Design

11/25/2000

## Summary

A  model for an air driven air motor is presented which reveals the essential design parameters.  In the model presented, the torque on the rotor is independent of the angular velocity of the rotor.  Three test runs are presented for values of the parameters which satisfy the geometrical limitations and air supply limitations.  The test runs give values of the average torque per revolution to be 2.5 oz-in, 10.0 oz-in and 3.5 oz-in respectively.  Each of these values is greater than the specified value of 2.0 oz-in.

Air Driven Vane Motor

## 0. Introduction

Rose-Hulman Ventures, RHV, has proposed to create a prototype air motor for the Suros Breast Biopsy System. RHV will start with a High Level Design to determine the appropriate materials, dimensions, and type of air motor. The motor must fit into a small space; the outside diameter of the case must be no larger than one inch. The air supply to the motor is limited to no more than 60 psig (74.7 psia) and the motor must develop at least 2 oz-in torque at 500 rpm.

One type of motor under consideration is the vane motor discussed below. This study confirms that an air driven vane motor is a viable option in the design.

## 1. Model

We first summarize the principles of an air driven vane motor. Figure 1. shows a cross-section through the axis of the motor. The motor consists of a rotor that is mounted on a shaft which is supported by bearings in the end plates. The rotor is fitted with vanes which are parallel to the axis of the rotor and which are mounted in slots in the rotor. The vanes and the bearings are not shown in Figure 1. for simplicity. The axis of the rotor and the axis of the case are parallel but do not coincide so that the clearance is small on one side of the rotor and large on the other side. The end plates contain two ports that serve as inlet and exit to the motor chambers. This view shows one port in each end plate but both ports could be in one plate as shown in Figure 3. below. We have shown these ports on opposite ends of the motor for convenience. The inlet port is supplied by air at a relative pressure $P_{Hi}$ and the air exits the motor into an environment at a relative low pressure is $P_{Lo}$. The one important geometrical parameter shown in Figure 1. is the length of the rotor $w$.

Figure 2. shows a cross-section of the motor perpendicular to the axis of the rotor, again without the vanes. The outside radius of the rotor is denoted by $a$ and the inside radius of the case is denoted by $b$. The eccentricity is denoted by $e$. The gap between the rotor and the case at a typical angular position is denoted by $c$ in the figure. The angle $\theta$ is measured in a counter-clockwise direction from the position at which the clearance is smallest.

Figure 3. shows the vanes, four in this analysis, and the four compartments or volumes determined by the vanes. The rotor is rotating with an angular velocity $\omega$ in the counter-clockwise direction. This view also shows the inlet port and the exit port at typical positions on the end plates. We will suppose that the vanes are in the configuration shown in Figure 3. when $\theta = 0$. Since Volume 2 communicates directly with the inlet port in this configuration, the pressure in Volume 2 is $P_{Hi}$ Similarly the pressure in Volume 3 is $P_{Lo}$. When a volume is isolated from both ports, e.g., Volumes 4 and 1, the pressure will take values consistent with a polytropic compression and expansion, i.e.

2

Air Driven Vane Motor

$$P = P_0 \left( \frac{Vol_0}{Vol} \right)^k$$

where $P_0$ and $Vol_0$ are the pressure and volume in the compartment just as the trailing vane in the compartment passes over the trailing edge of the port. $P$ and $Vol$ are the current pressure and volume in the compartment.

For the configuration shown in Figure 3, the torque, positive in the counter-clockwise direction, on the rotor due to the pressure difference across Vane 3 is

$$T_3 = (P_2 - P_3)(wc_3) \left( a + \frac{c_3}{2} \right)$$

The term in the middle parentheses is the area of the vane in contact with the air. The term in the last parentheses is the moment arm. In this case

$$P_2 = P_{Hi} \qquad \text{and} \qquad P_3 = P_{Lo}$$

There are similar contributions from each of the other vanes, although some of the contributions may be negative. However the resultant torque is positive and is given by

$$T = \sum_{i=1}^{4} T_i$$

As the rotor rotates, the values of the pressures, volumes and gaps will change but the general procedure for determining the torque is the same. We give some of the details here and more in the appendix. The algorithm requires a knowledge of the gap closed by each vane and the volume of the compartment between two adjacent vanes as functions of the positions of the vanes.

