

## Rear End Cap

**Dimensions and annotations:**

- 76.663°
- 34.332°
- This dia. to vary with each batch of tubing. Turn to get .001 to .002 press
- Use ⅛ Ball nose .100 dp.
- R0.352
- 0.175
- 0.075
- 0.200
- Ø0.062
- .930 Ref.
- 0.915
- 0.500±0.001
- 0.321
- 0.219
- 0.150
- 0.050
- 0.259
- 0.284
- Drill thru 3/32, 2 places
- 0.125±0.001
- 0.210
- 0.312 +0.001/-0.000
- 0.250
- 0.125
- Tap thru 6-32

**Notes:**
4. THREADS, HEX'S, SOCKETS, etc. TO CONFORM TO APPROPRIATE STANDARDS (ANSI, SI, SAE, etc.)
3. PART MUST BE FREE OF OIL, GREASE, BURRS, CONTAMINANTS & SURFACE IMPERFECTIONS
2. SURFACE FINISH, MACHINED SURFACES 125 RMS MAX.
1. BREAK SHARP EDGES .01 MAX.

- ● = CRITICAL DIMENSIONS
- ◐ = MAJOR DIMENSIONS
- ● = KEY CONTROL DIMENSION

Material: 6061 Alum.

**TOLERANCES:**
- .XX=±.01
- ∠s =±5° CHAMFERS, ETC. .XXX=±.005
- =±1° OTHERWISE .XXXX=±.0005
- ⊥ .005 A
- ⌖ Ø .005 A

CONFIDENTIAL
© JWS Machine, Inc.
Brazil, IN, USA
ALL RIGHTS RESERVED

*JWS Machine Inc.*

| CAD # | CAD FILE # | | ASSY # | |
|---|---|---|---|---|
| NAME | | SHEET | DRAWING NUMBER | REV. |
| Rear End Cap | | OF | | |

REFERENCE & RELATED DWGS

