```
                    ** PURCHASE ORDER **                         PAGE:    1


PROMEX, INC.                              P.O. NUMBER:  0004865
3049 Hudson Street                         ORDER DATE:  09/22/00
Franklin, IN  46131

(317) 736-0128
(317) 736-0793  FAX                       VENDOR NO:    0000808


VENDOR:                                   SHIP TO:
Air Systems Engineering, Inc.             PROMEX, INC.
P.O.Box 20308                             3049 Hudson Street
Indianapolis       IN 46220               Franklin           IN 46131

CONFIRM TO:   Jeff Schwindt
(317)842-7888      (317)842-7980    X
------------------------------------------------------------------------
          SHIP VIA       F.O.B          TERMS
          UPS GROUND     FRANKLIN       Net 30 Days
------------------------------------------------------------------------
ITEM NO.          UNIT  ORDERED  RECEIVED  BACK ORD  UNIT COST     AMOUNT
------------------------------------------------------------------------
*ASE-1420-AM      EACH    1.00     0.00      0.00   1,250.000    1,250.00
  AIR MOTOR PROTOTYPE                ** REQUIRED BY:  10/06/00
        INCLUDES:
                DESIGN AND FABRICATION OF TWO AIR MOTOR
                PROTOTYPES
                AN ALUMINUM HOUSING AND A FABRICATED IMPELLER


        PER QUOTE DATED 9/22/00
        PLEASE SHIP AS SOON AS POSSIBLE
        THANK YOU.  JANE MCNEILL, PURCHASING COORDINATOR
```



```
                                          NET ORDER:      1,250.00
                                          SALES TAX:           .00
                                            FREIGHT:           .00
                                                         ---------
Signature: _____        ORDER TOTAL:    1,250.00
```



736-0008
0793

## AIR SYSTEMS ENGINEERING, INC.

# QUOTATION

**DATE:** 9/22/00

**CUSTOMER:** Mike Miller
Promex
Franklin, IN

Re: AIR MOTOR

| QTY | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 1 | ASE-1420-AM AIR MOTOR PROTOTYPE INCLUDES; <br> • DESIGN AND FABRICATION OF TWO AIR MOTOR PROTOTYPES. <br> • THE PROTOTYPE WILL HAVE AN ALUMINUM HOUSING AND A FABRICATED IMPELLER | 1250.00 | 1250.00 |
| | | **TOTAL** | **1250.00** |

**FOB:** Ship Point

**TERMS:** Net 30 Days

**DELIVERY:** 2-3 WKS

**QUOTED BY:** _Jeffrey R. Schwindt_



FAXED

P.O. BOX 20308 • INDIANAPOLIS, IN 46220