Case 1:08-cv-00140    Document 22-32    Filed 04/09/2008    Page 1 of 1

