Case 1:08-cv-00140   Document 22-33   Filed 04/15/2008   Page 1 of 25

US006638235B2

(12) **United States Patent** (10) Patent No.: **US 6,638,235 B2**
Miller et al. (45) Date of Patent: **Oct. 28, 2003**

(54) **BIOPSY APPARATUS**

(75) Inventors: **Michael E. Miller**, Trafalgar, IN (US);
**Joseph L. Mark**, Indianapolis, IN
(US); **John P. Hancock**, Fishers, IN
(US); **Charles Butcher**, Carmel, IN
(US)

(73) Assignee: **Suros Surgical Systems, Inc.**,
Indianapolis, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/864,031**

(22) Filed: **May 23, 2001**

(65) **Prior Publication Data**

US 2002/0082519 A1 Jun. 27, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/707,022, filed on
Nov. 6, 2000.

(51) **Int. Cl.**[7] ................................................. **A61B 10/00**
(52) **U.S. Cl.** ....................... **600/566**; 600/564; 600/567;
606/167
(58) **Field of Search** ................................. 600/562, 567;
604/19, 22, 27, 30, 34, 35, 164.01, 164.02,
164.11, 166.01, 167.03; 606/159, 161, 166,
167, 170, 79

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,401,684 A | 9/1968 | Dremann | |
| 3,561,429 A | 2/1971 | Jewett et al. | |
| 3,815,604 A | 6/1974 | O'Malley et al. | |
| 3,937,222 A | 2/1976 | Banko | |
| 3,938,505 A | 2/1976 | Jamshidi | |
| 3,945,375 A | 3/1976 | Banko | |
| 3,994,297 A | 11/1976 | Kopf | |
| 4,007,742 A | 2/1977 | Banko | |
| 4,019,514 A | 4/1977 | Banko | |
| 4,117,843 A | 10/1978 | Banko | |
| 4,167,943 A | 9/1979 | Banko | |
| 4,167,944 A | 9/1979 | Banko | |
| 4,210,146 A | 7/1980 | Banko | |
| 4,257,425 A | 3/1981 | Ryan | |
| 4,368,734 A | 1/1983 | Banko | |
| 4,513,745 A | 4/1985 | Amoils | |
| 4,530,356 A | 7/1985 | Helfgott et al. | |
| 4,549,554 A | 10/1985 | Markham | |
| 4,562,838 A | * 1/1986 | Walker | 606/42 |
| 4,644,951 A | 2/1987 | Bays | |
| 4,651,753 A | 3/1987 | Lifton | |
| 4,696,298 A | 9/1987 | Higgins et al. | |
| 4,708,147 A | 11/1987 | Haaga | |
| 4,817,631 A | 4/1989 | Schnepp-Pesch et al. | |

(List continued on next page.)

OTHER PUBLICATIONS

International Search Report No. PCT/US01/51235 dated
Dec. 10, 2002.

*Primary Examiner*—Charles A. Marmor, II
(74) *Attorney, Agent, or Firm*—Rader, Fishman & Grauer,
PLLC

(57) **ABSTRACT**

A disposable tissue removal device comprises a "tube within
a tube" cutting element mounted to a handpiece. The inner
cannula of the cutting element defines an inner lumen and
terminates in an inwardly beveled, razor-sharp cutting edge.
The inner cannula is driven by both a rotary motor and a
reciprocating motor. At the end of its stroke, the inner
cannula makes contact with the cutting board to completely
sever the tissue. An aspiration vacuum is applied to the inner
lumen to aspirate excised tissue through the inner cannula
and into a collection trap that is removably mounted to the
handpiece. The rotary and reciprocating motors are hydrau-
lically powered through a foot pedal operated hydraulic
circuit. The entire biopsy device is configured to be dispos-
able. In one embodiment, the cutting element includes a
cannula hub that can be connected to a fluid source, such as
a valve-controlled saline bag.

**10 Claims, 9 Drawing Sheets**



# US 6,638,235 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,850,373 A | | 7/1989 | Zatloukal et al. |
| 4,919,146 A | | 4/1990 | Rhinehart et al. |
| 4,926,877 A | | 5/1990 | Bookwalter |
| RE33,258 E | * | 7/1990 | Onik et al. .................... 604/22 |
| 4,985,027 A | | 1/1991 | Dressel |
| 5,027,827 A | | 7/1991 | Cody et al. |
| 5,074,311 A | | 12/1991 | Hasson |
| 5,172,701 A | | 12/1992 | Leigh |
| 5,183,052 A | | 2/1993 | Terwilliger |
| 5,213,110 A | | 5/1993 | Kedem et al. |
| 5,285,795 A | * | 2/1994 | Ryan et al. ................. 600/563 |
| 5,295,980 A | | 3/1994 | Ersek |
| 5,348,022 A | | 9/1994 | Leigh et al. |
| 5,403,276 A | | 4/1995 | Schechter et al. |
| 5,411,513 A | | 5/1995 | Ireland et al. |
| 5,423,844 A | | 6/1995 | Miller |
| 5,429,138 A | | 7/1995 | Jamshidi |
| 5,456,267 A | | 10/1995 | Stark |
| 5,458,112 A | | 10/1995 | Weaver |
| 5,464,300 A | | 11/1995 | Crainich |
| 5,520,635 A | | 5/1996 | Gelbfish |
| 5,526,822 A | | 6/1996 | Burbank et al. |
| 5,575,293 A | | 11/1996 | Miller et al. |
| 5,580,347 A | * | 12/1996 | Reimels ...................... 604/30 |
| 5,643,304 A | | 7/1997 | Schechter et al. |
| 5,649,547 A | | 7/1997 | Ritchart et al. |
| 5,669,876 A | | 9/1997 | Schechter et al. |
| 5,669,923 A | | 9/1997 | Gordon |
| 5,685,840 A | | 11/1997 | Schechter et al. |
| 5,730,717 A | | 3/1998 | Gelbfish |
| 5,769,086 A | | 6/1998 | Ritchart et al. |
| 5,775,333 A | | 7/1998 | Burbank et al. |
| 5,782,849 A | | 7/1998 | Miller |
| 5,788,651 A | | 8/1998 | Weilandt |
| 5,794,626 A | | 8/1998 | Kieturakis |
| 5,810,806 A | | 9/1998 | Ritchart et al. |
| 5,843,111 A | | 12/1998 | Vijfvinkel |
| 5,848,978 A | | 12/1998 | Cecchi |
| 5,893,862 A | | 4/1999 | Pratt et al. |
| 5,911,701 A | | 6/1999 | Miller et al. |
| 5,913,857 A | | 6/1999 | Ritchart et al. |
| 5,916,229 A | | 6/1999 | Evans |
| 5,928,164 A | | 7/1999 | Burbank et al. |
| 5,928,218 A | | 7/1999 | Gelbfish |
| 5,944,673 A | | 8/1999 | Gregoire et al. |
| 5,964,716 A | | 10/1999 | Gregoire et al. |
| 5,980,469 A | | 11/1999 | Burbank et al. |
| 5,980,546 A | | 11/1999 | Hood |
| 5,997,560 A | | 12/1999 | Miller |
| 6,007,497 A | | 12/1999 | Huitema |
| 6,017,316 A | | 1/2000 | Ritchart et al. |
| 6,019,733 A | | 2/2000 | Farascioni |
| 6,050,955 A | | 4/2000 | Bryan et al. |
| 6,077,230 A | | 6/2000 | Gregoire et al. |
| 6,080,113 A | | 6/2000 | Heneveld et al. |
| 6,085,749 A | | 7/2000 | Wardle et al. |
| 6,086,544 A | | 7/2000 | Hibner et al. |
| 6,096,042 A | | 8/2000 | Herbert |
| 6,120,462 A | | 9/2000 | Hibner et al. |
| 6,120,463 A | | 9/2000 | Bauer |
| 6,142,955 A | | 11/2000 | Farascioni et al. |
| 6,162,187 A | | 12/2000 | Buzzard et al. |
| 6,193,673 B1 | | 2/2001 | Viola et al. |
| 6,293,957 B1 | * | 9/2001 | Peters et al. ................ 606/167 |
| 6,461,350 B1 | * | 10/2002 | Underwood et al. .......... 606/32 |
| 2001/0014785 A1 | * | 8/2001 | Sussman et al. .............. 604/22 |

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3A*

*Fig. 3B*



Fig. 5



Fig. 4



*Fig. 8*



*Fig. 8(a)*



*Fig. 6*



*Fig. 9*



*Fig. 7*









*Fig. 22*



*Fig. 24*



*Fig. 21*

*Fig. 23*

US 6,638,235 B2

1

**BIOPSY APPARATUS**

RELATED APPLICATIONS

The present application is a continuation-in-part of U.S. application Ser. No. 09/707,022 filed on Nov. 6, 2000 in the name of inventor Michael E. Miller and assigned to the assignee of the present application.

FIELD OF THE INVENTION

This invention relates to biopsy instruments and methods for taking a biopsy. More specifically, this invention relates to disposable biopsy devices for removing several tissue samples using a single insertion.

BACKGROUND OF THE INVENTION

In the diagnosis and treatment of breast cancer, it is often necessary to remove multiple tissue samples from a suspicious mass. The suspicious mass is typically discovered during a preliminary examination involving visual examination, palpitation, X-ray, MRI, ultrasound imaging or other detection means. When this preliminary examination reveals a suspicious mass, the mass must be evaluated by taking a biopsy in order to determine whether the mass is malignant or benign. Early diagnosis of breast cancer, as well as other forms of cancer, can prevent the spread of cancerous cells to other parts of the body and ultimately prevent fatal results.

A biopsy can be performed by either an open procedure or a percutaneous method. The open surgical biopsy procedure first requires localization of the lesion by insertion of a wire loop, while using visualization technique, such as X-ray or ultrasound. Next, the patient is taken to a surgical room where a large incision is made in the breast, and the tissue surrounding the wire loop is removed. This procedure causes significant trauma to the breast tissue, often leaving disfiguring results and requiring considerable recovery time for the patient. This is often a deterrent to patients receiving the medical care they require. The open technique, as compared to the percutaneous method, presents increased risk of infection and bleeding at the sample site. Due to these disadvantages, percutaneous methods are often preferred.

Percutaneous biopsies have been performed using either Fine Needle Aspiration or core biopsy in conjunction with real-time visualization techniques, such as ultrasound or mammography (X-ray). Fine Needle Aspiration involves the removal of a small number of cells using an aspiration needle. A smear of the cells is then analyzed using cytology techniques. Although Fine Needle Aspiration is less intrusive, only a small amount of cells are available for analysis. In addition, this method does not provide for a pathological assessment of the tissue, which can provide a more complete assessment of the stage of the cancer, if found. In contrast, in core biopsy a larger fragment of tissue can be removed without destroying the structure of the tissue. Consequently, core biopsy samples can be analyzed using a more comprehensive histology technique, which indicates the stage of the cancer. In the case of small lesions, the entire mass may be removed using the core biopsy method. For these reasons core biopsy is preferred, and there has been a trend towards the core biopsy method, so that a more detailed picture can be constructed by pathology of the disease's progress and type.

