```
                              INVOICE        File Copy                    Page:   1
                                             Invoice No:   16225
                                             Invoice Date: 04/28/03
AIR SYSTEMS ENGINEERING, INC.                      Terms:        Net 30
P.O. BOX 20308
INDIANAPOLIS, IN 46220                       Order Date:  04/28/03
(317) 842-7888                                Ship Date:  04/28/03
                                               Ship Via:  UPS
                                            P.O. Number:  VBL RICH RELLA


        SUROS SURGICAL SYSTEM, INC.           SUROS SURGICAL SYSTEM, INC.
Sold    9502 ANGOLA COURT             Ship    9502 ANGOLA COURT
 To     SUITE 3                        To     SUITE 3
        INDIANAPOLIS, IN 46268                INDIANAPOLIS, IN 46268

                                                   FOB: SHIP POINT
                                           Customer ID: SUROS
```

| Quantity Ordered | Quantity Shipped | Quantity Backordered | Product or Service Description | Unit Price | Per Unit | Key Code | Net Amount |
|---|---|---|---|---|---|---|---|
|  | 1 |  | TRAVEL EXPENSES AND LABOR FOR EXTRA WORK TO SUPPORT ATEC CONSOLES | 8,421.06 | Each |  | 8,421.06 |

```
WE NOW ACCEPT VISA, MASTERCARD,              Sales Amount            8,421.06
AMERICAN EXPRESS AND DISCOVER CARDS!           Sales Tax     (s)         0.00
2% INTEREST ON PAST DUE INVOICES          Shipping Charges               0.00
                                                Amount Due          8,421.06
```

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 05/01/2003 | 16225 | Travel & labor console repair | 8,421.06 | 0.00 | 8,421.06 |
| 05/01/2003 | 16252 | | 41,150.00 | 0.00 | 41,150.00 |

CHECK: 005493    05/30/2003    Air Systems Engineering Inc.

**TOTAL**    49,571.06

UPDATED 3/4/2003

TOTALS FOR TRAVEL EXPENSES, EXTRA (NON-WARRANTY) WORK AND WARRANTY CREDITS

| | | | |
|---|---|---|---|
| EXTRAS | $8,881.80 | | |
| TRAVEL EXPENSES | $ 3,205.23 | | |
| WARRANTY CREDITS | $ 7,500.00 | | $300 FOR 25 L |
| TOTAL DUE TO ASE | $ 4,587.03 | | |

