# HOLOGIC®
## CLARITY OF VISION

Hologic, Inc
http://www.hologic.com

ADDRESS

35 Crosby Dr
Bedford, MA 01730-1411
PHONE: 781-999-7300
TOLL FREE: 800-343-9729
FAX: 781-280-0667

LOCATIONS

BOOTH NUMBER:   North Building - Hall B  7730

COMPANY PROFILE

Hologic (NASDAQ:HOLX) is a leading developer, manufacturer and supplier of premium diagnostic and medical imaging systems dedicated to serving the healthcare needs of women. To see the latest in full field digital mammography, computer aided detection, breast biopsy, breast tomosynthesis, multi-modality workstations, and osteoporosis assessment systems please visit us at RSNA. …

PRODUCT CATEGORIES

**DEPARTMENTAL MANAGEMENT**
  Management, radiologic
  Workstations

**FILM AND IMAGE MANAGEMENT**
  PACS components

**RADIOGRAPHY**
  3-D imaging systems
  Image processing systems, digital
  Mammography, compression units
  Mammography, reporting and tracking
  Radiographic units, digital
  Radiographic units, mammographic
  Radiographic-fluoroscopic units, image intensified
  Radiographic-fluoroscopic units, mobile C-arm
  Solid state detectors

**DICOM COMPLIANT SYSTEMS**
  Bone mineral measurement systems/dual energy
  Breast
  Ultrasound

**INTERVENTIONAL RADIOLOGY & SPECIAL PROCEDURES**
  Breast biopsy table

**ULTRASONOGRAPHY**
  Scanners, breast
  Scanners, small parts

FEATURED PRODUCTS

### Selenia FFDM and DigitalNow



Selenia represents a revolution in mammography with direct capture technology that delivers clear, detailed images offering the highest degree of diagnostic confidence to support radiologists in the early detection of breast cancer. SecurView workstations let the radiologist review and interpret images with total interactive ease. Images and annotations flow freely between the technologist and radiologist. http://www.hologic.com/wh/digisel.htm R2 DigitalNow™ allows mammography departments to digitize priors and archive to PACS for use in a soft-copy viewing environment. http://www.r2tech.com/mammography/products/digitalnow_dm.php

### Selenia 3D Breast Tomosynthesis

 

Selenia Breast tomosynthesis can alleviate the challenges created by overlapping breast tissue in a traditional mammogram. With Selenia tomosynthesis, a series of images are generated and digitally reconstructed. This creates high-resolution, cross sectional 3-D images that can be viewed and manipulated on a workstation. Each slice demonstrates superior clarity because the tissue above or below isn't present to confuse the image. Caution: Limited by US law to investigational use. http://www.hologic.com/wh/sfmiv.htm

### Breast Biopsy & ATEC



The MultiCare Platinum prone breast biopsy table offers the latest advances in stereotactic technology, from flexible positioning to precise and accurate targeting.
http://www.hologic.com/wh/bbiop.htm
ATEC (Automated Tissue Excision and Collection) breast biopsy system offers the first and only vacuum assisted system designed for use with multiple imaging modalities. Clinicians are able to quickly and accurately target and sample tissue ensuring a successful biopsy procedure.
http://www.surossurgical.com/index.asp

Osteoporosis Assessment



The Discovery QDR Series bone densitometer provides crisp, clear high-resolution vertebral images allowing greater accuracy and diagnostic confidence. By combining bone density measurements with High Definition Instant Vertebral Assessment (IVA-HD), Discovery provides the most comprehensive evaluation of fracture risk available today. Building on Discovery's technology of acquiring multiple views of the femur at different angles, Hologic is collaborating with The Johns Hopkins University to utilize this low dose acquisition to construct a three 3-D volumetric model of the femur as a strong predictor of fracture risk. Caution: Limited by US law to investigational use. The Discovery system is also now cleared for use as a measure of the possibility of coronary heart disease, stroke, and other forms of cardiovascular disease in addition to its use in osteoporosis assessment and vertebral analysis.
http://www.hologic.com/wh/indexoa.htm

Hologic Skeletal Health



The InSight™ mini c-arm is designed for orthopedic surgeons to perform minimally invasive surgical procedures of the extremities. The InSight is used for low-dose, in-office imaging procedures and combines ultra-fine detail imaging, with the industry's only flat panel display that can be physically extended.
http://www.hologic.com/di/carmimg.htm
The Opera E-Scan dedicated MRI brings high quality, cost effecient extremity MRI to the in-office practice. The open architecture design of the Opera is ideal for viewing shoulders and other extremities and assists in detecting bone and joint disease much earlier.
http://www.hologic.com/sh/mriimg.htm



