# Console Release Form

DATE: 1/14/03

To:       Pilot Customer Service
Phone:    (317) 856-7636
Fax:      (317) 856-1160

To:       Air Systems Engineering
Phone:    (317) 842-7888
Fax:      (317) 842-7980

**Shipping Instructions:** Need a truck with a lift gate to pick up one console S/N# 120202-6

1) Pick Up:   Air Systems Engineering
              5142 E. 65th Street
              Indianapolis, IN 46220
              Ph# (317) 842-7888

**SPECIAL INSTRUCTIONS:** Need a truck with a lift gate to deliver one console S/N# 120202-6

2) Ship to:   Valley Ambulatory Surgery Center
              2210 Dean Surgery Center
              Saint Charles, IL 60175
              Ph# (630) 584-9800
              Attn: Anne

S/N- 120202-6

Released By:  Antjuan Jackson

Arrival date: 1/20/03
Request date: 1/14/03

If you have any questions, please contact Antjuan Jackson at (317) 334-1040. Pilot, please provide me with a tracking number and expected time and date of delivery. Our fax number is (317) 334-1055 or you may email it to shipping@suressurgical.com. Remember these instructions are vital for everyone involved.

# Console Release Form

DATE: 8/20/03

To:     Pilot Customer Service
Phone:  (317) 856-7636
Fax:    (317) 856-1160

To:     Air Systems Engineering
Phone:  (317) 842-7888
Fax:    (317) 842-7980

**Shipping Instructions:** Need a truck with a lift gate to pick up one console
S/N# 022803-19 in a reusable crate

   1) Pick Up:   Air Systems Engineering
                 5142 E. 65th Street
                 Indianapolis, IN 46220
                 Ph# (317) 842-7888

**SPECIAL INSTRUCTIONS:** Need a truck with a lift gate to deliver one console
S/N# 022803-19 in a reusable crate

   2) Ship to:   Condell Medical Center
                 303 Cleveland ave.
                 Libertyville, IL. 60048
                 PH# (847) 990-5384

**SPECIAL INSTRUCTIONS:**


   Released By: Juan D. Chambers


   Request date: 8/20/03


If you have any questions, please contact Antjuan Jackson at (317) 334-1040. Pilot, please provide me with a tracking number and expected time and date of delivery. Our fax number is (317) 334-1085 or you may email it to shipping@surossurgical.com. Remember these instructions are vital for everyone involved.

# Console Release Form

DATE: 8/28/03

| | |
|---|---|
| To: | Pilot Customer Service |
| Phone: | (317) 856-7636 |
| Fax: | (317) 856-1160 |

| | |
|---|---|
| To: | Air Systems Engineering |
| Phone: | (317) 842-7888 |
| Fax: | (317) 842-7980 |

**Shipping Instructions:** Need a truck with a lift gate to pick up one console
S/N# 053003-9 on a skid

1) Pick Up:   Air Systems Engineering
5142 E. 65th Street
Indianapolis, IN 46220
Ph# (317) 842-7888

**SPECIAL INSTRUCTIONS:** Need a truck with a lift gate to deliver one console
S/N# 053003-9 on a skid by:
Wednesday, September 3, 2003

2) Ship to:   WEST
~~West~~ Suburban Surgical Assoc.
473 W. Army Trail Road
Suite 106
Bloomingdale, IL. 60108
PH# (630) 307-7799
ATTN: Jan Charvat

**SPECIAL INSTRUCTIONS:**


Released By: Juan D. Chambers


Request date: 8/27/03
Arrival date: 9/3/03

If you have any questions, please contact Antjuan Jackson at (317) 334-1040. Pilot, please provide me with a tracking number and expected time and date of delivery. Our fax number is (317) 334-1085 or you may email it to shipping@surossurgical.com. Remember these instructions are vital for everyone involved.

