PROVISIONAL PATENT APPLICATION

of

JEFFREY SCHWINDT

for

PNEUMATIC CIRCUIT

Attorney Docket 15452-68452

Attorneys:
Christopher E. Haigh, 46,377
BARNES & THORNBURG
11 South Meridian Street
Indianapolis, Indiana 4620

INDS02 CEH 437261v1

15452-68452

-1-

## PNEUMATIC CIRCUIT

### BACKGROUND

The present invention relates to a pneumatic circuit, and particularly to a
pneumatic circuit for use in the operation of an at least partially air-powered tool.  More
particularly, the present invention relates to a pneumatic circuit useful in the pneumatic
operation of a medical device.

### SUMMARY

According to the disclosure, a pneumatic circuit is configured to operate a
medical device.  The medical device is illustratively used to cut away breast tissue and
pneumatically suction the tissue into a receiving canister for eventual analysis.  A pinch valve
is provided for controlling a saline supply.

Additional features of the disclosure will become apparent to those skilled in
the art upon consideration of the following detailed description of preferred embodiments
exemplifying the best mode of carrying out the invention as presently perceived.

### BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description particularly refers to the accompanying figures in
which:

Fig. 1 is a top perspective picture of a Breast Biopsy System having a hand
wand, the Biopsy System including a pneumatic circuit internally, the circuit configured to
operate the Biopsy System and hand wand;

Fig. 2 is a perspective picture of the system shown in Fig. 1;

Fig. 3 is a picture of an air compressor shown upside down with tie-down rails
and springs attached;

15452-68452

-2-

Fig. 4 is a picture of the compressor of Fig. 3, showing the compressor right side up with additional fittings;

Fig. 5 is a picture of a vacuum pump shown upside down with a tie-down rail and springs;

Fig. 6 is a picture of the compressor of Figs. 3 and 4 and the vacuum pump of Fig. 5 both installed in a console;

Fig. 7 is a picture of a console mounting panel showing manifold subassemblies, a filter subassembly, and a terminal block subassembly mounted on the mounting panel;

Fig. 8 is a picture of the base of the console showing the mounting panel mounted in the console;

Fig. 9 is a picture from the top of the base of the console of Fig. 8;

Fig. 10 is a picture from the front of the open console similar to that of Fig. 8, showing the compressor and vacuum pump mounted in the lower portion of the base of the console and showing other components of the pneumatic circuit mounted in the upper portion of the base;

Fig. 11 is a picture of water evaporation subassembly;

Fig. 12 is a picture showing the foot switch on the left side prior to attachment of tubing, and showing the foot switch on the right side after the attachment of tubing;

Fig. 13 is a picture of the terminal block subassembly;

Fig. 14 is a picture of the manifolds configured to route the pneumatic tubing within the console;

Fig. 15 is a schematic representation of the pneumatic circuit elements;

Fig. 16 is a schematic representation of a portion of the pneumatic circuit;

Fig. 17 is another schematic representation of a portion of the pneumatic circuit;

15452-68452

-3-

Fig. 18 shows specification drawings for the console;

Fig. 19 shows specification drawings for other components associated with the console;

Fig. 20 shows the configuration of the manifolds with relation to the console as well as the filters and connection points;

Fig. 21 is a diagrammatic representation of the manifolds showing the ports and internal passageways associated with the manifolds;

Fig. 22 shows specification drawings for the pinch valve;

Fig. 22A shows a top view of the pinch valve of Fig. 22;

Fig. 22B shows a front elevational view of the pinch valve shown in Figs. 22 and 22A.

Fig. 23 shows specification drawings for the gasket;

Fig. 24 shows specification drawings for the canister bracket;

Fig. 25 shows specification drawings for the standoff component;

Fig. 26 shows specification drawings for the foot switch holder;

Fig. 27 shows specification drawings for the valve bracket;

Fig. 28 shows specification drawings for the tie-down rails;

Figs. 29-33 show the test equipment used in testing certain elements in the pneumatic circuit in various stages of the test; and

Fig. 34 shows a parts listing of the various parts used in the construction of the Breast Biopsy System.


DETAILED DESCRIPTION OF THE DRAWINGS

One embodiment of the present disclosure is shown in Figs. 1 and 2 in the form of a Breast Biopsy System 2 having a hand wand 4. Biopsy System 2 illustratively includes a console 6 having an access door 8 and a control panel 9 positioned toward the top

15452-68452

-4-

of the console 6. The Biopsy System 2 includes an internal pneumatic circuit 10 (shown in Fig. 7 and schematically in Fig. 15) that is configured to operate the Biopsy System 2 and hand wand 4, as will be discussed in more detail below.

