IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tissue Extraction Devices, LLC | Civil Action No. 08 C 140 |
| Plaintiff, | |
| v. | Judge: Zagel |
| Suros Surgical Systems, Inc., and Hologic Inc. | |
| Defendants. | Jury Trial Demanded |

## EXHIBIT 23 TO PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER

Exhibit 23 is a video file that could not be electronically submitted. Therefore, Plaintiff will submit such file to the Clerk's Office directly.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: <u>April 8, 2008</u> | <u>/s/ Christopher E. Haigh</u><br>Christopher E. Haigh<br>IPADVISORS, INC.<br>2038 N. Clark, #105<br>Chicago, Illinois 60614<br>(312) 242-1685<br>(312) 277-9002 Facsimile |
| | <u>/s/ Geoffrey A. Baker</u><br>Geoffrey A. Baker<br>Illinois Bar No. 6236658<br>DOWELL BAKER, P.C.<br>229 Randolph Street<br>Oak Park, IL 60302<br>(708) 660-1413<br>(312) 873-4466 (facsimile) |
| | Attorneys for Plaintiff Tissue Extraction Devices, LLC |

1