# EXHIBIT G



home | theatrical division | lighting division | power division | oem & industrial | contact us

Indianapolis office | Fort Wayne office | Southern territory

home > contact us

## Contact Us - Indianapolis office

*Serving Indiana & Kentucky*

6850 N. Guion Road     Brad Hole, Operations Mgr., ext. 121, **bhole@cmbuck.com**

Indianapolis, IN 46268    Scheryl Mosley, Adm. Asst., ext. 102, **smosley@cmbuck.com**

Phone: (317) 293-5704

Toll Free: (800) 382-3961

Fax: (317) 293-0281

Email: **sales@cmbuck.com**

### POWER QUALITY TEAM

| | | | |
|---|---|---|---|
| Dan Hall | Sales Engineer / President | Ext. 122 | dhall@cmbuck.com |
| Phillip Kegerreis | Sales Engineer | Ext. 109 | pkegerreis@cmbuck.com |
| Torrie Jarabek | Project Manager | Ext. 103 | tjarabek@cmbuck.com |
| Nancy Badders | Project Manager | Ext. 112 | nbadders@cmbuck.com |

### OEM & INDUSTRIAL TEAM

| | | | |
|---|---|---|---|
| Karl Fancher | Sales Engineer/Division VP | Ext. 120 | kfancher@cmbuck.com |
| Terry Dobson | Sales Engineer | Ext. 113 | tdobson@cmbuck.com |
| Doug Dearing | Sales Engineer | Ext. 111 | ddearing@cmbuck.com |
| Nancy Badders | Project Manager | Ext. 112 | nbadders@cmbuck.com |

### LIGHTING TEAM

| | | | |
|---|---|---|---|
| David Simpson | Sales Engineer/Division VP | Ext. 107 | dsimpson@cmbuck.com |

| | | | |
|---|---|---|---|
| Rich Hall | Sales Engineer/Northern Office Manager | Ext. 116 | rhall@cmbuck.com |
| Kim Winship | Sales Engineer | Ext. 110 | kwinship@cmbuck.com |
| Michael Brubaker | Lighting Designer | Ext. 117 | mbrubaker@acdtheatrical.com |
| Theresa Ford | Project Manager | Ext. 118 | tford@acdtheatrical.com |
| Tammi Myers | Project Manager | Ext. 106 | tmyers@cmbuck.com |
| Mark Williamson | Sales Consultant | Ext. 101 | mwilliamson@acdtheatrical.com |
| Zach Proctor | Systems Technician | Ext. 114 | zproctor@acdtheatrical.com |

sales@cmbuck.com • (800) 382-3961 • 6850 N. Guion Road • Indianapolis, IN 46268
Ft. Wayne: (800) 453-4661 • Southern territory: (866) 738-4900
web site by http://www.danfinney.com/