# EXHIBIT H

Home

About Us

Contact JWS

Service List

Machines

Quality Control

## Machined parts

## Contact Us

Tony Davis, National Sales Manager
1851 Whisperwood Trail
Danville, Indiana 46122
Cell: 812-239-0165
Email: tdavis2229@yahoo.com

## For new account information, contact:

Lori Stark, Owner
Jeff Stark, CEO
Eric Stark, Gen. Manager
Phone: 812-442-0900
Fax: 812-442-1998
E-mail: jwsmach@aol.com

# JWS Machine Inc.

Incorporating High Precision CNC Machining Technology
12013 North County Road 200 West

Brazil, Indiana 47834


## JWS Management Team