# EXHIBIT I

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,422 | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | | |
| | Terminations | | 7,929 | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | | |
| | Pending | | 8,091 | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | | |
| | % Change in Total Filings | Over Last Year | 4.1 | | | | | | 27 | 2 |
| | | Over Earlier Years | | | -7.0 | -20.4 | -24.3 | -24.4 | 81 | 6 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | | 15.8 | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 382 | 367 | 412 | 481 | 505 | 506 | 62 | 4 |
| | | Civil | 346 | 330 | 369 | 437 | 461 | 459 | 36 | 3 |
| | | Criminal Felony | 24 | 26 | 34 | 32 | 38 | 39 | 93 | 7 |
| | | Supervised Release Hearings** | 12 | 11 | 9 | 12 | 6 | 8 | 77 | 6 |
| | Pending Cases | | 368 | 351 | 360 | 350 | 395 | 390 | 48 | 3 |
| | Weighted Filings** | | 462 | 443 | 485 | 512 | 526 | 525 | 39 | 3 |
| | Terminations | | 360 | 375 | 400 | 521 | 495 | 487 | 66 | 5 |
| | Trials Completed | | 11 | 11 | 13 | 12 | 12 | 14 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.7 | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 90 | 7 |
| | | Civil** | 6.2 | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 29.7 | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 65 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 456 | 500 | 388 | 337 | 442 | 461 | | |
| | | Percentage | 6.5 | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 65 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 45.20 | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | | |
| | | Percent Not Selected or Challenged | 31.8 | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7620 | 118 | 150 | 701 | 53 | 55 | 1504 | 902 | 563 | 428 | 1614 | 23 | 1509 |
| Criminal* | 527 | 1 | 152 | 59 | 43 | 107 | 80 | 13 | 6 | 17 | 11 | 11 | 27 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| INDIANA SOUTHERN | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 2,617 | 2,920 | 3,126 | 3,364 | 3,202 | 3,352 | | |
| | Terminations | 2,801 | 3,026 | 3,391 | 3,434 | 3,208 | 3,292 | | |
| | Pending | 2,340 | 2,587 | 2,686 | 2,955 | 3,022 | 3,039 | | |
| | % Change in Total Filings — Over Last Year | -10.4 | | | | | | 82 | 6 |
| | % Change in Total Filings — Over Earlier Years | | -16.3 | -22.2 | -18.3 | -21.9 | | 78 | 5 |
| | Number of Judgeships | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | Vacant Judgeship Months** | .0 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 523 | 585 | 625 | 673 | 641 | 670 | 19 | 1 |
| | FILINGS — Civil | 482 | 535 | 577 | 628 | 593 | 625 | 9 | 1 |
| | FILINGS — Criminal Felony | 35 | 44 | 43 | 39 | 42 | 40 | 83 | 6 |
| | FILINGS — Supervised Release Hearings** | 6 | 6 | 5 | 6 | 6 | 5 | 88 | 7 |
| | Pending Cases | 468 | 517 | 537 | 591 | 604 | 608 | 21 | 1 |
| | Weighted Filings** | 594 | 645 | 690 | 729 | 670 | 667 | 9 | 1 |
| | Terminations | 560 | 605 | 678 | 687 | 642 | 658 | 13 | 1 |
| | Trials Completed | 26 | 24 | 28 | 32 | 30 | 28 | 24 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 10.2 | 7.8 | 8.1 | 8.0 | 7.8 | 7.4 | 65 | 6 |
| | From Filing to Disposition — Civil** | 9.9 | 10.9 | 10.4 | 11.2 | 11.9 | 10.5 | 58 | 6 |
| | From Filing to Trial** (Civil Only) | 24.0 | 26.0 | 25.0 | 25.0 | 24.0 | 22.4 | 43 | 3 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 119 | 127 | 113 | 119 | 108 | 91 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 5.4 | 5.2 | 4.5 | 4.2 | 3.8 | 3.1 | 57 | 5 |
| | Average Number of Felony Defendants Filed Per Case | 2.0 | 1.9 | 1.7 | 1.8 | 1.6 | 1.6 | | |
| | Jurors — Avg. Present for Jury Selection | 40.38 | 39.97 | 33.17 | 33.19 | 34.47 | 29.72 | | |
| | Jurors — Percent Not Selected or Challenged | 25.0 | 31.5 | 28.5 | 23.5 | 23.1 | 26.7 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2411 | 129 | 88 | 659 | 26 | 35 | 222 | 277 | 162 | 71 | 554 | 5 | 183 |
| Criminal* | 173 | 3 | 59 | 7 | 37 | 25 | 2 | 15 | 3 | 5 | 5 | 5 | 7 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."