IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Tissue Extraction Devices, LLC<br><br>                    Plaintiff,<br><br>   v.<br><br>Suros Surgical Systems, Inc.,<br>Hologic Inc., and<br>Western Suburban Surgical, Inc.<br><br>                    Defendants. | Civil Action No. 08 C 140<br><br>Judge: Zagel<br><br>Jury Trial Demanded |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Tissue Extraction Devices, LLC, ("TED") hereby moves the Court for leave to amend its Complaint under Fed. R. Civ. Pro. 15(a)(2). In support, TED states as follows:

1. TED has learned of other entities in this District that are infringing the Patent-in-Suit in this District.

2. TED has confirmed that Western Suburban Surgical, Inc. ("WSS") is infringing the Patent-in-Suit in this District.

3. Pursuant to Fed. R. Civ. Pro. 15(a)(2), TED should be granted leave "when justice so requires," which TED believes is exemplified in this case. Specifically, leave is required because TED has the right to pursue WSS for infringement, and by TED joining WSS in the early stages of this infringement action, judicial economy is served.

4. Discovery has not yet started in this action and a discovery schedule has not yet been entered.

5. There will be no prejudice to Defendants Suros and Hologic by the Court granting Plaintiff leave to amend its complaint at this very early stage.

6.  Joinder of WSS will also resolve Defendants Suros' and Hologic's pending motion to dismiss because only this Court has jurisdiction over WSS. The United States District Court for the Southern District of Indiana, where Defendants Suros and Hologic are attempting to transfer this case, has no jurisdiction over WSS.

7.  On granting Plaintiff's motion for leave to amend, the Court should also deny Defendants' motion for transfer. Otherwise, multiple actions for patent infringement will be pending in multiple district courts.

Accordingly, TED respectfully requests leave to file its Second Amended Complaint and for an order denying Defendants' motion for transfer.

Respectfully submitted,

Date: May 9, 2008

/s/ Christopher E. Haigh
Christopher E. Haigh
IPADVISORS, INC.
2038 N. Clark, #105
Chicago, Illinois  60614
(312) 242-1685
(312) 277-9002  Facsimile

/s/ Geoffrey A. Baker
Geoffrey A. Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

Attorneys for Plaintiff Tissue Extraction Devices, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 9, 2008 the PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT was filed via the Court's ECF system, which in turn served the following counsel for Defendant:

Marshall Seeder
Jennifer Yule DePriest (jdepriest@reedsmith.com)
REED SMITH LLP
10 S. Wacker Drive, Ste. 4000
Chicago, IL 60606