US007316726B2

(12) **United States Patent**
Schwindt

(10) **Patent No.:** **US 7,316,726 B2**
(45) **Date of Patent:** **Jan. 8, 2008**

(54) **EVAPORATION VALVE**

(75) Inventor: **Jeffrey Schwindt**, Indianapolis, IN (US)

(73) Assignee: **Tissue Extraction Devices, LLC**, Indianapolis, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 506 days.

(21) Appl. No.: **10/420,296**

(22) Filed: **Apr. 22, 2003**

(65) **Prior Publication Data**

US 2003/0199786 A1    Oct. 23, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/374,952, filed on Apr. 23, 2002.

(51) **Int. Cl.**
**B01D 53/00**        (2006.01)

(52) **U.S. Cl.** ........................... **95/39**; 55/385.1; 55/466

(58) **Field of Classification Search** ............... 55/385.1, 55/466; 95/39; 128/202.12; 96/188, 189
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,659,605 A | 5/1972 | Sielaff | |
| 3,812,855 A | 5/1974 | Banko | |
| 4,274,411 A | 6/1981 | Dotson, Jr. | |
| 4,303,072 A | 12/1981 | Lewis | |
| 4,560,323 A | 12/1985 | Orchard | |
| 4,604,089 A | 8/1986 | Santangelo et al. | |
| 4,670,006 A | 6/1987 | Sinnett et al. | |
| 4,676,779 A | 6/1987 | Mayoral | |
| 4,680,938 A * | 7/1987 | Caley | 62/93 |
| 4,795,428 A | 1/1989 | Hwang | |
| 4,812,148 A * | 3/1989 | Hata et al. | 96/114 |
| 5,125,901 A | 6/1992 | Lewis | |
| 5,176,629 A | 1/1993 | Kullas et al. | |
| 5,178,606 A | 1/1993 | Ognier et al. | |
| 5,380,280 A | 1/1995 | Peterson | |
| 5,520,652 A | 5/1996 | Peterson | |
| 5,676,650 A | 10/1997 | Grieshaber et al. | |
| 6,039,724 A | 3/2000 | Seifert et al. | |
| 6,066,153 A * | 5/2000 | Lev | 606/180 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1070610 A2 * | 1/2001 | |

OTHER PUBLICATIONS

"Fluid Power . . . Pneumatic Components—Pneumatic Muffler", Medical Equipment Designer, Jul. 1998, PRIOR ART.

* cited by examiner

*Primary Examiner*—Robert Hopkins
(74) *Attorney, Agent, or Firm*—IPAdvisors; Christopher E. Haigh

(57) **ABSTRACT**

A pneumatic circuit and other components are provided for the operation of a medical device. The pneumatic circuit provides controlled pressurized air to a medical device for use during a medical procedure.

