# Do More.
## For your patients. For your practice.

## Fast

Reduce your total procedure time and increase your productivity.

- One-minute set-up, one-minute clean-up
- Tissue samples acquired every 4.5 seconds
- Effective fluid/pain management minimizes interruptions
- Actual total biopsy time 1-3 minutes

## Safe

A fully closed system limits fluid exposure and core handling.

- Fully disposable handpiece/tubing (no reusable driver)
- MRI safe

## Simple

The ATEC® system enables superior biopsy results with stereotactic, ultrasound and MRI guidance.

- Cross training allows clinicians to learn one system for diverse patient needs
- Single foot pedal operation
- No software to program

## ATEC *Sapphire*™



The first ever all-in-one console gives radiologists and surgeons the ability to perform breast biopsy in any of the three primary diagnostic imaging modalities of stereotactic, ultrasound and MRI using a single biopsy system. Suros pioneered vacuum assisted breast biopsy under MRI-guidance and is considered the market leader in this arena.



## ATEC *Pearl*™

Designed specifically for stereotactic and ultrasound-guided breast biopsy. Exclusively for radiologists and surgeons who consider compassionate patient care and economic value an essential element in minimally invasive breast biopsy. Get the competitive edge with the one-minute biopsy option using the ATEC *Pearl*.™



Simple intuitive touch pad for system testing and ease of use.



Easy unit hook-up for stereotactic, ultrasound or MRI-guided breast biopsy capability.

The ATEC® breast biopsy and excision system is FDA cleared for diagnostic breast biopsy and partial or complete removal of the visible evidence of benign breast tissue.

**SUROS** COMPASSIONATE TECHNOLOGIES™

Suros Surgical Systems, Inc. | 6100 Technology Center Drive | Indianapolis, IN 46278  USA | 1.866.636.8837  |  www.SurosSurgical.com

# Make the right choice.
## with ATEC®





Superior needle technology

### ATEC® Handpieces
#### 9 gauge & 12 gauge

Suros offers physicians diverse handpiece options in petite, standard and long lengths to accommodate a wide range of patient needs – providing minimally invasive breast biopsy options to more women and your practice.

- True 9 gauge and 12 gauge disposable needles
- Larger cores retrieved with a smaller needle
- Petite, long and extra long needle options for diverse biopsy needs
- Compatible with prone and upright stereotactic systems

### ATEC MRI Access™
#### petite needle



First and only hemispherical needle tip designed to biopsy women with thin breasts and access hard-to-reach targets (especially medial).

- Accommodates breast compression to as little as 16mm without concern for skin perforation
- Reaches lesions near chest wall, close to skin surface and nipple
- Used with the Suros ATEC Sapphire™ system
- MRI safe



**ATEC Trimark™ 13**
For use in ultrasound and MRI-guided breast biopsy.

**ATEC Trimark™ 36**
For use in stereotactic guided breast biopsy.

### ATEC TriMark™
#### marker deployment system

The ATEC TriMark™ is a rigid marker deployment system that requires no disassembly of the ATEC® handpiece for marker placement to the biopsy site. With both 13- and 36-centimeter lengths, the ATEC TriMark™ can be used with 9 gauge and 12 gauge ATEC® needle options. The marker is composed of a biocompatible implant grade titanium for permanent visualization in any imaging modality and contains no additives.

### ATEC® Y-Valve
#### fluid management system



Suros designed a proprietary fluid management system using saline to enhance tissue acquisition and minimize the possibility of dry taps. The ATEC® Y-Valve also allows for easy delivery of pain medication throughout the entire biopsy procedure.

- Allows women the most compassionate minimally invasive biopsy procedure in the convenience of their doctor's office
- Provides cleaner cores
- Minimizes the creation of hematomas
- Provides the ability to lavage the biopsy cavity

LIT102:RevB