# Console Release Form

DATE: 8/28/03

| | |
|---|---|
| To: | Pilot Customer Service |
| Phone: | (317) 856-7636 |
| Fax: | (317) 856-1160 |

| | |
|---|---|
| To: | Air Systems Engineering |
| Phone: | (317) 842-7888 |
| Fax: | (317) 842-7980 |

**Shipping Instructions:** Need a truck with a lift gate to pick up one console
S/N# 053003-9 on a skid

1) Pick Up:  Air Systems Engineering
5142 E. 65th Street
Indianapolis, IN 46220
Ph# (317) 842-7888

**SPECIAL INSTRUCTIONS:** Need a truck with a lift gate to deliver one console
S/N# 053003-9 on a skid by:
Wednesday, September 3, 2003

2) Ship to:  WEST Suburban Surgical Assoc.
473 W. Army Trail Road
Suite 106
Bloomingdale, IL. 60108
PH# (630) 307-7799
ATTN: Jan Charvat

**SPECIAL INSTRUCTIONS:**

Released By: Juan D. Chambers

Request date: 8/27/03
Arrival date: 9/3/03

If you have any questions, please contact Antjuan Jackson at (317) 334-1040. Pilot, please provide me with a tracking number and expected time and date of delivery. Our fax number is (317) 334-1085 or you may email it to shipping@surossurgical.com. Remember these instructions are vital for everyone involved.