IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Tissue Extraction Devices, LLC<br><br>                Plaintiff,<br><br>   v.<br><br>Suros Surgical Systems, Inc.,<br>Hologic Inc., and<br>Western Suburban Surgical, Inc.<br><br>                Defendants. | Civil Action No. 08 C 140<br><br>Judge:  Zagel<br><br>Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Tissue Extraction Devices, LLC, ("TED") shall appear on May 16 at 10 a.m. (at the presently scheduled Status Hearing), or as soon thereafter as counsel may be heard, before Honorable Judge Zagel, or any judge sitting in his stead in Room 2503 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Leave to Amend Complaint, a copy of which is attached hereto and herewith served upon you.

Date:   May 9, 2008

Respectfully submitted,

/s/ Christopher E. Haigh

Christopher E. Haigh
Indiana Bar No. 22038-49
IPAdvisors, Inc.
2038 N. Clark #105
Chicago, IL 60614
(312) 242-1685
(312) 277-9002 (facsimile)

/s/ Geoffrey A. Baker

Geoffrey A. Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

**Attorneys for Plaintiff**
**Windy City Marketing, Inc.**

## CERTIFICATE OF SERVICE

 I hereby certify that on May 9, 2008, I electronically filed the preceding Notice of Motion and accompanying documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

/s/ Christopher E. Haigh
One of the Attorneys for Plaintiff