IN THE UNITED STATES DISTRICT COURT'
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TISSUE EXTRACTION DEVICES, LLC, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> SUROS SURGICAL SYSTEMS, INC. and ) <br> HOLOGIC, INC., ) <br> ) <br> *Defendants.* ) | Case No. 08 C 140 <br><br> The Honorable James B. Zagel, <br> Judge Presiding |

**MOTION FOR LEAVE TO FILE DEFENDANTS' AND COUNTERCLAIM
PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
<u>IN SUPPORT OF MOTION TO TRANSFER</u>**

Defendants Suros Surgical Systems, Inc. and Hologic, Inc. (collectively, "Defendants"), by and through their attorneys, hereby request leave to file Defendants' and Counterclaim Plaintiffs' Supplemental Memorandum in Support of Motion to Transfer (the "Supplemental Memorandum"). In support of their Motion, Defendants state as follows:

1. On January 7, 2008, Plaintiff filed its Complaint alleging patent infringement.

2. On March 24, 2008, Defendants filed a motion to transfer venue to the Southern District of Indiana (the "Motion to Transfer"). At presentment of the motion on March 27, 2008, the Court indicated that it would rule on the motion on Friday, May 16, 2008. As of April 21, 2008, the Motion to Transfer has been fully briefed.

3. On May 9, 2008, Plaintiff filed a Motion for Leave to Amend Complaint ("Motion to Amend"), seeking leave to file a Second Amended Complaint for Patent Infringement and Damages (the "Second Amended Complaint") and noticed the presentment of same for this Friday, May 16, 2008. In its Motion to Amend, Plaintiff asserted that its proposed Second Amended Complaint will defeat Defendants' Motion to Transfer.

4. Defendants disagree that Plaintiff's Second Amended Complaint should in any way impact transferability of this matter and have prepared a Supplemental Memorandum that addresses the impact of Plaintiff's proposed Second Amended Complaint on Defendants' Motion to Transfer. A copy of the Supplemental Memorandum is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request leave to file their Supplemental Memorandum in Support of Motion to Transfer.

Dated: May 15, 2008

                                        Respectfully submitted,

                                        HOLOGIC, INC. and SUROS SURGICAL SYSTEMS, INC.

By:     /s/ Jennifer Yule DePriest
       Marshall Seeder (Bar No. 03127674)
       Jennifer Yule DePriest (Bar No. 6272137)
       ReedSmith LLP
       10 South Wacker Drive
       Chicago, IL 60606
       Tel: (312) 207-1000
       Fax: (312) 207-6400
       jdepreist@reedsmith.com

       Lisa J. Pirozzolo
       Jordan L. Hirsch
       Wilmer Cutler Pickering Hale & Dorr, LLP
       60 State Street
       Boston, Massachusetts 02109
       (617) 526 – 6000 Phone
       (617) 526 – 5000 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the **Motion for Leave to File Defendants' and Counterclaim Plaintiffs' Supplemental Memorandum in Support of Motion to Dismiss** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Christopher E. Haigh
IPADVISORS, INC.
2038 North Clark, No. 105
Chicago, IL 60614

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302

By: /s/ Jennifer Yule DePriest
Marshall Seeder (Bar No. 3127674)
Jennifer Yule DePriest (Bar No. 6272137)
*Counsel for Defendants*
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 – Fax
jdepriest@reedsmith.com

- 3 -