IN THE UNITED STATES DISTRICT COURT'
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TISSUE EXTRACTION DEVICES, LLC, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> SUROS SURGICAL SYSTEMS, INC. and ) <br> HOLOGIC, INC., ) <br> ) <br> *Defendants.* ) | Case No. 08 C 140 <br><br> The Honorable James B. Zagel, <br> Judge Presiding |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on Tuesday, May 20, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, for presentation of **Defendants and Counterclaim Plaintiffs Hologic, Inc.'s and Suros Surgical Systems, Inc.'s Motion for Leave to File Its Supplemental Memorandum in Support of Motion to Transfer**, a copy of which is attached hereto and hereby served upon you.

Dated: May 15, 2008

Respectfully submitted,

**SUROS SURGICAL SYSTEMS, INC.** and
**HOLOGIC, INC.** *Defendants/Counterclaim Plaintiffs*

By:   /s/ *Jennifer Yule DePriest*
Marshall Seeder (Bar No. 03127674)
Jennifer Yule DePriest (Bar No. 6272137)
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
jdepriest@reedsmith.com

Lisa J. Pirozzolo
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE AND DORR LLC
60 State Street
Boston, MA 02109
(617) 526-6000

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the **NOTICE OF MOTION** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Christopher E. Haigh
IPADVISORS, INC.
2038 North Clark, No. 105
Chicago, IL 60614

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302

By: _/s/ Jennifer Yule DePriest_
Marshall Seeder (Bar No. 3127674)
Jennifer Yule DePriest (Bar No. 6272137)
*Counsel for Defendants*
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 – Fax
jdepriest@reedsmith.com

CHILIB-2180273.1-jydeprie