**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Tissue Extraction Devices, LLC
                              Plaintiff,

v.                                                      Case No.: 1:08−cv−00140
                                                        Honorable James B. Zagel

Suros Surgical Systems, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

    MINUTE entry before the Honorable James B. Zagel: Motion hearing held on 5/16/2008. MOTION by Defendants Suros Surgical Systems, Inc., Hologic, Inc. for leave to file Supplemental Memorandum in Support of Motion to Transfer [30] is denied as moot. MOTION by Defendants Suros Surgical Systems, Inc., Hologic, Inc. to transfer case [14] is granted. Case to be transferred to the Indianapolis, IN.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.