# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 140 | **DATE** | 5/16/2008 |
| **CASE TITLE** | TISSUE EXTRACTION DEVICES vs. SUROS SURGICAL SYSTEMS, ET AL | | |

**DOCKET ENTRY TEXT**

This case is ordered transferred to the Southern District of Indiana pursuant to 28 USC 1404(a).

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|