

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

June 6, 2008

105 Birch Bayh Federal Bldg and
 United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RE:  Tissue Extraction Devices, LLC v. Suros Surgical Systems, Inc. et al
Case No: 08-cv-00140

Dear Clerk:

Pursuant to the order entered by Judge Honorable James B. Zagel, on May 16, 2008, the above record

- ■ was electronically transmitted to Southern District of Indiana.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/  K. Coppoletta
           Deputy Clerk

Enclosures

New Case No. _____    Date _____

cc:     Non-ECF Attorneys and Pro se Parties