**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Linda S. Carmichael
   Case Administrator to
   Chief Judge David F. Hamilton
   U. S. District Court,
   Southern District of Indiana
   46 E. Ohio Street, Room 105
   Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   M-L. G_____   6/12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUN 1 2 2008

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7312 5649

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
JUN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv140

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED JUN 16 2008 JH
MICHAEL W. DOBBINS CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT - 08cv140
NORTHERN DISTRICT OF ILLINOIS
SOUTH DEARBORN STREET
CHICAGO, IL 60604