The volume of a compartment between two vanes is

$$Vol_i = wA_i$$

where $A_i$ is the area of the compartment projected on a plane perpendicular to the axis of the rotor. Using geometry and trigonometry it can be shown that

$$A_i = F(\theta_{trail}) - F(\theta_{lead})$$

where $F$ is a complicated function of $\theta$ given in the appendix [Eqn (A.10)]. Here $\theta_{lead}$ and $\theta_{trail}$ locate the leading and trailing vanes of the compartment.

3

**Air Driven Vane Motor**

A similarly complicated expression for the gap

$$c_i = \Gamma(\theta_i)$$

is also given in the appendix [Eqn (A.5)].

Once the geometrical quantities are known the remainder of the calculation depends on the logic and bookkeeping required to track the vanes through their cyclic progression in the motor.

## 2. Assumptions

In this model we are assuming the following:

(i) The pressure is uniform in each compartment.

(ii) The pressure in the compartments depend on time only through the angular displacement of the rotor.

(iii) The pressure change is instantaneous when the leading vane of a compartment passes over a leading edge of a port.

(iv) There is no leakage of air over the edges or around the ends of the vanes.

(v) Air behaves as an ideal gas.

(vi) There are no viscous losses in the flow to and from the compartments.

(vii) The effects of rotation on the pressure cancel because of symmetry. This means, in effect, that the torque on the rotor is independent of the angular velocity of the rotor.

## 3. Test Runs

There are many design variables in this model. Some are constrained or fixed by the geometrical limitations but others are variable. Since we are conducting a feasibility study, we seek only a reasonable set of parameters which yield the desired performance.

The six graphs in Figures 4., ... , 9. give results for three test runs. In each run the following data remained constant:

$a$    =    8 mm (0.3150 in) .......... Radius of rotor

$b$    =    10 mm (0.3937 in) .......... Radius of case

4

Air Driven Vane Motor

$w$    = 25 mm (0.9842 in) .......... Length of rotor

$P_{Lo}$   = 100 kPa (14.50 psi) ........ Exit pressure

$k$    = 1.4 ................................. Polytropic(isentropic) constant for air

The locations of the leading and trailing edges of the inlet and exit ports affect the performance of the vane motor significantly. In this study we have chosen the following values.

| Edge | Inlet | Exit |
|------|-------|------|
| Leading | 100 deg | 240 deg |
| Trailing | 120 deg | 260 deg |

The three test runs are distinguished only by the values of the inlet pressure or the eccentricity. Runs 1 and 2 compare the effects of varying the inlet pressure. Runs 1 and 3 compare the effects of varying the eccentricity.

The values of $P_{Hi}$ and, $e$ are:

| Run | $P_{Hi}$ | $e$ |
|-----|----------|-----|
| 1 | 200 kPa (29.01 psi) | 0.5 mm (0.01968 in) |
| 2 | 500 kPa (72.52 psi) | 0.5 mm (0.01968 in) |
| 3 | 200 kPa (29.01 psi) | 0.7 mm (0.02756 in) |

**Run 1**

Figures 4. and 5. indicate the performance in Run 1. Figure 4. shows the pressure in Volume 2 between Vanes 2 and 3. The pressure is initially constant at the $P_{Hi}$ value. Then the pressure varies smoothly in an expansion followed by a compression as Volume 2 passes through the large clearance at the bottom of the case isolated from either port. The pressure then drops abruptly to $P_{LO}$ as the leading vane (Vane 3) passes over the leading edge of the exit port. Eventually Volume 2 is isolated from the exit port and compresses and expands as the volume passes through the small clearance at the top of the case. The cycle is completed as the pressure rises abruptly to $P_{Hi}$ when the leading vane passes over the leading edge of the inlet port.