The first core biopsy devices were the spring advanced, "Tru-Cut" style consisting of a hollow tube with a sharpened edge that was inserted into the breast to obtain a plug of

2

tissue. This device presented several disadvantages. First, the device would sometimes fail to remove a sample, therefore, requiring additional insertions. This was generally due to tissue failing to prolapse into the sampling notch. Secondly, the device had to be inserted and withdrawn to obtain each sample, therefore, requiring several insertions in order to acquire sufficient tissue for pathology.

The biopsy apparatus disclosed in U.S. Pat. No. 5,526,822 to Burbank, et al was designed in an attempt to solve many of these disadvantages. The Burbank apparatus is a biopsy device that requires only a single insertion into the biopsy site to remove multiple tissue samples. The device incorporates a tube within a tube design that includes an outer piercing needle having a sharpened distal end for piercing the tissue. The outer needle has a lateral opening forming a tissue receiving port. The device has an inner cannula slidingly disposed within the outer cannula, and which serves to cut tissue that has prolapsed into the tissue receiving port. Additionally, a vacuum is used to draw the tissue into the tissue receiving port.

Vacuum assisted core biopsy devices, such as the Burbank apparatus, are available in handheld (for use with ultrasound) and stereotactic (for use with X-ray) versions. Stereotactic devices are mounted to a stereotactic unit that locates the lesion and positions the needle for insertion. In preparation for a biopsy using a stereotactic device, the patient lies face down on a table, and the breast protrudes from an opening in the table. The breast is then compressed and immobilized by two mammography plates. The mammography plates create images that are communicated in real-time to the stereotactic unit. The stereotactic unit then signals the biopsy device and positions the device for insertion into the lesion by the operator.

In contrast, when using the handheld model, the breast is not immobilized. Rather the patient lies on her back and the doctor uses an ultrasound device to locate the lesion. The doctor must then simultaneously operate the handheld biopsy device and the ultrasound device.

Although the Burbank device presents an advancement in the field of biopsy devices, several disadvantages remain and further improvements are needed. For example, the inner cutter must be advanced manually, meaning the surgeon manually moves the cutter back and forth by lateral movement of a knob mounted on the outside of the instrument or by one of the three pedals at the footswitch. Also, the vacuum source that draws the tissue into the receiving port is typically supplied via a vacuum chamber attached to the outer cannula. The vacuum chamber defines at least one, usually multiple, communicating holes between the chamber and the outer cannula. These small holes often become clogged with blood and bodily fluids. The fluids occlude the holes and prevent the aspiration from drawing the tissue into the receiving port. This ultimately prevents a core from being obtained, a condition called a "dry tap."

In addition, many of the components of the current biopsy devices are reusable, such as the driver portions, which control the outer and inner needles. This poses several notable disadvantages. First, the reusable portion must be cleaned and/or sterilized. This increases the time necessary to wrap up the procedure, which ultimately affects the cost of the procedure. In addition, the required clean-up and/or sterilization of reusable parts increases the staffs' potential exposure to body tissues and fluids. Finally, the reusable handle is heavy, large and cumbersome for handheld use.

A further disadvantage is that current biopsy devices comprise an open system where the tissue discharge port is

US 6,638,235 B2

**3**

simply an open area of the device. A surgical assistant must remove the tissue from the open compartment using forceps and place the tissue on a sample plate. This ritual must be followed for every sample and, therefore, multiple operators are required. In addition, the open system increases the exposure to potentially infectious materials, and requires increased handling of the sample. As a practical matter, the open system also substantially increases the clean-up time and exposure, because a significant amount of blood and bodily fluid leaks from the device onto the floor and under-lying equipment.

Additionally, when using the current biopsy devices, physicians have encountered significant difficulties severing the tissue. For instance, the inner cutter often fails to completely sever the tissue. When the inner cutting needle is withdrawn, no tissue sample is present (dry tap), and therefore, reinsertion is required. In the case of the Burbank apparatus, the failure to completely sever the tissue after the first advancement of the inner cutter results in a necessary second advancement of the inner cutter. In this event, the procedure is prolonged, which is significant because the amount of trauma to the tissue and, ultimately, to the patient is greatly affected by the length of the procedure. Therefore, it is in the patient's best interest to minimize the length of the procedure by making each and every attempt at cutting the tissue a successful and complete cut.

Additionally, when using the "tube within a tube" type biopsy device, the inner cutter can lift up into the tissue receiving opening during cutting. This lifting causes the inner cutter to catch on the edge of the tissue receiving opening, which ultimately results in an incomplete cut and dulling of the blade, rendering the blade useless.

Also, prior devices often produce small tissue samples. As the inner cutter advances, the cutting edge not only starts to sever the tissue, it also pushes the tissue in front of the cutter. This results in a tissue sample that is smaller than the amount of tissue drawn into the tissue receiving opening.

An additional disadvantage of the prior devices is presented by the complexity of the three-pedal footswitch. Prior devices utilized a three-pedal footswitch; one pedal for advancing the inner cannula, another pedal for retracting the inner cannula, and a third pedal for turning on the aspiration. Operation of the three pedals is difficult and awkward.

These disadvantages become even more significant when using the handheld biopsy device. For instance, the physician must operate the biopsy device and the ultrasound probe simultaneously making it particularly difficult to manually advance of the inner cutter. In addition, when an assistant is required to remove each sample from the open discharge port, use of the handheld device becomes even more awkward. Due to these disadvantages, many physicians have declined to use the handheld models.

This is unfortunate because, some lesions that can signify the possible presence of cancer cannot be seen using the stereotactic unit. In these cases, the doctor must resort to either the handheld device or open surgical biopsy. Due to the difficulties associated with the handheld device, doctors often choose the open surgical biopsy, which is particularly unfortunate because a majority of the lesions that cannot be seen using the stereotactic unit turn out to be benign. This means that the patient has unnecessarily endured a significant amount of pain and discomfort; not to mention extended recovery time and disfiguring results. In addition, the patient has likely incurred a greater financial expense because the open surgical technique is more difficult, time consuming and costly, especially for those patient without health insurance.

**4**

The disadvantages of the open surgical technique coupled with the odds that the lesion is benign present a disincentive for the patient to consent to the biopsy. The added discomfort alone is enough to cause many patients to take the risk that the lesion is benign. The acceptance of this risk can prove to be fatal for the minority of cases where the lesion is malignant.

Finally, current vacuum assisted biopsy devices are not capable of being used in conjunction with MRI. This is due to the fact that many of the components are made of magnetic components that interfere with the operation of the MRI. It would be desirable to perform biopsies in conjunction with MRI because it currently is the only non-invasive visualization modality capable of defining the margins of the tumor.

In light of the foregoing disadvantages, a need remains for a tissue removal device that reliably applies a vacuum without becoming plugged with blood and bodily fluids. A need also remains for a tissue removal device that is entirely disposable so that both exposure to bio-hazard and clean-up time are significantly minimized, while convenience is maximized. A further need remains for a tissue removal device that completely severs the maximum amount of tissue without requiring numerous attempts at cutting the tissue. A need also remains for a tissue removal device that is MRI compatible. Finally, a need remains for a biopsy tissue removal device that is completely automated, therefore making the handheld biopsy device a more efficient and attractive option.

## SUMMARY OF THE INVENTION

The present invention fulfills the aforementioned needs by providing a disposable tissue removal device comprising a cutting element mounted to a handpiece. The cutting element includes an outer cannula defining a tissue-receiving opening and an inner cannula concentrically disposed within the outer cannula.

The outer cannula has a trocar tip at its distal end and a cutting board snugly disposed within the outer cannula. The inner cannula defines an inner lumen that extends the length of the inner cannula, and which provides an avenue for aspiration. The inner cannula terminates in an inwardly beveled, razor-sharp cutting edge and is driven by, both a rotary motor, and a reciprocating motor. As the inner cannula moves past the tissue-receiving opening, the inwardly beveled edge helps to eliminate the risk of catching the edge on the tissue-receiving opening. At the end of its stroke, the inner cannula makes contact with the cutting board to completely sever the tissue. The cutting board is made of a material that is mechanically softer than the cutting edge yet hard enough to withstand the force of the inner cannula.

An aspiration is applied to the inner lumen through an aspiration tube. The aspiration tube communicates with a collection trap that is removably mounted to the handpiece. The aspiration draws the sample into the tissue-receiving opening and after the tissue is cut, draws the tissue through the inner cannula to a collection trap.

In a specific embodiment, both the rotary motor and the reciprocating motors are hydraulic motors. Because hydraulic motors do not require any electrical components, this feature allows all of the components to be fabricated of MRI compatible materials.

In another embodiment, the tissue-receiving opening is formed by opposite longitudinal edges that form a number of teeth. The teeth face away from the cutting board at the distal end of the outer cannula. The teeth help prevent the forward

US 6,638,235 B2

5                                                                                              6

motion of the tissue in the opening as the inner cannula moves forward toward the cutting board. This feature maximizes the length and overall size of the core, ultimately resulting in a more efficient lesion removal.

In another embodiment, the outer cannula incorporates a stiffening element opposite the tissue-receiving opening. This stiffening element aids in maintaining the longitudinal integrity of the outer cannula as it is advanced through the tissue.

In addition to the inwardly beveled edge of the inner cannula, one embodiment incorporates additional features to prevent the inner cannula from rising up into the tissue-receiving opening. A bead of stiffening material may be affixed to the inner wall of the outer cannula, or a dimple may be formed in the inner wall of the outer cannula. The bead, or dimple urges the inner cannula away from the tissue-receiving opening and prevents the inner cannula from catching on the opening.

### DESCRIPTION OF THE FIGURES

FIG. 1 is a top perspective view of a tissue biopsy apparatus in accordance with one embodiment of the present invention.

FIG. 2 is a top elevational view of the tissue biopsy apparatus shown in FIG. 1.

FIG. 3A and FIG. 3B are side cross-sectional views of the tissue biopsy apparatus depicted in FIGS. 1 and 2, with the tissue cutting inner cannula shown in its retracted and extended positions.

FIG. 4 is a perspective view of a cover for the tissue biopsy apparatus as shown FIG. 1.

FIG. 5 is an enlarged side cross-sectional view of the operating end of the tissue biopsy apparatus depicted in FIGS. 1 and 2.

FIG. 6 is a side partial cross-sectional view of working end of a tissue biopsy apparatus in accordance with an alternative embodiment.

FIG. 7 is an end cross-sectional view of the apparatus depicted in FIG. 6, taken along line 7—7 as viewed in the direction of the arrows.

FIG. 8 is an end cross-sectional view similar to FIG. 7 showing a modified configuration for a stiffening member.

FIG. 8(a) is an end cross-sectional view similar to FIG. 7 showing a modified configuration for another stiffening member.

FIG. 9 is an enlarged side cross-sectional view of a fluid introduction port at the hub connecting the outer cannula to the handpiece for a tissue biopsy apparatus as depicted in FIG. 1.

FIG. 10 is a schematic drawing of the hydraulic control system for the operation of the tissue biopsy apparatus shown in FIG. 1.

FIG. 11 is a schematic drawing of a control system for an electric rotary motor for use with the apparatus of the present invention.