ASE EXTRA WORK FOR SUROS THROUGH 9/1/02- 2/28/03

| DATE | WORK PERFORMED | CONSOLE | LABOR HRS | MATERIALS |
|---|---|---|---|---|
| 9/4/2002 | LEVEL 1, FAN SCREEN, PREP FOR SHIPMENT | 060602-3 | 1 | |
| 9/4/2002 | LEVEL 1, PREP FOR SHIPMENT | 031802-3 | 1 | |
| 9/4/2002 | LEVEL 1, FAN SCREEN, REPLACE BROKEN CASTER, REPLACE BROKEN COMP SPRING, REMOUNT BAFFLES, REPAIRS DUE TO SHIPPING DAMAGE | 031802-1 | 6 | |
| 9/10/2002 | PICK-UP CONSOLE FROM DR. GOEDDES OFFICE | 071802-4 | 1 | |
| 10/1/2002 | LEVEL 1, PREP FOR SHIPMENT | 040902-1 | 1 | |
| 9/30/2002 | LEVEL 1, PREP FOR SHIPMENT | 071802-4 | 1 | |
| 10/3/2002 | LEVEL 1, REPAIRED DAMAGED LOCKDOWN KNOB | 100301-2 | 1.5 | |
| 10/9/2002 | LEVEL 1, PREP FOR SHIPMENT | 100301-2 | 1 | |
| ######## | LEVEL 1, PREP FOR SHIPMENT | 071802-4 | 1 | |
| ######## | LEVEL 1, PREP FOR SHIPMENT | 071802-12 | 1 | |
| 11/7/2002 | LEVEL 1, PREP FOR SHIPMENT | 071802-12 | 1 | |
| ######## | LEVEL 1, PREP FOR SHIPMENT, CASE CRACKED BY PILOT | 071802-8 | 1 | |
| 12/5/2002 | CONVERT 4 PLASTIC FOOT SWITCHES FOR MRI USE | | 1.5 | |
| 12/6/2002 | REPAIRED CABINETS FROM STANDARD CHANGEMAKERS, TAP OUT HOLES | | 1 | $ 6.00 |
| 12/9/2002 | LEVEL 1, PREP FOR SHIPMENT | 071802-12 | 1 | |
| 11/1/2002 | SKID DEMO CONSOLE | 071802-5 | 1 | |
| ######## | SKID DEMO CONSOLE | R100301-2 | 1 | |
| 12/6/2002 | SKID DEMO CONSOLE | 071802-2 | 1 | |
| 12/6/2002 | SKID DEMO CONSOLE | 100802-2 | 1 | |
| 12/6/2002 | SKID DEMO CONSOLE | 031802-2 | 1 | |
| 12/6/2002 | SKID DEMO CONSOLE | 100802-8 | 1 | |
| ######## | LEVEL 1, PREP FOR SHIPMENT | 060602-3 | 1 | |
| ######## | LEVEL 1, PREP FOR SHIPMENT | 071802-4 | 1 | |
| ######## | LEVEL 1, PREP FOR SHIPMENT | R-100301-3 | 1 | |
| ######## | SKID DEMO CONSOLE | 071802-4 | 1 | |
| ######## | PACKAGE AND SHIP MRI DOORS FOR PAINT | | 1 | |
| ######## | PER ZACH, CHANGE TO KNOBS FOR PUMP LOCKDOWN | | | $ 121.80 |
| 1/6/2003 | LEVEL 1, PREP FOR SHIPMENT | 071801-8 | 1 | |
| 1/6/2003 | PER ZACH, KNOBS FOR PUMPS FOR 100 CONSOLES BEING BUILT | | | $ 609.00 |
| 1/6/2003 | LEVEL 1, PREP FOR SHIPMENT | 110802-7 | 1 | |
| 1/6/2003 | LEVEL 1, PREP FOR SHIPMENT | 71802-12 | 1 | |
| 1/6/2003 | LEVEL 1, PREP FOR SHIPMENT | R-100301-2 | 1 | |
| 1/13/2003 | SPECIAL (4) MR UNIT MODIFICATION, DRILL OUT HOLES, PUNCH BEZEL, SPECIAL FTG | 122302-7,8,9,10 | 6 | $ 20.00 |
| 2/1/2003 | RE-CERTIFY GAUGES ON SUROS FIXTURES | | | $ 100.00 |
| 2/4/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 100802-8 | 2 | |
| 2/4/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 071802-8 | 2 | |
| 2/11/2003 | LABOR TO MODIFY SKIDS FOR SHIPPING | | 4 | |
| 2/12/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 071802-12 | 2 | |
| 2/13/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED REPLACED 2 WHEELS | R-100301-3 | 2 | |
| 2/13/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 060602-2 | 2 | |
| 2/17/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 100802-5 | 2 | |
| 2/17/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 110802-8 | 2 | |
| 2/18/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | MR122302-8 | 2 | |
| 2/19/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 071802-3 | 2 | |
| 2/19/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | R122601-7 | 2 | |
| 2/25/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | MR122302-8 | 2 | |
| 2/27/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 071802-12 | 2 | |
| 2/27/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 100802-2 | 2 | |
| 2/27/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 031802-3 | 2 | |
| 2/28/2003 | INSTALL DOOR LOCKS IN REPAINTED MR CONSOLE DOORS | | 1 | |
| 2/28/2003 | UPDATE AND VERIFY SETTINGS ON DEMO UNIT, SUROS VERIFIED | 071802-4 | 2 | |
| 2/17/2003 WEEK OF | MACHINED 120 SETS OF NEEDLE VALVE CLAMPS | | 55 | |
| 2/24/2003 WEEK OF | MACHINED ALUMINUM PARTS FOR MR UNIT FOOT SWITCHES, REBUILT FOOT SWITCHES | | 15 | |
| | TOTAL HRS | | 160.5 | $ 856.80 |