Hologic, Inc
http://www.hologic.com

ADDRESS

35 Crosby Dr
Bedford, MA 01730-1411
PHONE: 781-999-7300
TOLL FREE: 800-343-9729
FAX: 781-280-0667

LOCATIONS

 BOOTH NUMBER:   North Building - Hall B  7113 

COMPANY PROFILE

Hologic (NASDAQ:HOLX) is a leading developer, manufacturer and supplier of premium diagnostic and medical imaging systems dedicated to serving the healthcare needs of women. To see the latest in full field digital mammography, computer aided detection, breast biopsy, breast tomosynthesis,multi-modality workstations, and osteoporosis assessment systems please visit us at RSNA. ¿

PRODUCT CATEGORIES

**DEPARTMENTAL MANAGEMENT**
  Management, radiologic
  Workstations

**FILM AND IMAGE MANAGEMENT**
  PACS components

**RADIOGRAPHY**
  3-D imaging systems
  Image processing systems, digital
  Mammography, compression units

**DICOM COMPLIANT SYSTEMS**
  Bone mineral measurement systems/dual energy
  Breast
  Ultrasound

**INTERVENTIONAL RADIOLOGY & SPECIAL PROCEDURES**
  Breast biopsy table

**ULTRASONOGRAPHY**
  Scanners, breast
  Scanners, small parts

Mammography, reporting and tracking

Radiographic units, digital

Radiographic units, mammographic

Radiographic-fluoroscopic units, image intensified

Radiographic-fluoroscopic units, mobile C-arm

Solid state detectors

FEATURED PRODUCTS

Selenia Digital Mammography Suite



Selenia represents a revolution in digital mammography with direct capture technology that delivers clear, detailed images offering the highest degree of diagnostic confidence to support radiologists in the early detection of breast cancer. SecurView workstations let the radiologist review and interpret images with total interactive ease. Images and annotations flow freely between the technologist and radiologist, improving workflow and patient throughput. R2 DigitalNow™ allows mammography departments to digitize priors and archive to PACS for use in a soft-copy viewing environment. MammoPad, a soft warm

breast cushion used during a mammogram, relaxes the patient allowing for optimal positioning without compromising the high level of image quality needed for a routine exam. To learn more, please visit http://www.hologic.com/

### Selenia Dimensions




Normal mammogram     Tomosynthesis slice

Selenia Breast tomosynthesis may alleviate the challenges created by overlapping breast tissue in a traditional mammogram by presenting a slice by slice view of the breast. With Selenia dimensions, a series of images are generated and digitally reconstructed. This creates high-resolution, cross sectional 3-D images that can be viewed and manipulated on a workstation. Caution: Limited by US law to investigational use. To learn more, please visit http://www.hologic.com/wh/brsttomo.htm

### Breast Biopsy and ATEC



The MultiCare Platinum prone breast biopsy table offers the latest advances in stereotactic technology, from flexible positioning and exceptional image quality to pinpoint targeting accuracy. The ATEC breast biopsy system provides the option for biopsy under stereotactic, ultrasound or MRI guidance. Clinicians are able to quickly and accurately target and sample tissue ensuring a

successful biopsy procedure. The Suros Celero is the first vacuum assisted spring loaded core biopsy device for use in ultrasound. To learn more, please visit http://www.hologic.com/

Osteoporosis Assessment



The Discovery QDR Series bone densitometer gives you two powerful screening tests — vertebral fracture assessment and bone density measurement. Discovery's combined speed and image resolution provides the most comprehensive evaluation of fracture risk available today. Hologic is pioneering 3D hip* measurements, a breakthrough in fracture risk assessment. With our exclusive rotating C-arm, Discovery can capture multiple views of the femur at different angles and mathematically construct a 3D rendering. 3D hip measurement will provide a powerful new tool for measuring the true strength of the femur and more accurately determining the risk of future fractures. *FDA Clearance Pending. Now a single scan with Discovery can not only detect Osteoporosis, but also visualizes Abdominal Aortic Calcifications, which may be an early indicator of cardiovascular disease. To learn more, please visit http://www.hologic.com/wh/indexoa.htm

Hologic Skeletal Health Solutions



The InSight™ mini c-arm is designed for orthopedic surgeons to perform minimally invasive surgical procedures of the extremities. The InSight is used for low-dose, in-office imaging procedures and combines ultra-fine detail imaging, with the industry's only flat panel display that can be physically extended. The Opera extremity MRI system brings high quality, cost effecient extremity MRI to the in-office practice. The open architecture design of the Opera is ideal for viewing shoulders and other extremities and assists in detecting bone and joint disease much earlier. The C-Scan extremity MRI system allows practitioners to accesses rheumatic disease activity, defining the site and extent of the lesions right in their office. C-Scan offers superior image quality and is a powerful diagnostic tool for comprehensive muculoskeletal assessement. To learn more, please visit http://www.hologic.com/sh/index.htm