**Suros**
*compassionate technologies®*

## Console Release Form

9502 Angola Court, Suite 3
Indianapolis, IN 46268
(317) 334-1040
(317) 334-1085 fax

DATE: 02/27/04                                              Customer PO# U432876

| | |
|---|---|
| To: | Pilot Customer Service |
| Phone: | (317) 856-7636 |
| Fax: | (317) 856-1160 |

| | |
|---|---|
| To: | Air Systems Engineering |
| Phone: | (317) 842-7888 |
| Fax: | (317) 842-7980 |

**Shipping Instructions:** Need a truck with a lift gate to pick up two consoles
S/N# MR-093003-7 and 083003-11 **on skids**          *with upgrades*

1) Pick Up:   Air Systems Engineering
              5142 E. 65th Street
              Indianapolis, IN 46220
              Ph# (317) 842-7888

**SPECIAL INSTRUCTIONS:** Need a truck with a lift gate to deliver two consoles
S/N# MR-093003-7 and 083003-11 **on skids**

2) Ship to:   University of Chicago
              Loretta McNair/G Newstead
              5758 S. Maryland/DCAM 1543
              Chicago, IL 60637
              Ph# (773) 702-4689

**SPECIAL INSTRUCTIONS: Please uncrate console and dispose of skid and debris**

Released By: Yvonne Troxell
Service Level : Econ

If you have any questions, please contact Antjuan Jackson at (317) 334-1040. Pilot, please provide me with a tracking number and expected time and date of delivery. Our fax number is (317) 334-1085 or you may email it to shipping@surossurgical.com. Remember these instructions are vital for everyone involved.

# Suros
*compassionate technologies*

9502 Angola Court, Suite 3
Indianapolis, IN 46268
(317) 334-1040
(317) 334-1085 fax

## Console Release Form

DATE: 03/30/04                                          Customer PO# 04-14033

To:      Pilot Customer Service
Phone:   (317) 856-7636
Fax:     (317) 856-1160

To:      Air Systems Engineering
Phone:   (317) 842-7888
Fax:     (317) 842-7980

**Shipping Instructions:** Need a truck with a lift gate to pick up two consoles
S/N# MR121503-1 and S/N# 121503-13 on skids.

1) Pick Up:   Air Systems Engineering
              5142 E. 65th Street
              Indianapolis, IN 46220
              Ph# (317) 842-7888

**SPECIAL INSTRUCTIONS:** Need a truck with a lift gate to deliver two consoles
S/N# MR121503-1 and S/N# 121503-13 on skids

2) Ship to:   Ingalls Memorial Hospital
              One Ingalls Drive (West Dock)
              Harvey, IL  60426
              ATTN: Curtis May
              PH# (708) 915-3012

**SPECIAL INSTRUCTIONS:** Please uncrate consoles and dispose of skids and debris

Released By: Yvonne Troxell
Service Level: Econ

If you have any questions, please contact Antjuan Jackson at (317) 334-1040.  Pilot, please provide me with a tracking number and expected time and date of delivery.  Our fax number is (317) 334-1085 or you may email it to shipping@surossurgical.com.  Remember these instructions are vital for everyone involved.

# PILOT AIR FREIGHT

FOR INFORMATION VISIT
www.pilotair.com

P.O. BOX 97 • LIMA, PA 19037-0097
1-800-HI-PILOT

SHIPMENT# 017741685

| DATE | ORIGIN |
|---|---|
| 11-27-02 | IND |

017741685

| PILOT ACCOUNT NO. | SHIPPER'S REFERENCE NO. (WILL APPEAR ON INVOICE) | PILOT ACCOUNT NO. | CONSIGNEE'S REFERENCE NO. (WILL APPEAR ON INVOICE) |
|---|---|---|---|
| 0095404 | S/N 110802-8 (UL 1257) | | PLEASE PROVIDE PHONE # |

**FROM:**
AIR SYSTEMS ENG
ATTENTION: PRESS HARD WHEN WRITING
PHONE NO: 317-842-7888
STREET ADDRESS: 5142 E 65TH ST
CITY: INDIANAPOLIS, IN  STATE: ZIP CODE: 46220

**TO:**
COMPANY NAME: Dupage Medical Group
STREET ADDRESS: 1250 North Mill Street Suite 104
CITY: Naperville  STATE: IL  ZIP: 60563

THIRD PARTY COMPANY NAME:
SUROS SURGICAL SYSTEMS, INC.
ADDRESS: 7502 ANGOLA STE 3
INDIANAPOLIS, IN  46268
PILOT 3RD PARTY ACCT NO. 0095337
3RD PARTY PHONE NO. 317-334-1040

DECLARED VALUE: $ 0.00

PREPAID ☐   COLLECT ☐   3RD PARTY ☒

| PIECES | DESCRIPTION | ACTUAL WEIGHT | DIMENSIONS L W H | DIM WEIGHT | RATE SCHEDULE | CHARGE(S) |
|---|---|---|---|---|---|---|
| 1 | SKID, PNEUMATIC COMPRESSOR | 255 lbs | | | | |