Figs. 3 and 4 show pictures of an air compressor 11 having tie-down rails 13 and springs 15 attached thereto. Fittings 17 are coupled to the top of air compressor 11 as shown in Fig. 4, and air compressor 11 is illustratively mounted in the rear of the base of console 6 as shown in Fig. 6.

A vacuum pump 19 is shown upside-down in Fig. 5, the vacuum pump having a tie-down rail and springs 23. Fig. 6 shows the placement of vacuum pump 19 relative to air compressor 11 in the front of console 6.

Fig. 7 is a picture of a console mounting panel 25 showing manifold subassemblies 27, 29, a filter subassembly 31, and a terminal block subassembly 33 mounted on the mounting panel 25. Figs. 8 and 9 show the console mounting panel 25 mounted in the base of console 6. Compressor 11 and vacuum pump 19 are not installed in the illustrative Figs. 8 and 9.

Console 6 is shown in Fig. 10 to have compressor 11 and vacuum pump 19 mounted in the base of console 6 while other components of pneumatic circuit 10 including console mounting panel 25 are mounted in the upper portion of console 6. Shelf 35 is mounted to divide console mounting panel 25 from compressor 11 and vacuum pump 19. Additionally, soundproofing material 37 is positioned to surround compressor 11 and vacuum pump 19.

Fig. 11 shows a water evaporation subassembly 39 prior to installation in pneumatic circuit 10. Water evaporation subassembly 39 includes a filter 41, relief regulator 43, and permeable exhaust member 45. Filter 41 is configured to direct condensation toward permeable exhaust member 45, which in turn dissipates the condensation into the atmosphere. The schematic representation of water evaporation subassembly 39 can be seen in Fig. 16.

15452-68452

-5-

Fig. 12 is a picture showing the foot switch 16 on the left side prior to attachment of tubing, and showing the foot switch 16 on the right side after the attachment of tubing. Fig. 13 is a picture of the terminal block subassembly 33 prior to installation on the console mounting panel 25, shown in Fig. 7.

5        Custom designed manifolds 47, 49, pictured in Fig. 14, are configured to route the pneumatic tubing (not shown in Fig. 14, but viewable in Fig. 7) within the console. Schematics for manifolds 47, 49 can be seen in Figs. 20 and 21.

Fig. 15 illustrates the schematic of the illustrative pneumatic circuit 10. Pneumatic circuit 10 includes a first sequence loop 12 (approximated as the elements within the broken lines) and a second sequence loop 14 (outside the broken lines). First sequence loop 12 is initiated with either a foot switch 16, a remote pushbutton 18, or a panel pushbutton 18A. Sensor 20 senses pressurization and permits passage of pressurized gas through path 22 when foot switch 16, pushbutton 18, or pushbutton 18A is actuated, or any combination thereof. The pressurized gas shifts the vacuum valve 48, creating vacuum in the canister 28. The vacuum sensor 30 will pass a signal when the vacuum level reaches 20" Hg vacuum. The pressurized signals from components 30, 22 pass through the "and" gate 50 and latch relay 24, which in turn signals cutter cylinder 26 to retract to a non-extended position. When cutter cylinder 26 is retracted into the non-extended position, pressurized gas is delivered to medical device 70 (designated as an air motor) or any other device capable of using pressurized gas. Illustratively, medical device 70 is hand wand 4, discussed above.

Pressurized gas to medical device 70 is joined by a saline supply (used to foster the flow of biological material removed by the medical device 70 to collection canister 28). The saline supply is controlled by pinch valve 72.

Collection canister 28 collects biological material from the medical device 70 during the medical procedure using vacuum pressure. Saline is also collected in this manner. If the vacuum pressure fails, such failure is sensed by vacuum switch 30, and the cycle stops.