**20 Claims, 36 Drawing Sheets**





Fig. 1



Fig. 2



# Fig. 3A



# Fig. 3B

Case 1:08-cv-00140    Document 28-3    Filed 05/09/2008    Page 5 of 42





Fig. 4



Fig. 5



Fig. 6



Fig. 7

Case 1:08-cv-00114    Document 28-3    Filed 05/09/2008    Page 9 of 42



Fig. 8



Fig. 9

Case 1:08-cv-00140    Document 28-23    Filed 05/09/2008    Page 11 of 42



Fig. 10



Fig. 11



Fig. 12A



Fig. 12B



Fig. 13B

Fig. 13A



33

# Fig.  14



47



49

# Fig.  15A

# Fig.  15B



## Fig. 16A



Fig. 16B



Fig. 17



Fig. 18



Fig. 19D

Fig. 19B





Fig. 19C



Fig. 19A



Fig. 20A



# Fig. 20B





# Fig. 21A

# Fig. 21B





# Fig. 21C

# Fig. 21D



Fig. 22A



Fig. 22B

Case 1:08-cv-00144-0    Document 28-23    Filed 05/09/2008    Page 25 of 42



# Fig. 23A

# Fig. 23B





# Fig. 23C

# Fig. 23D



# Fig.  24A



# Fig.  24B



Fig. 25B

Fig. 25D



Fig. 25A

Fig. 25C



# Fig. 26A



# Fig. 26B



# Fig. 27



# Fig. 28A



# Fig. 28B



## Fig. 29



# Fig.  30



Fig. 31



Fig. 32



# Fig. 33

# Fig. 34A

Kit List

Date:  03/23/02
Page No:  1

ASE-1420-C CONTROL SYSTEM

| Part Name-# | Description | Quantity |
|---|---|---|
| fvs-361 | F-A FVS-361 SPECIAL 18SP-4 | 3 |
| fvs-362 | F-A FVS-362 SPECIAL 18DP-3 | 3 |
| nv-55 | FABCO NV-55 NEEDLE VALVE | 2 |
| 1020 | F-A 1020 COUPLER | 2 |
| mcd-1204 | CPC MCD-1204 COUPLER | 2 |
| zb2-bd2 | T-E ZB2-BD2 BLK SELECTR SWITC | 2 |
| zb2-bz009 | T-E ZB2-BZ009 MTG. RING | 2 |
| pxb-b1911 | T-E PXB-B1911 CONTACT BLOCK | 3 |
| pxb-b1921 | T-E PXB-1921 NP CONTACK BLK | 2 |
| pxv-m131 | T-E PXV-M131 GREEN INDICATOR | 1 |
| plm-a10 | T-E PLM-A10 MEMORY RELAY | 1 |
| pll-c10 | T-E PLL-C10 "AND" GATE | 1 |
| pln-c10 | T-E PLN-C10 NOT RELAY | 1 |
| plk-c10 | T-E PLK-C10 "OR" GATE | 6 |
| lfpul10/0.5 | T-E LFPUL10/0.5 PULSE VALVE | 1 |
| plk-all | T-E PLK-A11 "OR" ELEMENT | 1 |
| f-4200-60-mm | A-T F-4200-6-MM PRESSURE SWITCH | 1 |
| vp-701-30-mm | A-T VP-701-30-MM SWITCH | 1 |
| pp-701-30-mm | A-T PP-701-30-MM SWITCH | 1 |
| f-05-062 | A-T F-05-062 FILTER | 1 |
| k2-202e-n | RECTUS K2-202E-N COUPLER | 2 |
| k2-2027e-n | RECTUS K2-2072E-N COUPLER | 2 |
| n3-202e-m-n | RECTUS N3-202E-M-N PLUG | 2 |
| 20sfaw10mxns | RECTUS 20SFAW10MXNS | 2 |
| 88050-04 | ALPHA 88050-04 BULKHEAD CON. | 1 |
| 88800-53 | ALPHA 88800-53 CARTRIDGE | 38 |
| 88800-04 | ALPHA 88800-04 CARTRIDGE | 8 |
| 88000-53-02 | ALPHA 88000-53-02 STRT.ML.CON. | 1 |
| 88115-53-32 | ALPHA 88115-53-32 ML.SVL.ELBW. | 6 |
| 88110-04-02 | ALPHA 88110-04-02 ML.SVL.ELBW. | 2 |
| 88215-53-32 | ALPHA 8215-53-32 SWV BRCH TEE | 5 |
| 88700-04-53 | ALPHA 88700-04-53 REDUCER | 6 |
| 88310-53 | ALPHA 88310-53 UNION Y | 10 |
| 88310-04 | ALPHA 88310-04 UNION Y | 2 |
| 88230-53 | ALPHA 88230-53 UNION TEE | 3 |
| 88230-04 | ALPHA 88230-04 UNION TEE | 5 |
| 88040-04 | ALPHA 88040-04 UNION CON. | 2 |
| 88020-53-32 | ALPHA 88020-53-32 STRT.ML.CON. | 2 |
| al9840 | F-W AL9840 SPECIAL ASSEMBLY | 15 |
| bm-18 | ADSEN BM-18 MUFFLER | 7 |
| bm-08 | ADSEN BM-08 MUFFLER | 2 |
| .75-arsr-1.0 | L-A .75-ARSR-1.0 CYLINDER | 1 |

(Continued on following page)

# Fig. 34B

Kit List    Date:      03/23/02
            Page No:   2

ASE-1420-C CONTROL SYSTEM

| Part Name-# | Description | Quantity |
|---|---|---|
| ro1-12a-k | M-I RO1-12A-K REGULATOR | 2 |
| ro1-10a-k | M-I RO1-10A-K REGULATOR | 1 |
| 11708 | M-I 11708 ADAPTER | 3 |
| 204-2209-2 | M-I 204-2209-2 FILTER | 1 |
| 104-3101-2 | M-I 104-3101-2 RELIEF REG. | 1 |
| cds-4p-004d | D-F CDS-4P-004D GAUGE | 2 |
| cds-4p-010d | D-F CDS-4P-010D GAUGE | 2 |
| 122a-2x2 | ALKON 122A-2X2 1/8" HEX NIPPLE | 3 |
| 100a-2 | ALKON 100A-2 1/8" UNION ELBOW | 3 |
| plj-1/4" | PISCO PLJ-1/4" ELBOW | 3 |
| mcv-1 | CLIPPARD MCV-1 VALVE | 2 |
| 5a708 | GRAINGER 5A708 RELIEF VALVE | 1 |
| al445 | GAST AL445 MUFFLER | 1 |
| 0353-6-6 | PARKER 0353-6-6 BULKHEAD | 1 |
| 0253-4-6 | PARKER 0253-4-6 BULKHEAD | 1 |
| 2303-6-6 | PARKER 2303-6-6 ELBOW | 1 |
| 2103-4-6 | PARKER 2103-4-6 ELBOW | 2 |
| 2203-4-6 | PARKER 2203-4-6 ELBOW | 1 |
| 919-0639-6-6-6 | PARKER 919-0639-6-6-6-10" | 1 |
| 919-0606-6-6-6 | PARKER 919-0606-6-6-6-14" | 1 |
| 919-0606-6-6-6- | PARKER 919-0606-6-6-6-19" | 1 |
| 3p-30a2-s | L-M 3P-30A2-S FOOT SWITCH | 1 |
| g.75x2whg | PANDUIT G. 75X2WHG DUCT | 5 |
| c.75whg | PANDUIT C. 75WHG COVER | 5 |
| cc072x38x1s | L-S CC072X38X1S SPRING | 8 |
| 5692t24 | M-C 5692T24 FOAM | 4 |
| 91843a118 | M-C 91843A118 ROUND NUT | 1 |
| 93505a850-6/32 | M-C 93505A850-6/32 STAND OFF | 2 |
| 6120g1an | LYTRON 6120G1AN HEAT EXCHANGER | 1 |
| 11845all | M-C 11845A11 HOOK | 1 |
| 81f8103 | NEWARK 81F8103 FAN | 5 |
| 81f2738 | N-W 81F2738 GUARD | 5 |
| 81f2747 | N-W 81F2747 POWER CORD | 5 |
| 64f276 | N-W 64F276 SIGNAL | 1 |
| 16f9371 | N-E 16F9371 10 AMP FILTER | 1 |
| a2207-11 | AIC A2207-11 ENTRY MODULE | 1 |
| 800em-lfa3 | A-B 800EM-LFA3 OPERATOR | 1 |
| 800e-2dl5g | A-B 800E-2DL5G MODULE | 1 |
| 800e-2x10 | A-B 800E-2X10 CONTACT | 2 |
| 3p | H-P 3P AIR VALVE | 1 |
| 3822-03-5287 | SPARTAN 3822-03-5287 VALVE | 2 |
| ase-1420-c | ASE-1420-C CONTROL SYSTEM | 1 |