The histories of pressure in the other Volumes are, apart from phase shifts, the same as for Volume 2.

5

Air Driven Vane Motor

Figure 5. shows the (time dependent) torque on the rotor. The torque varies from about 1.2 oz-in to about 3.2 oz-in with an average value of 2.5 oz-in. This average value certainly meets the specifications of the design.

**Run 2**

Figures 6. and 7. indicate the performance in Run 2 where the inlet pressure is four times that in Run 1. The behavior is qualitatively the same as for Run 1. The average torque in Run 2. is 10 oz-in, well above the specifications.

**Run 3**

Figures 8. and 9. indicate the performance in Run 3 where the eccentricity is greater times that in Run 1 and, hence, the minimum clearance at the top of the case is smaller than in Run 1. Note the pressure history (Figure 8.) when the rotor angle is in the range $170^o$ to $280^o$. During this interval Volume 2 passes through the small clearance at the top of the case isolated from the ports. Note that the pressure in Volume 2 is *higher* than the inlet pressure at times during this process. The torque (Figure 9.) shows greater variations than in Run 1 but the average torque is higher at 3.5 oz-in, again above the specifications.

4. Supporting Software

The algorithm underlying the quantitative results given in this studies is contained in an executable, **vanemotor.exe** which is compiled and built from FORTRAN source. Output data files generated by the executable have been imported into an Excel spreadsheet, **vanemotor.xls**, to the get the plots presented. Any and all of this software is available from the author on request.

Air Driven Vane Motor

Appendix --- Derivation of Key Geometrical Equations

## Gap

Another view of the motor cross-section is shown in Figure 10 where two coordinate systems have been added to Figure 3. The origin of $x, y$ system is at the center of the rotor and the origin of $\xi, \eta$ system is at the center of the case. The relations between the coordinates are

$$x = \xi - e \qquad \text{and} \qquad y = \eta \qquad\qquad \text{(A.1)}$$

A point on the case can be located in both coordinate system, i.e.,

$$x = (a + c)\cos(\theta) \qquad \text{and} \qquad y = (a + c)\sin(\theta) \qquad\qquad \text{(A.2)}$$

$$\text{or} \qquad \xi = b\cos(\phi) \qquad \text{and} \qquad \eta = b\sin(\phi) \qquad\qquad \text{(A.3)}$$

Substituting Eqns. (A.2) and (A.3) into (A.1) we get

$$(a + c)\cos(\theta) = b\cos(\phi) - e \quad \text{and} \quad (a + c)\sin(\theta) = b\sin(\phi) \qquad \text{(A.4)}$$

For a given set of parameters $a, b, e, \theta$ Eqns. (A.4) can be thought of as two simultaneous equations for the $c, \phi$. The algebra is tedious but the expression for the gap $c$ is

$$c = \Gamma(\theta) = b\sqrt{1 + \lambda^2[\cos^2(\theta) - \sin^2(\theta)] - 2\lambda\cos(\theta)\sqrt{1 - \lambda^2\sin^2(\theta)}} - a \qquad \text{(A.5)}$$

where we have introduced a new parameter

$$\lambda = \frac{e}{b} \qquad\qquad \text{(A.6)}$$

We don't need an expression for $\phi$ in this study.