FIG. 12 is a top elevational view of a tissue biopsy apparatus according to a further embodiment of the present invention.

FIG. 13 is a side cross-sectional view of the biopsy apparatus shown in FIG. 12, taken along line 13—13 as viewed in the direction of the arrows.

FIG. 14 is a side cross-sectional view of a motor assembly incorporated into the biopsy apparatus shown in FIG. 12.

FIG. 15 is an end elevational view from the left end of the assembly depicted in FIG. 14.

FIG. 16 is an end elevational view of the right end of the assembly depicted in FIG. 14.

FIG. 17 is a top elevational view of a rotary motor assembly in accordance with one specific embodiment of the invention.

FIG. 18 is a side elevational view of a cannula hub for engagement with the assembly depicted in FIG. 14.

FIG. 19 is a rear elevational view of the cannula hub shown in FIG. 18.

FIG. 20 is a side cross-sectional view of the cannula hub shown in FIG. 18.

FIG. 21 is a top perspective view of an upper housing component of the biopsy apparatus depicted in FIG. 12.

FIG. 22 is an end cross-sectional view of the upper housing shown in FIG. 21, taken along line 22—22 as viewed in the direction of the arrows.

FIG. 23 is a top perspective view of a lower housing for use with the biopsy apparatus shown in FIG. 12.

FIG. 24 is a top elevational view of the lower housing shown in FIG. 23.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

For the purposes of promoting an understanding of the principles of the invention, reference will now be made to the embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the invention is thereby intended. The invention includes any alterations and further modifications in the illustrated devices and described methods and further applications of the principles of the invention which would normally occur to one skilled in the art to which the invention relates.

A tissue biopsy apparatus 10 in accordance with one embodiment of the present invention is shown in FIGS.

The apparatus 10 includes a cutting element 11 mounted to a handpiece 12. The cutting element 11 is sized for introduction into a human body. Most particularly, the present invention concerns an apparatus for excising breast tissue samples. Thus, the cutting element 11 and the overall biopsy apparatus 10 are configured for ease of use in this surgical environment. In the illustrated embodiment, the biopsy apparatus 10 is configured as a hand-held device. However, the same inventive principles can be employed in a tissue biopsy apparatus that is used stereotactically in which the apparatus is mounted on a support fixture that is used to position the cutting element 11 relative to the tissue to be sampled. Nevertheless, for the purposes of understanding the present invention, the tissue biopsy apparatus will be described as a hand-held device.

The cutting element 11 is configured as "tube-within-a-tube" cutting device. More specifically, the cutting element 11 includes an outer cannula 15 terminating in a tip 16. Preferably, the tip is a trocar tip that can be used to penetrate the patient's skin. Alternatively, the tip 16 can simply operate as a closure for the open end of the cannula 15. In this instance, a separate introducer would be required.

The cutting element 11 further includes an inner cannula 17 that fits concentrically within the outer lumen 27 (FIG. 5) of the outer cannula 15. In the most preferred embodiment, both a rotary motor 20 (FIG. 1) and a reciprocating motor 22 drive the inner cannula 17. Both motors are supported within the handpiece 12. Again, in accordance with the preferred embodiment the rotary motor 20 and reciprocating motor 22 are configured for simultaneous operation to translate the

US 6,638,235 B2

7

inner cannula 17 axially within the outer cannula 15, while rotating the inner cannula 17 about its longitudinal axis.

One specific configuration of the working end of the cutting element 11 is depicted in FIG. 5. The outer cannula 15 defines a tissue-receiving opening 25, which communicates with the outer lumen 27. A pair of opposite longitudinal edges 26 (FIGS. 1 and 2) define the tissue-receiving opening 25. The outer cannula 15 is open at its distal end 28 with the trocar tip 16 engaged therein. Preferably, the trocar tip 16 forms an engagement hub 30 that fits tightly within the distal end 28 of the outer cannula 15. The hub 30 can be secured by welding, press-fit, adhesive or other means suitable for a surgical biopsy instrument.

The working end of the cutting element 11 further includes a cutting board 31 that is at least snugly disposed within the outer lumen 27 at the distal end 28 of the outer cannula 15. Most preferably, the cutting board 31 is in direct contact with the engagement hub 30 of the trocar tip 16. The cutting board 31 can be permanently affixed within the outer cannula 15 and/or against the engagement hub 30 of the trocar tip.

The inner cannula 17 defines an inner lumen 34 that is hollow along the entire length of the cannula to provide for aspiration of the biopsy sample. The inner cannula 17 terminates in a cutting edge 35. Preferably the cutting edge 35 is formed by an inwardly beveled surface 36 to provide a razor-sharp edge. The inwardly beveled surface helps eliminate the risk of catching the edge 35 on the tissue-receiving opening 25 of the outer cannula. In addition, the beveled surface 36 helps avoid pinching the biopsy material between the inner and outer cannulas during a cutting stroke.

In a specific embodiment, both the outer cannula 15 and the inner cannula 17 are formed of a surgical grade metal. Most preferably, the two cannulae are formed of stainless steel. In the case of an MRI compatible device, the cannulae can be formed of Inconel, Titanium or other materials with similar magnetic characteristics. Likewise, the trocar tip 16 is most preferably formed of stainless steel honed to a sharp tip. The trocar tip 16 can be suitably bonded to the outer cannula 15, such as by welding or the use of an appropriate adhesive. In some embodiments, the inner and outer cannulae can be formed of a non-metallic material of appropriate strength and stiffness.

The cutting board 31 is formed of a material that is configured to reduce the friction between the cutting edge 35 of the inner cannula 17 and the cutting board 31. The cutting edge 35 necessarily bears against the cutting board 31 when the inner cannula 17 is at the end of its stroke while severing a tissue sample. Since the inner cannula is also rotating, the cutting edge necessarily bears directly against the cutting board 31, particularly after the tissue sample has been cleanly severed. In prior devices, the impact-cutting surface has been formed of the same material as the cutting element. This leads to significant wear or erosion of the cutting edge. When numerous cutting cycles are to be performed, the constant wear on the cutting edge eventually renders it incapable of cleanly severing a tissue sample.

Thus, the present invention contemplates forming the cutting board 31 of a material that reduces this frictional wear. In one embodiment, the cutting board 31 is formed of a material that is mechanically softer than the material of the cutting edge 35. However, the cutting board 31 cannot be so soft that the cutting edge 35 forms a pronounced circular groove in the cutting board, which significantly reduces the cutting efficiency of the inner cannula. In a most preferred embodiment of the invention, the cutting board 31 is formed of a plastic material, such as polycarbonate, ABS or DEL-RIN®.

8

Returning again to FIGS. 1, 2 and 3A–3B, the rotary motor 20 includes a motor housing 39 that is sized to reciprocate within the handpiece 12. The housing 39 defines a pilot port 40 that is connected to the hydraulic control system 150 (see FIG. 10) by appropriate tubing. The present invention contemplates that the motor 20 can be a number of hydraulically powered rotating components. Most preferably, the motor 20 is an air motor driven by pressured air. Thus, the motor 20 includes a vaned rotor 42 that is mounted on a hollow tubular axle 43 extending through the motor housing 39. The axle 43 is supported on bearings 44 at opposite ends of the housing so that the rotor 42 freely rotates within the motor housing 39 under pneumatic pressure.

In the illustrated embodiment, tubular axle 43 is connected to the proximal end 37 of the inner cannula 17 by way of a coupler 46. The ends of the two tubes are mounted within the coupler 46 and held in place by corresponding set screws 47. Preferably the coupler 46 is formed of a plastic material that provides a generally airtight seal around the joint between the inner cannula 17 and the tubular axle 43. It is important that the coupler 46 provide a solid connection of the inner cannula 17 to the rotating components of the motor 20 so that the inner cannula 17 does not experience any torrential slip during the cutting operation.

Since the inner cannula 17 provides an avenue for aspiration of the biopsy sample, the invention further contemplates an aspiration tube 50 that mates with the tubular axle 43. Thus, the tissue aspiration path from the working end of the cutting element 11 is along the inner lumen 34 of the inner cannula 17, through the tubular axle 43 of the rotary motor 20, and through the aspiration tube 50 to a tissue collection location in the form of a collection trap 55. In order to maintain the vacuum or aspiration pressure within this aspiration path, the aspiration tube 50 must be fluidly sealed against the tubular axle 43. Thus, the motor housing 39 defines a mounting hub 51 into which the aspiration tube 50 is engaged. The position of the aspiration tube 50 is fixed by way of a set screw 52 passing through the mounting hub 51. In contrast to the joint between the inner cannula 17 and the tubular axle 43, the joint between the aspiration tube 50 and the tubular axle 43 allows relative rotational between the two components. The tubular axle 43, of course, rotates with the rotor 42. However, the aspiration tube 50 need not rotate for use with the biopsy apparatus of the present invention. The mounting hub 51 can include an arrangement of seal rings (not shown) at the joint between the aspiration tube 50 and the tubular axle 43 to further seal the aspiration system.

The aspiration tube 50 communicates with a collection trap 55 that is removably mounted to the handpiece 12. The collection trap 55 includes a pilot port 107 that is connected by appropriate tubing to the hydraulic control system 150, as described in more detail herein. For the present purposes, it is understood that a vacuum or aspiration pressure is drawn through the pilot port 107 and the collection trap 55. This vacuum then draws a tissue sample excised at the working end of the cutting element 11, all the way through the inner cannula 17, tubular axle 43 and aspiration tube 50 until it is deposited within the trap 55. Details of the collection trap 55 will be discussed herein.

As explained above, the present invention contemplates an inner cannula 17 that performs its cutting operation by both rotary and reciprocating motion. Thus, the handpiece 12 supports a reciprocating motor 22. In one aspect of the invention, both motors 20 and 22 are hydraulically powered, most preferably pneumatically. This feature allows the motors to be formed of plastic, since no electrical compo-

US 6,638,235 B2

9

nents are required. In fact, with the exception of the outer cannula 15, trocar tip 16 and inner cannula 17, every component of the biopsy apparatus 10 in accordance with the present invention can be formed of a non-metallic material, most preferably a medical grade plastic. Thus, the biopsy apparatus 10 is eminently compatible with surgical imaging systems that may be used during the biopsy procedure. The compatibility of the apparatus 10 with Magnetic Resonance Imaging (MRI) is important because MRI is currently the only non-invasive visualization modality capable of defining the margins of the tumor. In addition, since the biopsy apparatus is formed of a relatively inexpensive plastic (as opposed to a more expensive metal), the entire apparatus can be disposable. Moreover, the elimination of substantially all metal components reduces the overall weight of the handpiece 12, making it very easily manipulated by the surgeon.

Referring most specifically to FIGS. 3A and 3B, the reciprocating motor 22 includes a pneumatic cylinder 60. The cylinder 60 includes a pilot port 61 that connects the cylinder to the hydraulic control system 150 through appropriate tubing. The motor 22 includes a piston 63 that reciprocates within the cylinder 60 in response to hydraulic fluid pressure provided at the pilot port 61. The piston 63 includes a central bore 64 for mounting the piston 63 to the aspiration tube 50. In one embodiment, the aspiration tube 50 is press-fit within the bore 64. The engagement between the aspiration tube 50 and the piston 63 can be enhanced by use of a set screw (not shown) or an adhesive or epoxy. At any rate, it is essential that the aspiration tube 50 and piston 63 move together, since the motor 22 must eventually drive the inner cannula 17 axially within the outer cannula.