LABOR $50/HR  $8,025.00
MATERIALS  $856.80

TOTAL  $8,881.80

SUROS ATEC CONSOLE SERVICE EXPENSES

UPDATED 2/28/2003

| DATE | DESTINATION | AIR TRAVEL | AUTO EXP | FUEL | HOTEL | TOLLS | PARKING | MEALS | OTHER | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/2003 | CALIFORNIA | $ 761.00 | | $ 20.00 | $ 96.80 | $ 3.00 | $ 6.50 | $ 11.80 | | |
| 1/15/2003 | CALIFORNIA | | | $ 9.75 | $ 140.42 | $ 3.50 | $ - | $ 3.50 | $ 18.96 | |
| 1/16/2003 | NEVADA | | $ 241.97 | | | | | | | |
| 1/17/2003 | COLORADO | $ 100.00 | | | $ 95.41 | | | | $ 17.83 | STAYED EXTR |
| 1/18/2003 | COLORADO | | $ 182.71 | $ 9.23 | | $ 3.50 | $ 100.00 | | $ 18.34 | |
| 1/23/2003 | NORTH CAROLINA | $ 134.42 | | | $ 77.97 | | | $ 21.06 | | |
| 1/24/2003 | NORTH CAROLINA | | $ 77.97 | $ 22.60 | | | $ 40.00 | | | |
| 1/25/2003 | NORTH CAROLINA | | | | | | | | | |
| 1/27/2003 | CHICAGO | | | | | $ 4.00 | $ 15.50 | | $ 153.00 | .36/MILE |
| 1/29/2003 | NORTH CAROLINA | $ 340.50 | $ 107.70 | | | | $ 20.00 | | | |
| 2/3/2003 | CALIFORNIA | $ 49.62 | $ 62.69 | | $ 75.90 | | $ 40.00 | | | |
| 2/4/2003 | CALIFORNIA | | | | | | | | | |
| 2/18/2003 | KENTUCKY | | | | | | | | $ 118.08 | .36/MILE |
| SUB-TOTALS | | $ 1,385.54 | $ 673.04 | $ 61.58 | $ 486.50 | $ 14.00 | $ 222.00 | $ 36.36 | $ 326.21 | |