**SPECIAL INSTRUCTIONS:**
To Arrive 12/4/02

**SERVICES:** (none checked meaningfully)

RECEIVED BY PILOT AIR FREIGHT: [signature]
TIME: 16:00

017741685   3031 (Rev. 10/00)   SHIPPER'S RECEIPT   QDOC 4.9.90/3   017741685

---

Attn: Antjuan

This unit shipped 11/27/02

Mike
ASE

# PILOT AIR FREIGHT

FOR INFORMATION VISIT www.pilotair.com
P.O. BOX 97 • LIMA, PA 19037-0097
1-800-HI-PILOT

SHIPMENT# 017741688

| DATE | ORIGIN |
|---|---|
| 11-27-02 | IND |

017741688

**PILOT ACCOUNT NO.:** 0095406
**SHIPPER'S REFERENCE NO.:** S/N 110802-9 (UL 1258)

**FROM:**
- COMPANY NAME: AIR SYSTEMS ENG
- PHONE NO.: 317-842-7888
- STREET ADDRESS: 5142 E 65TH ST
- CITY: INDIANAPOLIS, IN
- ZIP CODE: 46220

**THIRD PARTY COMPANY NAME:** SUROS SURGICAL SYSTEMS, INC.
- ADDRESS: 7502 ANGOLA STE 3
- CITY: INDIANAPOLIS, IN
- ZIP: 46268
- PILOT 3RD PARTY ACCT NO.: 0095337
- 3RD PARTY PHONE NO.: 317-334-1040

**TO:**
- COMPANY NAME: Northwestern Mem. Hospital
- PHONE NO.: 312-926-2094
- STREET ADDRESS: 715 N. St. Clair
- CITY: Chicago
- STATE: IL
- ZIP: 60611

**DECLARED VALUE:** $0.00

**3RD PARTY:** XX

| PIECES | DESCRIPTION | ACTUAL WEIGHT | L | W | H |
|---|---|---|---|---|---|
| 1 | SKID PNEUMATIC COMPRESSOR | | 31 | 31 | 44 |

**SPECIAL INSTRUCTIONS:** TO ARRIVE 12/4/02

**RECEIVED BY PILOT AIR FREIGHT:** [signature]
**DATE:** 11/27/02
**TIME:** 16:30

017741688  3031 (Rev. 10/00)  SHIPPER'S RECEIPT  QDOC 4.9.90/3

---

Attn: Antjuan

This unit shipped 11/27/02

Mike
ASE

# PILOT AIR FREIGHT — SHIPPER'S RECEIPT

**FOR INFORMATION VISIT** www.pilotair.com

P.O. BOX 97 • LIMA, PA 19037-0097
1-800-HI-PILOT

SHIPMENT # 017741174

DATE: 11/1/02
ORIGIN: IND

**PILOT ACCOUNT NO.:** 0095406
**SHIPPER'S REFERENCE NO.:** 071802-12   CRATE #7

**FROM:**
AIR SYSTEMS ENG
5142 E 65TH ST
INDIANAPOLIS, IN 46220
PHONE: 317-842-7888

SHIPPER'S AUTHORIZATION (SIGNATURE): Scott

**THIRD PARTY COMPANY:**
SUROS SURGICAL SYSTEMS, INC.
2502 ANGOLA STE 3
INDIANAPOLIS, IN 46268
PILOT 3RD PARTY ACCT: 0095337
3RD PARTY PHONE: 877-887-8767

**TO:**
SHERATON CHICAGO HOTEL & TOWERS
ATTN: MARRISA of Suros Surg @ LynnSage Cancer (847) 681-0693
301 EAST NORTH WATER STREET
LYNN SAGE Breast Cancer Syposium
CHICAGO, IL 60611

**DECLARED VALUE:** $750.00

**PAYMENT:** 3RD PARTY (X)

| PIECES | DESCRIPTION | ACTUAL WEIGHT | DIMENSIONS (L W H) | DIM WEIGHT | RATE SCHEDULE | CHARGE(S) |
|---|---|---|---|---|---|---|
| 1 | CRATE (EMPTY) | 175# | | | | |

**SPECIAL INSTRUCTIONS:** Arrive 11/4/02

**SERVICES:** NEXT DAY AM ☒

**PROOF OF DELIVERY REQUIRED**

RECEIVED BY PILOT AIR FREIGHT: [signature]
DATE: 11/1/02  TIME: 15:50

017741174   3031 (Rev. 10/00)   QDOC 4.9.90/3

---

FAXED

ATTN: MIKE COX
THIS EMPTY CRATE (#7) SHIPPED OUT TODAY 11/1/02 TO CHICAGO TO PUT 071802-12 INTO!