15452-68452

-6-

Otherwise, pressurized gas continues to be delivered for a period of time determined by timing circuit 32. Timing circuit 32 incorporates a restricted orifice that fills volume chamber 34 with gas and eventually signals valve 36 to turn on the pressurized gas to the medical device 70. Cutter cylinder 26 is then advanced at a rate controlled by timing circuit

5  38 until it reaches the original extended position. Pressure sensor 50 senses gas pressure in the cutter cylinder and trips at 24 psi, indicating the end of the stroke, and causes an audible momentary signal 54, which also resets latch relay 24, and turns off device 70. If signal 22 is still present, the relay 24 will not reset and the process will automatically repeat. If the process repeats the audible tone has a shorter duration than if it resets.

10      The setup switch 44 allows the operator to load the saline tube into the pinch valve 72 and primes the medical device by actuating, in parallel, the cutter cylinder 26 retracts, saline pinch valve 72 opens, vacuum valve 48 opens. While in this mode, signals from 22 are ignored, inhibiting a cycle start condition. Aspiration switch 40 inhibits a cycle start condition and causes cylinder 26 to retract, if signal 22 is present the vacuum valve 48

15  shifts creating vacuum in the canister and the medical device.

Pneumatic circuit 10 operates in substantially the following fashion. Air compressor 11 is turned on and creates air pressure and flow. The compression process creates heat and condenses the humidity in the air. At such a point, condensed water is in gaseous state. The hot moist air is then passed through a fan-driven air-to-air heat exchanger

20  cooling the air and changing the water to a liquid state. The cooled air is then passed into a coalescing filter where the water is captured in the filter media and drips into the bottom of the filter bowl. The filtered air then continues out to feed the control circuit.

The compressor runs continuously. If pressure is sensed by the relief regulator of greater than the set point of 70 PSI, it will continuously vent the excess pressure. If the

25  system is on and not in cycle, 99% of the compressor flow rate will vent out of the relief

15452-68452

-7-

regulator. While the system is cycling the medical device, approximately 40% of the system capability will continuously flow through the relief regulator.

The water that is collected in the bottom of the filter bowl is dissipated with water evaporation subassembly 39. Water passes from the filter 41 through the relief regulator 43 and into the base of the permeable exhaust member 45. The exhaust member 45 acts as a wick, drawing the fluid up the media. The flow rate through the exhaust member 45 and the large "wick" surface area cause the liquid water to evaporate into a gas state. The flow rate through the enclosure caused by the heat exchanger fans removes the water vapor from the cabinet, thus eliminating the need to collect water and drain it from the system.

The pneumatic circuit components are mounted to custom aluminum manifolds 47, 49 minimizing the use of fittings and keeping the system compact. The components are "sub-base" style versions of the component allowing for ease of replacement. Each component that needs adjusted is bench tested and set to the specified level using certified fixtures.

Console 6 is designed to isolate the noise and heat created by compressor 11 and vacuum pump 19. Design specifications for console 6 can be seen in Figs. 18 and 19. These items are isolated by shelf 35 that divides the cabinet into two sections. The lower section contains the spring-mounted pumps 11, 19, soundproofing material 37, and fans to isolate vibration, heat, and noise.

As shown in various views in Figs. 22, 22A, and 22B, pinch valve 72 includes a retainer comprised of a central catch 74 and opposing catches 76, 78. See also a picture of pinch valve 72 in Fig. 1. Silicone tubing 80 is bent into a configuration as shown in broken lines, and pushed between central catch 74 and opposing catches 76, 78. When pulled taut, silicone tubing 80 assumes a substantially straight configuration and is disposed under cantilevered portion 82 of central catch 74, and cantilevered portions 84, 86 of opposing

15452-68452

-8-

catches 76, 78 respectively, as shown in Fig. 22A. Such a configuration secures the silicone tubing 80 and prevents accidental removal of silicone tubing 80 from pinch valve 72.

Pneumatically actuated stopper 88, shown diagrammatically in Fig. 22B, moves a piston 90 between a stopped position (shown in broken lines) and a flow position.
5    The default position is the stopped position, stopping the flow of fluid through the silicone tubing 80.

The test module 92 for testing Airtrol electric pressure switch 120 (as shown in Figs. 10 and 15), model number F-4200-60-MM, can be seen in Figs. 29-33. The switch 120 is placed on test module 92 and clamped in place, as seen in Fig. 29. A red jumper 94 is
10   connected to the normally open (N.O.) terminal 98 of switch 120. Black jumper 96 is connected to COM terminal 100. A plugged union fitting 102 is connected to an end of natural colored tube 104. With an air supply to test module 92 turned on, 2-position detented button 122 is pulled out and pressure observed. It is further observed when green indicator light 106 turns on. If green indicator light 106 does not turn on at 20 psi +/- 0.5 psi, then
15   button 122 should be pushed back in and adjustments made to switch 120, and testing done again. After the proper target pressure is obtained, a green dot sticker 108 is placed over the adjustment screw.