ASE-1420 PARTS SUPPLIERS

| MANUFACTURER | ABBREVIATION | CITY, STATE | PARTS PROVIDED |
|---|---|---|---|
| FABCO-AIR | F-A | GAINESVILLE, FL | 3&4 WAY VALVES, NEEDLE VALVES |
| COLDER PRODUCTS | CPC | ST. PAUL, MN | HANDPIECE QUICK DISCONNECTS |
| TELEPNEUMATIC/PARKER | T-E | RICHLAND, MI | LOGIC COMPONENTS & FOOT SWITCH |
| AIRTROL | A-T | NEW BERLIN, WI | PRESSURE & VACUUM SWITCHES |
| RECTUS/TEMA | RECTUS | SPARTA, NJ | FT SWITCH QUICK DISCONNECTS |
| ALPHA TECHNOLOGIES | ALPHA | FRANKLIN, TN | FITTINGS |
| FREELIN-WADE | F-W | MCMINNVILLE, OR | TUBING |
| ADSENS | ADSEN | CITY OF INDUSTRY, CA | MUFFLERS |
| LIN-ACT/PARKER | L-A | DES PLAINES, IL | VOLUME CHAMBER |
| MONNIER | M-I | ALGONAC, MI | REGULATORS AND FILTERS |
| DYNAMIC FLUID COMPONENTS | D-F | WEST UNION, SC | GAUGES |
| ALKON CORPORATION | ALKON | CHICAGO, IL | BRASS FITTINGS |
| CLIPPARD | CLIPPARD | CINCINNATI, OH | CHECK VALVES |
| GRAINGER | GRAINGER | INDIANAPOLIS, IN | RELIEF VALVE |
| GAST MFG | GAST | BENTON HARBOR, MI | PUMPS |
| PARKER FITTINGS | PARKER | WICKLIFFE, OH | HIGH TEMP HOSES |
| PANDUIT | PANDUIT | TINLEY PARK, OH | WIRE DUCT |
| LEE SPRING | L-S | BROOKLYN, NY | MOTOR MOUNTS |
| MCMASTER-CARR | M-C | CHICAGO, IL | ACOUSTICAL FOAM |
| LYTRON | LYTRON | BOSTON, MA | HEAT EXCHANGER |
| NEWARK ELECTRONICS | N-W | PALATINE, IL | FANS, BREAKER, POWER ENTRY, FILTER |
| ALLEN-BRADLEY/ROCKWELL | A-B | MILWAUKEE, WI | TERMINALS, ON/OFF SWITCH |
| SPARTAN SCIENTIFIC | SPARTAN | BOARDMAN, OH | DUMP VALVES |
| HUMPHREY PRODUCTS | H-P | KALAMAZOO, MI | TEST BUTTON VALVE |
| STANDARD CHANGE MAKERS | SCM | INDIANAPOLIS, IN | CABINET |
| JWS MACHINE | JWS | BRAZIL, IN | MANIFOLDS AND OTHER MACHINED PARTS |

Fig. 34C

US 7,316,726 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**EVAPORATION VALVE**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application claims the benefit of U.S. Ser. No.
60/374,952 filed Apr. 23, 2002.

BACKGROUND OF INVENTION

The present invention relates to a pneumatic circuit, and
particularly to a pneumatic circuit for use in the operation of
an at least partially air-powered tool. More particularly, the
present invention relates to a pneumatic circuit useful in the
pneumatic operation of a medical device.

SUMMARY OF INVENTION

The present disclosure relates to one or more of the
following features, elements or combinations thereof. A
pneumatic control system is provided for use with a medical
device, illustratively a suction biopsy device. The suction
biopsy device has a cannula for insertion into a body to a
point adjacent to a mass to be examined, and a rotating cutter
device is housed within.

A rinse or illustratively saline solution is provided for
assisting in the removal of the mass to be examined. A
suction is provided for assisting in the removal of the mass
to be examined. The control system has an absence of
electrical circuitry configured to control the operation of the
suction biopsy device. Electrical power is illustratively
provided only for the compressor and the vacuum.

A pinch valve is provided. The pinch valve is configured
to provide for non-slip line attachment. The pinch valve has
a central catch and two opposing catches. A piston is
positioned to cooperate with the central catch to reduce the
flow of fluid through the line. The piston is controlled
pneumatically.

The control system includes a water evaporation assem-
bly. The water evaporation assembly includes a filter, a relief
regulator, and a permeable exhaust member. The permeable
exhaust member is positioned to point upwards, dissipating
moisture from the control system into the environment. The
permeable exhaust member causes the dissipated moisture to
evaporate as it is dissipated.

The control system comprises a pressurized gas conduit
coupled to a compressor, the conduit having an exit port. A
gas-permeable absorber is coupled to the exit port, wherein
the absorber is used to collect moisture in the pneumatic
circuit and dissipate the moisture into the atmosphere
through the absorber. The pressurized gas is used to actuate
the medical device.

A vacuum system is configured to create a vacuum in the
circuit. The absorber comprises an intake filter not normally
configured for use as an absorber, but which absorbs mois-
ture when the pressurized gas is directed through it. A
cabinet is provided for housing substantially all of the
pneumatic circuit, and the absorber is positioned within the
cabinet.