## Area

The projected area of a compartment with leading vane at $\theta_{lead}$ and trailing vane at $\theta_{trail}$ is

$$A = \int_{\theta_{lead}}^{\theta_{trail}} \int_{a}^{a + c(\theta)} r \, dr \, d\theta \qquad\qquad \text{(A.7)}$$

7

Air Driven Vane Motor

Performing the inside integration, we get

$$A = \frac{1}{2} \int_{\theta_{lead}}^{\theta_{trail}} (2ac + c^2) d\theta = F(\theta_{trail}) - F(\theta_{lead}) \tag{A.8}$$

where $F(\theta)$ is the indefinite integral

$$F(\theta) = \frac{1}{2} \int (2ac + c^2) d\theta \tag{A.9}$$

Another tedious derivation leads to the expression

$$F(\theta) = \frac{1}{2} \{ (b^2 - a^2)\theta + b^2 \lambda^2 \sin(\theta)\cos(\theta) \tag{A.10}$$
$$- b^2 [ \lambda \sin(\theta)\sqrt{1 - \lambda^2 \sin^2(\theta)} + \arcsin(\lambda \sin(\theta)) ] \}$$

8



**FIgure 1.  Motor Assembly**



**Figure 2.  Cross-Section of Motor**



**Figure 3. Identification of Vanes and Volumes**



Figure 4. History of Pressure in Volume 2 — Run 1



Figure 5. History of Torque — Run 1



**Figure 6. History of Pressure in Volume 2 --- Run 2**



Figure 7. History of Torque — Run 2



Figure 8.  History of Pressure in Volume 2  —  Run 3



Figure 9. History of Torque  —  Run 3



**Figure 10. Geometry**

*IKS*
11/26/2000

Analysis of Impulse Turbine

Kinematics

$V_1 := 75$                              m/s

rpm := 5000                              rpm

R := 0.009                               m

$\alpha deg_1 := 15$                     deg

$\alpha_1 := \left(\dfrac{\pi}{180}\right)\cdot \alpha deg_1$                $\alpha_1 = 0.262$

$\omega := \dfrac{2\,\pi\cdot rpm}{60}$        rad/s           $\omega = 523.599$

$U := R\cdot\omega$                      m/s             $U = 4.712$

$\lambda_1 := \dfrac{U}{V_1}$                           $\lambda_1 = 0.063$

$W_1 := V_1\cdot\left(\sqrt{1 - \lambda_1{}^2\cdot\sin(\alpha_1)^2} - \lambda_1\cdot\cos(\alpha_1)\right)$       m/s       $W_1 = 70.438$

$x := \sin(\alpha_1)\cdot\dfrac{W_1}{V_1}$                       $x = 0.243$

$\beta_1 := \operatorname{asin}(x)$           rad             $\beta_1 = 0.246$

$\beta deg_1 := \dfrac{180}{\pi}\cdot\beta_1$     deg             $\beta deg_1 = 14.068$

$W_2 := W_1$                            m/s             $W_2 = 70.438$

$y := \dfrac{U}{W_2}$                                  $y = 0.067$

$\alpha_2 := \operatorname{acos}(y)$          rad             $\alpha_2 = 1.504$

$\alpha deg_2 := \dfrac{180}{\pi}\cdot\alpha_2$   deg             $\alpha deg_2 = 86.164$

**Torque & Power**



$m_{dot} := 0.0006$    kg/s

$Torque := m_{dot} \cdot R \cdot V_1 \cdot \cos(\beta_1)$    N*m    $Torque = 3.929 \cdot 10^{-4}$

$Tozin := \dfrac{Torque}{(0.2780139) \cdot (0.0254)}$    oz*in    $Tozin = 0.056$

$Power := Torque \cdot \omega$    W    $Power = 0.206$

$\rho := 1.2$    kg/m^3

$Area := \dfrac{m_{dot}}{\rho \cdot V_1}$    m^2    $Area = 6.667 \cdot 10^{-6}$

$N_{orif} := 8$

$A_{orif} := \dfrac{Area}{N_{orif}}$    m^2    $A_{orif} = 8.333 \cdot 10^{-7}$

$d_{orif} := \sqrt{\dfrac{4}{\pi} \cdot A_{orif}}$    m    $d_{orif} = 1.03 \cdot 10^{-3}$

(See Munson, Young, Okiishi
Fundamentals of Fluid Mechanics
2nd ed.
John Wiley
N.Y. 1990
pp 822-

$\bar{V}$ ... absolute
$\bar{w}$ -- relative
$\bar{U}$ ... moving coord sy.