It should be understood that in addition to powering the inner cannula, the piston 63 also reciprocates the rotary motor 20, which is essentially mounted to the reciprocating aspiration conduit. This movement is depicted by comparing the position of the rotary motor 20 between FIG. 3A and FIG. 3B. More specifically, the motor 20 as well as the aspiration conduit, including the inner cannula 17, moves within the handpiece 12. Preferably, the handpiece housing 70 is provided with openings 73 (FIG. 3B) at its opposite ends for slidably supporting the aspiration tube 50 and inner cannula 17. Since the distal housing 70 is preferably formed of a plastic material, no thrust bearings or rotary bearings are necessary to accommodate low friction axial movement of the cannula through the housing openings 73.

The biopsy apparatus 10 includes a handpiece 12 that carries all of the operating components and supports the outer and inner cannulas. The handpiece 12 includes a distal housing 70 within which is disposed the rotary motor 20. The distal end 71 of the housing 70 is configured into a fitting 72. This fitting 72 engages a mating flange 77 on an outer cannula hub 75. The hub 75 supports the outer cannula 15 within an engagement bore 76 (see FIG. 3B).

In accordance with one aspect of the present invention, the engagement between the outer cannula hub 75 and the distal end 71 of the housing 70 need not be airtight. In other words, the mating components of the fitting between the two parts need not be capable of generating a fluid-tight seal. In accordance with one embodiment of the invention, the engagement between the hub 75 and the housing 70 for supporting the outer cannula 15 provides a leak path through the outer lumen 27 to the atmosphere. In the use of the tissue biopsy apparatus 10, providing aspiration through the inner lumen 34 of the inner cutting cannula 17 will draw tissue through the inner lumen. As the tissue advances farther along the lumen, in some instances a vacuum can be created

10

behind the advancing tissue. At some point in these instances, the tissue will stop advancing along the length of the inner lumen because the vacuum behind the tissue sample equals the vacuum in front of the tissue sample that is attempting to draw the sample to the collection trap 55. Thus, the leak path through the outer lumen 27 allows atmospheric air to fall in behind the tissue sample when the inner cutter is retracted from the cutting board. The atmospheric air helps to relieve the vacuum behind the advancing tissue and aids in drawing the tissue down the length of the aspiration channel to the collection trap 55. However, in some applications, particularly where smaller "bites" of the target tissue are taken, the atmospheric air leak path is not essential.

Preferably the fitting 72 and the mating flange 77 can be engaged by simple twisting motion, most preferably via Luer-type fittings. In use, the cannula hub 75 is mounted on the handpiece 12, thereby supporting the outer cannula 15. The handpiece can then be used to project the outer cannula into and through the sample site. In certain uses of the biopsy apparatus 10, it is desirable to remove the handpiece 12 from the cannula hub 75 leaving the outer cannula 15 within the patient. For example, the outer cannula 15 can be used to introduce an anesthetic. In other applications, once the target tissue has been completely excised, the outer cannula can be used to guide a radio-opaque marker to mark the location the removed material.

Returning again to the description of the housing 70, the housing defines an inner cavity 79 that is open through an access opening 81. The access opening 81 is preferably provided to facilitate assembly of the tissue biopsy apparatus 10. The distal end 71 of the housing 70 can be provided with a pair of distal braces 80 that add stiffness to the distal end 71 while the apparatus 10 is in use. The braces 80 allow the distal housing 70 to be formed as a thin-walled plastic housing. Similar braces can be provided at the opposite end of the distal housing as necessary to add stiffness to the housing.

The distal housing is configured to support the reciprocating motor 22 and in particular the cylinder 60. Thus, in one embodiment of the invention, the proximal end 83 of the distal housing 70 defines a pressure fitting 84. It is understood that this pressure fitting 84 provides a tight leak-proof engagement between the distal end 88 of the cylinder 60 and the proximal end 83 of the housing. In one specific embodiment, the pressure fitting 84 forms a spring cavity 85 within which a portion of the return spring 66 rests. In addition, in a specific embodiment, the pressure fitting 84 defines distal piston stop 86. The piston 63 contacts these stops at the end of its stroke. The location of the piston stop 86 is calibrated to allow the cutting edge 35 to contact the cutting board 31 at the working end of the cutting element 11 to allow the cutting edge to cleanly sever the biopsy tissue.

In the illustrated embodiment, the cylinder 60 is initially provided in the form of an open-ended cup. The open end, corresponding to distal end 88, fastens to the pressure fitting 84. In specific embodiments, the pressure fitting can include a threaded engagement, a press-fit or an adhesive arrangement.

The cylinder cup thus includes a closed proximal end 89. This proximal end defines the pilot port 61, as well as a central opening 62 (FIG. 3B) through which the aspiration tube 50 extends. Preferably, the proximal end 89 of the cylinder 60 is configured to provide a substantially airtight seal against the aspiration tube 50 even as it reciprocates

11

12

within the cylinder due to movement of the piston **63**. The proximal end **89** of the cylinder **60** defines a proximal piston stop **90**, which can either be adjacent the outer cylinder walls or at the center portion of the proximal end. This proximal piston stop **90** limits the reverse travel of the piston **63** under action of the return spring **66** when pressure within the cylinder has been reduced.

In a further aspect of the invention, the collection trap **55** is mounted to the handpiece **12** by way of a support housing **93**. It should be understood that in certain embodiments, the handpiece **12** can be limited to the previously described components. In this instance, the collection trap **55** can be situated separate and apart from the handpiece, preferably close to the source of vacuum or aspiration pressure. In this case, the proximal end of the aspiration tube **50** would be connected to the collection trap by a length of tubing. In the absence of the collection trap **55**, the aspiration tube **50** would reciprocate away from and toward the proximal end of the cylinder **60**, so that it is preferable that the handpiece includes a cover configured to conceal the reciprocating end of the aspiration tube.

However, in accordance with the most preferred embodiment, the collection trap **55** is removably mounted to the handpiece **12**. A pair of longitudinally extending arms **94**, that define an access opening **95** therebetween, forms the support housing **93**. The support housing **93** includes a distal end fitting **96** that engages the proximal end **89** of cylinder **60**. A variety of engagements are contemplated, preferably in which the connection between the two components is generally airtight. The proximal end **97** of the support housing **93** forms a cylindrical mounting hub **98**. As best shown in FIG. **1**, the mounting hub **98** surrounds a proximal end of the collection trap **55**. The hub forms a bayonet-type mounting groove **99** that receives pins **103** attached to the housing **102** of the trap **55**. A pair of diametrically opposite wings **104** can be provided on the housing **102** to facilitate the twisting motion needed to engage the bayonet mount between the collection trap **55** and the support housing **93**. While the preferred embodiment contemplates a bayonet mount, other arrangements for removably connecting the collection trap **55** to the support housing **93** are contemplated. To be consistent with one of the features of the invention, it is preferable that this engagement mechanism be capable of being formed in plastic.

In order to accommodate the reciprocating aspiration tube, the support housing **93** is provided with an aspiration passageway **100** that spans between the proximal and distal ends of the housing. Since the aspiration tube **50** reciprocates, it preferably does not extend into the collection trap **55**. As excised tissue is drawn into the trap **55**, a reciprocating aspiration tube **50** can contact the biopsy material retained within the trap. This movement of the tube can force tissue into the end of the tube, clogging the tube. Moreover, the reciprocation of the aspiration tube can compress tissue into the end of the trap, thereby halting the aspiration function.

The collection trap **55** includes a housing **102**, as previously explained. The housing forms a pilot port **107**, which is connectable to a vacuum generator. Preferably in accordance with the present invention, appropriate tubing to the hydraulic control system **150** connects the pilot port **107**. The trap **55** includes a filter element **110** mounted within the trap. In the preferred embodiment, the filter element is a mesh filter than allows ready passage of air, blood and other fluids, while retaining excised biopsy tissue samples, and even morcellized tissue. In addition, the filter element **110** is preferably constructed so that vacuum or aspiration pressure

can be drawn not only at the bottom end of the filter element, but also circumferentially around at least a proximal portion of the element **110**. In this way, even as material is drawn toward the proximal end of the filter, a vacuum can still be drawn through other portions of the filter, thereby maintaining the aspiration circuit.

The handpiece **12** can include individual covers for closing the access opening **81** in the distal housing **70** and the access openings **95** in the support housing **93**. Those covers can support tubing for engagement with the pilot ports **40** and **61**. Alternatively and most preferably, a single cover **13** as depicted in FIG. **4**, is provided for completely enclosing the entire handpiece. The distal end **71** of the housing **70** can define a number of engagement notches **115** equally spaced around the perimeter of the distal end. The handpiece cover **13** can then include a like number of equally distributed tangs **117** projecting inwardly from the inner surface **118**. These tangs are adapted to snap into the engagement notches **115** to hold the cover **13** in position over the handpiece **12**. The cover can be attached by sliding axially over the handpiece **12**. The cover **13** can include fittings for fluid engagement with the two pilot ports **40** and **61**. Alternatively, the cover can be formed with openings for insertion of engagement tubing to mate with the respective pilot ports to provide hydraulic fluid to the rotary motor **20** and the reciprocating motor **22**. In a specific embodiment, the cover **13** extends from the distal end **71** of the distal housing **70** to the proximal end **97** of the support housing **93**. The cover can thus terminate short of the bayonet mounting feature between the support housing and the collection trap **55**. Although not shown in the figures, the proximal end **97** of the support housing **93** can be configured to include a similar array of engagement notches with a corresponding array of mating tangs formed at the proximal end of the cover **13**.

It can be appreciated from the foregoing discussion that the biopsy apparatus **10** of the present invention provides a complete "closed" tissue excision and recovery system. In other words, unlike prior biopsy devices, the apparatus **10** is fluid tight so that no bodily fluids can escape. Biopsy procedures with many prior devices involves significant blood splatter due to the nature in which the tissue samples are extracted and recovered. With the present invention, the biopsy apparatus **10** provides a closed path from the tissue receiving opening **25** to the collection trap **55**, while still maintaining the highly efficient reciprocating and rotating cutting operation.