TOTAL  $ 3,205.23

UPDATED: 1/31/2003

SUROS CONSOLE SERVICING

| CONSOLE S/N | LOCATION | SERVICE TECHNICIAN | DATE | INITIAL READINGS/TESTING | | | | | | FINAL READINGS/TESTING | | | | | SERVICE PERFORMED | GENERAL CONDITION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | RETRACT DWELL | CYCLE TIME | PRESSURE SWITCH | DRAW DOWN TIME | VACUUM SWITCH | LOCKED DOWN | MAX VAC | RETRACT DWELL | CYCLE TIME | PRESSURE SWITCH | DRAW DOWN TIME | VACUUM LEVEL | | |
| 0410023 | RALEIGH COMMUNITY RALEIGH, NC | JEFF S. | 1/23/2003 | 0.75 | 3 | 26 | 4.6 | 21 | YES | 26.5 | 0.95 | 3.6 | 24 | 4.6 | 21 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GOOD |
| 060602-10 | CHRIS DJEY DEMO RALEIGH, NC | JEFF S. | 1/13/2003 | 0.87 | 3.17 | 26 | 3.7 | 20 | YES | N/A | 0.8 | 3.42 | 24 | 3.75 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | FAIR CABINET IS |
| 071802-2 | NEWPORT BEACH, CA RALEIGH EXEC. | JEFF S. | 1/23/2003 | 0.76 | 3.23 | 27 | 2.79 | 16 | YES | 26.5 | 0.82 | 3.43 | 24 | 4.4 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GOOD SOME SPIDE |
| 071802-14 | RALEIGH, NC RALEIGH EXEC. | JEFF S. | 1/23/2003 | 0.84 | 3.34 | 27 | 3.29 | 17 | YES | 26.5 | 0.82 | 3.43 | 24 | 4.3 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | FAIR HEAVY SPIDE |
| 100802-3 | RALEIGH, NC BREAST CLINIC WINSTON-SALEM, NC | JEFF S. | 1/24/2003 | 0.5 | 3.1 | 28 | 3.2 | 17 | YES | 26.5 | 0.96 | 3.63 | 24 | 4.4 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GREAT FOR NEXT DE SIDE OF CAB |
| 100802-6 | KERN IMAGING BAKERSFIELD, CA | JEFF S. | 1/14/2003 | 0.85 | 3.43 | 28 | 3.4 | 18 | YES | N/A | 0.84 | 3.56 | 24 | 3.9 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GREAT STILL ON THE |
| 100802-7 | EASTERN RADIOLOGIST GREENVILLE, NC | JEFF S. | 1/24/2003 | 0.5 | 3.45 | 28 | 2.89 | 17 | YES | 27 | 0.87 | 3.45 | 24 | 4.04 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GOOD COLDER FITT REPAIRED |
| 100802-9 | JUDY DEAN SANTA BARBARA, CA | JEFF S. | 1/14/2003 | 0.91 | 3.1 | 28 | 4.2 | 20 | YES | N/A | 0.85 | 3.49 | 24 | 4.2 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GOOD |
| 100802-10 | SCRIPPS LA JOLLA, CA | JEFF S. | 1/13/2003 | 0.72 | 3.29 | 27 | 3.65 | 19 | YES/NO | N/A | 0.85 | 3.57 | 24 | 4 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GOOD NEEDLE VAL OTHER SETT |
| 110802-7 | LYNN SAGE CHICAGO, IL | ZACH | | | | | | | | | | | | | | | |
| 110802-10 | DESERT RADIOLOGIST LAS VEGAS, NV | JEFF S. | 1/15/2003 | 0.75 | 3.2 | 27 | 4 | 19.5 | YES | N/A | 0.9 | 3.65 | 24 | 4.15 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GREAT NEVER USED TO SHIP NEW |
| 120202-1 | LONGMONT CLINIC LONGMONT, CO | JEFF S. | 1/16/2003 | 0.85 | 3.45 | 24 | 4.88 | 17 | YES | 23 | 0.9 | 3.43 | 24 | 6.7 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE, REPLACED ON/OFF SWITCH | GOOD CUSTOMER F SALESPERSO |
| 120202-3 | NEWPORT DIAGNOSTIC NEWPORT BEACH, CA | JEFF S. | 1/13/2003 | 1.05 | 3.75 | 24 | 3.92 | 20 | YES | N/A | 0.9 | 3.46 | 24 | 3.85 | 20 | REPLACED GREASY VALVE, SET AND VERIFIED 6 PSI R/SWTCH WINDOW, RE-TUNED CYCLE | GOOD THIS CUSTOM NO PROBLEM |
| 122302-2 | DUPAGE MEDICAL NAPERVILLE, IL | ZACH | N/A | N/A | N/A | 24 | 3.5 | 18 | YES | N/A | 0.8 | 3.38 | 24 | 4 | 20 | INTERMITTENT NOT RETRACTING FULLY, NEW VALVE SEEMED TO FIX THE PROBLEM | |