# Console Release Form

DATE: 10/30/02

| | |
|---|---|
| To: | Pilot Customer Service |
| Phone: | (317) 856-7636 |
| Fax: | (317) 856-1160 |

| | |
|---|---|
| To: | Air Systems Engineering |
| Phone: | (317) 842-7888 |
| Fax: | (317) 842-7980 |

**RE: Shipping Instructions:** Sarah Koppy will pickup console S/N# 071802-12

1) Pick Up:  Air Systems Engineering
             5142 E. 65th Street
             Indianapolis, IN 46220
             Ph# (317) 842-7888

**SPECIAL INSTRUCTIONS:** Sarah Koppy is driving console S/N# 071802-12

2) Ship to:  Lynn Sage Breast Cancer Syposium
             301 East North Water Street
             Chicago, IL 60611
             Ph# (312) 464-1000

S/N- 071802-12

Released By: Mike Cox

Arrival date: 10/31/02
Request date: 10/30/02

If you have any questions, please contact Mike Cox at (317) 334-1040. Pilot, please provide me with a tracking number and expected time and date of delivery. Our fax number is (317) 334-1085 or you may email it to mcox@surossurgical.com and dtaylor@surossurgical.com. Remember these instructions are vital for everyone involved.

*Picked Up By Sarah Koppy 10/30/02*

# PILOT® AIR FREIGHT

FOR INFORMATION VISIT www.pilotair.com
P.O. BOX 97 • LIMA, PA 19037-0097
1-800-HI-PILOT

SHIPMENT# 0104626653

SHIPPER'S REFERENCE NO. (WILL APPEAR ON INVOICE): 041002-1

CONSIGNEE'S REFERENCE NO. (WILL APPEAR ON INVOICE): PLEASE PROVIDE PHONE # 630-208-3971

3RD PARTY: XX

DATE: 4/19/02
ORIGIN: IND
PILOT ACCOUNT NO.: 0095406

**FROM:**
COMPANY NAME: AIR SYSTEMS ENG
ATTENTION: 
STREET ADDRESS: 5142 E 65TH ST
CITY: INDIANAPOLIS, IN
PHONE: 317-842-7888
ZIP: 46220

**TO:**
COMPANY NAME: DELNOR HOSPITAL
ATTENTION: JODY LANE
STREET ADDRESS: 300 RANDALL RD.
CITY: GENEVA STATE: IL
ZIP: 60134

THIRD PARTY COMPANY NAME: SUROS SURGICAL SYSTEMS, INC.
ADDRESS: 9502 ANGOLA STE 3
INDIANAPOLIS, IN 46268

PILOT 3RD PARTY ACCT NO.: 0095337
3RD PARTY PHONE NO.: 877-887-8767

DECLARED VALUE: $.00

PIECES: 1
DESCRIPTION: SKID PNEUMATIC COMPRESSOR
ACTUAL WEIGHT: 255#

SPECIAL INSTRUCTIONS:
- [ ] PLATINUM GUARANTEE
- [ ] SATURDAY DELIVERY
- [ ] C.O.D.
- [ ] OTHER
- [ ] PROOF OF DELIVERY REQUIRED
- [ ] CONTAINS DANGEROUS GOODS
- [ ] HOLD AT AIRPORT FOR PICK-UP
- [ ] CONVENTION
- [ ] GBL

SERVICES:
- [ ] NEXT DAY AM
- [ ] NEXT DAY PM
- [ ] OTHER
- [ ] TWO DAY
- [ ] THREE DAY
- [ ] ECONOMY
- [ ] FIRST FLIGHT SERVICE

PREPAID / COLLECT

CHARGE(S): PICK-UP, TRANSFER, DELIVERY, BEYOND, OTHER, EXCESS VALUE, SHIPPER'S C.O.D., C.O.D. FEE

TOTAL CHARGES (U.S. FUNDS): $

0104626653

QDOC 4.9.90/3
3031 (Rev. 10/00)
SHIPPER'S RECEIPT

instructions are vital for everyone involved.