Another test procedure for test module 92 is shown in Figs. 30 and 31. In such a procedure, Airtrol pneumatic pressure switch 120' (model number PP-701-30-MM) is
20   tested. Red tube 109 is connected to output port 110. Natural tube 104 is connected to input port 112. With an air supply to test module 92 turned on, button 122 is pulled out and pressure at which large green light 114 comes on is observed. If large green light 114 does not turn on at 24 psi +/- 0.5 psi, then button 122 should be pushed back in and adjustments made to switch 120', and testing done again. After the proper target pressure is obtained, a
25   green dot sticker 108 is placed over the adjustment screw.

15452-68452

-9-

Yet another test module 92' for testing various regulators is shown in Figs. 32 and 33. This test module 92' is illustratively used for the Cutter cylinder regulator 124 (model R4, R01-10 w/ 60 psi gauge), the air motor regulator 126 (model R2, R01-12 w/60 psi gauge), and the main regulator 128 (model R1, R01-12 w/ 160 psi gauge). The regulators are illustrated schematically in Figs. 15 and 16, and on diagrammatic views of the manifolds in Figs. 20 and 21. During testing, the tested regulator 124, 126, 128 should be set for the appropriate target pressure (60 psi, 60 psi, and 160 psi, respectively). Next, two O-rings 116 (seen in Fig. 32) should be installed in the bottom of the tested regulator. The regulator 124, 126, 128 is then placed on the test module 92' aligning the locating pin and locating hole found on the test module and regulator. Regulator 124, 126, 128 is then clamped in place.

Target pressures during testing of regulators 124, 126, 128 varies depending on the regulator. Model R4 is targeted for 30 psi, rising. Model R2 is targeted for 40 psi, rising. Model R1 is targeted for 60 psi, rising. Once pressure is dialed in to the appropriate target, the regulator nut is tightened to prevent knob movement and a permanent marker is used to mark the needle position of the regulator gauge. Finally, a green dot is placed in the center of the gauge face.

The present disclosure relates to one or more of the following features, elements or combinations thereof:

1.    A pneumatic control system for use with a suction biopsy device;

2.    Such a suction biopsy device having a needle for insertion into a body to a point proximal to a mass to be examined;

3.    Such a needle having a rotating cutter device housed within;

4.    Such a suction biopsy device further providing a rinse for assisting in the removal of the mass to be examined;

5.    Such a suction biopsy device further providing a suction for assisting in the removal of the mass to be examined;

15452-68452

-10-

6.    Such a control system having an absence of electrical circuitry configured to control the operation of the suction biopsy device;

7.    Such a control system requiring electrical power only for the compressor and the vacuum;

8.    Such a control system including a pinch valve;

9.    Such a pinch valve being configured to provide for non-slip line attachment;

10.    Such a pinch valve having a central catch and two opposing catches;

11.    Such a pinch valve having a piston positioned to cooperate with the central catch to reduce the flow of fluid through the line;

12.    Such a piston being controlled pneumatically;

13.    Such a control system including a water evaporation assembly;

14.    Such a water evaporation assembly including a filter;

15.    Such a water evaporation assembly including a relief regulator;

16.    Such a water evaporation assembly including a permeable exhaust member;

17.    Such a permeable exhaust member being positioned to point upwardly;

18.    Such a permeable exhaust member absorbing moisture directed toward the water evaporation assembly and dissipating the moisture into the environment;

19.    Such a permeable exhaust member causing the dissipated moisture to evaporate as it is dissipated;

20.    Such a control system being configured to drive a cutter blade connected to the biopsy device;

21.    Such a control system being configured to move the cutter blade from a recessed position to an extended position;

22.    Such a control system being configured to cycle the cutter between the recessed position and the extended position at a predetermined cycle rate;

15452-68452

-11-

23.    Such a control system being configured to respond to user commands when determining whether to continue to cycle;

24.    Such a suction biopsy device including a pneumatically driven motor configured to rotate the cutter;

5    25.    Such a suction biopsy device including a pneumatically driven piston configured to move the cutter between the recessed position and the extended position;

26.    Such a control system delivering pressurized gas to the pneumatic motor;

27.    Such a control system being configured to deliver a saline supply to the needle;

28.    Such a control system being configured to provide suction to assist in removing the mass from the body during a surgical procedure;

10

29.    Such a control system being configured to run continually but have cyclical elements responding to the continual operation.