Liquid condensed in the pneumatic circuit is illustratively
not collected in a liquid reservoir for collecting the con-
densed liquid.

The biopsy device is composed substantially of polymeric
materials and non-magnetic metals and can be used in
conjunction with a Magnetic Resonance Imaging device.
The absorber comprises a pneumatic filter typically used for
filtering intake gases.

A method of removing moisture from a compressed gas
system housed in a cabinet is also provided. The method
comprises the steps of compressing the gas with a compres-
sor, directing the compressed gas through a conduit to an
exit port, directing the compressed gas through the exit port
and through a gas-permeable absorber connected to the exit
port, and using the absorber to collect moisture from the
compressed gas and dissipate the moisture into the atmo-
sphere inside the cabinet.

The absorber is mounted such that it extends from the exit
port in a substantially vertically upward direction. The
conduit comprises at least one of a heat exchanger, a
coalescing filter, and a tube.

In another embodiment, a method of providing com-
pressed gas to a medical device comprises the steps of
compressing the gas with a compressor, directing the com-
pressed gas through a conduit to a liquid absorber, directing
the compressed gas through the absorber, and using the
absorber to collect moisture from the compressed gas and
dissipate the collected moisture into the atmosphere.

Additional features of the disclosure will become appar-
ent to those skilled in the art upon consideration of the
following detailed description of preferred embodiments
exemplifying the best mode of carrying out the invention as
presently perceived.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description particularly refers to the accom-
panying figures in which:

FIG. **1** is a top perspective partial view of a Breast Biopsy
System having a hand wand, the Biopsy System including a
pneumatic circuit internally, the circuit configured to operate
the Biopsy System and hand wand;

FIG. **2** is a perspective view of the system shown in FIG.
**1**;

FIG. **3**A is a view of the cannula of the hand wand inserted
into a patient's breast adjacent a tissue mass, the cannula
having an aperture positioned adjacent the mass;

FIG. **3**B is a view similar to that of FIG. **3**A, showing a
cylindrical cutter that has moved inside the cannula, thereby
cutting away a portion of the tissue mass;

FIG. **4** is a view of an air compressor shown upside down
with tie-down rails and springs attached;

FIG. **5** is a view of the compressor of FIG. **4**, showing the
compressor right side up with additional fittings;

FIG. **6** is a view of a vacuum pump showing the tie-down
rail and springs;

FIG. **7** is a view of the compressor of FIGS. **4**–**5** and the
vacuum pump of FIG. **6** both installed in a console;

FIG. **8** is a view of a console mounting panel showing
manifold subassemblies, a filter subassembly, and a terminal
block subassembly mounted on the mounting panel;

FIG. **9** is a view of the console showing the mounting
panel mounted in the console, and showing the cavity in the
lower portion which houses the compressor and vacuum;

FIG. **10** is a view from the top of the console of FIG. **8**;

FIG. **11** is a view from the front of the open console
similar to that of FIG. **9**, showing the compressor and
vacuum pump mounted in the lower portion of the console
and showing other components of the pneumatic circuit
mounted in the upper portion of the console;

FIGS. **12**A–B are views of two embodiments of a water
evaporation subassembly;

FIGS. **13**A–B show, respectively, the foot switch prior to
attachment of tubing, and the foot switch partially
assembled after the attachment of tubing;

FIG. **14** is a view of the terminal block subassembly;

FIGS. **15**A–B are perspective views of the two manifolds configured to route the pneumatic tubing within the console;

FIGS. **16**A–B are schematic representations of the pneumatic circuit elements;

FIG. **17** is a schematic representation of an evaporation valve portion of the pneumatic circuit;

FIG. **18** is another schematic representation of a portion of the pneumatic circuit;

FIGS. **19**A–D show specification drawings for the console;

FIG. **20**A shows the configuration of the control panel;

FIG. **20**B shows the configuration of the manifolds with relation to the filters and connection points;

FIGS. **21**A–D show diagrammatic representations of the manifolds depicting the ports and internal passageways associated with the manifolds;

FIG. **22**A shows a top view of a pinch valve configured to control the flow of saline;

FIG. **22**B is a front elevation view of the pinch valve shown in FIG. **22**A, showing the tube positioned in the pinch valve, and showing the movement of the plunger between a flow position and a non-flow position;

FIGS. **23**A–D show specification drawings for the gasket;

FIGS. **24**A–B show a top view and a front elevation view, respectively, of a canister bracket;

FIGS. **25**A–D show front and side views of a pair of hose wrap pins;

FIGS. **26**A–B show a foot switch holder;

FIG. **27** shows a valve bracket;

FIGS. **28**A–B show an embodiment of tie-down rails;

FIGS. **29**–**33** show the test equipment used in testing certain elements in the pneumatic circuit in various stages of the test; and

FIGS. **34**A–C show parts listings of the various parts used in the construction of the Breast Biopsy System.

### DETAILED DESCRIPTION OF THE DRAWINGS

One embodiment of the present disclosure is shown in FIGS. **1** and **2** in the form of a Breast Biopsy System **2** having a hand wand **4**. Biopsy System **2** illustratively includes a console **6** having an access door **8** and a control panel **9** positioned toward the top of the console **6**. Biopsy System **2** includes an internal pneumatic circuit **10** (shown in FIGS. **8**–**12** and schematically in FIGS. **16**–**18**) that is configured to operate a medical device **70**, illustratively hand wand **4**, as will be discussed in more detail below. It should be understood that as used herein, medical device **70** can be any medical device that is powered at least in part by pneumatic pressure. The illustrative medical device **70** comprises a hand wand **4**, and such terms are used interchangeably throughout.