$\beta_1$
$\bar{W}$
$\bar{V}_1$
$\bar{U}$
$\alpha_1$
$\alpha_2$
$\beta_2$
$\bar{W}_2$
$\bar{V}_2$
$\bar{U}$
y
x

$$\bar{V}_1 = \bar{W}_1 + \bar{U} \qquad \bar{V}_2 = \bar{W}_2 + \bar{U}$$

$$\bar{W}_1 = W_1 (\cos\alpha_1 \bar{i} + \sin\alpha_1 \bar{j})$$

$$\bar{U} = U \bar{i}$$

$$\bar{V}_1 = (W_1 \cos\alpha_1 + U)\bar{i} + W_1 \sin\alpha_1 \bar{j}$$

$$= V_1 \cos\beta_1 \bar{i} + V_1 \sin\beta_1 \bar{j}$$

$$\bar{W}_2 = -W_2 \cos\alpha_2 \bar{i} + W_2 \sin\beta_2 \bar{j}$$

$$\bar{U} = U \bar{i}$$

$$\bar{V}_2 = (U - W_2 \cos\alpha_2)\bar{i} + W_2 \sin\alpha_2 \bar{j}$$

$$= V_2 \cos\beta_2 \bar{i} + V_2 \sin\beta_2 \bar{j}$$

Entrance

Know $V_1$, $\alpha_1$, $U$ — find $W_1$, $\beta_1$

$$W_1 \cos\alpha_1 + U = V_1 \cos\beta_1$$

$$W_1 \sin\alpha_1 = V_1 \sin\beta_1$$

$$W_1^2 \cos^2\alpha_1 + 2W_1 U \cos\alpha_1 + W_1^2 \sin^2\alpha_1 = V_1^2 \cos^2\beta_1 + V_1^2 \sin^2\beta_1$$
$$+ U^2$$

$$W_1^2 + (2U \cos\alpha_1) W_1 - (V_1^2 - U^2) = 0$$

$$W_1 = \frac{1}{2}\left[ -2U\cos\alpha_1 \pm \sqrt{4U^2\cos^2\alpha_1 + 4(V_1^2 - U^2)}\right]$$

$$W_1 = -U\cos\alpha_1 \pm \sqrt{V_1^2 - U^2\sin^2\alpha_1}$$

if $U = 0$, $\Rightarrow W_1 = \pm V_1$, choose + sign
$W_1 = V_1$

$$W_1 = -U\cos\alpha_1 + \sqrt{V_1^2 - U^2\sin^2\alpha}$$

factor out $V_1$, let $\lambda_1 = \frac{U}{V_1}$

$$W_1 = V_1\left[ \sqrt{1 - \lambda^2 \sin^2\alpha} - \lambda\cos\alpha_1\right]$$



$$\sin \beta = \sin \alpha_1 \ \frac{W_1}{V_1}$$

$$\sin \beta = \sin \alpha_1 \left[ \sqrt{1 - \lambda^2 \sin^2 \alpha_1} - \lambda \cos \alpha_1 \right]$$

Exit Set $\beta_2 = 90°$

Suppose $W_2 = W_1$

$$V_2 = W_2 \sin \alpha_2$$

$$U - W_2 \cos \alpha_2 = 0$$

$$\cos \alpha_2 = \frac{U}{W_2}$$

$$V_2 = W_2 \sin \alpha_2$$

$$T = \dot{m} R \left( -V_{x_2} + V_{x_1} \right)$$

$$= \dot{m}/R \left( -V_2 \cos\beta_2 + V_1 \cos\beta_1 \right)$$

But $\beta_2 = 90°$

$$T = + \dot{m} R V_1 \cos\beta_1$$

$$P = T\omega$$