Referring now to FIGS. **6–8**, alternative embodiments of the outer cannula are depicted. As shown in FIG. **6** an outer cannula **125** includes a tissue-receiving opening **126**. The opening is formed by opposite longitudinal edges **127**. In one specific embodiment, a number of teeth **129** are formed at each longitudinal edge **127**. As depicted in the figure, the teeth are proximally facing—i.e., away from the cutting board **31** (not shown) at the distal end of the outer cannula. With this orientation, the teeth **129** help prevent forward motion of tissue drawn into the opening **126** as the inner cannula **17** moves forward toward the cutting board. In prior devices, as the reciprocating cutting element advances through the outer cannula, the cutting edge not only starts to sever the tissue, it also pushes tissue in front of the inner cannula. Thus, with these prior devices, the ultimate length of the biopsy sample retrieved with the cut is smaller than the amount of tissue drawn into the tissue-receiving opening of the outer cannula. With the teeth **129** of the outer cannula **125** of this embodiment of the invention, the tissue sample removed through the inner cannula **17** is substantially the

US 6,638,235 B2

13

same length as the tissue-receiving opening **126**. As the inner cannula **17** advances into the tissue, each of the teeth **129** tends to hold the tissue in place as the cutting edge **35** severs the tissue adjacent the outer cannula wall. With this feature, each "bite" is substantially as large as possible so that a large tissue mass can be removed with much fewer "bites" and in a shorter period of time. In addition to supporting the subject tissue as the inner cannula advances, the teeth can also cut into the tissue to prevent it from retracting out of the opening as the inner cutting cannula **17** advances.

The outer cannula **125** depicted in FIG. **6** can also incorporate a stiffening element **131** opposite the tissue-receiving opening **126**. The stiffening element **131** adds bending stiffness to the outer cannula **125** at the distal end in order to maintain the longitudinal integrity of the outer cannula **125** as it is advanced into a tissue mass. In some prior devices that lack such a stiffening element, the working end of the cutting device is compromised as it bends slightly upward or downward as the outer cannula passes into the body. This bending can either close or expand the tissue-receiving opening, which leads to difficulties in excising and retrieving a tissue sample. The cutting mechanism of the present invention relies upon full, flush contact between the cutting edge of the inner cannula **17** and the cutting board **31**. If the end of the outer cannula **125** is slightly askew, this contact cannot be maintained, resulting in an incomplete slice of the tissue sample.

As depicted in the cross-sectional view of the FIG. **7**, the stiffening element **131** in one embodiment is a crimp extending longitudinally in the outer wall of the cannula substantially coincident with the tissue-receiving opening **126**. The outer cannula **125'** depicted in FIG. **8** shows two additional versions of a stiffening element. In both cases, a bead of stiffening material is affixed to the outer cannula. Thus in one specific embodiment, a bead **131'** is adhered to the inner wall of the outer cannula. In a second specific embodiment, a bead **131"** is affixed to the outside of the outer cannula. In either case, the beads can be formed of a like material with the outer cannula, and in both cases, the beads provide the requisite additional bending stiffness. Another version of a stiffening element is shown if FIG. **8**(*a*). In this case, a layer **131'''** of additional stainless steel is bonded to the outer wall of the outer cannula **125"**.

Returning to FIG. **6**, a further feature that can be integrated into the outer cannula **125** is the dimple **135**. One problem frequently experienced by tube-within-a-tube cutters is that the inner reciprocating cutter blade contacts or catches on the outer cannula at the distal edge of the tissue-receiving opening. With the present invention, the dimple **135** urges the inner cannula **17** away from the tissue-receiving opening **126**. In this way, the dimple prevents the cutting edge of the inner cannula **17** from catching on the outer cannula as it traverses the tissue-receiving opening. In the illustrated embodiment of FIG. **6**, the dimple **135** is in the form of a slight crimp in the outer cannula **125**. Alternatively, as with the different embodiments of the stiffening element, the dimple **135** can be formed by a protrusion affixed or adhered to the inner surface of the outer cannula. Preferably, the dimple **135** is situated immediately proximal to the tissue-receiving opening to help maintain the distance between the cutting edge and the tissue-receiving opening.

As previously described, the outer cannula **15** is supported by a hub **75** mounted to the distal end of the handpiece. In an alternative embodiment depicted in FIG. **9**, the outer cannula hub **140** provides a mean for introducing

14

fluids into the outer lumen **27** of the outer cannula. Thus, the hub **140** includes an engagement bore **141** within which the outer cannula **15** is engaged. The hub also defines a flange **142** configured for mating with the fitting **72** at the distal end **71** of the housing **70**. Thus, the outer cannula hub **140** is similar to the hub **75** described above. With this embodiment, however, an irrigation fitting **145** is provided. The fitting defines an irrigation lumen **146** that communicates with the engagement bore **141**.

Ultimately, this irrigation lumen is in fluid communication with the outer lumen **27** of the outer cannula **15**. The irrigation fitting **145** can be configured for engagement with a fluid-providing device, such as a syringe. The hub **140** thus provides a mechanism for introducing specific fluids to the biopsy site. In certain procedures, it may be necessary to introduce additional anesthetic to the sampling site, which can be readily accommodated by the irrigation fitting **145**.

As discussed above, the preferred embodiment of the tissue biopsy apparatus **10** according to the present invention relies upon hydraulics or pneumatics for the cutting action. Specifically, the apparatus includes a hydraulic rotary motor **20** and a hydraulic reciprocating motor **22**. While the apparatus **10** can be adapted for taking a single biopsy slice, the preferred use is to completely remove a tissue mass through successive cutting slices. In one typical procedure, the cutting element **11** is positioned directly beneath a tissue mass, while an imaging device is disposed above the mass. The imaging device, such as an ultra-sound imager, provides a real-time view of the tissue mass as the tissue biopsy apparatus **10** operates to successively remove slices of the mass. Tissue is continuously being drawn into the cutting element **11** by the aspiration pressure or vacuum drawn through the inner cannula **17**. Successive reciprocation of the inner cannula **17** removes large slices of the mass until it is completely eliminated.

In order to achieve this continuous cutting feature, the present invention contemplates a hydraulic control system **150**, as illustrated in the diagram of FIG. **10**. Preferably the bulk of the control system is housed within a central console. The console is connected to a pressurized fluid source **152**. Preferably the fluid source provides a regulated supply of filtered air to the control system **150**.

As depicted in this diagram of FIG. **10**, pressurized fluid from the source as provided at the several locations **152** throughout the control system. More specifically, pressurized fluid is provided to five valves that form the basis of the control system.

At the left center of the diagram of FIG. **10**, pressurized fluid **152** passes through a pressure regulator **154** and gauge **155**. The gauge **155** is preferably mounted on the console for viewing by the surgeon or medical technician. The pressure regulator **154** is manually adjustable to control the pressurized fluid provided from the source **152** to the two-position hydraulic valve **158**. The valve **158** can be shifted between a flow path **158***a* and a flow path **158***b*. A return spring **159** biases the hydraulic valve to its normal position **158***a*.

In the normally biased position of flow path **158***a*, the valve **158** connects cylinder pressure line **161** to the fluid source **152**. This pressure line **161** passes through an adjustable flow control valve **162** that can be used to adjust the fluid flow rate through the pressure line **161**. Like the pressure gauge **155** and pressure regulator **154**, the adjustable flow control valve **162** can be mounted on a console for manipulation during the surgical procedure.

The pressure line **161** is connected to the pilot port **61** of the reciprocating motor **22**. Thus, in the normal or initial

15
16

position of the hydraulic control system **150**, fluid pressure is provided to the cylinder **60** to drive the piston **63** against the biasing force of the return spring **66**. More specifically with reference to FIG. **3**B, the initial position of the hydraulic valve **158** is such that the reciprocating motor and inner cannula are driven toward the distal end of the cutting element. In this configuration, the inner cannula **17** covers the tissue-receiving opening **25** of the outer cannula **15**. With the inner cannula so positioned, the outer cannula can be introduced into the patient without risk of tissue filling the tissue-receiving opening **25** prematurely.

Pressurized fluid along cylinder pressure line **161** is also fed to a pressure switch **165**. The pressure switch has two positions providing new paths **165**a and **165**b. In addition, an adjustable return spring **166** biases this switch to its normal position at which fluid from the pressure source **152** terminates within the valve. However, when pressurized fluid is provided through cylinder pressure line **161**, the pressure switch **165** moves to its flow path **165**b in which the fluid source **152** is hydraulically connected to the pressure input line **168**. This pressure input line **168** feeds an oscillating hydraulic valve **170**. It is this valve that principally operates to oscillate the reciprocating motor **22** by alternately pressurizing and releasing the two-position hydraulic valve **158**. The pressure switch **165** is calibrated to sense an increase in pressure within the cylinder pressure line **161** or in the reciprocating motor cylinder **60** that occurs when the piston **66** has reached the end of its stroke. More specifically, the piston reaches the end of its stroke when the inner cannula **17** contacts the cutting board **31**. At this point, the hydraulic pressure behind the piston increases, which increase is sensed by the pressure valve **165** to stroke the valve to the flow path **165**b.

The oscillating hydraulic valve **170** has two positions providing flow paths **170**a and **170**b. In position **170**a, input line **179** is fed to oscillating pressure output line **172**. With flow path **170**b, the input line **179** is fed to a blocked line **171**. Thus, with fluid pressure provided from pressure switch **165** (through flow path **165**b), the oscillating valve **170** opens flow path **170**a which completes a fluid circuit along output line **172** to the input of the hydraulic valve **158**.

Fluid pressure to output line **172** occurs only when there is fluid pressure within input line **179**. This input line is fed by valve **176**, which is operated by foot pedal **175**. The valve **176** is biased by a return spring **177** to the initial position of flow path **176**a. However, when the foot pedal **175** is depressed, the valve **176** is moved against the force of the spring to flow path **176**b. In this position, pressurized fluid from the source **152** is connected to the foot pedal input line **179**. When the oscillating hydraulic valve **170** is in its initial position flow path **170**a, pressurized fluid then flows through input line **179** to output line **172** and ultimately to the hydraulic valve **158**.

The fluid pressure in the output line **172** shifts the valve **158** to the flow path **158**b. In this position, the fluid pressure behind the piston **63** is relieved so that the return spring **66** forces the piston toward the proximal end. More specifically, the return spring retracts the inner cannula **17** from the tissue cutting opening **25**. The relief of the fluid pressure in line **161** also causes the pressure switch **165** to return to its initial neutral position of flow path **165**a, due to the action of the return spring **166**. In turn, with the flow path **165**a, the pressure input line **168** is no longer connected to the fluid source **152**, so no pressurized fluid is provided to the oscillating hydraulic valve **170**. Since this valve is not spring biased to any particular state, its position does not necessarily change, except under conditions described herein.

Returning to the foot pedal **175** and valve **176**, once the foot pedal is released, the biasing spring **177** forces the valve **176** from its flow path **176**b to its normal initial flow path **176**a. In this position the foot pedal input line **179** is no longer connected to the fluid source **152**. When the oscillating valve **170** is at flow path **170**a, the fluid pressure through output line **172** is eliminated. In response to this reduction in fluid pressure, hydraulic valve **158** is shifted to its original flow path **158**a by operation of the return spring **159**. In this position, the cylinder pressure line **161** is again connected to the fluid source **152**, which causes the reciprocating motor **22** to extend the inner cannula **17** to its position blocking the tissue-receiving opening **25**. Thus, in accordance with the present invention, the hydraulic control system **150** starts and finishes the tissue biopsy apparatus **10** with the tissue-receiving opening closed. It is important to have the opening closed once the procedure is complete so that no additional tissue may be trapped or pinched within the cutting element **11** as the apparatus is removed from the patient.