While the disclosure is susceptible to various modifications and alternative forms, specific exemplary embodiments thereof have been shown by way of example in the

15    drawings and have herein been described in detail.  It should be understood, however, that there is no intent to limit the disclosure to the particular forms disclosed, but on the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the disclosure as defined by the appended claims.

A plurality of advantages arises from the various features of the present

20    disclosure.  It will be noted that alternative embodiments of various components of the disclosure may not include all of the features described yet still benefit from at least some of the advantages of such features.  Those of ordinary skill in the art may readily devise their own implementations of a pneumatic circuit that incorporate one or more of the features of the present disclosure and fall within the spirit and scope of the disclosure.

# ABSTRACT OF DISCLOSURE

A pneumatic circuit and other components are provided for the operation of a
medical device. The pneumatic circuit provides controlled pressurized air to a
medical device for use during a medical procedure.



Fig. 1



Fig. 2



FIG. 3

Compressor, with tie-down rails and springs attached.



FIG. 4

Compressor, with added fittings shown.



FIG. 5

Vacuum Pump, with tie-down rail, springs, and fittings assembled.



FIG. 6

Compressor, vacuum pump mounted in console.



FIG. 7

Manifold sub-assemblies, Filter sub-assembly, Terminal block sub-assembly mounted and plumbed on console mounting panel.



FIG. 8

Front view. mounting panel assembly mounted in console.



FIG. 9

Top view, mounting panel assembly mounted in console.



FIG. 10

Console Front View, showing assembly of all internal components and sub-assemblies.





FIG. 12

Foot switch, before and after attachment/assembly of tubing.

FIG. 13

Terminal Block Sub-assembly



FIG. 14
Special Design Manifolds



Fig. 15



fig. 16



Fig. 17





Fig. 8

Fig. 19



Fig. 20



Fig. 2

124

126

128

TAP 6-32, 5200 DEEP

CLEAR ANODIZED
(1) PAIR PER SYSTEM

AIR SYSTEM ENGINEERING, INC.
MANIFOLDS
DO NOT SCALE

DATE   ECO No.

DESCRIPTION



MODIFY TO ACCEPT 1" LONG SPRING
MCMASTER #9657K56
PRELOAD WITH .200 COMPRESSION OF THE SPRING

CHANGE
MAKE A POCKET IN THE END CAP TO
CAPTURE THE END OF
THE SPRING AND A
COUNTERSINK TO KEEP
THE SPRING FROM
BEING PINCHED BETWEEN
THE PISTON AND THE END CAP

() BLACK ANODIZED
() CLEAR ANODIZED
PER SYSTEM

DO NOT SCALE

PINCH VALVE

AIR SYSTEMS ENGINEERING, INC.

COB740352'0450505



Fig. 22A



Fig. 22B

(1) REQUIRED PER SYSTEM

Fig. 23



DO NOT SCALE

ASE
AIR SYSTEMS ENGINEERING, INC.

GASKET

Fig. 24



Material: 6061 Alum.

0.2115
0.385
0.750
1.150
1.565
0.630
0.250
0.466
Ream Thru .25
2.130
2.440
0.938
Tap 10-24

REFERENCE & RELATED DWGS

ASSY #

CAD #　CAD FILE #

NAME
Machine Inductor Bracket

DRAWING NUMBER
05E901C31

REV
A

SHEET　OF

CONFIDENTIAL
© JWS Machine, Inc.
Brook, WI USA
ALL RIGHTS RESERVED

● - CRITICAL DIMENSIONS
● - MAJOR DIMENSIONS
● - KEY CONTROL DIMENSION

4. THREADS, ANSI'B, SOCKETS, etc. TO CONFORM
   TO APPROPRIATE STANDARDS (ANSI, IS, SAE, etc.)
3. PART MUST BE FREE OF OIL, GREASE, BURRS.
2. DIMENSIONS & UNLESS OTHERWISE SPECIFIED.
   SURFACE FINISH MACHINED SURFACES 125 RMS MAX.
1. BREAK SHARP EDGES .01 MAX.