Biopsy System **2**, and particularly hand wand **4**, illustratively function in the following manner. A patient having a mass **142** to be removed receives a local anesthetic and the mass is identified and located in the patient. Location methods may include ultrasound, magnetic resonance imaging (MRI), X-Ray, or any other method known in the medical industry. As can be seen in FIGS. **1** and **3**A–B, hand wand **4** illustratively includes a hollowed needle or cannula **130** extending therefrom, the cannula **130** having a sharp distal end **136** for facilitating piercing into the patient's body, and the cannula **130** further having a cutter **134** positioned therein for rotational and axial movement relative to the cannula **130**. Cutter **134** is illustratively a cylindrical blade, but other configurations are within the scope of the

disclosure. Distal end **136** is illustratively a frusto-conical stainless steel tip press-fitted on the end of cannula **130**, the tip having a plastic cutting board (not shown) housed within for receiving cutter **134** when cutter **134** is at its full stroke position.

An aperture **132** is illustratively formed in the cylindrical wall of cannula **130** at its distal end. During operation, as shown in FIGS. **3**A–B, a physician inserts cannula **130** into the patient (i.e. the cannula is inserted into a woman's breast) such that aperture **132** is positioned proximal to a mass **142** to be removed. While the cannula is being inserted into the patient's body, the cylindrical cutter **134** is positioned inside cannula **130** such that cutter **134** substantially closes off aperture **132**. Pneumatic circuit **10** directs compressed air to pneumatic cylinder **26** in order to position cutter **134** at its full stroke position.

After cannula **130** is in position in the patient's body, pneumatic circuit **10** directs the retracting and advancing movement of cutter **134** relative to the cannula **130** in response to signals from a foot switch **16**, a remote push button **18**, or a panel push button **18**A (see FIG. **16**B) operated by a medical technician or surgeon. Once the operator signals for the cutting to begin, pneumatic circuit **10** directs vacuum pressure to hand wand **4**, and pneumatic circuit releases the compressed air from pneumatic cylinder **26** (which is illustratively housed in hand wand **4**). Once compressed air is released from pneumatic cylinder **26**, a spring urges the plunger in pneumatic cylinder **26** toward the retracted position, thereby causing cutter **134** to move to the retracted position, consequently opening aperture **132**. Vacuum pressure is also applied by pneumatic circuit **10** to the inside of cannula **130**, causing a portion of the mass **142** to be drawn inside cannula **130**. While the portion of the mass **142** is drawn inside cannula **130**, pneumatic circuit **10** sends compressed air to cylinder **26**, thereby moving cutter **134** relative to aperture **132** toward the extended, full-stroke position. At substantially the same time, pneumatic circuit **10** further directs compressed air toward a pneumatic motor **138** housed in hand wand **4**. Pneumatic motor **138** is coupled to cutter **134** and causes cutter **134** to rotate about its axis inside cannula **130**. As a result of the rotational and axial movement of cannula **130**, cutter **134** cuts the portion of the mass **142** that extends inside the cannula **130** as cutter moves toward distal end **136** of cannula **130**.

Once cutter **134** has completed such a cycle and has returned to the position wherein aperture **132** is closed, pneumatic circuit **10** confirms whether further cutting will be necessary. Such confirmation is received from foot switch **16** or remote push button **18**/panel push button **18**A, described further herein. In the illustrated embodiment, a short pause of approximately a half second prior to confirmation allows sufficient time for an operator to determine whether additional cutting will be necessary.

If additional cutting is not deemed to be required and the mass **142** is considered removed, the operator removes cannula **130** from the patient's body. If instead confirmation is made that additional cutting is required, pneumatic cylinder **26** causes cutter **134** to again move to the retracted position, thereby opening the aperture **132**, and saline is directed through the hand wand **4** and between cannula **130** and cutter **134**. Saline passing over the cutting end **140** of cutter **134** is suctioned into the central portion of the cannula **130** with urging from the aforementioned applied vacuum pressure. Suctioning saline through the central portion of cannula **130** serves to flush the cut portion of the mass through the cannula toward a waste canister **28**, described further herein. Additionally, the saline serves as a lubricant

5

between the cannula **130** and the cutter **134**. In the illustrative embodiment, pneumatic motor **138** is not actuated while cutter **134** is moved toward the retracted position, therefore cutter **134** does not rotate relative to cannula **130** during this retraction phase. Such operation is desirable so that tissue does not wrap around cutter **134** as cutter **134** retracts.

Pneumatic circuit **10** directs the continuous described cycling of cutter **134** as long as foot switch **16** or remote push button **18** or panel push button **18A** is depressed. Illustratively, ultrasound, magnetic resonance imaging (MRI), or other mass-locating methods known in the art may be used during the procedure in order to monitor the progress of the removal of the mass **142**. It is advantageous that Breast Biopsy System 2, in one embodiment, can be used in conjunction with an MRI device because of the majority of its components being pneumatic and non-magnetic.

The components comprising pneumatic circuit **10**, and their associated functions in the control of hand wand **4**, are described below. FIGS. **4** and **5** show views of an air compressor **11** having tie-down rails **13** and springs **15** attached thereto. Fittings **17** are coupled to the top of air compressor **11** as shown in FIG. **5**, and air compressor **11** is illustratively mounted in the rear of the console **6** as shown in FIG. **7**.

A vacuum pump **19** is shown in FIG. **6**, the vacuum pump having a tie-down rail **21** and springs **23**. FIG. **7** shows the relative placement of vacuum pump **19** and air compressor **11** in the lower portion of console **6**. Soundproofing material **37** is also placed in the proximity of vacuum pump **19** and air compressor **11** in order to muffle the sound of air compressor **11** and vacuum pump **19** during operation.