Thus far the portion of the hydraulic control system **150** that controls the operation of the reciprocating motor **22** has been described. The system **150** also controls the operation of the rotary motor **20**. Again, in the most preferred embodiment, the motor **20** is an air motor. This air motor is controlled by another hydraulic valve **182**. As shown in FIG. **10**, the initial position of the valve provides a flow path **18**a in which the fluid source **152** is connected to blocked line **183**. However, when the hydraulic valve **182** is pressurized, it moves to flow path **181**b in which the fluid source **152** is connected to the pilot port **40** of the air motor. In this position, pressurized fluid continuously drives the air motor **20**, thereby rotating the inner cannula **17**. It can be noted parenthetically that a muffler M can be provided on the air motor to reduce noise.

The rotary motor hydraulic valve **182** is controlled by fluid pressure on pressure activation line **180**. This activation line **180** branches from the foot pedal input line **179** and is connected to the foot pedal switch **176**. When the foot pedal **175** is depressed, the switch moves to its flow path **176**b. In this position the pressure activation line **180** is connected to the fluid source **152** so fluid pressure is provided directly to the rotary motor hydraulic valve **182**. As with the other hydraulic valves, the valve **182** includes a biasing spring **184** that must be overcome by the fluid pressure at the input to the valve.

It should be understood that since the fluid control for the rotary motor **20** is not fed through the oscillating hydraulic valve **170**, the motor operates continuously as long as the foot pedal **175** is depressed. In addition, it should also be apparent that the speed of the rotary motor **20** is not adjustable in the illustrated embodiment. Since the motor **20** is connected directly to the fluid source **152**, which is preferably regulated at a fixed pressure, the air motor actually operates at one speed. On the other hand, as discussed above, the reciprocating motor **22** is supplied through a pressure regulator **154** and a flow control valve **162**. Thus, the speed of reciprocation of the cutting blade **35** is subject to control by the surgeon or medical technician. The reciprocation of the cutting element **11** can be a function of the tissue being sampled, the size of the tissue biopsy sample to be taken, and other factors specific to the particular patient. These same factors generally do not affect the slicing characteristic of the cutting edge **35** achieved by rotating the inner cannula.

The hydraulic control system **150** also regulates the aspiration pressure or vacuum applied through the aspiration

17                                                      18

conduit, which includes the inner cannula 17. In the illustrated embodiment, the pressure activation line 180 branches to feed an aspiration valve 185. The valve is movable from its initial flow path 185a to a second flow path 185b. In the initial flow path, the fluid source 152 is connected to a blocked line 186. However, when fluid pressure is applied on line 180, the valve 185 shifts against the biasing spring 187 to the flow path 185b. In this path, the venturi element 190 is connected to the fluid source. This venturi element thus generates a vacuum in a vacuum control line 193 and in aspiration line 191. Again, as with the air motor, the venturi element 190 can include a muffler M to reduce noise within the handpiece.

As long as the foot pedal 175 is depressed and the valve 176 is in its flow path 176b, fluid pressure is continuously applied to the aspiration hydraulic valve 195 and the venturi element 190 generates a continuous vacuum or negative aspiration pressure. As with the operation of the rotary motor, this vacuum is not regulated in the most preferred embodiment. However, the vacuum pressure can be calibrated by a selection of an appropriate venturi component 190.

When the venturi component 190 is operating, the vacuum drawn on control line 193 operates on vacuum switch 194. A variable biasing spring 195 initially maintains the vacuum switch 194 at its flow path 194a. In this flow path, the vacuum input line 196 is not connected to any other line. However, at a predetermined vacuum in control line 193, the valve moves to flow path 194b. In this position, the vacuum input line 196 is connected to pressure line 192. In the preferred embodiment, the vacuum switch 194 operates in the form of a "go-nogo" switch—in other words, when the aspiration vacuum reaches a predetermined operating threshold, the vacuum switch is activated. When the vacuum switch 184 is initially activated, it remains activated as long as the foot pedal is depressed. Thus vacuum input line 196 is continuously connected to pressure line 192 as long as the foot pedal 175 is depressed.

Looking back to the hydraulic valve 158, the fluid pressure in line 192, and ultimately in vacuum input line 196, is determined by the state of valve 158. When the valve 158 is in its flow path 158a in which regulated fluid pressure is provided to the reciprocating motor 22, the pressure line 192 is dead. However, when the valve 158 moves to flow path 158b, pressure line 192 is connected to the regulated fluid source. Pressurized fluid then flows from pressure line 192, through vacuum switch flow path 194b, through vacuum input line 196 to the left side of oscillating valve 170, causing the valve to stroke to flow path 170b. When the oscillating valve 170 is in this flow path, output line 172 is dead, which allows valve 158 to move to its flow path 158a under the effect of the return spring 159. In this state, valve 158 allows pressurized fluid to again flow to the reciprocating motor 22 causing it to move through the next cutting stroke.

Thus, when both the valve 158 and the vacuum switch 194 are moved to their alternate states, pressurized fluid passes from line 192, through vacuum input line 196, and through an adjustable flow control valve 197 to a second input for the oscillating hydraulic valve 170. Pressure on the vacuum input line 196 shifts the oscillating valve 170 to its second position for flow path 170b. In this position, pressurized fluid passing through the foot pedal valve 176 terminates within valve 170. As a consequence, the pressure in output line 172 drops which allows the hydraulic valve 158 shift back to its original position 158a under operation of the return spring 159. In this position, fluid pressure is

again supplied to the reciprocating valve 22 to cause the piston 66 to move through its cutting stroke.

It should be appreciated that the oscillating valve 170 is influenced by fluid pressure on lines 168 and 196, and that these lines will not be fully pressurized at the same time. When the system is initially energized, pressure from source 152 is automatically supplied to reciprocating motor 22 and pressure valve 165, causing the valve to move to flow path 165b. In this state, line 168 is pressurized which shifts oscillating valve 170 to the left to state 170a. The oscillating valve will remain in that state until line 196 is pressurized, regardless of the position of pressure switch 165. It can also be appreciated that in the preferred embodiment, the fluid pressure on line 196 does not increase to operating levels until the food pedal 175 has been depressed and the aspiration circuit has reached its operating vacuum.

In an alternative embodiment, the vacuum switch 194 can be calibrated to sense fine changes in vacuum. In this alternative embodiment, the completion of this return stroke can be determined by the state of the vacuum switch 194. The vacuum switch 194 can operate as an indicator that a tissue sample has been drawn completely through the aspiration conduit into the collection trap 55. More specifically, when the vacuum sensed by vacuum switch 194 has one value when the inner cannula is open to atmospheric pressure. This vacuum pressure changes when a tissue sample is drawn into the inner cannula 17. The vacuum pressure changes again when the tissue is dislodged so that the inner cannula is again open to atmospheric pressure. At this point, the inner cannula 17 is clear and free to resume a cutting stroke to excise another tissue sample. Thus, the vacuum switch 194 can stroke to its flow path 194b to provide fluid pressure to the left side of the oscillating valve 170, causing the valve to stroke to flow path 170b.

It can be appreciated from this detail explanation that the hydraulic control system 150 provides a complete system for continuously reciprocating the axial motor 22. In addition, the system provides constant continuous pressure to both the rotary motor 20 and the aspiration line 191, so long as the foot pedal 175 is depressed. Once the foot pedal is released, fluid pressure in activation line 180 drops which causes the air motor control valve 182 and the aspiration control valve 185 to shift to their original or normal positions in which fluid pressure is terminated to those respective components. However, in the preferred embodiment, pressure is maintained to the reciprocating motor 22 because the motor is fed through valve 158, which is connected directly to the fluid source 152.

The hydraulic control system 150 in the illustrated embodiment incorporates five controllable elements. First, the fluid pressure provided to activate the reciprocating motor 22 is controlled through the regulator 154. In addition, the fluid flow rate to the piston 66 is controlled via the adjustable control valve 162. The pressure at which the pressure switch 165 is activated is determined by an adjustable return spring 166. Likewise, the aspiration pressure vacuum at which the vacuum switch 194 is activated is controlled by an adjustable return spring 195. Finally the adjustable flow control valve 197 controls the fluid flow from the vacuum switch 194 to the oscillating hydraulic valve 170. Each of these adjustable elements controls the rate and duration of oscillation of the reciprocating motor 22.

In the preferred embodiment, the pressure switch 165 essentially operates as an "end of stroke" indicators. In other words, when the inner cannula 17 reaches the end of its

US 6,638,235 B2

19                                                                        20

forward or cutting stroke, it contacts the cutting board **31**. When it contacts the cutting board, the pressure in the cylinder pressure line **161** changes dramatically. It is this change that causes the pressure switch **165** to change states. This state change causes the oscillating valve **170** to shift valve **158** to terminate fluid pressure to the motor **22**, causing it to stop its cutting stroke and commence its return stroke.

During this return stroke, the excised tissue sample is gradually drawn along the aspiration conduit. Also during the return stroke, fluid pressure bleeds from pressure line **161** and pressure switch **165** and ultimately from line **168** feeding oscillating valve **170**. When this valve strokes, fluid pressure bleeds from valve **158** allowing the valve to return to state **158**a to pressurize the motor **22** for a new cutting stroke. The operation of each of these hydraulic valves introduces an inherent time delay so that by the time the pressure to the reciprocating motor **22** has been restored the aspiration vacuum has pulled the tissue sample through the entire aspiration conduit and into the collection trap **55**.

The use of a hydraulically controlled inner cutting cannula provides significant advantages over prior tissue cutting devices. The use of hydraulics allows most of the operating components to be formed of inexpensive and light-weight non-metallic materials, such as medical-grade plastics. The hydraulic system of the present invention eliminates the need for electrical components, which means that electrical insulation is unnecessary to protect the patient.

Perhaps most significantly, the hydraulically controlled reciprocation of the inner cutting cannula provides a cleaner and better-controlled cut of biopsy tissue. Since the reciprocating motor **22** is fed from a substantially constant source of pressurized fluid, the pressure behind the motor piston **63** remains substantially constant throughout the cutting stroke. This substantially constant pressure allows the inner cutting cannula to advance through the biopsy tissue at a rate determined by the tissue itself.

In other words, when the cutting edge **35** encounters harder tissue during a cutting stroke, the rate of advancement of the motor piston **63** and therefor the inner cannula **17** decreases proportionately. This feature allows the cutting edge to slice cleanly through the tissue without the risk of simply pushing the tissue. The rotation of the cutting edge can facilitate this slicing action. When the inner cannula encounters less dense tissue, the constant pressure behind the piston **63** allows the cutting edge to advance more quickly through the tissue.

In alternative embodiment, the rotary motor **20** can consist of an electric motor, rather than a pneumatic motor. As depicted in FIG. **11**, the pressure activation line **180** can be fed to an on-off pressure switch **198** that is governed by an adjustable bias spring **199**. When the activation line **180** is pressurized the switch **198** establishes a connection between an electric reciprocating motor **20** and a battery pack **200**. Preferably, the battery pack **200** is mounted within the handpiece **12**, but can instead be wired to an external battery contained within the console.