TOLERANCES:
XX=±.01
XXX=±.005
ETC. XXXX=±.0005

△ =45° CHAMFERS, ETC.
=1° OTHERWISE

DO NOT SCALE

ASE
AMP SYSTEMS ENGINEERING, INC.

REV　DESCRIPTION　DATE　ECO No.

STAINLESS STEEL
(2) REQUIRED PER SYSTEM

Ø1.250
0.250

Tap ⅜-18 x .75dp.

4.000

0.250

0.500

1.000

0.250

Ø1.250

0.750

0.125

⅜-18

Material: 304 S.S.

Machine Inc.

NAME
Standoff

TOLERANCES:

4. THREADS, KEYS, SOCKETS, etc. TO CONFORM
TO APPROPRIATE STANDARD CANSI, SI, SAE, etc.)
3. PART MUST BE FREE OF ALL GREASE, BURRS,
CONTAMINANTS & SURFACE IMPERFECTIONS
2. SURFACE FINISH, MACHINED SURFACES 125 RMS MAX.
1. BREAK SHARP EDGES .01 MAX.

● = CRITICAL DIMENSION
● = MAJOR DIMENSION
● = KEY CONTROL DIMENSION

CONFIDENTIAL
© JWS Machine, Inc.
Bend, IN USA
ALL RIGHTS RESERVED

Fig. 25

DO NOT SCALE

AIR SYSTEMS ENGINEERING, INC.

Fig. 26

BLACK ANODIZED
(1) REQUIRED PER SYSTEM

0.750
0.385

5.750
5.300
3.000
TAP 1/4-20
R2.650
R2.875
1.500
1.500
6.000
6.000

DO NOT SCALE
AIR SYSTEMS ENGINEERING, INC.

Fig. 27

Ø0.156(TYP 2 PLACES)

Ø0.750(TYP 2 PLACES)

0.188" THICK ALUMINUM
CLEAR ANODIZED
BREAK CORNERS
(1) REQUIRED PER SYSTEM

2.000

0.250

1.875

2.500

1.000

0.625

2.000

DO NOT SCALE

A S E
AIR SYSTEM ENGINEERING, INC.

VALVE BRACKET

Fig. 28

0.200

0.375

9.250

8.000

1.250

0.375

0.375

Ø0.266 THRU HOLE

TAP 1/4-20, THRU

8.625

4.625

0.625

Ø0.266 THRU HOLE

BLACK OXIDE STEEL
(2) REQUIRED PER SYSTEM

DO NOT SCALE

COMP BRACKET

ASE

AIR SYSTEM ENGINEERING, INC.

NO    VENDER PART NAME / NO    QTY.