FIG. **8** is a view of a console mounting panel **25** showing manifold subassemblies **27**, **29**, an evaporation subassembly **31**, and a terminal block subassembly **33** mounted on the mounting panel **25**. FIGS. **9** and **10** show the console mounting panel **25** mounted in the console **6**. Compressor **11** and vacuum pump **19** are not installed in the illustrative FIGS. **9** and **10**.

Console **6** is shown in FIG. **11** to have compressor **11** and vacuum pump **19** mounted in the console **6** while other components of pneumatic circuit **10** including console mounting panel **25** are mounted in the upper portion of console **6**. Shelf **35** is mounted to divide console mounting panel **25** from compressor **11** and vacuum pump **19**. As noted above, soundproofing material **37** is positioned to surround compressor **11** and vacuum pump **19**.

FIG. **12A** shows water evaporation subassembly **31** prior to installation in pneumatic circuit **10**. Water evaporation subassembly **31** includes a filter **41**, relief regulator **43**, and gas-permeable absorber **45**. Filter **41** is configured to direct condensation toward gas-permeable absorber **45**, which in turn dissipates the condensation into the atmosphere. The schematic representation of water evaporation subassembly **31** can be seen in FIG. **17**.

FIG. **12B** is an alternative embodiment **31'** of the water evaporation subassembly **31** of FIG. **12A**. In alternative embodiment **31'**, conduits and fitting of subassembly **31** are replaced with manifolds **34**, **36**. Manifolds **34**, **36** act as conduits and as fitting receivers for components such as filter **41**, relief regulator **43**, and gas-permeable absorber **45**.

FIGS. **13A** and **13B** show the assembly of foot switch **16** prior to and after the attachment of tubing. FIG. **14** is a view of the terminal block subassembly **33** prior to installation on the console mounting panel **25**, shown in FIG. **8**. The

6

terminal block subassembly **33** functions to distribute electrical power to the compressor **11**, vacuum pump **19**, and dump valves.

Custom designed manifolds **47**, **49** can be seen in perspective view in FIGS. **15A**–B. Manifolds **47**, **49** are configured to route the pneumatic tubing (not shown in FIGS. **15A**–B, but viewable in FIG. **8**) within the console. Schematics for manifolds **47**, **49** can be seen in FIGS. **20B** and **21A**–D.

FIGS. **16A**–B illustrate the schematic of the illustrative pneumatic circuit **10**. Pneumatic circuit **10** includes a first sequence loop **12** (approximated as the elements within the broken lines) and a second sequence loop **14** (outside the broken lines). First sequence loop **12** is initiated with either a foot switch **16**, a remote pushbutton **18**, or a panel pushbutton **18A**. Foot switch **16** is the illustrated embodiment in the drawings, however, any of the above foot switch **16**, a remote pushbutton **18**, or a panel pushbutton **18A**, including combinations thereof, are within the scope of the disclosure.

Sensor **20** (shown in FIG. **16B**) senses pressurization and permits passage of pressurized gas through path **22** when foot switch **16**, pushbutton **18**, or pushbutton **18A** is actuated, or any combination thereof. The pressurized gas shifts the vacuum valve **48** (FIG. **16A**), creating vacuum in collection canister **28**. Vacuum sensor **30** passes a signal to the vacuum indicator **150** when the vacuum level reaches 20" Hg vacuum. Pressurized signals from components **30**, **22** pass through the "and" gate **50** (FIG. **16A**) and latch relay **24**, which in turn signals cutter cylinder **26** to retract to a non-extended position. When cutter cylinder **26** is retracted into the non-extended position, pressurized gas is delivered to medical device **70**, illustratively to operate pneumatic motor **138**. However, it should be understood that pressurized gas may be utilized for any number of functions in a medical device, and is not restricted to the illustrative functions shown in hand wand **4**.

A saline supply **152** (FIG. **16B**) is also illustratively provided to medical device **70**, the saline supply **152** fostering the flow of biological material removed by the medical device **70** to collection canister **28**. Pinch valve **72**, which includes pneumatically actuated stopper **88** (FIG. **16B**), controls the flow of saline supply **152** in a manner described further herein.

Collection canister **28** collects biological material from the medical device **70** during the medical procedure using vacuum pressure. In addition to the biological material being collected, saline is collected in this manner. If the vacuum pressure fails, such failure is sensed by vacuum switch **30**, and the cycle stops. Otherwise, pressurized gas continues to be delivered for a period of time determined by timing circuit **148**.

Timing circuit **148** incorporates a restricted orifice that fills volume chamber **144** with gas and eventually signals valve **146** to turn on the pressurized gas to medical device **70**. Pressurized gas causes cutter cylinder **26** to advance at a rate controlled by timing circuit **38** until it reaches the extended position (also the position held during insertion of the cannula of the illustrative medical device, described above). Such pressurized gas continues to build up in medical device **70** until pressure sensor **52** senses a predetermined gas pressure in cutter cylinder **26** and illustratively trips at approximately 24 psi, indicating the end of the stroke. At such a point, signaling device **54** causes a momentary audible signal, and also latch relay **24** resets, turning off device **70**. If signal **22** is still present, the relay **24** will not

7

reset and the process will automatically repeat. If the process repeats the audible tone has a shorter duration than if it resets.

It is also possible that cutter cylinder **26** does not fully advance to the extended position before pressure sensor **52** trips. In such an instance, cutter cylinder **26** may encounter difficulties cutting through the mass **142**, and pressure will build up in cutter cylinder **26** even though the end of the stroke has not been reached. When the cylinder pressure reaches the predetermined amount of 24 psi, sensor **52** trips, regardless of the position of cutter cylinder **26** (and the attached cutter **134**).