In the preferred embodiment, the tissue biopsy apparatus **10** depicted in FIG. **1** has an overall length of under sixteen inches (16") and an outer diameter less than one and one quarter inches (1.25"). The outer cannula and therefore the cutting element **11** have a length measured from the handpiece **12** of approximately five inches (5"). The outer cannula preferably has a nominal outer diameter of 0.148" and a nominal inner diameter of 0.136". The inner cannula most preferably has a nominal outer diameter of 0.126" so that it can reciprocate freely within the outer cannula without catching on the tissue cutting opening. The inner cannula has a nominal wall thickness of 0.010", which yields a nominal inner lumen diameter of about 0.106".

The length of the tissue-receiving opening determines the length of biopsy sample extracted per each oscillation of the reciprocating motor **22**. In one specific embodiment, the opening has a length of about 0.7", which means that a 0.7" long tissue sample can be extracted with each cutting cycle. In order to accommodate a large number of these biopsy tissue slugs, the collection trap can have a length of about 2.5" and a diameter of about 0.05". Of course, the interior volume of the collection trap can vary depending upon the size of each biopsy slug and the amount of material to be collected. In a specific embodiment, the filter disposed within the collection trap **55** manufactured by Performance Systematix, Inc. of Callondoni, Mich.

In accordance with a specific embodiment, the cutting stroke for the inner cannula is about 0.905". The return spring **66** within the reciprocating motor **22** is preferably a conical spring to reduce the compressed height of the spring, thereby allow a reduction in the overall length of the hydraulic cylinder **60**. In addition, the return spring **66** can be calibrated so that the return stroke occurs in less than about 0.3 seconds. Preferably, the inwardly beveled surface **36** of cutting edge **35** is oriented at an approximately 30° angle.

The aspiration pressure vacuum is nominally set at 27 in.Hg. during the cutting stroke. When the cannula is retracted and the outer lumen **27** is open, the vacuum pressure is reduced to 25 in.Hg. This aspiration pressure normally allows aspiration of a tissue sample in less than about 1 second and in most cases in about 0.3 second. In accordance with a most preferred embodiment, the hydraulic control system **150** preferably is calibrated so that the inner cannula dwells at its retracted position for about 0.3 seconds to allow complete aspiration of the tissue sample. Adjusting the return spring **195** of the vacuum switch **194** can control this dwell rate.

In a preferred embodiment, the inner cannula **17** can advance through the cutting stroke in about two seconds. This stroke speed can be accomplished with a regulated pressure at source **152** of about 20 p.s.i. When the inner cannula reaches the end of its cutting stroke, the pressure can increase at about five p.s.i. per second. Preferably, the return spring **166** of the pressure switch **165** is set so that the end of cutting stroke is sensed within about 0.5 seconds.

In a modification of the present invention, a tissue biopsy apparatus **300** is configured as depicted in FIGS. **12–24**. As with the biopsy apparatus **10** of the prior figures, the apparatus **300** includes a cutting element **302** mounted to a user manipulable handpiece **305**. The handpiece includes an upper housing **310**, and a lower housing **311** (see FIG. **13**). A cannula hub **312** is mounted to the handpiece **305** to support the outer cannula **303** of the cutting element **302** in a fashion similar to that described above. The biopsy apparatus **300** further includes a filter canister **315** that is removably mounted to the handpiece **305**, again in a manner similar to that described above.

In this embodiment, the biopsy apparatus **300** incorporates a secondary lumen **320** that engages the cannula hub **312**. The secondary lumen **320** can be used to supply a quantity of irrigation fluid or a measured quantity of air to the cutting element, in a manner described below. In the illustrated embodiment, the upper housing **310** preferably includes a channel **322** defined along its entire length. The

21                                                                                      22

channel is configured to receive the secondary lumen 320 therein with the lumen recessed within the housing so as to not interfere with the ability of the surgeon to comfortably grip the biopsy apparatus 300.

Referring now to FIG. 13, it can be seen that the biopsy apparatus 300 includes a reciprocating motor assembly 330 and a rotary motor assembly 332. Each of these assemblies is constructed similar to the like assemblies described above. In the present embodiment, the reciprocating motor assembly 330 includes a housing 340 that is contained within the upper and lower housing 310, 311 that define the handpiece 305.

The reciprocating motor 334 is similar to the motor described above. The motor includes a tube fitting 335 for receiving a hollow tube 337 (see FIG. 13). The tube 337 is connected to the hydraulic control system 150 depicted in FIG. 10 to provide an alternating supply of pressurized air to the reciprocating motor 334 in a manner described above.

As shown in FIG. 13 and 14, the housing 340 includes a pair of opposite rails 341, which serve as guides for reciprocation of the rotary motor 334. As shown in FIG. 17, the rotary motor 332 includes opposite anti-rotation wings 355 that ride along the rails 341 as the motor 332 is reciprocated, and at the same time resist rotation of the rotary motor 332 during its operation. The rotary motor 332 further includes a tube fitting 357 that is arranged to engage a hollow tube 358 (see FIG. 13) which, like the tube 337, provides a connection to the hydraulic control system 150.

The housing 340 forms a Luer fitting 345 at its distal end 342, as illustrated in FIG. 16. The Luer fitting includes a circumferential recess 347 and a number of spaced flanges 348. Preferably, four such flanges spaced at 90° intervals are incorporated into the Luer fitting 345. The recess 347 defines an enlarged gap 349 between one pair of flanges. Moreover, a number of retention dimples 350 are defined at the base of the circumferential recess 347, as depicted in FIGS. 14 and 15.

The Luer fitting 345 is configured to mate with the cannula hub 312. As shown in FIGS. 18–20, the cannula hub 312 includes a number of Luer wings 370 corresponding in number to the plurality of flanges 348. Each of the wings 370 is configured to fit within the recess the 347 between flanges 348. One of the wings 370 includes an enlargement 371 that prevents the cannula 312 from being improperly oriented, or more specifically assures a pre-determined orientation of the tissue receiving opening of the cannula 312. The enlargement 371 is preferably configured to fit within the enlarged gap 349 of the Luer fitting 345 to insure an upward orientation of the cutting element 302, as depicted in FIGS. 12 and 13.

The bottom surface of the cannula hub 312 defines a number of protuberances 372. Each of the protuberances is sized to fit within one of the retention dimples 350 of the Luer fitting 345. Thus, when the hub is pushed into the recess 347 and rotated, each of the protuberances 372 engages within a corresponding dimples to hold the cannula hub 312 in place.

The cannula hub 312 includes a central bore 376 extending through the hub. One portion 377 of the bore is sized to tightly receive the outer cannula 303 of the cutting element 302 as described with respect to outer cannula 15. Preferably, the outer cannula 303 is engaged in a substantially fluid tight fit. The hub 312 is configured for removable engagement with the Luer fitting 345 of the handpiece 305 so the entire handpiece can be removed from the hub 312 while the outer cannula 303 is still in place within the patient.

When the handpiece is removed, the inner cutting element 304 is withdrawn from the lumen 306 of the outer cannula, since the inner cutting element is connected to the reciprocating motor assembly 334 as described above. Thus, the cannula hub 312 and outer cannula 302 remain at the surgical site to permit introduction of medical treatments or other instruments through the bore 376 and lumen 306. For instance, a local anaesthetic, drug or treatment material, such as a radioactive pellet, can be introduced in this manner, before, during or after the biopsy procedure. Moreover, other surgical instruments, such as a visualization scope, can be guided to the biopsy site through the hub 312 and cannula 302.

The cannula hub 312 also includes a tube fitting 375. The Tube fitting 375 mates with the secondary lumen 320 that traverses the outer length of the handpiece 305. The fitting 375 can be of any suitable configuration for providing a fluid-tight engagement between the fitting and a tube.

Referring to back to FIG. 14, the reciprocating motor assembly motor housing 340 also includes a proximal end 360 that defines a mounting hub 361. The mounting hub is similar to the hub 98 described above, and is particularly configured to engage the filter canister 315. As indicated above, the hub and canister interface can be in the form of a bayonet mount to provide a fluid tight quick release engagement. The proximal end of the housing 340 defines a circumferential flange 363 that is sealed against the ends of the upper and lower housings 310, 311 of the handpiece 305. A pair of tube cutouts 365 are formed at the perimeter of the flange 363 to provide a passageway for the hydraulic tubes 337 and 358 supplying pressurized fluid to the reciprocating and rotary motors.

In order to accommodate the tubes, as well as to firmly support the working components of the handpiece 305, the upper and lower housings 310 and 311 can be configured as shown in FIGS. 21–24. In a specific embodiment, the upper housing 310 includes an interior channel 380 that passes substantially along the entire length of the interior of the upper housing 310. This interior channel is aligned with one of the tube cutouts 365 in the flange 363 of the housing 340. This interior channel can provide a pathway for the tube 358 feeding pressurized fluid to the rotary motor assembly 332. The upper housing 310 further defines a number of interior support walls 382. These walls project into the interior space and serve as a bulkhead for supporting the various working components of the handpiece 305.

Likewise, the lower housing 311 includes a number of interior support walls 385. In addition, near the proximal end 360, the lower housing 311 can include a longitudinal support rib 387 that preferably is arranged to support the reciprocating motor 334. At least some of the interior support wall 385 of the lower housing 311 can define tube cutouts 389 to receive the tube 337 feeding pressurized fluid to the reciprocating motor 334.

In addition, the lower housing 311 can include a number of mounting holes 395. These mounting holes can be arranged to permit mounting of the tissue biopsy apparatus 300 on an existing biopsy table. In the preferred embodiment of the invention, the biopsy apparatus 300 can be mounted on a slideable carriage that can be separately driven to project the cutting element 302 into the patient. Support beds of this type are well known and the mounting feature 395 of the handpiece 305 can be specifically configured to accommodate any particular support bed.

Preferably, the upper and lower housings 310, 311 include interlocking mating edges 397, 398, respectively. In a most

US 6,638,235 B2

23                                                                      24

preferred embodiment, the edges include press-fit male/female interfaces. When all the components are assembled within the housing 340, the upper and lower housings 310, 311 can be sandwiched about the housing 340, with the mating edges 397 and 398 in engagement. In one specific embodiment, the engagement can simply be a removable snap-fit, while in other embodiments, the engagement can be permanent, such as by the use of an adhesive.

The tissue biopsy apparatus 300 can be connected to the hydraulic control system 150 described above. Each of the components can operate in a manner similar to that described above. The cannula hub 312 provides a fluid interface for the external secondary lumen 320 which can be used to introduce a fluid, such as a saline solution, to the surgical site. In this embodiment, a saline flush can be contained in a hermetically sealed bag, such as bag 400 depicted in FIG. 12.

In one preferred embodiment, a pinch valve 402 can engage the secondary lumen, preferably adjacent the saline bag 400. The pinch valve can be opened at the moment that the cutting blade starts to retract from the cutting opening. The pinch valve 402 can be controlled to remain open for a pre-determined period of time, but is preferably closed before the cutting blade advances forward to make the next biopsy cut. Likewise, the amount of time that the pinch valve remains open to allow the saline flush to enter the cutting element 302 can be calibrated based upon a pre-determined volume of fluid desired at the surgical site. In some procedures, the pinch valve 402 remains open for 1–2 seconds, although in certain applications, a shorter time in the range of 0.5 seconds may be preferred. The valve operation can be calibrated to achieve a specific fluid volume, such as about 1 cc of saline.