REV    DESCRIPTION    DATE    ECO No



Fig. 29



Fig. 30



Fig. 51



Fig. 32

116



Fig. 33

Fig. 34

# Kit List

Date:    03/23/02
Page No:  1

ASE-1420-C CONTROL SYSTEM

| Part Name-# | Description | Quantity |
|---|---|---|
| fvs-361 | F-A FVS-361 SPECIAL 18SP-4 | 3 |
| fvs-362 | F-A FVS-362 SPECIAL 18DP-3 | 3 |
| nv-55 | FABCO NV-55 NEEDLE VALVE | 2 |
| 1020 | F-A  1020 COUPLER | 2 |
| mcd-1204 | CPC MCD-1204 COUPLER | 2 |
| zb2-bd2 | T-E  ZB2-BD2 BLK SELECTR SWITC | 2 |
| zb2-bz009 | T-E ZB2-BZ009 MTG. RING | 2 |
| pxb-b1911 | T-E PXB-B1911 CONTACT BLOCK | 3 |
| pxb-b1921 | T-E PXB-B1921 NP CONTACT BLK | 2 |
| pxv-ml131 | T-E PXV-M131 GREEN INDICATOR | 1 |
| plm-a10 | T-E PLM-A10 MEMORY RELAY | 1 |
| pll-c10 | T-E PLL-C10 "AND" GATE | 1 |
| pln-c10 | T-E PLN-C10 NOT RELAY | 1 |
| plk-c10 | T-E PLK-C10 "OR" GATE | 6 |
| lfpul10/0.5 | T-E LFPUL10/0.5 PULSE VALVE | 1 |
| plk-a11 | T-E PLK-A11 "OR" ELEMENT | 1 |
| f-4200-60-mm | A-T F-4200-60-MM PRESSURE SWTH | 1 |
| vp-701-30-mm | A-T VP-701-30-MM SWITCH | 1 |
| pp-701-30-mm | A-T PP-701-30-MM SWITCH | 1 |
| f-05-062 | A-T F-05-062 FILTER | 1 |
| k2-202e-n | RECTUS K2-202E-N COUPLER | 2 |
| k2-2072e-n | RECTUS K2-2072E-N COUPLER | 2 |
| n3-202e-m-n | RECTUS N3-202E-M-N PLUG | 2 |
| 20sfaw10mxns | RECTUS 20SFAW10MXNS | 2 |
| 88050-04 | ALPHA 88050-04 BULKHEAD CON. | 1 |
| 88800-53 | ALPHA 88800-53 CARTRIDGE | 38 |
| 88800-04 | ALPHA 88800-04 CARTRIDGE | 8 |
| 88000-53-02 | ALPHA 88000-53-02 STRT.ML.CON. | 1 |
| 88115-53-32 | ALPHA 88115-53-32 ML.SVL.ELBW. | 6 |
| 88110-04-02 | ALPHA 88110-04-02 ML.SVL.ELBW. | 2 |
| 88215-53-32 | ALPHA 88215-53-32 SWV BRCH TEE | 5 |
| 88700-04-53 | ALPHA 88700-04-53 REDUCER | 6 |
| 88310-53 | ALPHA 88310-53 UNION Y | 10 |
| 88310-04 | ALPHA 88310-04 UNION Y | 2 |
| 88230-53 | ALPHA 88230-53 UNION TEE | 3 |
| 88230-04 | ALPHA 88230-04 UNION TEE | 5 |
| 88040-04 | ALPHA 88040-04 UNION CON. | 2 |
| 88020-53-32 | ALPHA 88020-53-32 STRT.ML.CON. | 2 |
| a19840 | F-W A19840 SPECIAL ASSEMBLY | 15 |
| bm-18 | ADSEN BM-18 MUFFLER | 7 |
| bm-08 | ADSEN BM-08 MUFFLER | 2 |
| 5-arsr-1.0 | L-A .75-ARSR-1.0 CYLINDER | 1 |
| r01-12a-k | M-I R01-12A-K REGULATOR | 2 |
| r01-10a-k | M-I R01-10A-K REGULATOR | 1 |
| 11708 | M-I 11708 ADAPTER | 3 |

(Continued on following page)

Fig - 34 (continued)

# Kit List

Date:      03/23/02
Page No:   2

ASE-1420-C CONTROL SYSTEM

| Part Name-# | Description | Quantity |
|---|---|---|
| 204-2209-2 | M-I 204-2209-2 FILTER | 1 |
| 104-3101-2 | M-I 104-3101-2 RELIEF REG. | 1 |
| cds-4p-004d | D-F CDS-4P-004D GAUGE | 2 |
| cds-4p-010d | D-F CDS-4P-010D GAUGE | 2 |
| 122a-2x2 | ALKON 122A-2X2 1/8" HEX NIPPLE | 3 |
| 100a-2 | ALKON 100A-2 1/8" UNION ELBOW | 3 |
| plj-1/4" | PISCO PLJ-1/4" ELBOW | 3 |
| mcv-1 | CLIPPARD MCV-1 VALVE | 2 |
| 5a708 | GRAINGER 5A708 RELIEF VALVE | 1 |
| al445 | GAST AL445 MUFFLER | 1 |
| 0353-6-6 | PARKER 0353-6-6 BULKHEAD | 1 |
| 0253-4-6 | PARKER 0253-4-6 BULKHEAD | 1 |
| 2303-6-6 | PARKER 2303-6-6 ELBOW | 1 |
| 2103-4-6 | PARKER 2103-4-6 ELBOW | 2 |
| 2203-4-6 | PARKER 2203-4-6 ELBOW | 1 |
| 919-0639-6-6-6 | PARKER 919-0639-6-6-6-10" | 1 |
| 919-0606-6-6-6 | PARKER 919-0606-6-6-6-14" | 1 |
| 919-0606-6-6-6- | PARKER 919-0606-6-6-6-19" | 1 |
| 3p-30a2-s | L-M 3P-30A2-S FOOT SWITCH | 1 |
| g.75x2whg | PANDUIT G.75X2WHG DUCT | 5 |
| c.75whg | PANDUIT C.75WHG COVER | 5 |
| cc072x38x1s | L-S CC072X38X1S SPRING | 8 |
| 5692t24 | M-C 5692T24 FOAM | 4 |
| 91843a118 | M-C 91843A118 ROUND NUT | 1 |
| 93505a850-6/32 | M-C 93505A850-6/32 STAND OFF | 2 |
| 6120g1an | LYTRON 6120G1AN HEAT EXCHANGER | 1 |
| 11845a11 | M-C 11845A11 HOOK | 1 |
| 81f8103 | NEWARK 81F8103 FAN | 5 |
| 81f2738 | N-W 81F2738 GUARD | 5 |
| 81f2747 | N-W 81F2747 POWER CORD | 5 |
| 64f276 | N-W 64F276 SIGNAL | 1 |
| 16f9371 | N-E 16F9371 10 AMP FILTER | 1 |
| a2207-11 | AIC A2207-11 ENTRY MODULE | 1 |
| 800em-1fa3 | A-B 800EM-LFA3 OPERATOR | 1 |
| 800e-2dl5g | A-B 800E-2DL5G MODULE | 1 |
| 800e-2x10 | A-B 800E-2X10 CONTACT | 2 |
| 3p. | H-P  3P AIR VALVE | 1 |
| 3822-03-5287 | SPARTAN 3822-03-5287 VALVE | 2 |
| ase-1420-c | ASE-1420-C CONTROL SYSTEM | 1 |