Setup switch **44** (FIG. **16**B), which is controlled by knob **154** on control panel **9** (FIG. **1**) allows an operator to load the saline tube into the pinch valve **72** and primes the medical device by actuating, in parallel, the retraction of cutter cylinder **26**, the opening of saline pinch valve **72**, and the opening of vacuum valve **48**. During this setup mode, signals from **22** are ignored, thereby inhibiting a cycle start condition. Aspiration switch **40** (FIG. **16**B), which is controlled by knob **156** on control panel **9** (FIG. **1**) inhibits a cycle start condition and causes cylinder **26** to retract, if a signal delivered via path **22** is present the vacuum valve **48** shifts creating vacuum in the canister and the medical device.

Referring to FIGS. **16**A–B, pneumatic circuit **10** operates in substantially the following fashion. Air compressor **11** is turned on and creates air pressure and flow. The compression process creates heat and condenses the humidity in the air. At such a point, condensed water is in gaseous state. The hot moist air is then passed through a fan-driven air-to-air heat exchanger **158** cooling the air and changing the water to a liquid state. The cooled air is then passed into a coalescing filter **41** where the water is captured in the filter media and drips into the bottom of the filter bowl. The filtered air then continues out to feed the control circuit.

The compressor runs continuously. If pressure is sensed by the relief regulator of greater than the set point of 70 psi, it will continuously vent the excess pressure. If the system is on and not in cycle, 99% of the compressor flow rate will vent out of the relief regulator. While the system is cycling the medical device, approximately 40% of the system capability will continuously flow through the relief regulator.

The water that is collected in the bottom of the filter bowl is dissipated with water evaporation subassembly **39**. Water passes from the filter **41** through the relief regulator **43** and into the base of the permeable exhaust member **45**. The exhaust member **45** acts as a wick, drawing the fluid up the media. The flow rate through the exhaust member **45** and the large "wick" surface area cause the liquid water to evaporate into a gas state. The flow rate through the enclosure caused by the heat exchanger fans removes the water vapor from the cabinet, thus eliminating the need to collect water and drain it from the system. Illustratively, a filter "muffler" is used as a permeable exhaust member **45**, the muffler being available from Allied Witan Company, of Cleveland, Ohio, as part number F**02**.

The pneumatic circuit components are mounted to custom aluminum manifolds **47**, **49** minimizing the use of fittings and keeping the system compact. The components are "sub-base" style versions of the component allowing for ease of replacement. Each component that needs adjusted is bench tested and set to the specified level using certified fixtures. Diagrammatic representations of the manifolds can be seen in FIGS. **21**A–D.

Console **6** is designed to isolate the noise and heat created by compressor **11** and vacuum pump **19**. Design specifica-

8

tions for console **6** can be seen in FIGS. **19**A–D. Shelf **35** divides the cabinet into two sections. The lower section contains the spring-mounted pumps **11**, **19**, soundproofing material **37**, and fans to isolate vibration, heat, and noise, as can be seen in FIG. **7**.

As shown in various views in FIGS. **22**A–B, pinch valve **72** includes a retainer comprised of a central catch **74** and opposing catches **76**, **78**. See also a view of pinch valve **72** in FIG. **1**. Silicone tubing **80** is bent into a configuration as shown in broken lines, and pushed between central catch **74** and opposing catches **76**, **78**. When pulled taut, silicone tubing **80** assumes a substantially straight configuration and is disposed under cantilevered portion **82** of central catch **74**, and cantilevered portions **84**, **86** of opposing catches **76**, **78** respectively, as shown in FIG. **22**A. Such a configuration secures the silicone tubing **80** and prevents accidental removal of silicone tubing **80** from pinch valve **72**.

Pneumatically actuated stopper **88**, shown diagrammatically in FIG. **22**B, moves a piston **90** between a stopped position (shown in broken lines) and a flow position. The default position is the stopped position, stopping the flow of fluid through the silicone tubing **80**.

FIGS. **25**A–D show a pair of hose wrap pins that is used to wrap the foot switch tube set and the power cord when the system is not in use. FIGS. **26**A–B show a foot switch holder. FIG. **27** shows a valve bracket. And FIGS. **28**A–B show an embodiment of tie-down rails.

The test module **92** for testing Airtrol electric pressure switch **120** (as shown in FIGS. **11** and **16**A), model number F-4200-60-MM, can be seen in FIGS. **29**–**33**. The switch **120** is placed on test module **92** and clamped in place, as seen in FIG. **29**. A red jumper **94** is connected to the normally open (N.O.) terminal **98** of switch **120**. Black jumper **96** is connected to COM terminal **100**. A plugged union fitting **102** is connected to an end of natural colored tube **104**. With an air supply to test module **92** turned on, 2-position detented button **122** is pulled out and pressure observed. It is further observed when green indicator light **106** turns on. If green indicator light **106** does not turn on at 20 psi+/−0.5 psi, then button **122** should be pushed back in and adjustments made to switch **120**, and testing done again. After the proper target pressure is obtained, a green dot sticker **108** is placed over the adjustment screw. Pneumatic vacuum switch VP-701-30-MM is tested in a similar fashion, with a targeted setting of 20" Hg vacuum.

Another test procedure for test module **92** is shown in FIGS. **30** and **31**. In such a procedure, Airtrol pneumatic pressure switch **120'** (model number PP-701-30-MM) is tested. Red tube **109** is connected to output port **110**. Natural tube **104** is connected to input port **112**. With an air supply to test module **92** turned on, button **122** is pulled out and pressure at which large green light **114** comes on is observed. If large green light **114** does not turn on at 24 psi+/−0.5 psi, then button **122** should be pushed back in and adjustments made to switch **120'**, and testing done again. After the proper target pressure is obtained, a green dot sticker **108** is placed over the adjustment screw.