In one particular embodiment, the hydraulic control system 150 depicted in FIG. 10 can be modified to incorporate a fluid line branching from the line 192. As described above, the line 192 is pressurized when the reciprocating motor starts its return stroke. Pressure in the branch fluid line can be used to open the pinch valve 402, while a drop in pressure can operate to close the valve. Alternatively, the pinch valve can be electrically controlled, again in response to fluid pressure in line 192 which signals the beginning of the motor return stroke. The closure of the pinch valve 402 can be dictated by a drop in pressure in line 192 or by an increase in pressure in line 161, which arises as the reciprocating motor begins its cutting stroke. It is understood that while a pinch valve is described, other on-off type fluid valves can be utilized to control the timing of fluid flow through the lumen 320 and cannula hub 312.

Several benefits arise by providing the saline flush. One primary benefit is that the saline flush can keep the cutting element clean of blood and tissue that might otherwise clot or jam the advancement of the inner cutting member. A further benefit is that the saline can facilitate drawing tissue into the cutting opening during the cutting cycle. Moreover, the saline flush can help propel the excised tissue toward the collection canister.

As an alternative, or an adjunct, the secondary lumen 320 can be used to introduce a puff of air into the cutting element 302. The puff of air, like the saline can be used to keep the interior channel of the cutting element clean. If properly pressurized, the introduction of air can prevent blood from flowing into the cutting element 302 as the cutting member and excise tissue sample is retracted. Thus, the saline bag 400 can be replaced with a source of pressurized air. In certain applications, the air source can provide air pressur-

ized to 3–5 p.s.i.g. As with the saline flush, the secondary lumen 320 can be closed as the cutting blade advances to remove a tissue sample, and opened as the blade starts to retract. The pressurized air will pass around the outside of the inner cutting blade toward the opening at the end of the cutting element 302. The pressure of this puff of air can be calibrated as necessary to counteract the blood pressure at the surgical site and keep the blood from flowing into the cutting element 302.

The tissue biopsy apparatus 10 or 300 described above provides significant advantages over prior biopsy devices. One significant benefit is that the apparatus of the present invention is completely closed. This feature means that no fluid, such as blood, can escape or leak from the biopsy apparatus 10 or 300. In prior devices, the each extracted tissue sample is drawn into a removable opening that is open to the atmosphere. The present invention does not include any component that is open to the atmosphere, with the exception of the secondary lumen 320 which is controllably open to atmosphere to keep the aspiration passageway open and clean. The present invention provides a system for repeatably and precisely withdrawing uniformly sized biopsy samples. With each stroke of the cutting blade, a uniformly dimension biopsy sample is withdrawn and pulled into the collection canister at the proximal end of the apparatus. Thus, the biopsy apparatus 10 and 300 of the present invention can readily remove an entire lesion or region of suspect tissue. This is a significant improvement over prior devices that are only capable of extracting a limited quantity of tissue for biopsy evaluation only.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character. It should be understood that only the preferred embodiments have been shown and described and that all changes and modifications that come within the spirit of the invention are desired to be protected.

EXAMPLES

Example 1

Eighteen trial biopsies were performed upon patients after obtaining informed consent and preparing the patients according to standard biopsy procedures. In each case, biopsies were performed according to the following procedure. The patient was positioned on her back on the surgical table, and the lesion was located using ultrasound. A small incision was made in the breast. While viewing the lesion using ultrasound, an early embodiment of the present invention was inserted into the breast with the tissue receiving opening adjacent the lesion. The cutter was engaged to sample and/or remove the lesion. The lesions varied in size from 6–22 mm. The surgeon's comments are provided in Table 1.

TABLE 1

| Surgeon's Comments Regarding the Use of Early Embodiments of the Present Biopsy Device | |
| --- | --- |
| Trial Number | Surgeon's Comments |
| 1 | Went very well, lesion took approximately 50 seconds to go away |
| 2 | Large fatty breast, very difficult to get needle to mass; eventually successfully removed |

US 6,638,235 B2

25

26

TABLE 1-continued

| Surgeon's Comments Regarding the Use of Early Embodiments of the Present Biopsy Device | |
| --- | --- |
| Trial Number | Surgeon's Comments |
| 3 | Successfully removed without problems |
| 4 | Went very well; lesion gone in 4–5 cores |
| 5 | Two lesions attempted (1) lesion easily removed, (2) inner cutter was riding up and catching the opening |
| 6 | Only took 4–5 cores to disappear |
| 7 | Started getting good cores, then stopped cutting due to secondary electrical break |
| 8 | Lesion appeared to be totally gone, cores were up to 25 mm in length |
| 9 | Only got 4–5 good cores, then stopped cutting due to inner cutter riding up |
| 10 | No problems |
| 11 | No problems at all |
| 12 | Lesion was easily palpable but very mobile which made access difficult. Used tactile sensation to manipulate tumor into aperture which worked very well; very good cores; Took 4.5 minutes but many of the cores were fatty as a lot of the time I was missing the lesion before realizing that palpitation was better |
| 13 | Took 3–4 cores then quit cutting, blade was dulled, probably due to deflection of tip downward |
| 14 | Went very well, no problems |
| 15 | Went well, no problems |
| 16 | Went well, no problems |
| 17 | Went very well |
| 18 | Went very well, the suction tubing collapsed, need stronger tubing; filter did fill up requiring stopping to empty, might need larger filter |

Table 1 illustrates the success of the present invention in its early stage of development. A majority of the trials, trials 1–6,8,1–12, and 14–18, resulted in a successful removal of the lesion with little to no problems. Lesions were removed quickly and, in some cases, only a few cores were required (see trials 1, 4, and 6). In trial number 8 it was noted that the cores were up to 25 mm in length.

In some trials, the surgeon experienced difficulties removing the lesion because the inner cutting blade would ride up and catch on the tissue receiving opening (see trials 5, and 9,). However, this problem has been resolved in the present invention by integrating a crimp in the outer cannula. The crimp forms a dimple that protrudes from the inner surface of the cannula and into the outer lumen. As the inner cannula passes the dimple, the dimple forces the inner cannula away from the tissue-receiving opening and prevents the inner cannula from riding up into the opening. In a further embodiment, the cutting edge of the inner cannula is inwardly beveled. This inwardly beveled surface also helps eliminate risk of catching by guiding the inner cannula back into the hollow outer cannula. In addition, to prevent the deflection of the tip downward, as noted in trial 13, a stiffening element is provided on the outer cannula opposite the tissue-receiving opening.

Example 2

Surgeons performing biopsies using the device of this invention and a device having the features of U.S. Pat. No. 5,526,822 to Burbank provided feedback as to the efficiency of each device. The surgeons' input was used to calculate the amount of time and the number of strokes necessary to remove a lesion. Table 2 compares the amount of time and the number of strokes necessary to remove comparable lesions using each device.

TABLE 2

| Comparison of Removal Times and Number of Strokes of the Present Biopsy Device with the Prior Art Device | | | |
| --- | --- | --- | --- |
| | | Present Biopsy Device | Prior Art |
| Removal Times (sec) | | | |
| Lesion Diameter | 10 | 80 | 500 |
| | 13 | 135 | 845 |
| | 16 | 205 | 1280 |
| No. of Strokes | | | |
| Lesion Diameter | 10 | 16 | 25 |
| | 13 | 27 | 42 |
| | 16 | 41 | 64 |

This data demonstrates that the present tissue biopsy apparatus consistently removes a lesion with fewer strokes and in less time than prior cutter. The present tissue biopsy device performs 80% an the prior cutter, which ultimately results in reduced trauma to the tissue.

Conclusion

The biopsy devices of this invention reliably, quickly and efficiently sample and remove lesions in tissue.

What is claimed:

1. A tissue cutting device comprising:
an elongated handpiece defining an elongated channel on an outer surface of said handpiece;
a cannula hub mounted to said handpiece and having a fluid port;
a tube connected at one end to said fluid port and having an opposite end connectable to a fluid source, said tube disposed within said elongated channel and sized to be recessed within said channel relative to said outer surface;
an outer cannula supported at a proximal end by said cannula hub and defining a tissue-receiving opening adjacent a distal end thereof, and a lumen between said proximal and distal ends in fluid communication with said fluid port of said cannula hub; and
an inner cutting member slidably disposed within said lumen of said outer cannula and defining a cutting edge at a distal end thereof operable to sever tissue projecting through said tissue-receiving opening.

2. The tissue cutting device of claim 1, further comprising a fluid source connected to said opposite end of said tube, said fluid source including:
a container holding a supply of a fluid; and
a valve between said container and said fluid port and operable to control the flow of fluid from said container through said tube.

3. The issue cutting device of claim 2, wherein said valve is a pinch valve engaged about said tube.

4. The tissue cutting device of claim 2, wherein said valve is opened when said inner cutting member begins to retract from said tissue-receiving opening and is closed before said inner cutting member advances forward to sever tissue projecting through said tissue-receiving opening.

5. The tissue cutting device of claim 1, wherein said cannula hub is detachably mounted to said handpiece.

6. The tissue cutting device of claim 1, wherein said cannula hub and said outer cannula are detachable from said handpiece and said inner cutting member.

7. The tissue cutting device of claim 1, wherein said handpiece includes a Luer fitting at a distal end thereof that is configured to mate with said cannula hub.

US 6,638,235 B2

27

**8**. A tissue cutting device comprising:

an elongated handpiece;

a cannula hub detachably mounted to said handpiece and having a fluid port;

a tube connected at one end to said fluid port and having an opposite end connectable to a fluid source;

an outer cannula supported at a proximal end by said cannula hub and defining a tissue-receiving opening adjacent a distal end thereof, and a lumen between said proximal and distal ends in fluid communication with said fluid port of said cannula hub; and

an inner cutting member moveably attached to said handpiece and slidably disposed within said lumen of said outer cannula, said inner cutting member defining a cutting edge at a distal end thereof operable to sever tissue projecting through said tissue-receiving opening, and wherein said inner cutting member is attached to said handpiece when said cannula hub is detached from said handpiece.

**9**. A tissue cutting device comprising:

an elongated handpiece;

a cannula hub mounted to said handpiece and having a fluid port;

28

a tube connected at one end to said fluid port and having an opposite end connectable to a fluid source;

an outer cannula supported at a proximal end by said cannula hub and defining a tissue-receiving opening adjacent a distal end thereof, and a lumen between said proximal and distal ends in fluid communication with said fluid port of said cannula hub, said lumen including a cutting board therein proximate a distal tip of said outer cannula; and

an inner cutting member slidably disposed within said lumen of said outer cannula and defining a cutting edge at a distal end thereof that is engagable with said cutting board to sever tissue projecting through said tissue-receiving opening.

**10**. The tissue cutting device of claim **9**, wherein said cutting board is made from a material having a hardness less than a hardness of said inner cutting member at said cutting edge, but sufficient to substantially prevent deformation of said cutting board under pressure from said cutting edge engagement.

\*  \*  \*  \*  \*