Fig. 34 (continued)

## ASE-1420 PARTS SUPPLIERS

| MANUFACTURER | ABBREVIATION | CITY, STATE | PARTS PROVIDED |
|---|---|---|---|
| FABCO-AIR | F-A | GAINESVILLE,FL | 3 & 4 WAY VALVES, NEEDLE VALVES |
| COLDER PRODUCTS | CPC | St. Paul, MN | HANDPIECE QUICK DISCONNECTS |
| TELEPNEUMATIC/PARKER | T-E | RICHLAND, MI | LOGIC COMPONENTS & FOOT SWITCH |
| AIRTROL | A-T | NEW BERLING, WI | PRESSURE & VACUUM SWITCHES |
| RECTUS/TEMA | RECTUS | SPARTA, NJ | FT SWITCH QUICK DISCONNECTS |
| ALPHA TECHNOLOGIES | ALPHA | FRANKLIN, TN | FITTINGS |
| FREELIN-WADE | F-W | MCMINNVILLE, OR | TUBING |
| ADSENS | ADSEN | CITY OF INDUSTRY,CA | MUFFLERS |
| LIN-ACT/PARKER | L-A | DES PLAINES, IL | VOLUME CHAMBER |
| MONNIER | M-I | ALGONAC, MI | REGULATORS AND FILTERS |
| DYNAMIC FLUID COMPONENTS | D-F | WEST UNION, SC | GAUGES |
| ALKON CORPORATION | ALKON | CHICAGO, IL | BRASS FITTINGS |
| CLIPPARD | CLIPPARD | CINCINNATI, OH | CHECK VALVES |
| GRAINGER | GRAINGER | INDIANAPOLIS, IN | RELIEF VALVE |
| GAST MFG | GAST | BENTON HARBOR, MI | PUMPS |
| PARKER FITTINGS | PARKER | WICKLIFFE, OH | HIGH TEMP HOSES |
| PANDUIT | PANDUIT | TINLEY PARK, OH | WIRE DUCT |
| LEE SPRING | L-S | BROOKLYN, NY | MOTOR MOUNTS |
| MCMASTER-CARR | M-C | CHICAGO, IL | ACOUSTICAL FOAM |
| LYTRON | LYTRON | BOSTON, MA | HEAT EXCHANGER |
| NEWARK ELECTRONICS | N-W | PALATINE, IL | FANS, BREAKER, POWER ENTRY, FILTER |
| ALLEN-BRADLEY/ROCKWELL | A-B | MILWAUKEE, WI | TERMINALS, ON/OFF SWITCH |
| SPARTAN SCIENTIFIC | SPARTAN | BOARDMAN, OH | DUMP VALVES |
| HUMPHREY PRODUCTS | H-P | KALAMAZOO, MI | TEST BUTTON VALVE |
| STANDARD CHANGE MAKERS | SCM | INDIANAPOLIS, IN | CABINET |
| JWS MACHINE | JWS | BRAZIL, IN | MANIFOLDS AND OTHER MACHINED PARTS |