Yet another test module **92'** for testing various regulators is shown in FIGS. **32** and **33**. This test module **92'** is illustratively used for the cutter cylinder regulator **124** (model R4, R01-10 w/60 psi gauge), the air motor regulator **126** (model R2, R01-12 w/60 psi gauge), and the main regulator **128** (model R1, R01-12 w/160 psi gauge). The regulators are illustrated schematically in FIGS. **16**A–B, and on diagrammatic views of the manifolds in FIGS. **20**B and **21**A–B. During testing, the tested regulator **124**, **126**, **128** should be set for the appropriate target pressure (60 psi, 60

9

psi, and 160 psi, respectively). Next, two O-rings **116** (seen in FIG. **32**) should be installed in the bottom of the tested regulator. The regulator **124, 126, 128** is then placed on the test module **92'** aligning the locating pin and locating hole found on the test module and regulator. Regulator **124, 126, 128** is then clamped in place.

Target pressures during testing of regulators **124, 126, 128** varies depending on the regulator. Model R4 is targeted for 30 psi, rising. Model R2 is targeted for 40 psi, rising. Model R1 is targeted for 60 psi, rising. Once pressure is dialed in to the appropriate target, the regulator nut is tightened to prevent knob movement and a permanent marker is used to mark the cannula position of the regulator gauge. Finally, a green dot is placed in the center of the gauge face.

Illustrative parts used in the production of the above-described embodiment can be found in FIGS. **34**A–C. It should be understood, however, that other parts and constructions are within the scope of the disclosure.

While the disclosure is susceptible to various modifications and alternative forms, specific exemplary embodiments thereof have been shown by way of example in the drawings and have herein been described in detail. It should be understood, however, that there is no intent to limit the disclosure to the particular forms disclosed, but on the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the disclosure as defined by the appended claims.

A plurality of advantages arises from the various features of the present disclosure. It will be noted that alternative embodiments of various components of the disclosure may not include all of the features described yet still benefit from at least some of the advantages of such features. Those of ordinary skill in the art may readily devise their own implementations of a pneumatic circuit that incorporate one or more of the features of the present disclosure and fall within the spirit and scope of the disclosure.

The invention claimed is:

**1**. A pneumatic circuit comprising:

a compressor;

a pressurized gas conduit coupled to the compressor and having an exit port;

a gas-permeable absorber coupled to the exit port, wherein the absorber is used to collect moisture in the pneumatic circuit and dissipate the moisture into the atmosphere through the absorber.

**2**. The pnuematic circuit of claim **1**, further comprising a biopsy device actuated by pressurized gas from the compressor.

**3**. The pneumatic circuit of claim **1**, further comprising a vacuum system configured to create a vacuum in the circuit.

**4**. The pneumatic circuit of claim **1**, wherein the absorber is coupled to the exit port such that it extends upwardly from the exit port.

**5**. The pneumatic circuit of claim **1**, wherein the absorber comprises an intake filter not normally configured for use as an absorber, but which absorbs moisture when the pressurized gas is directed through it.

**6**. The pneumatic circuit of claim **1**, further comprising a cabinet for housing substantially all of the pneumatic circuit, the absorber being positioned within the cabinet.

**7**. The pneumatic circuit of claim **1**, wherein liquid condensed in the pneumatic circuit is not collected in a liquid reservoir for collecting the condensed liquid.

10

**8**. A medical device comprising:

a biopsy device having a pneumatic motor;

a compressor coupled to the pneumatic motor for energizing the pneumatic motor;

a pressurized gas conduit coupled to the compressor, the conduit having an exit port;

a gas-permeable absorber mounted on the exit port, the absorber absorbing and dissipating moisture contained in the pressurized gas; and

a cabinet housing the compressor, gas conduit, exit port, and a absorber.

**9**. The medical device of claim **8**, wherein the biopsy device is composed substantially of polymeric materials and non-magnetic metals and can be used in conjunction with a Magnetic Resonance Imagine device.

**10**. The medical device of claim **8**, wherein the absorber comprises a filter typically used for filtering intake gases.

**11**. A method of removing moisture from a compressed gas system housed in a cabinet, the method comprising the steps of:

compressing the gas with a compressor;

directing the compressed gas through a conduit device to an exit port;

directing the compressed gas through the exit port and directing moisture from the compressed gas through a gas-permeable absorber connected to the exit port; and

using the absorber to collect moisture from the compressed gas and dissipate the moisture into the atmosphere inside the cabinet.

**12**. The method of claim **11**, wherein the compressor is pneumatically coupled to a pneumatically operated medical device.

**13**. The method of claim **11**, wherein the absorber comprises a filter configured for use as an intake filter.

**14**. The method of claim **11**, wherein the absorber is mounted such that it extends from the exit port in a substantially vertically upward direction.

**15**. The method of claim **11**, wherein the conduit device is selected from the group comprising a heat exchanger, a coalescing filter, and a tube.

**16**. A method of providing compressed gas to a medical device, the method comprising the steps of:

compressing the gas with a compressor;

directing the compressed gas through a conduit to a liquid absorber;

directing moisture from the compressed gas through the absorber; and

using the absorber to collect moisture from the compressed gas and dissipate the collected moisture into the atmosphere.

**17**. The method of claim **16**, wherein the compressed gas is used to operate the medical device.

**18**. The method of claim **16**, wherein the medical device, is a biopsy device.

**19**. The method of claim **16**, wherein the absorber is mounted to the conduit such that the absorber extends substantially vertically from the conduit.

**20**. The method of claim **16**, wherein the absorber is an intake filter.

* * * * *